# Rutherford County Board of Education

| Monitoring:<br>**Review: Annually, in November** | Descriptor Term:<br>**Library Materials** | Descriptor Code:<br>**4.403** | Issued Date:<br>**08/08/24** |
|---|---|---|---|
| | | Rescinds:<br>**4.403** | Issued:<br>**07/19/23** |

*General*

The Rutherford County Board of Education supports principles of intellectual freedom inherent in the First Amendment of the United States.

The Assistant Superintendent for Curriculum and Instruction or his/her designee shall be responsible for library collection development. He/she shall ensure the library catalog is available on each respective school's website. Library materials shall be reviewed to ensure the content aligns with state law and the materials have not been removed previously.[1] Prior to the purchase of new materials, librarians shall review the age and maturity level along with the reading level of the selected items for suitability.

The library collection shall adhere to the following criteria:[2]

1. Materials shall be suitable for and consistent with the educational mission of the school;

2. Materials shall be appropriate for the age and maturity levels of the students who may access them. The determining factor will be based on an assessment of any mature themes or content (i.e., violence, sexual content, vulgar language, substance abuse);

3. Materials shall contain literary, historical, and/or artistic value and merit; and

4. The collection, as a whole, shall offer a variety of viewpoints.

As defined in TCA §39-17-901, any picture, photograph, drawing, sculpture, motion picture film, or similar visual representation or image of a person or portion of the human body, in whole or in part, which depicts nudity, sexual conduct, sexual excitement, excess violence, or sado-masochistic abuse, is patently offensive, or appeals to the prurient interest shall be immediately removed from all libraries within the school district and then reviewed for final decision by the Board.[3]

As defined in TCA §39-17-901, any book, pamphlet, magazine, printed matter, however reproduced, or sound recording, which, in whole or in part, contains nudity, sexual excitement, sexual conduct, excess violence, or sado-masochistic abuse, is patently offensive, or appeals to the prurient interest, or which contains explicit and detailed verbal descriptions or narrative accounts of sexual excitement, sexual conduct, excess violence, or sado-masochistic abuse, is patently offensive, or appeals to the prurient interest, shall be immediately removed from all libraries within the school district and then reviewed for final decision by the Board.[3]

The Assistant Superintendent for Curriculum and Instruction shall be responsible for periodically reviewing the district's library collection in line with these established standards. Each school library shall periodically review the library materials contained in their school library to ensure the school library collection is in line with these established standards. Any materials found to be out of alignment with the standards shall be removed, and this action shall be documented.

**COMPLAINTS[4]**

The complaint shall be limited to one (1) book, and be from a student, a student's parent/guardian, or a school employee and may submit no more than five (5) complaints per academic year.

1. Inform the complainant of the selection procedures and make no commitments.

2. Request the complainant to submit a Request for Reconsideration of Library Materials form to the principal and the Assistant Superintendent for Curriculum and Instruction.

3. Inform the principal (and other appropriate personnel).

4. Keep challenged materials available for use during the reconsideration process.

5. Upon receipt of the completed form, the principal and Assistant Superintendent for Curriculum and Instruction shall notify the Director of Schools, who shall notify the Board.

6. The principal shall request review of the challenged materials through an ad hoc materials review committee within thirty (30) calendar days for the purpose of making a recommendation to the principal. The committee shall include a certified library media specialist, classroom teachers, and one or more parents. The principal shall provide the Committee with a copy of the challenged materials. The Committee will inform the principal of their recommendation. Complaints will be reviewed in the following order if multiple complaints are received contemporaneously: parent/guardian complaints, student complaints, and employee complaints.

7. The following steps should occur after receiving the challenged materials:

   a. Read, view, or listen to the contested material in its entirety;
   b. Check general acceptance of the material by reading recognized and evaluative reviews;
   c. Determine the extent to which the material is appropriate for the age and maturity levels of the students who have access to the materials and whether the material is suitable for, and consistent with, the educational mission of the school; and
   d. Complete the appropriate Checklist for Reconsideration of Library Materials, judging the material for its strength and value.

The principal shall submit a recommendation to the Director of Schools. The Director of Schools shall assess the findings along with the recommendation of the principal and present a recommendation to the Board.

The Board shall evaluate the recommendations of the principal and the Director of Schools along with the material to determine whether the material is appropriate for the age and maturity levels of the

Case 3:25-cv-00429    Document 1-1    Filed 04/16/25    Page 2 of 3 PageID #: 38

students who have access to the materials and whether the material is suitable for, and consistent with, the educational mission of the school. The Board shall review the findings and issue a decision within sixty (60) calendar days from which the complaint was received. The decision of the Board is final.

If the Board does not make a determination within sixty (60) days from the date on which the complaint was received, then the student, student's parent or guardian, or school employee who submitted the complaint on the material may request the state textbook and instructional materials commission to evaluate the material, pursuant to TCA §49-6-2201(m)(1)(D).

## REMOVAL OF LIBRARY MATERIALS

If it is determined by the Board that the material is not appropriate for the age and maturity levels of the students who have access to them or is not suitable for, and consistent with, the educational mission of the school, the material shall be removed from the library collection or restricted to the appropriate grade(s). Material removed by the Board shall be removed from all applicable grade bands and district schools.

## NOTIFICATION

The Board shall be notified when any library materials are challenged or removed pursuant to this policy. A notation will be added in the library database regarding any removed materials.

Legal References

1. *Board of Education, Island Trees Union Free School District No. 26 v. Pico*, 457 U.S. 853, 102 S. Ct. 2799 (1982); TCA 49-6-3803
2. Public Acts of 2024, Chapter No. 782
3. TCA 39-17-901; TCA 39-17-911
4. TCA 49-6-3803

Cross References

Textbooks and Instructional Materials 4.400
School and System Websites 4.407
Controversial Materials 4.801