
# Rutherford County Board Members

✉ Contact ALL Board Members



## Clair Maxwell

Chair

SCHOOL BOARD ZONE 5
(Commission zones 17,18,21)



School Board Meetings



## Frances Rosales

Vice Chair

SCHOOL BOARD ZONE 7
(Commission zones 14,19,20)



School Board Meetings



## Katie Derby

SCHOOL BOARD ZONE 4
(Commission zones 8,9,10)



School Board Meetings



## Tammy Sharp

SCHOOL BOARD ZONE 1
(Commission zones 5,11,12)



School Board Meetings



## Caleb Tidwell

SCHOOL BOARD ZONE 3
(Commission zones 4,6,7)



School Board Meetings



## Butch Vaughn

SCHOOL BOARD ZONE 6
(Commission zones 13,15,16)



School Board Meetings



## Stan Vaught

SCHOOL BOARD ZONE 2
(Commission zones 1,2,3)



School Board Meetings

Case 3:25-cv-00429    Document 1-2    Filed 04/16/25    Page 1 of 1 PageID #: 40