# CONTENT BASED RATING



| For Everyone | Child Guidance | Teen Guidance | Minor Restricted | No Minors | Aberrant Content |
|---|---|---|---|---|---|
| Content is appropriate for all ages | Some content may not be appropriate for very young children | Some content may not be appropriate for children under 13. | Under 18 requires guidance of parent or guardian | Adult content. No child under 18. | Adult only |
| **0** | **1** | **2** | **3** | **4** | **5** |
| • Mild Inexplicit violence<br>• **No** Hate<br>• **No** Nudity<br>• **No** Profanity<br>• **No** References to Sexuality, Gender Ideologies, or Sexual Activities<br>• **No** Drug or Alcohol Use | • Mild violence<br>• Mild/Infrequent Hate<br>• Mild/Infrequent Profanity<br>• Non-Sexual Nudity excluding genitalia<br>• **No** References to Sexual Activities<br>• **No** Drug or Alcohol Use<br>• Inexplicit Sexuality<br>• Inexplicit Gender Ideologies | • Moderate Violence<br>• Moderate Hate<br>• Moderate Profanity<br>• Non-Sexual Nudity involving genitalia<br>• **Inexplicit** Sexual Nudity/Sexual Activities<br>• Drug or Alcohol Use<br>• Explicit Sexuality<br>• Explicit Gender Ideologies | • Excessive/Explicit violence<br>• Extreme/Frequent Hate<br>• Excessive/Frequent Profanity<br>• References to Sexual Activities (NOT involving penetration, cunnilingus, fellatio, or ejaculation)<br>• Drug or Alcohol **Abuse** | • Explicit Sexual Nudity ( depictions of sexual organs in a state of arousal)<br>• "Obscene" References to Sexual Activities ( involving anal, oral, or vaginal intercourse; fingering, anilingus, or ejaculation) | • Explicit References to **Aberrant** Sexual Activities ( sexual assault/battery, beastiality, or sadomasochistic abuse) |

# DEFINITIONS



**Aberrant:** deviant

**Drug/Alcohol Abuse:** the habitual use of illicit drugs/alcohol

**Excess:** exceeding a reasonable limit; extreme in frequency, intensity or severity.

**Explicit Sexuality/Gender Ideology:** descriptive refence(s) to one's sexuality or gender identity, e.g. "Jake thinks he's bisexual because he gets equally as excited by thoughts of having sex with Jane as with John" or "John takes hormones to transition his body to a female."

**Explicit Violence:** Realistic depictions of physical conflict. May involve extreme and/or realistic depictions of human injury/death involving blood, gore.

**Inexplicit Sexuality/Gender Ideology:** nondescript reference(s) to one's sexual or gender identity, e.g. "Jake and Bob are gay and married to each other" or "John was born a boy but feels like a girl."

**Mild:** low frequency, intensity or severity.

**Moderate:** reasonable limit; not extreme in frequency, intensity or severity.

**Nudity** : Depiction of human male or female genitals, pubic area, or of a female breast without a covering of any portion thereof below the top of the nipple, or of male genitals in a turgid state.

**Obscene:** material "the average person, applying contemporary community standards," would judge as appealing primarily to prurient interests; (2) "the work depicts or describes, in a patently offensive way, sexual conduct specifically defined by the applicable state law"; and (3) the work "lacks serious literary, artistic, political, or scientific value."

**Violence:** behavior involving physical force intended to hurt, damage, or kill someone or something.