# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

RACHEL ROE, *a minor, by and through her parent and next friend*, ROBERT ROE; DAVID DOE, *a minor, by and through his parent and next friend*, DANA DOE; CLAIRE COE, *a minor, by and through her parent and next friend*, CHARLES COE; and PEN AMERICA CENTER, INC.,

Plaintiffs,

v.

RUTHERFORD COUNTY BOARD OF EDUCATION; JAMES SULLIVAN, *in his official capacity as Director of Rutherford County Schools*,

Defendants.

Case No.

COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF

JURY DEMAND

## MINOR PLAINTIFFS' MOTION TO PROCEED UNDER PSEUDONYM AND FOR PROTECTIVE ORDER

Plaintiffs, RACHEL ROE, by and through her parent and next friend, ROBERT ROE; DAVID DOE, by and through his parent and next friend, DANA DOE; and CLAIRE COE, by and through her parent and next friend CHARLES COE ("individual plaintiffs"); move the Court for permission to proceed in this action under the pseudonyms Rachel Roe, Robert Roe, and Clair Coe and to enter a protective order barring the disclosure of Plaintiffs' true names or other information that identifies Plaintiffs or Plaintiffs' family members, directly or indirectly, and requiring that any documents containing such information be redacted or filed under seal.

In support of this motion, Plaintiffs rely upon the entire record in this case and states:

1. Courts "may excuse plaintiffs from identifying themselves in certain circumstances" where "a plaintiff's privacy interests substantially outweigh the presumption of open judicial proceedings." *Doe v. Porter*, 370 F.3d 558, 560 (6th Cir. 2004).

2. Fed. R. Civ. Proc. 26(c) authorizes the Court to "make any order which justice requires to protect the party or person from annoyance, embarrassment, oppression, or undue burden or expense" upon motion of a party.

3. Plaintiffs are minors enrolled in schools operated by the Rutherford County Board of Education.  Plaintiffs fear retaliation and negative attention if their identities are disclosed.

4. Plaintiffs' privacy interests substantially outweigh the presumption of open judicial proceedings because Plaintiffs' status as minors exposes Plaintiffs and Plaintiffs' family to significant risks of substantial harm.

5. Plaintiffs have no objection to providing Plaintiffs' true names to Defendants if the Court enters a protective order barring further dissemination of Plaintiffs' true names and requiring that any documents containing Plaintiffs' true names or other information that would identify Plaintiffs directly or indirectly be redacted or filed under seal. A proposed protective order is attached to this motion as Exhibit 1.

## CONCLUSION

For these reasons, Plaintiff requests the Court to:

(1) Enter an order (a) permitting Plaintiffs to proceed in this action under the pseudonyms Rachel Roe, David Doe, and Clair Coe, (b) barring the disclosure of Plaintiffs' true names or other information that identifies Plaintiffs or Plaintiffs' family members, directly or indirectly, and (c) requiring that any documents containing such information be redacted or filed under seal; and

(2) grant any other necessary or proper relief.

2

Dated: April 16, 2025.

Respectfully submitted,

/s/ Kerry Knox
KERRY KNOX, BPR #23302
117 S. Academy Street
Murfreesboro, TN 37130
(615) 896-1000
(615) 896-1027 (facsimile)
kek@castelliknox.com

/s/ Stella Yarbrough
Stella Yarbrough, BPR # 033637
Lucas Cameron Vaughn BPR# 36284
Zee Scout* BPR # 42637
American Civil Liberties Union
Foundation of Tennessee
P.O. Box 120160
Nashville, TN 37212
(615) 320-7142
Syarbrough@aclu-tn.org
lucas@aclu-tn.org
zscout@aclu-tn.org

*Admission to the Middle District pending

3

<u>CERTIFICATE OF SERVICE</u>

      I hereby certify that a true and correct copy of the foregoing was personally served upon the following this 17th day of April, 2025.

Rutherford County Board of Education
By and through its Director of Schools, James Sullivan
2240 Southpark Drive
Murfreesboro, TN 37218

James Sullivan
2240 Southpark Drive
Murfreesboro, TN 37218

<em>/s/ Stella Yarbrough</em>

3