# UNITED STATES DISTRICT COURT
for the

Middle District of Tennessee

| | |
|---|---|
| Rachel Roe, a minor, by Robert Roe; David Doe, a minor, by Dana Doe; Claire Coe, by Charles Coe; and Pen American Center, Inc.<br><br>*Plaintiff(s)*<br><br>v.<br><br>Rutherford County Board of Education; James Sullivan, in his official capacity as Director of Rutherford County Schools<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No.  3:25-cv-00429<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  James Sullivan
2240 Southpark Drive
Murfreesboro,TN 37128

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Kerry Knox, 117 South Academy Street, Murfreesboro, TN 37130

Stella Yarbrough, Lucas Cameron Vaughn, Zee Scout
ACLU Foundation of Tennessee
P.O. Box 120160
Nashville, TN 37212

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



CLERK OF COURT

Date:   4/17/2025

*Signature of Clerk or Deputy Clerk*

Civil Action No.

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _James Sullivan, Director of school_
was received by me on *(date)* _4/17/25_ .

☑ I personally served the summons on the individual at *(place)* _Monika Ridley,_
_Board Attorney_ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ _0.00_ .

I declare under penalty of perjury that this information is true.

Date: _4/17/25_

_____
*Server's signature*

_Kerry Knox, atty_
*Printed name and title*

_117 S. Academy St._
*Server's address*
_Murfreesboro, TN 37130_

Additional information regarding attempted service, etc: