# IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE
### AT NASHVILLE

RACHEL ROE, a minor, by and through her )
parent and next friend, ROBERT ROE; )
DAVID DOE, a minor, by and through his )
parent and next friend, DANA DOE; CLAIRE )
COE, a minor, by and through her parent and )
next friend, CHARLES COE; and PEN )
AMERICAN CENTER, INC., )
)
    Plaintiffs, )
)
vs. )     No. 3:25-cv-00429
)
RUTHERFORD COUNTY BOARD OF )     JUDGE RICHARDSON
EDUCATION; JAMES SULLIVAN, in his )     MAGISTRATE NEWBERN
official capacity as Director of Rutherford )
County Schools, )
)
    Defendants. )

## NOTICE OF APPEARANCE

COMES NOW Nick C. Christiansen, Esq., and hereby enters his appearance on behalf of

Defendants Rutherford County Board of Education and James Sullivan, in his official capacity as

Director of Rutherford County Schools, in this cause. This Notice of Appearance is not intended

to constitute a waiver of any objection to personal or subject matter jurisdiction, personal

jurisdiction, improper joinder, service of process, or any other defense or objection in this matter,

which defenses and objections are expressly reserved. By entry of this appearance, it is requested

that all further pleadings and correspondence in this matter be forwarded to the address listed

below.

Respectfully submitted,

HUDSON, REED & CHRISTIANSEN, PLLC

By: **/s/ Nick C. Christiansen**
　　　**NICK C. CHRISTIANSEN, #30103**
　　　16 Public Square North
　　　P.O. Box 884
　　　Murfreesboro, TN  37133
　　　(615) 893-5522
　　　nchristiansen@mborolaw.com

　　　*Attorney for Defendants*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document was sent to the following via the District Court's electronic filing system and/or U.S. Mail, postage prepaid, to:

Kerry Knox
117 S. Academy Street
Murfreesboro, TN 37130
kek@castelliknox.com

Stella Yarbrough
Lucas Cameron Vaughn
Zee Scout
American Civil Liberties Union
Foundation of Tennessee
P.O. Box 120160
Nashville, TN 37212
syarbrough@aclu-tn.org

this the 24th day of April, 2025.

　　　　　　　**/s/ Nick C. Christiansen**
　　　　　　　**NICK C. CHRISTIANSEN**

2