# IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE
### AT NASHVILLE

| | | |
|---|---|---|
| RACHEL ROE, a minor, by and through her parent and next friend, ROBERT ROE; DAVID DOE, a minor, by and through his parent and next friend, DANA DOE; CLAIRE COE, a minor, by and through her parent and next friend, CHARLES COE; and PEN AMERICAN CENTER, INC., | ) ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | No.  3:25-cv-00429 |
| RUTHERFORD COUNTY BOARD OF EDUCATION; JAMES SULLIVAN, in his official capacity as Director of Rutherford County Schools, | ) ) ) ) ) | JUDGE RICHARDSON MAGISTRATE NEWBERN |
| Defendants. | ) | |

## NOTICE OF APPEARANCE

COMES NOW Jason N. King, Esq., and hereby enters his appearance on behalf of Defendants Rutherford County Board of Education and James Sullivan, in his official capacity as Director of Rutherford County Schools, in this cause.  This Notice of Appearance is not intended to constitute a waiver of any objection to personal or subject matter jurisdiction, personal jurisdiction, improper joinder, service of process, or any other defense or objection in this matter, which defenses and objections are expressly reserved.  By entry of this appearance, it is requested that all further pleadings and correspondence in this matter be forwarded to the address listed below.

1

Respectfully submitted,

**HUDSON, REED & CHRISTIANSEN, PLLC**


By: **/s/ Jason N. King**

        **JASON N. KING, #027749**
        16 Public Square North
        P.O. Box 884
        Murfreesboro, TN  37133
        (615) 893-5522
        jking@mborolaw.com

        *Attorney for Defendants*


## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document was sent to the following via the District Court's electronic filing system and/or U.S. Mail, postage prepaid, to:

Kerry Knox
117 S. Academy Street
Murfreesboro, TN 37130
kek@castelliknox.com

Stella Yarbrough
Lucas Cameron Vaughn
Zee Scout
American Civil Liberties Union
Foundation of Tennessee
P.O. Box 120160
Nashville, TN 37212
Syarbrough@aclu-tn.org

this the 24th day of April, 2025.

        **//s/ Jason N. King**
        **JASON N. KING**

2