# IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE
### AT NASHVILLE

| | | |
|---|---|---|
| RACHEL ROE, a minor, by and through her parent and next friend, ROBERT ROE; DAVID DOE, a minor, by and through his parent and next friend, DANA DOE; CLAIRE COE, a minor, by and through her parent and next friend, CHARLES COE; and PEN AMERICAN CENTER, INC., | ) ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | No.  3:25-cv-00429 |
| RUTHERFORD COUNTY BOARD OF EDUCATION; JAMES SULLIVAN, in his official capacity as Director of Rutherford County Schools, | ) ) ) ) ) | JUDGE RICHARDSON MAGISTRATE NEWBERN |
| Defendants. | ) | |

## NOTICE OF NON-OPPOSITION TO PLAINTIFFS' MOTION FOR PROTECTIVE ORDER (DE 6)

COME NOW Defendants Rutherford County Board of Education and James Sullivan, in his official capacity as Director of Rutherford County Schools, by and through counsel, and hereby place the Court and the parties on notice that they do not oppose the entry of Plaintiffs' proposed Order Authorizing Individual Plaintiffs to Proceed Under Pseudonym and Granting Protective Order (DE 6-1).

Respectfully submitted,

HUDSON, REED & CHRISTIANSEN, PLLC

By: **/s/ Nick C. Christiansen** _____

**JEFF REED, #15000**
**NICK C. CHRISTIANSEN, #30103**
**JASON N. KING, #027749**
16 Public Square North
P.O. Box 884
Murfreesboro, TN  37133
(615) 893-5522
jreed@mborolaw.com
nchristiansen@mborolaw.com
jking@mborolaw.com

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document was sent to the following via the District Court's electronic filing system and/or U.S. Mail, postage prepaid, to:

Kerry Knox
117 S. Academy Street
Murfreesboro, TN 37130
kek@castelliknox.com

Stella Yarbrough
Lucas Cameron Vaughn
Zee Scout
American Civil Liberties Union
Foundation of Tennessee
P.O. Box 120160
Nashville, TN 37212
syarbrough@aclu-tn.org

this the 24th day of April, 2025.

**/s/ Nick C. Christiansen** _____
**NICK C. CHRISTIANSEN**

2