| | |
|---|---|
| RACHEL ROE, *a minor, by and through her parent and next friend*, ROBERT ROE; DAVID DOE, *a minor, by and through his parent and next friend*, DANA DOE; CLAIRE COE, *a minor, by and through her parent and next friend*, CHARLES COE; and PEN AMERICA CENTER, INC., | |
| Plaintiffs, | Case No. 3:25-cv-00429 |
| v. | |
| RUTHERFORD COUNTY BOARD OF EDUCATION; JAMES SULLIVAN, *in his official capacity as Director of Rutherford County Schools*, | JUDGE RICHARDSON MAGISTRATE JUDGE NEWBERN |
| Defendants. | JURY DEMAND |

### PLAINTIFFS' RESPONSE IN PARTIAL OPPOSITION TO DEFENDANTS' MOTION FOR AN EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

Plaintiffs respond to Defendants' Motion for an Extension of Time to Respond to Plaintiffs' Motion for Preliminary Injunction. Plaintiffs do not oppose Defendants' requested extension to file a responsive pleading.

Defendants' deadline to file a response to Plaintiffs' Motion was May 2, 2025. When counsel conferred, Plaintiffs' counsel agreed to extend the response deadline to May 15, 2025, nearly two additional weeks. Defendants seek to extend their response deadline to May 30, 2025, almost a month more than the response deadlines imposed by the Local Rules.

Plaintiffs desire to have this matter move expeditiously, as their First Amendment rights are being violated on a daily basis. To assert their rights in an expeditious manner, Plaintiffs have sought the instant injunctive relief.

Defendants have been on notice of the potential assertion of First Amendment claims

based on their book banning activity since at least September 16, 2024, as undersigned counsel Yarbrough sent a letter to Defendants, notifying them of such claims. Therefore, this lawsuit and the sought injunctive relief should have come as no surprise to Defendants.

For these reasons, Plaintiffs request that the Court grant Defendants' extension to May 15, 2025.

Respectfully submitted,

/s/ Kerry Knox
KERRY KNOX, BPR #23302
117 S. Academy Street
Murfreesboro, TN 37130
(615) 896-1000
(615) 896-1027 (facsimile)
kek@castelliknox.com

/s/ Stella Yarbrough
Stella Yarbrough, BPR # 033637
Lucas Cameron Vaughn BPR#
Zee Scout* BPR #
American Civil Liberties Union
Foundation of Tennessee
P.O. Box 120160
Nashville, TN 37212
(615) 320-7142
Syarbrough@aclu-tn.org

*Admission to the Middle District pending

3

**CERTIFICATE OF SERVICE**

I certify that I electronically filed and served the foregoing using the Court's CM/ECF system upon all counsel of record, including Jeff Reed, Nick C. Christensen, Jason N. King, 16 Public Square North, Murfreesboro, TN, 37130, this 5th day of May, 2025.

<u>/s/ Kerry Knox</u>

3