UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| RACHEL ROE, et al., <br><br> Plaintiffs, <br><br> v. <br><br> RUTHERFORD COUNTY BOARD OF EDUCATION, et al., <br><br> Defendants. | Case No. 3:25-cv-00429 <br><br> Judge Eli J. Richardson <br> Magistrate Judge Alistair E. Newbern |

## <u>ORDER</u>

On April 24, 2025, Defendants Rutherford County Board of Education and James Sullivan filed an unopposed motion to extend their deadline to respond to the motion for preliminary injunction and the complaint. (Doc. No. 17.) The motion is GRANTED IN PART. Defendants shall respond to the complaint by May 30, 2025.

It is so ORDERED.

_____
ALISTAIR E. NEWBERN
United States Magistrate Judge