# IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE
## AT NASHVILLE

| | | |
|---|---|---|
| RACHEL ROE, a minor, by and through her parent and next friend, ROBERT ROE; DAVID DOE, a minor, by and through his parent and next friend, DANA DOE; CLAIRE COE, a minor, by and through her parent and next friend, CHARLES COE; and PEN AMERICAN CENTER, INC., | ) ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | No. 3:25-cv-00429 |
| RUTHERFORD COUNTY BOARD OF EDUCATION; JAMES SULLIVAN, in his official capacity as Director of Rutherford County Schools, | ) ) ) ) ) | JUDGE RICHARDSON MAGISTRATE NEWBERN |
| Defendants. | ) | |

## UNOPPOSED MOTION FOR LEAVE TO FILE RESPONSE IN OPPOSITION TO MOTION FOR PRELIINARY INJUNCTION (DE 11) IN EXCESS OF TWENTY-FIVE (25) PAGES

COME NOW Defendants Rutherford County Board of Education and James Sullivan, in his official capacity as Director of Rutherford County Schools (collectively, "Defendants"), by and through counsel, pursuant to Local Rule 7.01(a)(2), and move this Honorable Court for leave to file a Response in Opposition to Plaintiffs' Motion for Preliminary Injunction in excess of twenty-five (25) pages. As grounds, Defendants would state as follows

1. Plaintiffs' Complaint (DE 1) consists of sixty-nine (69) individually numbered paragraphs and attaches five (5) exhibits. The Complaint challenges the de-circulation of fifty-nine (59) books within the Rutherford County Schools libraries (many of which are individually described in the Complaint) and also references several audio/video segments from board meeting

recordings (many being multiple hours in length), board meeting agendas, board minutes, and news articles spanning over a year from throughout 2024 and 2025. (*See generally, id.*).

2. Plaintiff's Memorandum of Law in Support of Motion for Preliminary Injunction (DE 12) is twenty-five (25) pages long and attaches four (4) declarations. The same also discusses at length the books at issue and references various documents and recordings from school board meetings. (*See generally, id.*).

3. Responding to Plaintiffs' Motion (DE 11) necessarily involves analyzing the merits of Plaintiff's claims, *i.e.*, likelihood of success on the merits, which includes addressing the various arguments in both the Memorandum of Law (DE 12) and the Complaint (DE 1) along with the exhibits in support of the same. Defendants therefore submit that excess pages are necessary for Defendants to adequately brief the issues raised in Plaintiffs' Motion (DE 11).

4. In light of the foregoing, Defendants respectfully request leave to file **ten (10) excess pages**, totaling a maximum of thirty-five (35) pages for their Response.

5. Defendants would state and show that approximately four (4) pages of their Response consist of excerpts from the challenged books that, for ease of reading, Defendants would prefer to include in the body of their Response rather than as attached exhibits.

6. The undersigned has conferred with counsel for Plaintiffs and counsel for Plaintiffs have indicated that they do not oppose this request.

**WHEREFORE PREMISES CONSIDERED**, Defendants respectfully request that the Court enter an Order granting them leave to file a Response in Opposition to Plaintiffs' Motion for Preliminary Injunction totaling a maximum of **thirty-five (35) pages**.

Respectfully submitted,

HUDSON, REED & CHRISTIANSEN, PLLC

By: **/s/ Nick C. Christiansen** _____
      **JEFF REED, #15000**
      **NICK C. CHRISTIANSEN, #30103**
      **JASON N. KING, #027749**
      16 Public Square North
      P.O. Box 884
      Murfreesboro, TN  37133
      (615) 893-5522
      jreed@mborolaw.com
      nchristiansen@mborolaw.com
      jking@mborolaw.com

      *Attorneys for Defendants*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document was sent to the following via the District Court's electronic filing system and/or U.S. Mail, postage prepaid, to:

Kerry Knox
117 S. Academy Street
Murfreesboro, TN 37130
kek@castelliknox.com

Stella Yarbrough
Lucas Cameron Vaughn
Zee Scout
American Civil Liberties Union
Foundation of Tennessee
P.O. Box 120160
Nashville, TN 37212
syarbrough@aclu-tn.org

this the 30th day of May, 2025.

      **/s/ Nick C. Christiansen** _____
      **NICK C. CHRISTIANSEN**

3