# EXHIBIT "B"

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | | |
|---|---|---|
| RACHEL ROE, a minor, by and through her parent and next friend, ROBERT ROE; DAVID DOE, a minor, by and through his parent and next friend, DANA DOE; CLAIRE COE, a minor, by and through her parent and next friend, CHARLES COE; and PEN AMERICAN CENTER, INC., | ) ) ) ) ) ) ) ) | |
| **Plaintiffs,** | ) ) | |
| vs. | ) ) | No. 3:25-cv-00429 |
| RUTHERFORD COUNTY BOARD OF EDUCATION; JAMES SULLIVAN, in his official capacity as Director of Rutherford County Schools, | ) ) ) ) ) | JUDGE RICHARDSON MAGISTRATE NEWBERN |
| **Defendants.** | ) | |

## DECLARATION OF DR. JAMES SULLIVAN

I, DR. JAMES SULLIVAN, pursuant to 28 U.S.C. § 1746, hereby declare under penalty of perjury as follows:

1.      I am currently, and was at the time of the events alleged in the Complaint, employed as the Director of Schools at Rutherford County Schools.

2.      The book excerpts included in Defendants' Response in Opposition to Motion for Preliminary Injunction are true and accurate excerpts from the books cited therein.

3.      The website bookreviewrc.com is not maintained by the Rutherford County Board of Education or the Rutherford County school system.

4.      There are not currently any books under review by the Rutherford County Board of Education or the Rutherford County school system.

I declare under penalty of perjury that the foregoing is true and correct. Executed on the

___ day of May, 2025.

_____
DR. JAMES SULLIVAN