## IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE
## AT NASHVILLE

| | | |
|---|---|---|
| RACHEL ROE, a minor, by and through her parent and next friend, ROBERT ROE; DAVID DOE, a minor, by and through his parent and next friend, DANA DOE; CLAIRE COE, a minor, by and through her parent and next friend, CHARLES COE; and PEN AMERICAN CENTER, INC., | ) ) ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | No. 3:25-cv-00429 |
| RUTHERFORD COUNTY BOARD OF EDUCATION; JAMES SULLIVAN, in his official capacity as Director of Rutherford County Schools, | ) ) ) ) ) | JUDGE RICHARDSON MAGISTRATE NEWBERN |
| Defendants. | ) ) | |

---

### UNOPPOSED MOTION FOR LEAVE TO FILE CORRECTED RESPONSE BRIEF

---

COME NOW Defendants Rutherford County Board of Education and James Sullivan, in his official capacity as Director of Rutherford County Schools (collectively, "Defendants"), by and through counsel, and respectfully move the Court for leave to file the Corrected Response in Opposition to Plaintiffs' Motion for Preliminary Injunction attached hereto as Exhibit "A", and would state and show unto the Court as follows:

1. The initial Response Brief (DE 24) was filed and served on Friday, May 30, 2025.

2. Defendants seek to file a corrected brief to correct the following:

- An inadvertent word omission on page 17 (PageID# 191) as follows:

> Here, Defendants are **[_not_]** regulating private speech – they are regulating the library collections for public primary and secondary school students, which is government speech not subject to First Amendment protections.

- A typographical error on page 27 (PageID# 201) as follows:

> Because, as explained in Sections **[*I*]**(A) and (B), *supra*, there exists no legally protected First Amendment right for authors to compel the government to speak for them and the speech at issue is government speech, . . .

3.      The Corrected Response in Opposition to Plaintiffs' Motion for Preliminary Injunction attached hereto as Exhibit "A" is identical to the initial Response Brief (DE 24) except for the two (2) bolded and underlined changes in brackets listed in paragraph 2 hereinabove.

4.      Counsel for Defendants has consulted with counsel for Plaintiffs, and Plaintiffs do not oppose this motion.

**WHEREFORE PREMISES CONSIDERED**, Defendants respectfully request that the Court enter an Order granting them leave to file the Corrected Response in Opposition to Plaintiffs' Motion for Preliminary Injunction attached hereto as Exhibit "A".

**Respectfully submitted,**

**HUDSON, REED & CHRISTIANSEN, PLLC**

**By: /s/ Nick C. Christiansen**
**JEFF REED, #15000**
**NICK C. CHRISTIANSEN, #30103**
**JASON N. KING, #027749**
16 Public Square North
P.O. Box 884
Murfreesboro, TN  37133
(615) 893-5522
jreed@mborolaw.com
nchristiansen@mborolaw.com
jking@mborolaw.com

*Attorneys for Defendants*

2

<u>**CERTIFICATE OF SERVICE**</u>

The undersigned hereby certifies that a true and correct copy of the foregoing document was sent to the following via the District Court's electronic filing system and/or U.S. Mail, postage prepaid, to:

Kerry Knox
117 S. Academy Street
Murfreesboro, TN 37130
kek@castelliknox.com

Stella Yarbrough
Lucas Cameron Vaughn
Zee Scout
American Civil Liberties Union
Foundation of Tennessee
P.O. Box 120160
Nashville, TN 37212
syarbrough@aclu-tn.org

this the 2nd day of June, 2025.

**/s/ Nick C. Christiansen**
**NICK C. CHRISTIANSEN**