# IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE
## AT NASHVILLE

RACHEL ROE, et al.,

           Plaintiffs,

  v.

RUTHERFORD COUNTY BOARD OF EDUCATION; JAMES SULLIVAN,

           Defendants.

Case No. 3:25-cv-00429
Judge Eli Richardson
Magistrate Judge Alistair Newbern

---

**PLAINTIFFS' UNOPPOSED MOTION TO EXTEND BRIEFING DEADLINE AND PAGE-LENGTH OF REPLY TO DEFENDANTS' RESPONSE IN OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

---

Plaintiffs respectfully request to file a Reply to Defendants' Response in Opposition (Doc. No.24) on **June 13, 2025** and for the Reply to be **ten pages** in length. Per Local Rule 7.01(a)(4), optional replies must be filed within seven days and shall not exceed five pages in length without leave of Court.

Plaintiffs now seek such leave of the Court for extended time and to exceed five pages. In between the filing of Plaintiffs' Motion for Preliminary Injunction (Doc. No.11) and Defendants' Response (Doc. No. 24), a significant case, *Little v. Llano Cnty.,* 2025 WL 1478599 (5th Cir. May 23, 2025), was issued by an *en banc* panel of the Fifth Circuit. Defendants rely heavily on *Llano* and Plaintiffs request additional time and page length to address the new issues raised by Defendants' reliance on *Llano*.

On June 3, 2025 counsel for Defendants indicated via email that they did not oppose Plaintiffs' Motion.

1

Respectfully submitted,

/s/ Kerry Knox
KERRY KNOX, BPR #23302
117 S. Academy Street
Murfreesboro, TN 37130
(615) 896-1000
(615) 896-1027 (facsimile)
kek@castelliknox.com

/s/ Stella Yarbrough
Stella Yarbrough, BPR # 033637
Lucas Cameron Vaughn BPR# 36284
Zee Scout BPR # 42637
American Civil Liberties Union
Foundation of Tennessee
P.O. Box 120160
Nashville, TN 37212
(615) 320-7142
Syarbrough@aclu-tn.org

2

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing document
was sent to all counsel of record via the District Court's electronic filing system on June 3, 2025.


*/s/Stella Yarbrough*

3