This motion (Doc. No. 23) is **GRANTED**, *nunc pro tunc*, as of May 30, 2025, the date Defendant's response (Doc. No. 24) to Plaintiffs' Motion for Preliminary Injunction (Doc. No. 11) was filed. Accordingly, Defendant has been granted an additional 10 pages, excluding the certificate of service, for their Response.

*Eli Richardson*

**IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE**

| | | |
|---|---|---|
| RACHEL ROE, a minor, by and through her parent and next friend, ROBERT ROE; DAVID DOE, a minor, by and through his parent and next friend, DANA DOE; CLAIRE COE, a minor, by and through her parent and next friend, CHARLES COE; and PEN AMERICAN CENTER, INC., | ) ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | No.  3:25-cv-00429 |
| RUTHERFORD COUNTY BOARD OF EDUCATION; JAMES SULLIVAN, in his official capacity as Director of Rutherford County Schools, | ) ) ) ) ) | JUDGE RICHARDSON MAGISTRATE NEWBERN |
| Defendants. | ) | |

**UNOPPOSED MOTION FOR LEAVE TO FILE RESPONSE IN OPPOSITION TO MOTION FOR PRELIINARY INJUNCTION (DE 11) IN EXCESS OF TWENTY-FIVE (25) PAGES**

COME NOW Defendants Rutherford County Board of Education and James Sullivan, in his official capacity as Director of Rutherford County Schools (collectively, "Defendants"), by and through counsel, pursuant to Local Rule 7.01(a)(2), and move this Honorable Court for leave to file a Response in Opposition to Plaintiffs' Motion for Preliminary Injunction in excess of twenty-five (25) pages.  As grounds, Defendants would state as follows

1.      Plaintiffs' Complaint (DE 1) consists of sixty-nine (69) individually numbered paragraphs and attaches five (5) exhibits.  The Complaint challenges the de-circulation of fifty-nine (59) books within the Rutherford County Schools libraries (many of which are individually described in the Complaint) and also references several audio/video segments from board meeting