This motion (Doc. No. 26) is **GRANTED**. Plaintiffs shall have an additional five (5) pages for their Reply to Defendants' Response in Opposition to Plaintiffs' Motion for Preliminary Injunction (Doc. No. 24), and their Reply shall be submitted on or before June 13, 2025.

*Eli Richardson*

# IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE
## AT NASHVILLE

| | |
|---|---|
| RACHEL ROE, et al., | |
| Plaintiffs, | Case No. 3:25-cv-00429 |
| v. | Judge Eli Richardson |
| | Magistrate Judge Alistair Newbern |
| RUTHERFORD COUNTY BOARD OF EDUCATION; JAMES SULLIVAN, | |
| Defendants. | |

**PLAINTIFFS' UNOPPOSED MOTION TO EXTEND BRIEFING DEADLINE AND PAGE-LENGTH OF REPLY TO DEFENDANTS' RESPONSE IN OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

Plaintiffs respectfully request to file a Reply to Defendants' Response in Opposition (Doc. No.24) on **June 13, 2025** and for the Reply to be **ten pages** in length. Per Local Rule 7.01(a)(4), optional replies must be filed within seven days and shall not exceed five pages in length without leave of Court.

Plaintiffs now seek such leave of the Court for extended time and to exceed five pages. In between the filing of Plaintiffs' Motion for Preliminary Injunction (Doc. No.11) and Defendants' Response (Doc. No. 24), a significant case, *Little v. Llano Cnty.,* 2025 WL 1478599 (5th Cir. May 23, 2025), was issued by an *en banc* panel of the Fifth Circuit. Defendants rely heavily on *Llano* and Plaintiffs request additional time and page length to address the new issues raised by Defendants' reliance on *Llano*.

On June 3, 2025 counsel for Defendants indicated via email that they did not oppose Plaintiffs' Motion.

1