# IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE
### AT NASHVILLE

RACHEL ROE, a minor, by and through her )
parent and next friend, ROBERT ROE; )
DAVID DOE, a minor, by and through his )
parent and next friend, DANA DOE; CLAIRE )
COE, a minor, by and through her parent and )
next friend, CHARLES COE; and PEN )
AMERICAN CENTER, INC., )
                                       )

    Plaintiffs, )
                                       )

vs. )          No. 3:25-cv-00429
                                       )

RUTHERFORD COUNTY BOARD OF )    JUDGE RICHARDSON
EDUCATION; JAMES SULLIVAN, in his )    MAGISTRATE NEWBERN
official capacity as Director of Rutherford )
County Schools, )
                                       )

    Defendants. )

---

## DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS

---

COME NOW Defendants Rutherford County Board of Education and James Sullivan, in his official capacity as Director of Rutherford County Schools (collectively, "Defendants"), by and through counsel, and hereby submit this Motion for Judgment on the Pleadings, and move for dismissal of Plaintiffs' Complaint (DE 1) against them pursuant to Fed. R. Civ. P. 12(c) for failure to state a claim. Defendants rely on the Memorandum of Law filed contemporaneously herewith.

This Motion should be granted for the following reasons:

1. Plaintiffs cannot invoke a First Amendment right to receive information to challenge books removed from school libraries.

2. Defendants' removal of the challenged books is protected by the government-speech doctrine.

3.      In the alternative, Plaintiffs' Complaint fails to state a claim for viewpoint discrimination.

4.      Plaintiff PEN American Center, Inc. lacks standing.

**WHEREFORE, PREMISES CONSIDERED**, Defendants respectfully request that this Court dismiss Plaintiffs' Complaint (DE 1) in full, with costs taxed to Plaintiffs, deem them as prevailing parties and award them their attorney's fees pursuant to 42 U.S.C. § 1988, and for such other and further relief to which they are entitled.

**Respectfully submitted,**

**HUDSON, REED & CHRISTIANSEN, PLLC**

**By: /s/ Nick C. Christiansen**
    **JEFF REED, #15000**
    **NICK C. CHRISTIANSEN, #30103**
    **JASON N. KING, #027749**
    16 Public Square North
    P.O. Box 884
    Murfreesboro, TN 37133
    (615) 893-5522
    jreed@mborolaw.com
    nchristiansen@mborolaw.com
    jking@mborolaw.com

    *Attorneys for Defendants*

2

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that a true and correct copy of the foregoing document was sent to the following via the District Court's electronic filing system and/or U.S. Mail, postage prepaid, to:

Kerry Knox
117 S. Academy Street
Murfreesboro, TN 37130
kek@castelliknox.com

Stella Yarbrough
Lucas Cameron Vaughn
Zee Scout
American Civil Liberties Union
Foundation of Tennessee
P.O. Box 120160
Nashville, TN 37212
syarbrough@aclu-tn.org

this the 8th day of August, 2025.

**/s/ Nick C. Christiansen**
**NICK C. CHRISTIANSEN**