# IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE
### AT NASHVILLE

RACHEL ROE, et al.,

                Plaintiffs,

  v.

RUTHERFORD COUNTY BOARD OF EDUCATION; JAMES SULLIVAN,

                Defendants.

Case No. 3:25-cv-00429
Judge Eli Richardson
Magistrate Judge Alistair Newbern

---

**PLAINTIFFS' UNOPPOSED MOTION TO EXTEND BRIEFING DEADLINE FOR PLAINTIFFS' RESPONSE IN OPPOSITION TO DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS**

---

Plaintiffs respectfully request an additional week (7 days) to respond to Defendants' Motion for Judgment on the Pleadings (Doc. No. 31). Accordingly, Plaintiffs ask to file their response on **August 29, 2025**. Plaintiffs seek the extension given the dispositive nature of the motion and Plaintiffs' counsel (previously scheduled) unavailability for several days from now until the filing deadline.

On August 12, 2025, counsel for Defendants indicated via email that they did not oppose Plaintiffs' Motion.

          Respectfully submitted,

        /s/ Kerry Knox
        KERRY KNOX, BPR #23302
        117 S. Academy Street
        Murfreesboro, TN 37130
        (615) 896-1000
        (615) 896-1027 (facsimile)
        kek@castelliknox.com

        /s/ Stella Yarbrough

1

Stella Yarbrough, BPR # 033637
Lucas Cameron Vaughn BPR# 36284
Zee Scout BPR # 42637
American Civil Liberties Union
Foundation of Tennessee
P.O. Box 120160
Nashville, TN 37212
(615) 320-7142
Syarbrough@aclu-tn.org

2

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing document was sent to all counsel of record via the District Court's electronic filing system on August12, 2025.

*/s/Stella Yarbrough*

3