| | | |
|---|---|---|
| RACHEL ROE, a minor, by and through her parent and next friend, ROBERT ROE; DAVID DOE, a minor, by and through his parent and next friend, DANA DOE; CLAIRE COE, a minor, by and through her parent and next friend, CHARLES COE; and PEN AMERICAN CENTER, INC., | ) ) ) ) ) ) ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | No. 3:25-cv-00429 |
| | ) | |
| RUTHERFORD COUNTY BOARD OF EDUCATION; JAMES SULLIVAN, in his official capacity as Director of Rutherford County Schools, | ) ) ) ) | JUDGE RICHARDSON MAGISTRATE NEWBERN |
| | ) | |
| Defendants. | ) | |

## UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO FILE REPLY TO PLAINTIFFS' RESPONSE IN OPPOSITION TO MOTION FOR JUDGMENT ON THE PLEADINGS

COME NOW Defendants Rutherford County Board of Education and James Sullivan, in his official capacity as Director of Rutherford County Schools, by and through counsel, pursuant to Rule 6(b)(1)(A) of the Federal Rules of Civil Procedure and moves this Honorable Court to allow it an enlargement of time to file a Reply to Plaintiffs' Response in Opposition to Defendants' Motion for Judgment on the Pleadings (DE 37) ("Response") in this cause. In support of this Motion, Defendants would state and show unto the Court as follows:

1. Plaintiffs' Response (DE 37) to Defendants' Motion for Judgment on the Pleadings (DE 31) was filed on August 29, 2025. Pursuant to Local Rule 12.01(c)(3), Defendants' optional reply brief is due on September 5, 2025.

2. Because of other commitments, including the Labor Day holiday and related out-of-office travel, as well other cases the undersigned is handling, the undersigned requires additional time to file an appropriate reply to Plaintiffs' Response (DE 37). Accordingly, Defendants respectfully request an extension of time through **September 12, 2025** to file a reply to Plaintiffs' Response (DE 37).

3. The undersigned conferred with Plaintiffs' counsel on September 5, 2025, and Plaintiffs indicated that they **do not** oppose the extension requested herein.

4. The extension requested herein not to unnecessarily delay the litigation, and no party will be prejudiced if this Motion is granted.

**WHEREFORE PREMISES CONSIDERED**, Defendants respectfully request that the Court enter an Order allowing them through and including **September 12, 2025** to respond to Plaintiffs' Response (DE 37).

**Respectfully submitted,**

**HUDSON, REED & CHRISTIANSEN, PLLC**

**By: /s/ Nick C. Christiansen**
     **JEFF REED, #15000**
     **NICK C. CHRISTIANSEN, #30103**
     **JASON N. KING, #027749**
     16 Public Square North
     P.O. Box 884
     Murfreesboro, TN 37133
     (615) 893-5522
     jreed@mborolaw.com
     nchristiansen@mborolaw.com
     jking@mborolaw.com

     *Attorney for Defendants*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing document was sent to the following via the District Court's electronic filing system and/or U.S. Mail, postage prepaid, to:

Kerry Knox
117 S. Academy Street
Murfreesboro, TN 37130
kek@castelliknox.com

Stella Yarbrough
Lucas Cameron Vaughn
Zee Scout
American Civil Liberties Union
Foundation of Tennessee
P.O. Box 120160
Nashville, TN 37212
syarbrough@aclu-tn.org

this the 5th day of September, 2025.

/s/ Nick C. Christiansen
**NICK C. CHRISTIANSEN**