# IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE
### AT NASHVILLE

RACHEL ROE, a minor, by and through her parent and next friend, ROBERT ROE; DAVID DOE, a minor, by and through his parent and next friend, DANA DOE; CLAIRE COE, a minor, by and through her parent and next friend, CHARLES COE; and PEN AMERICAN CENTER, INC., )
)
)
)
)
)
)
)

    Plaintiffs, )
)

vs. )    No. 3:25-cv-00429
)

RUTHERFORD COUNTY BOARD OF EDUCATION; JAMES SULLIVAN, in his official capacity as Director of Rutherford County Schools, )    JUDGE RICHARDSON
)    MAGISTRATE NEWBERN
)
)
)
)

    Defendants. )

---

## UNOPPOSED MOTION FOR LEAVE TO FILE REPLY TO PLAINTIFFS' RESPONSE IN OPPOSITION TO DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS (DE 37) IN EXCESS OF FIVE (5) PAGES

---

COME NOW Defendants Rutherford County Board of Education and James Sullivan, in his official capacity as Director of Rutherford County Schools (collectively, "Defendants"), by and through counsel, pursuant to Local Rule 7.01(a)(2), and move this Honorable Court for leave to file a Reply to Plaintiffs' Response in Opposition to Defendants' Motion for Judgment on the Pleadings (DE 37) ("Response") in excess of five (5) pages. As grounds, Defendants would state as follows:

1. The subject matter of this case involves complex First Amendment principles and a changing landscape of First Amendment jurisprudence throughout the nation involving library curation decisions, including the interaction with the government speech doctrine. Accordingly,

Case 3:25-cv-00429    Document 40    Filed 09/12/25    Page 1 of 3 PageID #: 486

Defendants' reply requires a more detailed analysis to address the contentions raised in Plaintiffs' Response. Defendants therefore respectfully submit that additional pages are necessary to adequately address the arguments raised in Plaintiffs' Response (DE 37).

2. In light of the foregoing, Defendants respectfully request leave to file **five (5) excess pages**, totaling a maximum of ten (10) pages for their Reply.

3. The undersigned has conferred with counsel for Plaintiffs, and counsel for Plaintiffs have indicated that they **do not** oppose this request.

**WHEREFORE PREMISES CONSIDERED**, Defendants respectfully request that the Court enter an Order granting them leave to file a Reply to Plaintiffs' Response in Opposition to Defendants' Motion for Judgment on the Pleadings totaling a maximum of **ten (10) pages**.

**Respectfully submitted,**

**HUDSON, REED & CHRISTIANSEN, PLLC**

**By: /s/ Nick C. Christiansen**
  **JEFF REED, #15000**
  **NICK C. CHRISTIANSEN, #30103**
  **JASON N. KING, #027749**
  16 Public Square North
  P.O. Box 884
  Murfreesboro, TN 37133
  (615) 893-5522
  jreed@mborolaw.com
  nchristiansen@mborolaw.com
  jking@mborolaw.com

  *Attorneys for Defendants*

2

<u>**CERTIFICATE OF SERVICE**</u>

The undersigned hereby certifies that a true and correct copy of the foregoing document was sent to the following via the District Court's electronic filing system and/or U.S. Mail, postage prepaid, to:

Kerry Knox
117 S. Academy Street
Murfreesboro, TN 37130
kek@castelliknox.com

Stella Yarbrough
Lucas Cameron Vaughn
Zee Scout
American Civil Liberties Union
Foundation of Tennessee
P.O. Box 120160
Nashville, TN 37212
syarbrough@aclu-tn.org

this the 12th day of September, 2025.

**/s/ Nick C. Christiansen**
**NICK C. CHRISTIANSEN**

3