<u>ORDER</u>

This motion (Doc. No. 40) is **GRANTED**, as being unopposed. Defendants shall have an additional five (5) pages, totaling ten (10) pages, for their reply to Plaintiffs' response in opposition (Doc. No. 37) to Defendants' motion for judgment on the pleadings (Doc. No. 31). IT IS SO ORDERED.

*Eli Richardson*

### IN THE UNITED STATES DISTRICT COURT
### MIDDLE DISTRICT OF TENNESSEE
### AT NASHVILLE

| | | |
|---|---|---|
| RACHEL ROE, a minor, by and through her parent and next friend, ROBERT ROE; DAVID DOE, a minor, by and through his parent and next friend, DANA DOE; CLAIRE COE, a minor, by and through her parent and next friend, CHARLES COE; and PEN AMERICAN CENTER, INC., | ) ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | No. 3:25-cv-00429 |
| RUTHERFORD COUNTY BOARD OF EDUCATION; JAMES SULLIVAN, in his official capacity as Director of Rutherford County Schools, | ) ) ) ) ) | JUDGE RICHARDSON MAGISTRATE NEWBERN |
| Defendants. | ) | |

**UNOPPOSED MOTION FOR LEAVE TO FILE REPLY TO PLAINTIFFS' RESPONSE IN OPPOSITION TO DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS (DE 37) IN EXCESS OF FIVE (5) PAGES**

COME NOW Defendants Rutherford County Board of Education and James Sullivan, in his official capacity as Director of Rutherford County Schools (collectively, "Defendants"), by and through counsel, pursuant to Local Rule 7.01(a)(2), and move this Honorable Court for leave to file a Reply to Plaintiffs' Response in Opposition to Defendants' Motion for Judgment on the Pleadings (DE 37) ("Response") in excess of five (5) pages. As grounds, Defendants would state as follows:

1.      The subject matter of this case involves complex First Amendment principles and a changing landscape of First Amendment jurisprudence throughout the nation involving library curation decisions, including the interaction with the government speech doctrine. Accordingly,