IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| RACHEL ROE, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | NO. 3:25-cv-00429 |
| v. ) | |
| ) | JUDGE RICHARDSON |
| RUTHERFORD COUNTY BOARD OF ) | |
| EDUCATION, et al., ) | |
| ) | |
| Defendants. ) | |

# ORDER

Pending before the Court is Plaintiffs' "Motion for Preliminary Injunction" (Doc. No. 11, "Motion"), supported by a memorandum (Doc. No. 12). Defendants, Rutherford County Board of Education and James Sullivan, filed a response in opposition to the Motion (Doc. No. 24), to which Plaintiffs replied (Doc. No. 30).

For the reasons stated in the accompanying Memorandum Opinion, the Motion (Doc. No. 11) is DENIED.

IT IS SO ORDERED.

*Eli Richardson*
ELI RICHARDSON
UNITED STATES DISTRICT JUDGE