**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**AT NASHVILLE**

| | |
|---|---|
| RACHEL ROE, et al., | |
| Plaintiffs, | Case No. 3:25-cv-00429 |
| v. | Judge Eli Richardson |
| | Magistrate Judge Alistair Newbern |
| RUTHERFORD COUNTY BOARD OF EDUCATION; JAMES SULLIVAN, | |
| Defendants. | JURY DEMAND |

## JOINT MOTION TO EXTEND DISCOVERY DEADLINES

The Parties jointly move pursuant to Fed. R. Civ. P. 16(b)(4) to modify the case management deadlines for good cause as follows:

1. The remaining deadlines in the Court's current case management order (ECF No. 27) are as follows:

a. November 28, 2025: Deadline to serve additional written discovery.

b. December 31, 2025: Deadline to complete all written discovery and depose fact witnesses.

c. January 14, 2026: Deadline to submit joint-report of good-faith effort to resolve case.

d. January 19, 2026: Deadline to submit all motions related to fact discovery.

e. January 31, 2026: Plaintiffs' deadline to disclose all expert witnesses and expert reports.

f. March 17, 2026: Defendants' deadline to disclose all expert witnesses and expert reports.

g. May 1, 2026: Deadline to depose all expert witnesses.

h. June 2, 2026: Deadline to file all dispositive motions.

i. November 17, 2026: Expected trial date.

1

2. Although the parties have diligently pursued discovery in accordance with this Court's current case management order by exchanging initial disclosures, interrogatories, and requests for production, the parties require additional time to schedule and complete fact witness depositions.

3. This process cannot reasonably be completed within the remaining discovery period. The parties' respective schedules moving into the holidays and the need for sufficient time to schedule and complete these depositions all demonstrate good cause for extending the current discovery deadlines.

4. Accordingly, the parties request a 90-day extension for each deadline and a related extension for all other remaining deadlines in the case, including a new target trial date.

5. Specifically, the parties request that the deadline to serve additional written discovery be extended from **November 28, 2025**, to **February 26, 2026**; that the deadline to complete all written discovery and depose all fact witnesses be extended from **December 31, 2025,** to **March 31, 2026**; that the deadline to submit a joint report confirming good-faith attempts to resolve the case be extended from **January 14, 2026,** to **April 14, 2026**; that the deadline for all motions related to fact discovery be extended from **January 19, 2026** to **April 20, 2026**; that the deadline for Plaintiffs to disclose all expert witnesses and expert reports be extended from **January 31, 2026,** to **May 8, 2026**; that the deadline for Defendants to disclose all expert witnesses and expert reports be extended from **March 17, 2026,** to **June 22, 2026**; that the deadline to depose all expert witnesses be extended from **May 1, 2026,** to **August 10, 2026**; that the deadline to file all dispositive motions be extended from **June 2, 2026,** to **September 14, 2026**; and that the expected trial date be extended from **November 17, 2026,** to **February 15, 2027.**

6. The parties have conferred and agreed to these deadline extensions, which conform to the requirements of L.R. 16.01(h)(1). No dispositive motion, including response and replies, will be filed later than 90 days in advance of the proposed new target trial date.

2

7. The parties have not previously requested an extension of the discovery deadlines in this matter and make this request in good faith and not for purposes of delay.

Accordingly, for the reasons stated herein, the parties respectfully request that the Court enter an order granting their motion to extend the current fact discovery deadlines, as follows:

a. the deadline to serve additional written discovery be extended from **November 28, 2025**, to **February 26, 2026**; and

b. the deadline to complete all written discovery and depose all fact witnesses be extended from **December 31, 2025,** to **March 31, 2026**; and

c. the deadline to submit a joint report confirming good-faith attempts to resolve the case be extended from **January 14, 2026,** to **April 14, 2026**; and

d. the deadline for all motions related to fact discovery be extended from **January 19, 2026,** to **April 20, 2026**; and

e. the deadline for Plaintiffs to disclose all expert witnesses and expert reports be extended from **January 31, 2026,** to **May 8, 2026**; and

f. the deadline for Defendants to disclose all expert witnesses and expert reports be extended from **March 17, 2026,** to **June 22, 2026**; and

g. the deadline to depose all expert witnesses be extended from **May 1, 2026,** to **August 10, 2026**; and

h. the deadline to file all dispositive motions be extended from **June 2, 2026,** to **September 14, 2026**; and

i. the expected trial date be extended from **November 17, 2026,** to **February 15, 2027.**

Respectfully submitted this 21st day of November 2025.

3

/s/ Zee Scout
Stella Yarbrough, BPR # 033637
Lucas Cameron Vaughn BPR# 036284
Zee Scout BPR # 042637
American Civil Liberties Union
Foundation of Tennessee
P.O. Box 120160
Nashville, TN 37212
(615) 320-7142
syarbrough@aclu-tn.org
lucas@aclu-tn.org
zscout@aclu-tn.org

Kerry Knox
KERRY KNOX, BPR #23302
117 S. Academy Street
Murfreesboro, TN 37130
(615) 896-1000
(615) 896-1027 (facsimile)
kek@castelliknox.com

*Attorneys for Plaintiffs*

/s/ Jason King
Nick Christiansen
Jason King
Jeff Reed
Hudson, Reed & Christiansen, PLLC
16 Public Square North
P.O. Box 884
Murfreesboro, TN 37133
(615) 893-5522
nchristiansen@mborolaw.com
jking@mborolaw.com
jreed@mborolaw.com

*Attorneys for Defendants*

4

# CERTIFICATE OF SERVICE

I certify that on November 21st, 2025, a true and correct copy of the foregoing Joint Motion to Extend Discovery Deadlines was served on all parties via the Court's ECF/CM system.

Nick Christiansen
Jeff Reed
Jason King
Hudson, Reed & Christiansen, PLLC
16 Public Square North
P.O. Box 884
Murfreesboro, TN 37133
(615) 893-5522
jreed@mborolaw.com
nchristiansen@mborolaw.com
jking@mborolaw.com

*Attorneys for Defendants*

/s/ Zee Scout

5