# IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE
### AT NASHVILLE

RACHEL ROE, et al.,

          Plaintiffs,

  v.

RUTHERFORD COUNTY BOARD OF EDUCATION; JAMES SULLIVAN,

          Defendants.

Case No. 3:25-cv-00429
Judge Eli Richardson
Magistrate Judge Alistair Newbern

JURY DEMAND

---

## RESPONSE TO PLAINTIFFS' MOTION TO EXTEND DISCOVERY DEADLINES

---

COME NOW Defendants, Rutherford County Board of Education and James Sullivan, in his official capacity as Director of Rutherford County Schools, by and through counsel, and file this Response to Plaintiffs' Motion to Extend Discovery Deadlines [Doc. 49] ("the Motion").

By Joint Motion filed November 21, 2025 [Doc 47], the parties sought to modify the Initial Case Management Order [Doc 27] by extending deadlines, including moving the trial date from November 17, 2026 to February 17, 2026. On December 16, 2025, the Court denied that joint motion "…on grounds that there is no current trial to continue." [Doc 47]. The Court's order also stated that "The request to modify the case management order will be decided by the Magistrate Judge," set the new (first) jury trial date on November 17, 2026, and ordered related Pretrial Filing Deadlines [*Id.*]. Thereafter, counsel for the parties conferred through phone calls and email correspondence in an effort to work out a mutually agreeable set of case management deadlines to propose to the Court in a new request to modify the Initial Case Management Order [Doc 27].

Despite the good faith efforts of counsel for the parties, these efforts could go no further than the scheduled trial date would permit, without moving the Court for a new trial date.

The Motion [Doc 49] was filed with the close of fact discovery approaching on December 31, 2025 along with the usual business interruptions associated with the Holiday Season. Defendants would have preferred for the parties to jointly move the Court for a new trial date set in late February or March of 2027 and to submit with it a set of proposed case management deadlines that would have accorded the parties the additional time necessary for discovery, resolution of disputed discovery issues and motion practice, expert disclosure and depositions, dispositive motions, and related pretrial work. Defendants take this opportunity to highlight the need to reschedule the trial date, as expressed in the Joint Motion [Doc 47].

As stated in paragraph six (6) of the Motion, Defendants do not oppose the requested enlargements of time within the context of the current trial date [Doc 49]. Defendants agree with Plaintiffs that "…the parties require additional time to meet and confer on substantive discovery issues and to schedule and complete fact witness depositions." [Doc 49, para. 2]. Defendants also agree with Plaintiffs that, "This process cannot reasonably be completed within the remaining discovery period. The parties' respective schedules moving into the holidays and the need for sufficient time to schedule and complete a meet and confer and multiple fact-witness depositions all demonstrate good cause for extending the current discovery deadlines." [*Id.*, para. 3].

Accordingly, Defendants join Plaintiffs in seeking the modification of the case management deadlines set forth in the Motion [Doc 49], although, at this time, Defendants do not view those modifications as sufficient to the needs of the case.

Respectfully submitted,

**HUDSON, REED & CHRISTIANSEN, PLLC**

By: **/s/ Nick C. Christiansen**
      **JEFF REED, #15000**
      **NICK C. CHRISTIANSEN, #30103**
      **JASON N. KING, #027749**
      16 Public Square North
      P.O. Box 884
      Murfreesboro, TN 37133
      (615) 893-5522
      jreed@mborolaw.com
      nchristiansen@mborolaw.com
      jking@mborolaw.com

      *Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I certify that on December 29th, 2025, a true and correct copy of the foregoing Response to Plaintiff's Motion to Extend Discovery Deadlines was served on all parties via the District Court's electronic filing system.

Kerry Knox
117 S. Academy Street
Murfreesboro, TN 37130
kek@castelliknox.com

Stella Yarbrough
Lucas Cameron Vaughn
Zee Scout
American Civil Liberties Union
Foundation of Tennessee
P.O. Box 120160
Nashville, TN 37212
syarbrough@aclu-tn.org
zscout@aclu-tn.org
lucas@aclu-tn.org

*Attorneys for Plaintiffs*

               /s/Nick C. Christiansen
               Nick C. Christiansen