The motion is GRANTED IN PART and DENIED IN PART. All requested deadline extensions are GRANTED except the requested extension of the dispositive motion deadline, which is DENIED. In compliance with Local Rule 16.01(h), the dispositive motion deadline is EXTENDED to July 8, 2026.

Alistair E. Newbern
U.S. Magistrate Judge

**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**AT NASHVILLE**

| | |
|---|---|
| RACHEL ROE, et al., | |
| Plaintiffs, | Case No. 3:25-cv-00429 |
| v. | Judge Eli Richardson |
| | Magistrate Judge Alistair Newbern |
| RUTHERFORD COUNTY BOARD OF EDUCATION; JAMES SULLIVAN, | |
| Defendants. | JURY DEMAND |

## UNOPPOSED MOTION TO EXTEND DISCOVERY DEADLINES

Plaintiffs move pursuant to Fed. R. Civ. P. 16(b)(4) to modify the case management deadlines for good cause as follows:

1. The remaining deadlines in the Court's current case management order (ECF No. 27) are as follows:

a. November 28, 2025: Deadline to serve additional written discovery.

b. December 31, 2025: Deadline to complete all written discovery and depose fact witnesses.

c. January 14, 2026: Deadline to submit joint-report of good-faith effort to resolve case.

d. January 19, 2026: Deadline to submit all motions related to fact discovery.

e. January 31, 2026: Plaintiffs' deadline to disclose all expert witnesses and expert reports.

f. March 17, 2026: Defendants' deadline to disclose all expert witnesses and expert reports.

g. May 1, 2026: Deadline to depose all expert witnesses.

h. June 2, 2026: Deadline to file all dispositive motions.

i. November 17, 2026: Expected trial date.

1

2. Although the parties have diligently pursued discovery in accordance with this Court's current case management order by exchanging initial disclosures, interrogatories, and requests for production, the parties require additional time to meet and confer on substantive discovery issues and to schedule and complete fact witness depositions.

3. This process cannot reasonably be completed within the remaining discovery period. The parties' respective schedules moving into the holidays and the need for sufficient time to schedule and complete a meet and confer and multiple fact-witness depositions all demonstrate good cause for extending the current discovery deadlines.

4. Accordingly, Plaintiffs request an extension for each deadline in accordance with Judge Richardson's recent Order (ECF No. 48), which set a trial date for this matter on November 17, 2026.

5. Specifically, Plaintiffs request that the deadline to serve additional written discovery be extended from **November 28, 2025**, to **February 26, 2026**; that the deadline to complete all written discovery and depose all fact witnesses be extended from **December 31, 2025,** to **March 31, 2026**; that the deadline to submit a joint report confirming good-faith attempts to resolve the case be extended from **January 14, 2026,** to **April 7, 2026**; that the deadline for all motions related to fact discovery be extended from **January 19, 2026** to **April 10, 2026**; that the deadline for Plaintiffs to disclose all expert witnesses and expert reports be extended from **January 31, 2026,** to **April 3, 2026**; that the deadline for Defendants to disclose all expert witnesses and expert reports be extended from **March 17, 2026,** to **May 15, 2026**; that the deadline to depose all expert witnesses be extended from **May 1, 2026,** to **June 15, 2026**; and that the deadline to file all dispositive motions be extended from **June 2, 2026,** to **August 19, 2026**.

6. The parties have conferred about these deadline extensions, which now conform with L.R. 16.01(h)(1), and Defendants have said they do not oppose this motion within the context of the current

2

trial date. Under these proposed extensions, no dispositive motion, including response and replies, will be filed later than 90 days in advance of the trial date.

7. The parties have not previously received an extension of the discovery deadlines in this matter, and Plaintiffs make this request in good faith and not for purposes of delay. Plaintiffs previously made a nearly identical unopposed request (ECF No. 49), which the Court denied without prejudice (ECF No. 51) with instructions for "refiling in compliance with this Court's Local Rule 16.01(h)(1)." This error has been corrected in this unopposed motion.

Accordingly, for the reasons stated herein, Plaintiffs respectfully request that the Court enter an order granting their motion to extend the current fact discovery deadlines, as follows:

a. the deadline to serve additional written discovery be extended from **November 28, 2025**, to **February 26, 2026**; and

b. the deadline to complete all written discovery and depose all fact witnesses be extended from **December 31, 2025,** to **March 31, 2026**; and

c. the deadline to submit a joint report confirming good-faith attempts to resolve the case be extended from **January 14, 2026,** to **April 7, 2026**; and

d. the deadline for all motions related to fact discovery be extended from **January 19, 2026,** to **April 10, 2026**; and

e. the deadline for Plaintiffs to disclose all expert witnesses and expert reports be extended from **January 31, 2026,** to **April 3, 2026**; and

f. the deadline for Defendants to disclose all expert witnesses and expert reports be extended from **March 17, 2026,** to **May 15, 2026**; and

g. the deadline to depose all expert witnesses be extended from **May 1, 2026,** to **June 15, 2026**; and

3

h.  the deadline to file all dispositive motions be extended from **June 2, 2026,** to **August 19, 2026.**

Respectfully submitted this 30th day of December 2025.

/s/ Zee Scout
Stella Yarbrough, BPR # 033637
Lucas Cameron Vaughn BPR# 036284
Zee Scout BPR # 042637
American Civil Liberties Union
Foundation of Tennessee
P.O. Box 120160
Nashville, TN 37212
(615) 320-7142
syarbrough@aclu-tn.org
lucas@aclu-tn.org
zscout@aclu-tn.org

Kerry Knox
KERRY KNOX, BPR #23302
117 S. Academy Street
Murfreesboro, TN 37130
(615) 896-1000
(615) 896-1027 (facsimile)
kek@castelliknox.com

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I certify that on December 30th, 2025, a true and correct copy of the foregoing Motion to Extend Discovery Deadlines was served on all parties via the Court's ECF/CM system.

Nick Christiansen
Jeff Reed
Jason King
Hudson, Reed & Christiansen, PLLC
16 Public Square North
P.O. Box 884
Murfreesboro, TN 37133
(615) 893-5522
jreed@mborolaw.com
nchristiansen@mborolaw.com
jking@mborolaw.com

*Attorneys for Defendants*

/s/ Zee Scout