# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE

Nashville Division

Rachel ROE, et al., Plaintiffs

Case No. 3:25-cv-00429

v.

RUTHERFORD COUNTY BOARD OF
EDUCATION, et al., Defendants

Judge Eli J. Richardson

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Rule 83.01 of the Local Rules of Court for the United States District Court

Middle District of Tennessee, Leah Novak hereby moves for admission to appear

*pro hac vice* in the above-captioned action as counsel for Rachel Roe, a minor, by and through her parent and next friend, Robert Roe; David Doe, a minor, by and through his parent and next friend, Dana Doe; Claire Coe, a minor, by and through her parent and next friend, Charles Coe; and Pen America Center, Inc.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the following

is true and correct:

1. I am a member in good standing of the following United States District Court or United States appellate court:

Southern District of New York

Attached is a Certificate of Good Standing from that court.

2. I am not, nor have I ever been, the subject of disciplinary proceedings by any disciplinary authority, court, or tribunal, except as provided below:

N/A

3. I have not been found in contempt by any court or tribunal, except as provided below:

N/A

4. I have not been sanctioned pursuant to 28 U.S.C. § 1927, except as provided below:

N/A

5.     I have never been censured, suspended, disbarred, or denied admission or readmission by any court or tribunal, except as provided below.

N/A

6.     I have not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below:

N/A

7.     I understand that pursuant to Local Rule 83.01(d)(1), if I am not both a member of the Tennessee bar and admitted to the bar of this Court, local counsel must be retained. Below is the name, address, phone number, and e-mail address of local counsel retained in this matter:

Knox, Kerry Edward - 023302
117 S Academy St
Murfreesboro, TN 37130-3779
615-896-1000/kek@castelliknox.com

8.     I have read and am familiar with Local Rules of Court for the United States District Court Middle District of Tennessee.

9.     By seeking admission to practice before this Court, I acknowledge my responsibility for compliance with all rules of this Court and confer disciplinary jurisdiction upon this Court for any alleged misconduct arising in the course of the proceeding.

/s/ Leah Novak                    Signature

Name: Leah Novak

State where admitted and State Bar Number: New York No. 5653381

Business Address: 250 W 55th Street, New York, NY 10019

Local Address [if different from above]: N/A

Phone: +1 212.836.7525

Email: Leah.Novak@arnoldporter.com

<u>**CERTIFICATE OF SERVICE**</u>

[Include certificate of service if required by Fed. R. Civ. P. 5(d)(1)(B) and attach as separate page if necessary due to space constraints.]

**FEE: $150.00 [Fee may be paid through the credit card module in ECF or payment may be forwarded to the Clerk within 10 days of filing the motion. If forwarded to the Clerk, payment should be in the form of a check, cashier's check or money order payable to the Clerk, U.S. District Court, 719 Church Street, Suite 1300, Nashville, TN 37203.]

Attorneys with CM/ECF filing privileges in this Court may file Motions for Admission *Pro Hac Vice* via CM/ECF.  For movants who do not yet have CM/ECF filing privileges, local counsel may file Motions for Admission *Pro Hac Vice* on their behalf. Additionally, counsel may file the Motion  phv@tnmd.uscourts.gov.

# United States District Court
## Southern District of New York

### Certificate of Good Standing

I, *Tammi M. Hellwig*, Clerk of Court, Certify that

LEAH NOVAK , Bar # 5653381

was duly admitted to practice in the Court on

May 21, 2019

and is in good standing as a member of the Bar of this Court

Dated at 500 Pearl St.  On December 18, 2025
New York, New York

Tammi M. Hellwig   By   s/ R. Juliano
Clerk of Court            Deputy Clerk