# IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE
### AT NASHVILLE

RACHEL ROE, *a minor, by and through her parent and next friend*, ROBERT ROE; DAVID DOE, *a minor, by and through his parent and next friend*, DANA DOE; CLAIRE COE, *a minor, by and through her parent and next friend*, CHARLES COE; and PEN AMERICAN CENTER, INC.,

                Plaintiffs,

  v.

RUTHERFORD COUNTY BOARD OF EDUCATION; JAMES SULLIVAN, *in his official capacity as Director of Rutherford County Schools*,

                Defendants.

Case No. 3:25-cv-00429
Judge Eli Richardson
Magistrate Judge Alistair Newbern

---

## NOTICE OF WITHDRAWAL

---

Pursuant to Local Rule 83.01(g), Stella Yarbrough submits this Notice of Withdrawal as counsel for Plaintiffs. Plaintiffs shall continue to be represented by counsel of record: Zee Scout of the American Civil Liberties Union Foundation of Tennessee; Kerry Knox; and, Anand Agneshwar, Dori Ann Hanswirth, Leah Novak, Theresa House, and Zoe Staum of Arnold & Porter, LLP.

Respectfully submitted, this 20th day of January, 2026.

*/s/ Stella Yarbrough*
Stella Yarbrough, BPR # 033637
ACLU FOUNDATION OF TENNESSEE
P.O. Box 120160
Nashville, TN 37212

(615) 320-7142
syarbrough@aclu-tn.org

## CERTIFICATE OF SERVICE

I certify that I will filed this document via the Court's electronic filing system which serves the filing on all counsel of record this 20th day of January, 2026.

*/s/ Stella Yarbrough*