# Exhibit C



COURTESY: RCTV

November 14, 2024

**HEATED SCHOOL BOARD MEETING OVER BOOKS**
RUTHERFORD COUNTY

NEWS 2 abc    54°
3:59

MIDDLE TN

# Librarians with Rutherford County Schools set to review more than 150 potentially explicit books

by: **Kenley Hargett**
Posted: Nov 15, 2024 / 03:59 PM CST
Updated: Nov 15, 2024 / 04:50 PM CST

SHARE

RUTHERFORD COUNTY, Tenn. (WKRN) — Rutherford County Schools (RCS) will have librarians review more than 150 books that could have sexually explicit content.

A September meeting saw a challenge from school board member Caleb Tidwell over ten titles after a state law took effect that prohibits books and materials with references to sexual content and excess violence in public school libraries. At the time, nine titles were removed from shelves.

**PREVIOUS: Rutherford County School Board declares some books sexually explicit, removes them from school libraries** ❯

"I assure you each and every one of us has researched, and even prayed, over this," board chair Claire Maxwell said at the end of the September meeting. "We love this community, and as a lifelong resident who grew up in our school system, it hurts to see this issue tear our community apart."

Case 3:25-cv-00429    Document 61-3    Filed 02/12/26    Page 2 of 3 PageID #: 652

The ACLU of Tennessee had previously [urged](#) the board not to ban any of the books. This week, the school board's Vice Chair, Frances Rosales, submitted more than 150 books for review.

ADVERTISEMENT



CINTALAPA, MEXICO

"I took it upon myself to say, 'Well, if there's pornography in our schools, what books could potentially be perceived as sexually explicit under the new statute of obscenity?'" Rosales told News 2.

In a 6-1 motion led by Rosales, librarians must review these books and will receive $1,000 for their work.

ADVERTISEMENT

**Rutherford County sees increased need for ESL resources in schools  ❯**

[Follow this link](#) to find a complete list of challenged titles. Some of the titles include, but are not limited to:

- "A Clockwork Orange" by Anthony Burgess
- "Catch 22" by Joseph Heller
- "Go Ask Alice" by Anonymous
- "Ready Player One" by Ernest Cline

Rosales explained to News 2 that each title on the list was added because of an [appropriateness rating](#) it received between 1 and 5 from BookLooks.org. All books pulled had ratings between 3 and 5, which Rosales said stayed consistent with prior titles challenged.

READ NEXT >                                                                              ✕

Winter storm with snow, ice to impact Middle TN this weekend

READ NEXT >

**Next story in 5**