# Exhibit D

ADVERTISEMENT

# Rutherford County faces heated debate over book bans in school as 150 more titles are pulled from library shelves

The book bans were initiated by board member Caleb Tidwell, who flagged the titles as sexually explicit under school board policy and state obscenity laws.



Since February, the Rutherford County Board of Education has banned 35 books, including well-known young adult novels.

By Stacey Cameron

*Published: Nov. 13, 2024 at 8:29 PM EST*



NASHVILLE, Tenn. (WSMV) - In Rutherford County, Friday night football games have long brought communities together, with proud traditions at schools like Riverdale High. But this fall, a different kind of clash is taking place off the field — a divisive battle over whether certain books need to be pulled from library shelves.

Since February, the Rutherford County Board of Education has banned 35 books, including well-known young adult novels such as *Wicked*, *The Perks of Being a Wallflower*, and *Beloved* by Nobel laureate Toni Morrison. These books were available in high school libraries, though none were part of the district's curriculum.

The book bans were initiated by board member Caleb Tidwell, who flagged the titles as sexually explicit under school board policy and state obscenity laws.



The decision comes after a review of the books' material was deemed inappropriate for students.

ADVERTISEMENT

During a September board meeting, people supporting the book bans, many from Tidwell's church, attended and spoke out saying the sexually explicit content is harmful to minors.

"Yes, we are trying to ban books that have pornographic material in them," one supporter said during public comments.

But not all board members agree. Butch Vaughn, a retired principal was just recently elected to the board. He grew up in Rutherford County, sent his children to public school here and has voiced concern over what he calls "political grandstanding."

"I look at it like a battle between good and evil sometimes, and I am always going to be on the side of good," said Vaughn. "It's like they're just really creating dust, and I don't think this needs to be an issue that divides us and keeps us from focusing on what's really important."

Vaughn, who attends the same church as Tidwell, worries about the consequences of the board's actions and says he believes it's a small vocal minority pushing to ban books.

"It's created so much bitterness, division," Vaughn said. "If you look at the number of times [the banned books] were checked out over the last years, it is just so minute. I mean, it's like they're just really creating dust in a lot of situations."

Stan Vaught, another new board member and longtime community resident, shares Vaughn's concerns, and fears the book bans are a slipper slope.

"It almost reminds me of 1930s Germany just a little bit, where if we pull them out of our libraries, where are we going to pull them out of next?" Vaught said. "I can't tell other parents how to raise their children, and I'm not going to, it's not my job."

Over the summer, lawmakers revised state law, broadening the definition of obscenity, and expanding the types of materials now prohibited in school libraries.

Beginning in August, school districts across Tennessee struggled to interpret the law and implement its new requirements.

Despite the legal confusion that ensued during its own board meetings, Rutherford County still moved forward and banned six more books under the law, after Tidwell challenged them as "sexually explicit."

"The law can and will be challenged, and I'm certain it will not survive," said Ken Paulson, Director of the Free Speech Center at Middle Tennessee State University. "And the reason, for that is that it takes existing Supreme Court Rules and adds new things.'

ADVERTISEMENT

Paulson says when it comes to library materials, changes to the law are so broad that any book containing depictions of sexual conduct or excessive violence is now prohibited in Tennessee.

"Never in the history of America has the Supreme Court or any federal court concluded that a book was obscene because it had excessive violence," Paulson said. "And the books banned in Rutherford County are not porn. And the notion that they are somehow written to capture the same audience as something like *Hustler* magazine is nonsense."

Both Vaughn and Vaught worry that the district is headed down the road to a federal lawsuit which could cost the school district hundreds of thousands of dollars to defend.

"I don't want my tax dollars, nor yours, nor anybody else's, to go to defend a frivolous lawsuit when we can avoid it," said Vaught.

ADVERTISEMENT

The American Civil Liberties Union (ACLU) is reportedly considering legal action against the board, and earlier this fall the board voted to seek a legal opinion letter from the State Attorney General on how to move forward under the new law.

But instead of waiting for that guidance, Tidwell, proposed the removal of ten additional titles, and then on Monday fellow board member Frances Rosales flagged another 150 titles under the obscenity law.

WSMV4 Investigates has confirmed that Director of Schools James had the new list of books removed from school libraries on Tuesday, those titles including the novels *Catch-22* and *A Clockwork Orange*.

Vaught says he wished the board could get back to other business and return to a time when parents were making decisions about the books their kids read.

"We've hired experts to run these libraries. My personal belief is we should yield to them. If a parent doesn't like a book, don't let the kid check it out."

Case 3:25-cv-00429    Document 61-4    Filed 02/12/26    Page 5 of 6 PageID #: 658

Tidwell, who declined an interview, released a statement that reads:

"Once awareness of the content in question was raised to the community, the vast majority of attendees at our meetings were in support of removal. Those community members who supported removal come from multiple backgrounds, churches, schools, and yet, arrived at the same conclusion - this content breaks the law. Specifically, it's common sense and legal. Attempts to hide behind fear of a lawsuit to keep sexually explicit books in schools, an educationally focused setting, shows a poor understanding of the law or deflection of duty.

It is offensive to suggest keeping sexually explicit books in school libraries has no damaging effect on minors and that these fictional books have educational value that supersedes its sexual exposure."

The school board will now have 60 days to review the books removed and decided whether they should return to library shelves or be permanently banned.

*Copyright 2024 WSMV. All rights reserved.*

**Experts think this could be like buying Nvidia at $0.16**

**The Motley Fool** | Sponsored

**Severe Ringing in Ears is Being Linked to a Common Food. Cut it Out Now**

**Center For Neurologists** | Sponsored

**Click Here**

**Who Charges The Least For Car Insurance In Virginia? (Check Zip Codes)**

**OTTO Insurance** | Sponsored

**Learn More**

**Here's The True Cost Of A Walk-In Shower In 2026**

**Homebuddy** | Sponsored

**Learn More**

**This New $99 Device Is Quietly Replacing Hearing Aids for People Over 55**

**Soundbright Magazine** | Sponsored