# Exhibit F

Case 3:25-cv-00429    Document 61-6    Filed 02/12/26    Page 1 of 33 PageID #: 669



| | |
|---|---|
| Document title: | Relish: My Life in the Kitchen, along... - Caleb Tidwell RCS \| Facebook |
| Capture URL: | https://www.facebook.com/CalebTidwellRCS/posts/pfbid0UEe4qhUABJP3Av9MbrGmW9uer88eViNkskpK84n9xV4ACPuvBjLei87Gb3ip1QMLl?rdid=M9O8GRuGkbYapZyu |
| Page loaded at (UTC): | Mon, 12 Jan 2026 22:30:44 GMT |
| Capture timestamp (UTC): | Mon, 12 Jan 2026 22:33:50 GMT |
| Capture tool: | 10.71.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/142.0.7444.177 Safari/537.36 |
| Operating system: | Linux (Node 22.21.1) |
| Capture ID: | hBwQbcH3NaBXKkMsbtrmWr |

Email or phone | Password | Log In | Forgot Account?

## Caleb Tidwell RCS's Post



**Caleb Tidwell RCS**
February 5, 2025 ·

Relish: My Life in the Kitchen, along with 42 other books, are up for a vote this Thursday.

I can't show you the actual images as I don't want my account to get locked.... For showing you the contents of a school library book! So I marked over the nudity.

Content for all 42 books can be seen here - **https://bookreviewrc.com/**

So I'm reviewing each book methodically and, I believe, balanced. During the process, I come across the book - Relish.

First, How did this get in? What publisher thought this was appropriate for school? So sad.

Then I check the recommendation from one of the District Reviewers which notates the pages below but says "illustrated with no nudity because it is so far away".

Click on **bookreviewsrc.com** or **ratedbooks.org** - Click on Relish - and look at the pictures.. is that too far away? Is that not the definition of nudity?? Is it not cover after cover of nudity & sexual positions? In a school library book about cooking.

We are going to have differing opinions on some books, but how is this not common ground?

I mean, pages noted. Literally nudity in multiple sexual positions. Even Low circulation mentioned. A lay-up for easy removal recommendation based on the definition of the law. Yet retain is recommended.

For the first time, in this year long plus process, by this particular (anonymous) reviewer, it felt intentional. Sad day.

*I do not believe the majority of our librarians would retain this book after seeing this. This one reviewer did. That is terrible.



15     37 comments   5 shares

Like     Comment

Document title: Relish: My Life in the Kitchen, along... - Caleb Tidwell RCS | Facebook
Capture URL: https://www.facebook.com/CalebTidwellRCS/posts/pfbid0UEe4qhUABJP3Av9MbrGmW9uer88eViNkskpK84n9xV4ACPuvBjLei87Gb3ip1QMLl?…
Capture timestamp (UTC): Mon, 12 Jan 2026 22:33:50 GMT     Page 1 of 2

Email or phone | Password | Log In | Forgot Account?

**Caleb Tidwell RCS's Post** ✕



**Anna Tidwell**
I have so many thoughts right now! This is disgusting! This book is promoting porn addiction to a minor. A grown man is handing over porn to a minor. What human thinks this is ok in the hands of our students? I have questions for this librarian who vetted this book!

48w    9

**Tammy Kelley**
And to think that some of the board members say we should trust the opinions and recommendations of the librarians all because they have degrees and are educated. This is what I think of that.😛🤮 Many have been educated in an indoctrination system that wants to prey and groom our children. Enough! They all need the real Jesus!!

48w    3

**Julie Perry Teeters**
Keep standing in the gap for our children! Thank you for all you do.

48w    4

**Kim Turner**
Thank you for all you do to keep our kiddos safe.

48w    3

**Krista Turkell**
Horrible representative on our board, my representative and he failed my kids all over. Stop pushing your crappy agenda and do something like feed hungry kids or fund our schools better. But no we have you wasting our time on books because you are a fascist 😡

48w    2

🔵 **Kim Turner replied · 18 Replies**

**Charlie Jones**
Waste of taxpayers money.

48w

**Teresa Watson**
Unbelievable-makes me sad for my family's little ones.

48w    2

🔵 **Kim Turner replied · 7 Replies**

**John Miller**
Honest question: if I wanted to submit a book that should be banned, how would I go about doing that?

Cause I've got my eye on one.

48w

**Edna Adams**
This book helped me taste food in a whole new way! I loved it! Lots of artful creations. Thank you for sharing.

47w

**Cathy Barrett**
Mercy 😳

48w

Document title: Relish: My Life in the Kitchen - along... - Caleb Tidwell RCS | Facebook
Capture URL: https://www.facebook.com/CalebTidwellRCS/posts/pfbid0UEe4qhUABJP3Av9MbrGmW9uer88eViNkskpK84n9xV4ACPuvBjLei87Gb3ip1QMLl?…
Capture timestamp (UTC): Mon, 12 Jan 2026 22:33:50 GMT



| | |
|---|---|
| Document title: | This week we have received the next... - Caleb Tidwell RCS \| Facebook |
| Capture URL: | https://www.facebook.com/CalebTidwellRCS/posts/pfbid02yDGoMLBjRZJJ6bGKYKJ 2YH77wTy3esQSsmAnXJYH6NkZrj9bZdfFVDbJjxQD9iRLl? rdid=7z3Z9FqH3elVRxmO |
| Page loaded at (UTC): | Mon, 12 Jan 2026 22:34:23 GMT |
| Capture timestamp (UTC): | Mon, 12 Jan 2026 22:34:58 GMT |
| Capture tool: | 10.71.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/142.0.7444.177 Safari/537.36 |
| Operating system: | Linux (Node 22.21.1) |
| Capture ID: | inY2gmGvKWaNBbks9bJe7p |

PDF REFERENCE #: 8fbFPEueR8zUxkNyaMmhtB

facebook | Email or phone | Password | Log In | Forgot Account?

**Caleb Tidwell RCS's Post** ✕

**Caleb Tidwell RCS**
January 19, 2025 · 🌐

This week we have received the next portion of books up for review. Each book should be considered individually which is why I recommend you check out **bookreviewrc.com** to see the challenged content yourself before coming to a conclusion either way. Transparency is best.



Update for the Board

## 15. RESOLUTION

Resolution to Expedite Closing Border and For Additional [...]

## 16. BOOK REVIEW (TAB 7)

An overview of the review process, recommendations, a[...] submitted but are not in our District libraries.

Internal reviews for the following titles have been compl[...]

*Forever* by Judy Blume

*Glass* by Ellen Hopkins

*Grown* by Tiffany Jackson

*Board Meeting Agenda, January 23, 2025*

*Ready Player One* by Ernest Cline

*Smoke* by Ellen Hopkins

*Speak* by Laurie Halse Anderson

*The Female of the Species* by Mindy McGinnis

🩷😠 18                                        17 comments

👍 Like                    💬 Comment

Most relevant ▾

**Julie Perry Teeters**
Thank you for continuing this fight to protect our children! I only looked at 3...those were horrible!

