# IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE
### AT NASHVILLE

| | |
|---|---|
| RACHEL ROE, et al., | |
| Plaintiffs, | Case No. 3:25-cv-00429 |
| v. | Judge Eli Richardson |
| | Magistrate Judge Alistair Newbern |
| RUTHERFORD COUNTY BOARD OF EDUCATION; JAMES SULLIVAN, | |
| Defendants. | |

## NOTICE OF FILING DESCRIPTION OF EXHIBITS TO JOINT MOTION

Plaintiffs, by and through counsel, respectfully file this Notice of Filing to address the deficiency notice from the CM/ECF filing system regarding Docket Entry No. 61, Joint Motion for Discovery Conference filed on behalf of both parties. To cure said deficiency, Plaintiffs hereby submit this Notice of Filing and identify the following exhibits referenced in the Joint Motion for Discovery Conference, ECF 61, filed on February 12, 2026.

**Exhibit A:** Defendants' Response to Plaintiffs' First Set of Interrogatories and Requests for Production of Documents.

**Exhibit B:** Defendants' Privilege Log.

**Exhibit C:** WKRN News Article Dated November 15, 2024.

**Exhibit D:** WSMV News Article Dated November 13, 2024.

**Exhibit E:** Tennessee Lookout Article Dated September 18, 2024.

**Exhibit F:** Social Media Posts of Members of the Rutherford County Board of Education.

1

Dated: February 13, 2026

Respectfully submitted,

By: */s/ Theresa House*
ARNOLD & PORTER KAYE SCHOLER LLP


Anand Agneshwar
Dori Ann Hanswirth
Theresa House
Leah Novak
Zoe Staum
ARNOLD & PORTER KAYE SCHOLER LLP
250 West 55th Street
New York, NY 10019
(212) 836-7062
anand.agneshwar@arnoldporter.com
dori.hanswirth@arnoldporter.com
theresa.house@arnoldporter.com
leah.novak@arnoldporter.com
zoe.staum@arnoldporter.com

Zee Scout
Lucas Cameron Vaughn
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF TENNESSEE
P.O. Box 120160
Nashville, TN 37212
(615) 320-7142
zscout@aclu-tn.org
lucas@aclu-tn.org

Kerry Knox
117 S. Academy Street
Murfreesboro, TN 37130
(615) 896-1000
kek@castelliknox.com

*Counsel for Plaintiffs*

2

**CERTIFICATE OF SERVICE**

I certify that I will filed this document via the Court's electronic filing system which serves the filing on all counsel of record this 13th day of February, 2026.

*/s/ Theresa House*

3