UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| RACHEL ROE, et al., | |
| Plaintiffs, | Case No. 3:25-cv-00429 |
| v. | Judge Eli J. Richardson<br>Magistrate Judge Luke A. Evans |
| RUTHERFORD COUNTY BOARD OF EDUCATION, et al., | |
| Defendants. | |

## ORDER

On February 12, 2026, counsel filed a joint motion to request a discovery dispute conference. (Doc. No. 61.) The motion is GRANTED. A telephone conference with the Magistrate Judge is set on February 20, 2026 at 10:00 a.m. Counsel shall call (855) 244-8681 and enter access code 2317 604 8628# to participate.

It is so ORDERED.

_____
LUKE A. EVANS
United States Magistrate Judge