**Caleb Tidwell RCS's Post** ✕



*Ready Player One* by Ernest Cline

*Smoke* by Ellen Hopkins

*Speak* by Laurie Halse Anderson

*The Female of the Species* by Mindy McGinnis

👍😡 18                                    17 comments

👍 Like                          💬 Comment

Most relevant ▾

**Julie Perry Teeters**
Thank you for continuing this fight to protect our children!
I only looked at 3...those were horrible!
51w                                    6 👍😂

**Bill Harper**
This is NOT BOOK BANNING.
It is finding AGE APPROPRIATE books.
Why can't the Ultralibs understand it
50w                                    5 👍😂

🔵 Bill Harper replied · 10 Replies

**Rhiannon Secrest**
Someone had previously commented "Maybe don't ban books at all?" on this
post, but now that comment is gone. But...your page identifies you as a
public figure, and your campaign motto touts transparency. Interesting.
50w                                    😡

🔵 Caleb Tidwell RCS replied · 2 Replies

**Laurie McKinney Waldron**
Only had to glance at the list. 🫣
51w                                    👍

**Brandon Winningham**

50w  👍



| | |
|---|---|
| Document title: | Board Update (September 19th) I've... - Caleb Tidwell RCS \| Facebook |
| Capture URL: | https://www.facebook.com/CalebTidwellRCS/posts/pfbid02rba1wPxgfPqzximN2unRy mMz3rNMmLdATeQNvgtDeQ7KgbDyDoajQBRqYap1maul? rdid=bRLkCT3gbru5dApS |
| Page loaded at (UTC): | Mon, 12 Jan 2026 22:35:30 GMT |
| Capture timestamp (UTC): | Mon, 12 Jan 2026 22:36:03 GMT |
| Capture tool: | 10.71.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/142.0.7444.177 Safari/537.36 |
| Operating system: | Linux (Node 22.21.1) |
| Capture ID: | 34nyqJiRoLrhSUzP2cNC7n |

Email or phone    Password    Log In    Forgot Account?

## Caleb Tidwell RCS's Post  ✕

 **Caleb Tidwell RCS**
October 1, 2024 · 🌐

Board Update (September 19th)

I've tried to do a board update after every board meeting, covering the highlights, for those that want to stay informed but can't make the meeting and to have a record of my position (and purpose) on a decision. Usually, I give the update within a short period of the board meeting, however, my youngest son had some complications from his surgery and that became my obvious focus. (Thank you for the prayers!)

- Mr. Evans updated the board on the current traction we are seeing through the district's media channels. Like our student population, we are seeing a lot of growth there (great for parental communication)

- Insurance Options - Insurance rates are climbing. This year's increase on the State's plan was 5.9%. Most people don't know Insurance eats up 10% of our budget ($50 million plus). The State only requires that we pay 45% but historically, to attract top talent, we have paid 80%. After 12.5% in raised over the past 3 years and with a requirement to get teacher base salaries to $50k at entry level, we opted to cover 80% for the base plan and those who would like to get a Premier plan would cover the cost above the base plan. Option 2 would have been more expensive and lowered the Premier rate but not overall.
The board supported option 1.

- Library Book Vote -
To say that this topic was debated extensively would be an understatement. The Work Session (Sept 17th) portion around this topic addressed items like the TN law, board policy, current screening process by the librarians, a little history on court cases, and general discussion about what "line" is.
The Board meeting (Sept 19th), unsurprisingly, garnered more attention as discussion becomes a voting item. There was standing room only and multiple speakers. Individuals in opposition of removal of sexually explicit content wore purple while individuals in favor of removal of sexually explicit content wore white apparel (about 70%). Access to the content can be found here - **www.bookreviewrc.com** - While some content was read by some speakers, the board members had the content sent to them ahead of time if they had not been able to read it beforehand on all 7 books. The website was more for the public to have the same type of access.
One can watch the video of the meetings (RCTV on Youtube) to see the discussion and how each member voted on a roll call vote but the final vote tally and outcome are listed below.
Beloved, Queen of Shadows, Tower of Dawn, Homegoing, & Wicked were all removed at a 5-2 vote.
The Perks of being a wallflower was removed at a 4-3 vote.
Skin and Bones was retained at a vote of 3-4.

- Ms. Goodwin of Barfield Elementary school was honored at an MTSU Alumni Awards show for 53 years in Education.

- While there are a lot of opinions about this topic, please be respectful in the comments. Disagreement is part of a healthy society and will always be allowed but cursing not be.

BOOKREVIEWRC.COM
**Book Review Rutherford County**

Document title: Board Update (September 19th... | Caleb Tidwell RCS | Facebook
Capture URL: https://www.facebook.com/CalebTidwellRCS/posts/pfbid02rba1wPxgfPqzximN2unRymMz3rNMmLdATeQNvgtDeQ7KgbDyDoajQBRqYap1maul?…
Capture timestamp (UTC): Mon, 12 Jan 2026 22:36:03 GMT
Page 1 of 2



plus). The State only requires that we pay 45% but historically, to attract top talent, we have paid 80%. After 12.5% in raised over the past 3 years and with a requirement to get teacher base salaries to $50k at entry level, we opted to cover 80% for the base plan and those who would like to get a Premier plan would cover the cost above the base plan. Option 2 would have been more expensive and lowered the Premier rate but not overall.
The board supported option 1.

- Library Book Vote -
To say that this topic was debated extensively would be an understatement. The Work Session (Sept 17th) portion around this topic addressed items like the TN law, board policy, current screening process by the librarians, a little history on court cases, and general discussion about what "line" is.
The Board meeting (Sept 19th), unsurprisingly, garnered more attention as discussion becomes a voting item. There was standing room only and multiple speakers. Individuals in opposition of removal of sexually explicit content wore purple while individuals in favor of removal of sexually explicit content wore white apparel (about 70%). Access to the content can be found here - **www.bookreviewrc.com** - While some content was read by some speakers, the board members had the content sent to them ahead of time if they had not been able to read it beforehand on all 7 books. The website was more for the public to have the same type of access.
One can watch the video of the meetings (RCTV on Youtube) to see the discussion and how each member voted on a roll call vote but the final vote tally and outcome are listed below.
Beloved, Queen of Shadows, Tower of Dawn, Homegoing, & Wicked were all removed at a 5-2 vote.
The Perks of being a wallflower was removed at a 4-3 vote.
Skin and Bones was retained at a vote of 3-4.

- Ms. Goodwin of Barfield Elementary school was honored at an MTSU Alumni Awards show for 53 years in Education.

- While there are a lot of opinions about this topic, please be respectful in the comments. Disagreement is part of a healthy society and will always be allowed but cursing not be.

BOOKREVIEWRC.COM
**Book Review Rutherford County**
At Book Review RC, our mission is to provide book reviews to help parents make info...

👍 3                                                                    1 comment

👍 Like                    💬 Comment

Most relevant ▾

**Brandon Winningham**
Stop. Banning. Books. History should be enough to teach you that those on the side of book banning have never been on the good side. Leave the books where they are and let parents decide if a child should read it.

Fyi cursing is free speech that you as a government official don't have the right to censor.

1y                                                                    3 👍❤️

Document title: Board update (September 19th). | ...Caleb Tidwell RCS | Facebook
Capture URL: https://www.facebook.com/CalebTidwellRCS/posts/pfbid02rba1wPxgfPqzximN2unRymMz3rNMmLdATeQNvgtDeQ7KgbDyDoajQBRqYap1maul?…
Capture timestamp (UTC): Mon, 12 Jan 2026 22:36:03 GMT                                    Page 2 of 2



| | |
|---|---|
| Document title: | Since Facebook temporarily shut down... - Caleb Tidwell RCS \| Facebook |
| Capture URL: | https://www.facebook.com/CalebTidwellRCS/posts/pfbid02Gi47qk5jGTRfrmn6pQJvG jz1JY88WgdGyc9sY2NCeM6A6grjPDG5dZdGjLeSHmqEl?rdid=f19NNtHo8NtTkTuR |
| Page loaded at (UTC): | Mon, 12 Jan 2026 22:37:14 GMT |
| Capture timestamp (UTC): | Mon, 12 Jan 2026 22:37:49 GMT |
| Capture tool: | 10.71.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/142.0.7444.177 Safari/537.36 |
| Operating system: | Linux (Node 22.21.1) |
| Capture ID: | cisjnbAkVXKFTEbd5dLprf |

facebook



**Caleb Tidwell RCS's Post** ✕

**Caleb Tidwell RCS**
September 16, 2024 · 🌐

Since Facebook temporarily shut down my account when I posted content from some of the books removed from RCS libraries last time, there is now a website being constructed - **www.bookreviewrc.com**

The purpose of this site is simply to share information ranging from some of the content in upcoming book reviews, past book reviews, policy, and other information concerning the topic. The public will see the same content sent during the initial complaint as the board members are seeing.

These 7 books will be discussed at the upcoming Work Session on Tuesday the 17th and Board Meeting (vote) on the 19th.

BOOKREVIEWRC.COM
**Home -**
⚠️ Mature Content Warning ⚠️ This website may contain content of an adult nature. ...

👍😡 8        36 comments  4 shares

👍 Like          💬 Comment

Most relevant ▾

**Tammy Kelley**
Thank you **Caleb Tidwell** for your dedication to your constituents which are the individuals who actually voted for you and re-elected you to represent their voices. Stand strong for many are behind you.

Anyone who reads the content of these books will know that the language and text written in these books in question are 100% the definition of pornography.

Pornography colloquially known as porn or porno has been defined as sexual subject material such as a picture, video, text, or audio that is intended for sexual arousal.

The board members are faced with making a determination if the content in these books are sexually explicit. Yall are not voting to ban books from a community but to determine if the content meets the criteria of being sexually explicit and if so the books would just be removed from the school libraries. This does not mean a parent or student couldn't still have access to these books they just wouldn't be able to access them from a public school library.

Again thank you for what you do to stand in the gap. God Bless!

Keep fighting the good fight. Protect the kids.

1y                                          10 👍😆

    Sam Adamz replied · 7 Replies

**Dawn Candelore**
Banning books is not something a person committed to education does. It isn't your place to dictate what other people's children can read.

Document title: Since Facebook temporarily shut down ... © Caleb Tidwell RCS | Facebook
Capture URL: https://www.facebook.com/CalebTidwellRCS/posts/pfbid02Gi47qk5jGTRfrmn6pQJvGjz1JY88WgdGyc9sY2NCeM6A6grjPDG5dZdGjLeSHmqEl?…
Capture timestamp (UTC): Mon, 12 Jan 2026 22:37:49 GMT

banning books is not something a person committed to education does. It isn't your place to dictate what other people's children can read. Furthermore, these books have been available well before you came along and the world didn't burn because of it. If your concerned about the topics of slavery and witchcraft and God forbid sex, require a parent's approval for check-out. Posturing your personal beliefs to control your constituents' reading choices is poor stewardship at best and terrible leadership that is in direct opposition to the oath you took at worst.

1y                                                                  10 👍😂🥰

👤 **Thomas Ga** replied · 8 Replies

**Chelsie Kluckow**
Thank you for standing up for what's right and keeping graphic sex scenes/obscenity out of school libraries🙏 I have to believe people opposed to this haven't read the obviously age inappropriate content in question and thought about it being available to minors😔

1y                                                                  8 👍😂❤️

👤 **Chelsie Kluckow** replied · 2 Replies

**Krista Turkell**
As your constituent I am very unhappy with you wasting time on banning books instead of looking at how to make our schools better for our children. Maybe look at better ways for funding good programs instead of wasting time on some parents trying to control the rest of our children.

1y                                                                  6 👍😂😠

**Kelly Gunther**
Thank you for standing up for our children! Even when it's hard. Even when it's not 'popular'. We see you and we are behind you!

1y                                                                  5 👍❤️

👤 **Krista Turkell** replied · 1 Reply

**Stephanie Busuttil**
Thank you for what you are doing and if discouraged, refer back to Matthew 5:11-12.

1y                                                                  4 ❤️👍😆

👤 **Krista Turkell** replied · 1 Reply

**Brandon Winningham**
Stop banning books!

1y                                                                  👍

**Aaron Baxter**
Caleb keep defending what is right! You know you did the right thing when all the sick pedo groomers are mad!



Nowadays, people don't defend what is right, they defend who they like and benefit from.

1y        7 👍😆

👤 **Temple Forge** replied · 4 Replies

**Temple Forge**
Why don't you do us all a favor and just shut down this account permanently. Maybe mind your own business, and worry about your kids... ours are just fine. Political stunts for small minded people... Rutherford County you are better than this man.

1y                                                                  9 👍😂❤️

Document title: Since Facebook temporarily shutdown... | Caleb Tidwell RCS | Facebook
Capture URL: https://www.facebook.com/CalebTidwellRCS/posts/pfbid02Gi47qk5jGTRfrmn6pQJvGjz1JY88WgdGyc9sY2NCeM6A6grjPDG5dZdGjLeSHmqEl?…
Capture timestamp (UTC): Mon, 12 Jan 2026 22:37:49 GMT                    Page 2 of 3

## Caleb Tidwell RCS's Post ✕

**Chelsie Kluckow** replied · 2 Replies

**Krista Turkell**
As your constituent I am very unhappy with you wasting time on banning books instead of looking at how to make our schools better for our children. Maybe look at better ways for funding good programs instead of wasting time on some parents trying to control the rest of our children.

1y                                                                    6 👍😆😡

**Kelly Gunther**
Thank you for standing up for our children! Even when it's hard. Even when it's not 'popular'. We see you and we are behind you!

1y                                                                    5 👍❤️

**Krista Turkell** replied · 1 Reply

**Stephanie Busuttil**
Thank you for what you are doing and if discouraged, refer back to Matthew 5:11-12.

1y                                                                    4 ❤️👍😆

**Krista Turkell** replied · 1 Reply

**Brandon Winningham**
Stop banning books!

1y                                                                    👍

**Aaron Baxter**
Caleb keep defending what is right! You know you did the right thing when all the sick pedo groomers are mad!



Nowadays, people don't defend what is right, they defend who they like and benefit from.

1y        7 👍😆

**Temple Forge** replied · 4 Replies

**Temple Forge**
Why don't you do us all a favor and just shut down this account permanently. Maybe mind your own business, and worry about your kids... ours are just fine. Political stunts for small minded people... Rutherford County you are better than this man.

1y                                                                    9 👍😆❤️

**Sam Adamz** replied · 1 Reply

**Mark Mcleod**
Crazy how you want to ban books for a little bad language but have no problem supporting a convicted felon, rapist, insurrectionist. Where's the line **Caleb Tidwell RCS**? If Trump wrote a book about his life would you also ban that from public schools?

1y                                                                    5 👍😆

Document title: Since Facebook temporarily shut down... | Caleb Tidwell RCS | Facebook
Capture URL: https://www.facebook.com/CalebTidwellRCS/posts/pfbid02Gi47qk5jGTRfrmn6pQJvGjz1JY88WgdGyc9sY2NCeM6A6grjPDG5dZdGjLeSHmqEl?…
Capture timestamp (UTC): Mon, 12 Jan 2026 22:37:49 GMT



| | |
|---|---|
| Document title: | *GRAPHIC CONTENT BELOW* (not for... - Caleb Tidwell RCS | Facebook |
| Capture URL: | https://www.facebook.com/CalebTidwellRCS/posts/pfbid0CiXjCYanPw7p5u4kAiwi4s HUGEFqs7UkNNgGSUYjb3hEaavd7d4ENez8jJtQ14QXl?rdid=Um1AltUNrq9IseCZ |
| Page loaded at (UTC): | Mon, 12 Jan 2026 22:38:26 GMT |
| Capture timestamp (UTC): | Mon, 12 Jan 2026 22:38:57 GMT |
| Capture tool: | 10.71.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/142.0.7444.177 Safari/537.36 |
| Operating system: | Linux (Node 22.21.1) |
| Capture ID: | kMWPMQCPmf5Y82Zus7s2HV |

PDF REFERENCE #:     wEJK1hcJuoKfNN8DqnfK5q

## Caleb Tidwell RCS's Post ✕



**Caleb Tidwell RCS**
April 7, 2024 · 🌐

*GRAPHIC CONTENT BELOW* (not for little eyes)

It doesn't feel right posting this on a Sunday, but as Paul Harvey used to say, Here is the rest of the story....

As you might imagine, this article is not a great representation of the truth. Let's go through a few items that might add a little clarity to the situation. I have added a few screenshots (if Facebook will allow) of the direct content from a few of the books that have been removed. Most people do not know this content is even IN our school libraries. I also added a screenshot of my statement that I sent to Mr. Cameron, WSMV reporter.

- Transparency - Obeying the Law is being Transparent. My school board emails are public record, including my emails to the Director on this subject. The Director's emails are public record as well. He emailed every principal, several staff, and board members about the results of following TN Law and RCS Board Policy, as policy directs. If one was trying to hide something, then why would they put it in writing subject to Open Request? The Director followed procedure and notified the right individuals after review. The community consensus will be glad to see this content removed.

- Classics - No one is coming for "Of Mice and Men" or "To Kill a Mockingbird". Two of my favorite books. Read a few of the examples of the attached content and compare that content to these classics. There is no comparison.

- Book Banning - Wrong again. No Fahrenheit 451 attempts here. School systems are meant to include educationally suitable material. A collection of many different topics without violating the law. Would a Playboy magazine be educationally suitable for a school library? Absolutely not. Sexually explicit not only includes pictures or graphics but also includes verbal or written content according to state Law. One still has access to any school library book removed through various other sources such as: library, Amazon, Audible, etc... should a parent so choose for their student.

- Obscenity Law - This content violates the Obscenity Law and, consequently, our Board policy. I'm glad it was removed. Not ashamed. Glad it is gone. If you miss it, take your student to the local library and pick it up. We will follow the law. If more books with this content are brought to me or I find out about them, I'll continue to request removal.

- District Wide Library Committee vs Obscenity Law - These two are not the same. While a part of the the same policy, these two topics each have their own path. The Library Committee is for age appropriateness (topics / content that may be appropriate for a high school but not a middle school as an example). The Obscenity Law / Board Policy says sexually explicit content will be removed from school libraries IMMEDIATELY. Books that violate this law can be submitted by anyone, without limit. It is meant to protect minors. I reminded Mr. Cameron of that on camera but that part didn't make the "cut"... The whole "board member submissions are not limited the same way others are limited by 5 books per calendar year" is a strawman argument. Meant to sound like favoritism is given when you are dealing with two separate items. If you find sexually explicit content that violates the law in our school libraries, you can request removal without involving the committee. The video was a complete betrayal of the truth on this subject.

- Interview - I initially sent a statement to Mr. Cameron (attached). When he reached out again for an interview, I told him that I wasn't interested since the "one in the editing room" controls the narrative which is what the media likes to do (and did here). I told him I would be glad to make an exception if, as part of the story he airs, he would read an excerpt from "A Court of Silver Flames" (one of the books that was removed). He declined to do so. I took four questions from him at the board meeting anyways.

- Bottom Line: We are following the law and board policy. Channel 4 knows this. This group likely knows this. Did that stop them from trying to create a false narrative? Of course not.

-Questions worth pondering -
What are the motives of individuals who want to KEEP this type of content in front of students?
Where would this "Rutherford County Library Alliance" draw the line on sexually explicit content? For Instance: Would "50 Shades of Gray" be ok for RCS district according to RCLA?
Why does the media not investigate HOW this content is getting into our school districts? If it is now known this book content does exist in school libraries, or districts in general, that are breaking the law, will librarians begin a more focused approach at preventing it's arrival rather than defending the books stay? (I know not all feel the same...)
Will the most knowledgeable individuals on books in a school, the librarians, look at this topic differently with this new knowledge of content and understanding that a primary

topic differently with this new knowledge of content and understanding that a primary focus should be the protection of students from the harmful effects of early exposure to this type of content? A man can hope...

https://www.wsmv.com/.../rutherford-co-schools-board.../



😊😠😆 36     97 comments  35 shares

👍 Like          💬 Comment

Most relevant ▾

**Cody Mitchell**
It's absolutely ridiculous people think the books belong in a children's library.
1y                                                          10 👍

🔴 **Brandon Winningham** replied · 1 Reply

**Terry Tidwell**
This is beyond disgusting.... So the extreme left (Democrats) think this is good for our kids to read... Why don't you just put pornography in the library and let the kids see it... It's all the same... Shame shame shame...
1y                                                          10 👍😆

**Johnny Kilroy** replied · 4 Replies

**Michelle Garcia**
Thank you for your transparency and your willingness to stand in the gap.
1y                                                          7 👍😆

**Amy Blaudow Sinclair**
Thank you Caleb for standing in the gap for many on this troubling issue facing all of us!

Right Caleb - The better question is how is this material getting into our schools.?
1y                                                          7 👍😠

🔵 **Amy Truett Fulmer** replied · 1 Reply

**Cathy Barrett**
This is why I voted for you and will continue to vote for you. Thank you and

Document title: *GRAPHIC CONTENT BELOW\* (not for...) Caleb Tidwell RCS | Facebook
Capture URL: https://www.facebook.com/CalebTidwellRCS/posts/pfbid0CiXjCYanPw7p5u4kAiwi4sHUGEFqs7UkNNgGSUYjb3hEaavd7d4ENez8jJtQ14QXl?...
Capture timestamp (UTC): Mon, 12 Jan 2026 22:38:57 GMT



**Cody Mitchell**
It's absolutely ridiculous people think the books belong in a children's library.
1y · 👍 10

🐾 **Brandon Winningham** replied · 1 Reply

**Terry Tidwell**
This is beyond disgusting.... So the extreme left (Democrats) think this is good for our kids to read... Why don't you just put pornography in the library and let the kids see it... It's all the same... Shame shame shame...
1y · 👍😆 10

👤 **Johnny Kilroy** replied · 4 Replies

**Michelle Garcia**
Thank you for your transparency and your willingness to stand in the gap.
1y · 👍😆 7

**Amy Blaudow Sinclair**
Thank you Caleb for standing in the gap for many on this troubling issue facing all of us!

Right Caleb - The better question is how is this material getting into our schools.?
1y · 👍❤️ 7

👤 **Amy Truett Fulmer** replied · 1 Reply

**Cathy Barrett**
This is why I voted for you and will continue to vote for you. Thank you and God bless you for your commitment to RCS.
1y · 👍😆❤️ 6

**Suzanne Schlitt**
I can't believe such vile things are in the schools...we appreciate you Caleb a fine Christian man for being on the board and trying to right these wrongs
1y · 👍😆❤️ 11

**Jeni Lancaster**
Thank you Caleb! I appreciate your forthrightness and determination to fight this.
1y · 👍 5

**Vicky Rene Gammill**
Something Evil this way comes! 😡
1y · 👍😆 3

**Matthew Burke**
You are always welcome to tell your children not to view that content. Take some responsibility for your own children, and while you are at it, leave mine alone. I'll determine what's appropriate for them to see, thanks
1y · 👍😆❤️ 12

👤 **Johnny Kilroy** replied · 40 Replies

**Vickie Tidwell**
Agreed 100 percent....those type books should never be in the library ...
1y · 👍 3

🐾 **Brandon Winningham** replied · 4 Replies

Document title: *GRAPHIC CONTENT BELOW* (not for...0...Caleb Tidwell RCS | Facebook
Capture URL: https://www.facebook.com/CalebTidwellRCS/posts/pfbid0CiXjCYanPw7p5u4kAiwi4sHUGEFqs7UkNNgGSUYjb3hEaavd7d4ENez8jJtQ14QXl?…
Capture timestamp (UTC): Mon, 12 Jan 2026 22:38:57 GMT



| | |
|---|---|
| Document title: | Leading up to the Republican Primary... - Caleb Tidwell RCS \| Facebook |
| Capture URL: | https://www.facebook.com/CalebTidwellRCS/posts/pfbid02Q2SnrYd2kX3rpWduJqR3SPA1aiZFYHTeDhNsVj44f3bwevwGD3nx5fskfYoAei44l?rdid=e73OOyLSzKP0tVfW |
| Page loaded at (UTC): | Mon, 12 Jan 2026 22:39:44 GMT |
| Capture timestamp (UTC): | Mon, 12 Jan 2026 22:40:15 GMT |
| Capture tool: | 10.71.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/142.0.7444.177 Safari/537.36 |
| Operating system: | Linux (Node 22.21.1) |
| Capture ID: | 2z9nMEXY9MKqsF57k39jQc |

PDF REFERENCE #:     2bEVz5wfTMc5NbRhatzur1



**Caleb Tidwell RCS's Post**

**Caleb Tidwell RCS**
March 19, 2024 · 🌐

Leading up to the Republican Primary this year, someone tried to take a couple of my votes out of context to portray a different narrative than true intent. With that in mind, I'll be taking a more proactive approach to explain the rationale behind certain votes.

At tonight's policy meeting, Policy 1.404 (involving rules on Public Comment) had language added to it that speakers must speak only about items on the agenda. I disagree with this suggestion on multiple fronts as I believe it is anti-parent, is a step away from transparency, and do not think it will solve anything. I've been on the complement side and admonishment side of speakers. That is part of being an elected official and no reason to stop speech. When I first spoke at a board meeting in 2021, the item I was speaking against (masking), was not on the agenda. However, the content was still relevant as it did become a board issue. I support their right to speak. We have not had people endlessly speaking either. Our docket is never full of speakers. We have had great information come from speakers where we were able to find resolve. The most recent example being last Thursday night's board meeting. A father on Indian descent spoke at the board about an Eagle Feather that his son wanted to wear at graduation that had a lot of importance in their culture. He had not had much success through other channels. The night he brought it up, the board voted on it in General Discussion that very night, and resolved the problem. My first request as a board member in 2022 was rolling back ridiculous Covid restrictions on public comment. My mind has not changed.
- I voted against this policy
- It PASSED 12-3

4.403 - Library Material (additional language - Mature Reading Section)
This item was postponed. As it was currently written, if enforced today, this policy wouldn't change anything. I do think this policy suggestion could be effective if the Mature Reading List had parameters established whereby librarians could add books to the list. (Adding a book to the list, according to how Wilson County does it, would mean pulling the book off the shelves and allowing access only after parental permission). It does not change how the Obscenity Law effects removing books immediately - which is good. However, as the policy is written, no books would even be affected. If a mature list is developed that doesn't involve Obscenity Law violations, then this could have potential.
- Postponed

👍❤️ 24      19 comments   11 shares

👍 Like      💬 Comment

Most relevant ▾

**Tina Jones**
Thank you for taking a strong position on public comments.

Surely, the policy committee is only a recommending body to the School Board.
Unelected ppl should NOT make decisions such as limiting/controlling the public's right to 'freedom of speech'/ 'redress grievances' to the BOE.

Constitution of United States 1st Amendment
1y      4 👍❤️

**Michael Shirley**
I have never understood the limiting of public comments to agenda items. Thanks for your explanations. I'm looking forward to our next community forum together!
1y      3 👍

**Donna McGill**
Thank you for all you do.
1y      2 👍

**Mark Mcleod**
While some sexually explicit material is of course too mature for young readers we need to be very careful about any form of censorship. Just because something like a normal teenage LGBT relationship goes against so called conservative values doesn't mean it should be censored. Likewise books that describe the horrors of slavery and the continued oppression of people of color should not be removed to protect little Johnny's feelings. These works are reflections of who we are as a society. Expect lawsuits if this

Case 3:25-cv-00429    Document 61-6    Filed 02/12/26    Page 20 of 33 PageID #: 688

Document title: Leading up to the Republican Primary... - Caleb Tidwell RCS | Facebook
Capture URL: https://www.facebook.com/CalebTidwellRCS/posts/pfbid02Q2SnrYd2kX3rpWduJqR3SPA1aiZFYHTeDhNsVj44f3bwevwGD3nx5fskfYoAei44l?…
Capture timestamp (UTC): Mon, 12 Jan 2026 22:40:15 GMT      Page 1 of 2



I have never understood the limiting of public comments to agenda items. Thanks for your explanations. I'm looking forward to our next community forum together!

1y                                                                3 👍

**Donna McGill**
Thank you for all you do.

1y                                            2 👍

**Mark Mcleod**
While some sexually explicit material is of course too mature for young readers we need to be very careful about any form of censorship. Just because something like a normal teenage LGBT relationship goes against so called conservative values doesn't mean it should be censored. Likewise books that describe the horrors of slavery and the continued oppression of people of color should not be removed to protect little Johnny's feelings. These works are reflections of who we are as a society. Expect lawsuits if this goes too far.

1y                                                            4 👍😡

🔵 **Kevin R. Woods** replied · 3 Replies

**Julie Perry Teeters**
Thank you for your commitment to family and children!!

1y                                                    3 👍❤️

**Alissa Thompson**
🙌 😌 thank you **Caleb Tidwell** for standing in the gap for parents of RCS children. **#Advocate**.

I love your proactive approach to explain what/why you're voting how you are, so the folks with an agenda to misconstrue or mislead, can take a seat.

1y                                                    4 👍❤️😆

**Hannah Faulkner**
I agree with you!!

1y                        👍

**Kelli Smith Dodson**
Do you mean "A father of Indian descent?"

1y                                            👍

**Tina Jones**

**Constitution of the United States**

**First Amendment**

First Amendment Explained

Congress shall make no law respecting an establishment of religion, or prohibiting the free exercise thereof; or abridging the freedom of speech, or of the press; or the right of the people peaceably to assemble, and to petition the Government for a redress of grievances.

1y      3 👍

**Julie Perry Teeters**
4.403 definitely needs to be revised. Books are sneaking in that should not be in a public school.

1y                                                            👍

Case 3:25-cv-00429    Document 61-6    Filed 02/12/26    Page 21 of 33 PageID #: 689
Document title: Leading up to the Republican Primary... | Caleb Tidwell RCS | Facebook
Capture URL: https://www.facebook.com/CalebTidwellRCS/posts/pfbid02Q2SnrYd2kX3rpWduJqR3SPA1aiZFYHTeDhNsVj44f3bwevwGD3nx5fskfYoAei44l?…
Capture timestamp (UTC): Mon, 12 Jan 2026 22:40:15 GMT                                        Page 2 of 2



| | |
|---|---|
| Document title: | Common sense prevails. "Effective... - Caleb Tidwell RCS \| Facebook |
| Capture URL: | https://www.facebook.com/CalebTidwellRCS/posts/pfbid0uj1wsDKHWqUvdfi1qxMB7i3ztjZyS9gub4yJ1P7fPLG51xrzZXzL4Htau6AsBqR6l?rdid=ZIMZOoWgu9d74nwr |
| Page loaded at (UTC): | Mon, 12 Jan 2026 22:42:51 GMT |
| Capture timestamp (UTC): | Mon, 12 Jan 2026 22:43:24 GMT |
| Capture tool: | 10.71.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/142.0.7444.177 Safari/537.36 |
| Operating system: | Linux (Node 22.21.1) |
| Capture ID: | 3v7Ybxw5hYZFJmjDbSPfnN |



Document title: Common sense prevails. Effective... - Caleb Tidwell RCS_Facebook
Capture URL: https://www.facebook.com/CalebTidwellRCS/posts/pfbid0uj1wsDKHWqUvdfi1qxMB7i3ztjZyS9gub4yJ1P7fPLG51xrzZXzL4Htau6AsBqR6l?…
Capture timestamp (UTC): Mon, 12 Jan 2026 22:43:24 GMT

Email or phone | Password | Log In | Forgot Account?

## Caleb Tidwell RCS's Post ✕

WCS District Zone 4 Joseph Padilla bull. No one is sexualizing anyone it's called freedom of choice. You should stick to worrying about your own district & let us take care of ours.

49w    2 👍

**WCS District Zone 4 Joseph Padilla**
Brandon Winningham You're right, providing sexually explicit materials to minor children is not an attempt to sexualize them at all.

You believe children deserve freedom of choice? Where does it end for you? Can kids vape in the classroom? Should the cafeteria load up on liquor for the students at lunch? Doesn't that sound ridiculous?

I'm sorry it's hard for you to comprehend that some issues/topics are too heavy for a child to carry and parents should be responsible for what types of sexual materials are put in front of their children, not public schools.

Also, you need to look up the definition of "banned." No books have been banned and the school board doesn't have the authority to "ban" books. Please use some intellectual honesty and label it as "removing" access to inappropriate books from minor children. If a book was banned, you couldn't get it anywhere. Most, if not all of these books are available at your local public library.

God bless you!! Hope you have a wonderful day!

49w    5 😂👍

**Brandon Winningham**
WCS District Zone 4 Joseph Padilla liquor?vaping? Don't be thick a headed doofus. Freedom of choice as a parent. I have the right & duty to decide what my child reads & brings home... NOT some school board prude who gets his morals from a book with incest in it. Do we get to ban your bible from school libraries too? It's full of murder, incest, infanticide...

Now stick to your own area and leave us in Murfreesboro alone. You're dismissed now run along and keep your god crap to yourself.

49w    2 👍

**Jimmy Sherer**
Brandon Winningham
They are not "banned".
They are being removed from libraries where they are not age appropriate.
Maybe you are too young to remember when a certain category of magazines were kept hidden behind the checkout counter or had cardboard covering their covers. They were not "banned", they were out of reach of children too young to read them.
Same principle.
Get it?

49w    3 😂

**Brandon Winningham**
Jimmy Sherer they most certainly are being banned from school libraries don't be dense. No, it's not the same principle; not even close.

49w    2 👍

**Clarissa Smith**
It seemed our Board wanted to follow the State law for book content (one can't help but see the many board meetings with books on the agenda when we are watching for bus reasons). However, it seemed to also want to allow our librarians judgement. I understand I wouldn't want to read some of these books (myself) nor if I were a parent would want my child reading them. I assume State law will amend based on this information from higher up (what I am reading here). The other thing I have struggled with is IF students WANT to read this....they will find it regardless if it is in school libraries or not. Lots of time spent on this as a board and district (but I understand why it was brought up "to follow the law"). My first comments on book topic. Thank you and the rest of the 6 board members for your work.

49w    👍

Document title: Common Sense prevails. Effective... - Caleb Tidwell RCS | Facebook
Capture URL: https://www.facebook.com/CalebTidwellRCS/posts/pfbid0uj1wsDKHWqUvdfi1qxMB7i3ztjZyS9gub4yJ1P7fPLG51xrzZXzL4Htau6AsBqR6l?…
Capture timestamp (UTC): Mon, 12 Jan 2026 22:43:24 GMT



Document title:
For Transparency's Sake: I find it extremely puzzling that some board members would go so far as to question why I submitted the number of books I did, especially given their vocal stance on removing books and even creating a website dedicated to challenging them. When the first batch was brought forward for a vote on September 19 by Mr. Tidwell, the Board had already received an email on August 13 stating that, based on challenges related to obscenity law, policy dictates these titles go directly to the Board for review. The email further clarified that the books would be listed on the August 22 Board meeting agenda as under review, with a 60-day timeline for a decision. This timeline, starting from Mr. Tidwell's July 24 challenge, placed the final decision on the September 19 Board meetiâ€¦

Capture URL:
https://www.facebook.com/FrancesRosalesRCSchoolBoard/posts/pfbid0hgwrQzgyDc UiGpuNxHE6dkRt3JvAf7WN9FzuS7vn9WnS9fqAQAfHQu9xJUHEPPc1l? rdid=q6ozs0kxRE9A3G52

Page loaded at (UTC):
Mon, 12 Jan 2026 22:49:28 GMT

Capture timestamp (UTC):
Mon, 12 Jan 2026 22:50:06 GMT

Capture tool:
10.71.0

Collection server IP:
54.145.42.72

Browser engine:
Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/142.0.7444.177 Safari/537.36

Operating system:
Linux (Node 22.21.1)

Capture ID:
5r47HwRzgELHwhRUgsxZGv

## Frances Rosales, Rutherford County School Board Member, Zone 7's Post



 **Frances Rosales, Rutherford County School Board Member, Zone 7**
November 19, 2024 · 🌐

For Transparency's Sake: I find it extremely puzzling that some board members would go so far as to question why I submitted the number of books I did, especially given their vocal stance on removing books and even creating a website dedicated to challenging them. When the first batch was brought forward for a vote on September 19 by Mr. Tidwell, the Board had already received an email on August 13 stating that, based on challenges related to obscenity law, policy dictates these titles go directly to the Board for review. The email further clarified that the books would be listed on the August 22 Board meeting agenda as under review, with a 60-day timeline for a decision. This timeline, starting from Mr. Tidwell's July 24 challenge, placed the final decision on the September 19 Board meeting agenda. If no decision was reached, the materials could be escalated for review by the "State Textbook and Instructional Materials Commission."

This process was clearly outlined to the Board. However, the information provided did not include specifics about the number of copies in school libraries or the schools in which these books were located. On August 22, I asked for clarity about the process prior to the books being brought before the Board. I was informed that for district-level reviews of challenges for reconsideration, the school system typically purchases a copy of the book for each member of the review committee. For obscenity challenges, however, RCS district staff, primarily librarians, purchased and reviewed the books themselves. These were the 30 books or so challenged books since February violating obscenity law.

I also asked whether there were specific reasons for these challenges, such as concerns about obscenity or age appropriateness. I was told that "the only information provided to the obscenity challenges was **booklook.org** examples and an email stating violation of state law." Again, these were the book challenges submitted by Mr. Tidwell. On August 27, the Board received an email from our Board attorney that included book reviews in PDF format from **booklooks.org** as attachments. The email stated, the challenger (Mr. Tidwell) wanted the board "to have the information on a book by book basis that includes some of the objectionable sections for your information." Upon opening these attachments, I found excerpts from the books with certain areas highlighted, but there were no accompanying explanations.

The confusion on September 19 stemmed in large part from Mr. Tidwell's failure to disclose clear reasons for these challenges. Per state obscenity law, challengers are required to specify which definition under the statute applies to their challenge. I was informed on August 28 that these books were being challenged under the obscenity definition relying on the Miller Test. However, when these books were added to the agenda, no clear instructions were provided regarding how the Board should evaluate the challenges, further adding to the confusion. Then, we were informed by Mr. Tidwell during the September 19 discussion to go by the sexual explicit definition.

It is ironic that Mr. Tidwell now questions my process, including whether I reviewed the books or confirmed the number of copies in circulation, when he himself failed to follow a clear process for his challenges on September 19. He did not provide the Board with specific reasons for his challenges, disclose the number of copies in circulation, or clarify whether he conducted an independent review outside of using **booklooks.org.** The excerpts provided to the Board came directly from **booklooks.org** without additional context. He didn't sate whether he read the book beyond reading the excerpts on **bookloooks.org.**

Unlike Mr. Tidwell, I went the extra mile by personally purchasing copies of the books that were challenged in September 19 at my own expense and read the books from cover to cover. Two of the books were over 600 pages long!!! To my knowledge, Mr. Tidwell did not disclose whether he purchased or read the books himself. Given his reliance on **booklooks.org** for evidence, it is puzzling that he now questions my decision to use the same source to support my submissions. I conducted thorough research to identify the copies circulating in the schools and determine which schools had them. I spent hours upon hours reviewing the book reviews. During the work session, there were no questions raised about copies or other logistical details, and I was under the impression that he, along with other board members who shared his concerns, was committed to removing sexually explicit material from our school libraries.

If Mr. Tidwell brought the 150 books in the same fashion as he always has, and if others were to follow his lead in bringing books up for challenge, I wonder if we would be discussing logistics or instead praising the latter; I choose to say the latter.

Do we, as a Board, truly intend to remove sexually explicit material from our libraries or not? If this is indeed a priority, I would expect every Board member who shares this sentiment to take the initiative and bring forward their own list of books as soon as possible. This is, after all, an urgent matter.

Case 3:25-cv-00429    Document 61-6    Filed 02/12/26    Page 26 of 33 PageID #: 604

Document title: For Transparency's Sake: I find it extremely puzzling that some board members would go so far as to question why I submitted the number of book…
Capture URL: https://www.facebook.com/FrancesRosalesRCSchoolBoard/posts/…
Capture timestamp (UTC): Mon, 12 Jan 2026 22:50:06 GMT

possible. This is, after all, an urgent matter.



**+10**

### Frances Rosales, Rutherford County School Board Member, Zone 7
Political Candidate

<button>💬 Send message</button>

👍😆😠 8                                                    38 comments

👍 Like                              💬 Comment

**Most relevant** ▾

**Robert Chase Matheson**
It's wild you did this just a few meetings after recussing yourself from a book vote

1y                                                                    3 👍

⤷ **Chase A. Williams** replied · 3 Replies

**Kristin Aune**
The point that was up for discussion is the 150 books brought by you! Did you read these 150 books? Where did you get this list of books? How about you answer those questions instead of trying to deflect onto Mr Tidwell. The only thing puzzling are your actions.

1y                                                                    5 👍❤️

⭐ Frances Rosales, Rutherford County School Board Memb... · 15 Replies

**Ashley Genelle Mobley**
You're both wrong for wasting so much time on this. There are much larger fish to fry.

1y                                                                    2 👍😆

⭐ Frances Rosales, Rutherford County School Board Member... · 7 Replies

Document title: For transparency's sake, I find it extremely puzzling that some board members would go so far as to question why I submitted the number of book…
Capture URL: https://www.facebook.com/FrancesRosalesRCSchoolBoard/posts/…
Capture timestamp (UTC): Mon, 12 Jan 2026 22:50:06 GMT
Page 2 of 4

facebook

Email or phone

Password

Log In    Forgot Account?

## Frances Rosales, Rutherford County School Board Member, Zone 7's Post

✕

⭐ Frances Rosales, Rutherford County School Board Member... · 7 Replies



**Aaron Baxter**
Don't let the door hit ya on the way out **Frances Rosales, Rutherford County School Board Member, Zone 7**. This was when you ran out on the book vote last time. Now you suddenly care ?? Would've been best if you would've stayed in the hallway... Would've saved us taxpayers $60,000 and the librarians a whole lot of disrespect of their time.

1y    3👍

**Jimmy Sherer**
I do not believe you have to read an entire book to determine if it has age inappropriate material in it. You can use reviews to pinpoint the obscene material and verify it is in the book.
Who bought these books to begin with? What standards were they using? Are they continuing to purchase books today?
Books on the shelves of Rutherford County schools need to be reviewed AND also the process that placed these books on the shelves.
I do not understand why this is so hard.

1y                                                                    3👍

👤 Jordan Sonnenblick replied · 2 Replies

**Kevin R. Woods**
**Frances Rosales, Rutherford County School Board Member, Zone 7**
Did Rutherford County Taxpayer monies go to the surrogate author of this post, because it most certainly is not your work. For transparency's sake, please divulge the name of your ghostwriter. Your action, the shirking of your duty as a Board Member by running from a vote, did not go unnoticed. Then you attempted to explain away your incompetence in your elected capacity by saying you were contractually compromised. Then you neglected your fiduciary responsibility to your constituents and the taxpayers of Rutherford County by making a motion to pass off the task of reviewing your personally submitted list of 150 titles, clearly the duty of the Board, to the School librarians. At an expenditure of about $60,000.00, when the budget is tight! Frances, it is the School Board, not the librarians, that have to determine whether the books stay or go! Will you again run from your resposibility to vote yea or nay when the time comes, or abstain due to your fictional "conflict of interest?" Your behavior at the last Board meeting was reprehensible as the Vice-Chair. What an embarrassment you are to yourself, and your family. You've lost the respect of the Chair, the Board, your constituents, the students entrusted to your care, and your community. Your political career is over, Frances. Stop the shame and humiliation of a devastating re-election campaign loss. Do yourself a favor because the damage to your reputation is done, RESIGN NOW!

**#OneTermFrances**

**#RosalesResignNow**

**#FrancesTheFraud**

**#RINORosales**

**#RosalesRoseannadanna**

1y                                                                   3👍❤️

**Chase A. Williams**
**Frances Rosales, Rutherford County School Board Member, Zone 7**, your pathetic attempt to deflect won't work. If your mouth is moving you are telling lies. Do us all a favor and resign.

All you did is stick the tax payers of Rutherford County a $60,000 bill. What was the point if that? Oh that's right so you can have "something " to campaign on on your re-election bid.

**#DrainTheSwamp**
**#swamprat**

Document title: For Transparency's Sake, I find it extremely puzzling that some board members would go so far as to question why I submitted the number of book…
Capture URL: https://www.facebook.com/FrancesRosalesRCSchoolBoard/posts/…
Capture timestamp (UTC): Mon, 12 Jan 2026 22:50:06 GMT

reprehensible as the Vice-Chair. What an embarrassment you are to yourself, and your family. You've lost the respect of the Chair, the Board, your constituents, the students entrusted to your care, and your community. Your political career is over, Frances. Stop the shame and humiliation of a devastating re-election campaign loss. Do yourself a favor because the damage to your reputation is done, RESIGN NOW!

**#OneTermFrances**

**#RosalesResignNow**

**#FrancesTheFraud**

**#RINORosales**

**#RosalesRoseannadanna**

1y                                                                    3 👍❤️

**Chase A. Williams**
**Frances Rosales, Rutherford County School Board Member, Zone 7**, your pathetic attempt to deflect won't work. If your mouth is moving you are telling lies. Do us all a favor and resign.

All you did is stick the tax payers of Rutherford County a $60,000 bill. What was the point if that? Oh that's right so you can have "something " to campaign on on your re-election bid.

**#DrainTheSwamp**
**#swamprat**

1y                                                                    3 👍❤️

**Sam Adamz**
Sad thing is --

She'll NEVER answer half of us here. As if she doesn't owe her critics the time.

If I came & questioned her in person at a board meeting like **Robert Chase Matheson** did, she'd flee me just like she did him.

What happened **Frances Rosales, Rutherford County School Board Member, Zone 7**??

I mean, we went to see Top Gun 2 together.

I thought we had something. 😆



1y   👍

**Sam Adamz**
So urgent that you bailed on the vote??

Stupid hypocrite

**#ClownShow**

1y   👍

Most relevant is selected, so some comments may have been filtered out.

Document title: For transparency's sake, I find it extremely puzzling that some board members would go so far as to question why I submitted the number of book…
Capture URL: https://www.facebook.com/FrancesRosalesRCSchoolBoard/posts/…
Capture timestamp (UTC): Mon, 12 Jan 2026 22:50:06 GMT



Document title:

This article summarizes the issues surrounding the current laws governing library books and how districts are interpreting them, while also presenting my opinion on why 150 books were challenge. In September, several board members made accusations that we have inappropriate books in our libraries, and even community members echoed these sentiments, going so far as to accuse us of housing sexually explicit or in some cases pornographic materials. As a parent, this is extremely concerning to me. If these books are indeed in our libraries, I would expect us all to strive to remove them, whether it's five books or a hundred or more. We should not wait months to address what appears to be an urgent matter. I simply followed Board Member Mr. Tidwell's lead, who used book reviews on booklooks.orgâ€¦

Capture URL:

https://www.facebook.com/FrancesRosalesRCSchoolBoard/posts/pfbid02hpNWyZ7Uv3Nq3VauoRQ6RY7HzawhBQxbMkURiDyfcNcJRwZ9KmjnjSrYzm2ZhZtFl?rdid=KJErhQHkA3R6S2ii

Page loaded at (UTC):

Mon, 12 Jan 2026 23:02:37 GMT

Capture timestamp (UTC):

Mon, 12 Jan 2026 23:04:37 GMT

Capture tool:

10.71.0

Collection server IP:

54.145.42.72

Browser engine:

Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/142.0.7444.177 Safari/537.36

Operating system:

Linux (Node 22.21.1)

Capture ID:

foqJrFAB5JhBMg19c4J7sP

facebook

Email or phone

Password

Log In    Forgot Account?

### Frances Rosales, Rutherford County School Board Member, Zone 7's Post

✕

 **Frances Rosales, Rutherford County School Board Member, Zone 7**
November 16, 2024 · 🌐

This article summarizes the issues surrounding the current laws governing library books and how districts are interpreting them, while also presenting my opinion on why 150 books were  challenge.

 In September, several board members made accusations that we have inappropriate books in our libraries, and even community members echoed these sentiments, going so far as to accuse us of housing sexually explicit or in some cases pornographic materials. As a parent, this is extremely concerning to me. If these books are indeed in our libraries, I would expect us all to strive to remove them, whether it's five books or a hundred or more. We should not wait months to address what appears to be an urgent matter.

I simply followed  Board Member Mr. Tidwell's lead, who used book reviews on **booklooks.org** as evidence for the presence of such material, with ratings between 3 and 5. When these books were challenged by him, we received the book reviews in PDF format from **booklooks.org** that had ratings of 3-5, which included excerpts from the texts. I did the work to review books on **booklooks.org** that included a rating of 3-5 and spent hours upon hours reviewing the book excerpts and doing my research.

Even though I spent hours reviewing the reviews and coming to my own conclusions, I strongly believe that these titles should be reviewed by our librarians, who are the experts.  They should be given the time to  provide their professional opinions while following the guidelines under the law.

I am grateful that the board supported allowing the librarians the time to review the content before the books are presented for a vote to keep or retain.

**https://www.chalkbeat.org/.../tennessee-school.../....**



CHALKBEAT.ORG
**List of 400 purged library books is circulating among Tennessee school districts**

😂👍 4                                    12 comments  3 shares

👍 Like                    💬 Comment

**Most relevant** ▾

**Mark Swicord**
How many signatures are needed for a recall
1y                                                        👍

**Chase A. Williams** replied · 3 Replies

**Chase A. Williams**
**Frances Rosales, Rutherford County School Board Member, Zone 7** , furthermore your cowardice in September is really telling. France make it make sense. This issue is NOT going away. You WILL answer the questions period. Your silence is a sin if omission and a judge would assume you are guilty. Check the rules on interrogatories!
1y

Case 3:25-cv-00429    Document 61-6    Filed 02/12/26    Page 31 of 33 PageID #: 699

Document title: This article summarizes the issues surrounding the current laws governing library books and how districts are interpreting them, while also presenting my…
Capture URL: https://www.facebook.com/FrancesRosalesRCSchoolBoard/posts/…
Capture timestamp (UTC): Mon, 12 Jan 2026 23:04:37 GMT

Page 1 of 3



**Kevin R. Woods**
**Frances Rosales, Rutherford County School Board Member, Zone 7**
NOW, that's how you can recognize a genuine Frances post! Grammatical errors and spelling errors are the tell-tale signs. Frances, why didn't you just answer Ms. Darby's question at Thursday's School Board meeting about reviewing the list of 150 books you submitted. A simple 3 word answer would have sufficed. "Yes, I did." Instead, you embarrassed yourself by throwing a tantrum about "sessuly splicit," with complete disregard for Robert's Rules of Order. To the point the gallery had to call you down, as you completely ignored the Chair. By grandstanding, you didn't make a point, you made a laughing stock of yourself. Your reputation is shot, your integrity is in shambles, your political career is OVER! You said you were contractually comprimised when you neglected your duties and ran from away from this issue, then turned around and submitted a list of your own. Make up your mind! Do what is best for your constituents, your community, and your family! RESIGN NOW!

**#RosalesResignNow**

**#OneTermFrances**

**#FrancesTheFraud**

**#RINORosales**

**#RosalesRoseannadanna**

1y  👍

**Mark Swicord**
I heard you were college educated, that is extremely hard to believe reading this poorly written post.
It is not their job to make the call on the books, that is the job of the board. Furthermore if they are directed to advise on these books the should not receive extra compensation for this as it is a job assignment.
You continue to prove you lack the intellectual ability to function as a board member; realize the fact and resign, save your family from the continued embarrassment and the school system the lack of forward movement due to your inability.

1y  😄

**Robert Chase Matheson**
Frances, why did you not recuse yourself from this book discussion?

1y  👍

**Sam Adamz**

1y

**Sam Adamz**
Ok Groomer

Document title: This article summarizes the issues surrounding the current laws governing library books and how districts are interpreting them, while also presenting my…
Capture URL: https://www.facebook.com/FrancesRosalesRCSchoolBoard/posts/…
Capture timestamp (UTC): Mon, 12 Jan 2026 23:04:37 GMT



tantrum about "sessuly splicit," with complete disregard for Robert's Rules of Order. To the point the gallery had to call you down, as you completely ignored the Chair. By grandstanding, you didn't make a point, you made a laughing stock of yourself. Your reputation is shot, your integrity is in shambles, your political career is OVER! You said you were contractually comprimised when you neglected your duties and ran from away from this issue, then turned around and submitted a list of your own. Make up your mind! Do what is best for your constituents, your community, and your family! RESIGN NOW!

#RosalesResignNow

#OneTermFrances

#FrancesTheFraud

#RINORosales

#RosalesRoseannadanna

1y 👍

**Mark Swicord**
I heard you were college educated, that is extremely hard to believe reading this poorly written post.
It is not their job to make the call on the books, that is the job of the board. Furthermore if they are directed to advise on these books the should not receive extra compensation for this as it is a job assignment.
You continue to prove you lack the intellectual ability to function as a board member; realize the fact and resign, save your family from the continued embarrassment and the school system the lack of forward movement due to your inability.

1y 😆

**Robert Chase Matheson**
Frances, why did you not recuse yourself from this book discussion?

1y 👍

**Sam Adamz**

1y

**Sam Adamz**
Ok Groomer

1y 👍

Most relevant is selected, so some comments may have been filtered out.

Document title: This article summarizes the issues surrounding the current laws governing library books and how districts are interpreting them, while also presenting my…
Capture URL: https://www.facebook.com/FrancesRosalesRCSchoolBoard/posts/…
Capture timestamp (UTC): Mon, 12 Jan 2026 23:04:37 GMT