# COLLECTIVE EXHIBIT "A"

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**

|  |  |
|---|---|
| RACHEL ROE, *a minor, by and through her parent and next friend*, ROBERT ROE; DAVID DOE, *a minor, by and through his parent and next friend*, DANA DOE; CLAIRE COE, *a minor, by and through her parent and next friend*, CHARLES COE; and PEN AMERICAN CENTER, INC., <br><br> Plaintiffs, <br><br> v. <br><br> RUTHERFORD COUNTY BOARD OF EDUCATION; JAMES SULLIVAN, *in his official capacity as Director of Rutherford County Schools*, <br><br> Defendants. | Civil Action No. 3:25-cv-00429 <br><br> Judge Eli Richardson <br> Magistrate Judge Luke A. Evans <br><br><br> **Plaintiffs' Notice of Deposition to Dr. James Sullivan** |

PLEASE TAKE NOTICE that Plaintiffs, by and through their attorneys, pursuant to Rule 26 and 30(b) of the Federal Rules of Civil Procedure, shall take the deposition on oral examination of Dr. James Sullivan, Director of Rutherford County Schools. The deposition will commence at 9:30 A.M. Eastern Time on March 2, 2026 at the Nashville office of Bradley Arant Boult Cummings LLP, ONE 22 ONE, 1221 Broadway, Nashville, TN 37203 or at a location and time to be agreed upon by the parties. The deposition will be taken before a court reporter, notary public or other person authorized by law to administer oaths and take depositions, and may also be recorded by stenographic/audio means and videotaped.

February 18, 2026

Respectfully submitted,

By: */s/ Zoe Staum*
ARNOLD & PORTER KAYE SCHOLER LLP

Anand Agneshwar
Dori Ann Hanswirth
Theresa House
Leah Novak
Zoe Staum
ARNOLD & PORTER KAYE SCHOLER LLP
250 West 55th Street
New York, NY 10019
(212) 836-7062
anand.agneshwar@arnoldporter.com
dori.hanswirth@arnoldporter.com
theresa.house@arnoldporter.com
leah.novak@arnoldporter.com
zoe.staum@arnoldporter.com

Zee Scout
Lucas Cameron Vaughn
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF TENNESSEE
P.O. Box 120160
Nashville, TN 37212
(615) 320-7142
zscout@aclu-tn.org
lucas@aclu-tn.org

Kerry Knox
117 S. Academy Street
Murfreesboro, TN 37130
(615) 896-1000
kek@castelliknox.com

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served upon the following this 18th day of February, 2026.

Rutherford County Board of Education
By and through its Director of Schools, James Sullivan
2240 Southpark Drive
Murfreesboro, TN 37218

James Sullivan
2240 Southpark Drive
Murfreesboro, TN 37218

Jason N. King
Attorney for Defendants
HUDSON, REED, CHRISTIANSEN, PLLC
16 Public Square North
P.O. Box 884
Murfreesboro, TN 37130

By:     /s/ Zoe Staum
ARNOLD & PORTER KAYE SCHOLER LLP
250 West 55th Street
New York, NY 10019
(212) 836-7062
zoe.staum@arnoldporter.com

Case 3:25-cv-00429    Document 64-1    Filed 02/19/26    Page 4 of 19 PageID #: 716

RACHEL ROE, *a minor, by and through her parent and next friend*, ROBERT ROE; DAVID DOE, *a minor, by and through his parent and next friend*, DANA DOE; CLAIRE COE, *a minor, by and through her parent and next friend*, CHARLES COE; and PEN AMERICAN CENTER, INC.,

Plaintiffs,

v.

RUTHERFORD COUNTY BOARD OF EDUCATION; JAMES SULLIVAN, *in his official capacity as Director of Rutherford County Schools*,

Defendants.

Civil Action No. 3:25-cv-00429

Judge Eli Richardson
Magistrate Judge Luke A. Evans

**Plaintiffs' Notice of Deposition to Caleb Tidwell**

PLEASE TAKE NOTICE that Plaintiffs, by and through their attorneys, pursuant to Rule 26 and 30(b) of the Federal Rules of Civil Procedure, shall take the deposition on oral examination of Caleb Tidwell, member of the Rutherford County Board of Education. The deposition will commence at 9:30 A.M. Eastern Time on March 3, 2026 at the Nashville office of Bradley Arant Boult Cummings LLP, ONE 22 ONE, 1221 Broadway, Nashville, TN 37203 or at a location and time to be agreed upon by the parties. The deposition will be taken before a court reporter, notary public or other person authorized by law to administer oaths and take depositions, and may also be recorded by stenographic/audio means and videotaped.

February 18, 2026

Respectfully submitted,

By:    */s/ Zoe Staum*
ARNOLD & PORTER KAYE SCHOLER LLP

Anand Agneshwar
Dori Ann Hanswirth
Theresa House
Leah Novak
Zoe Staum
ARNOLD & PORTER KAYE SCHOLER LLP
250 West 55th Street
New York, NY 10019
(212) 836-7062
anand.agneshwar@arnoldporter.com
dori.hanswirth@arnoldporter.com
theresa.house@arnoldporter.com
leah.novak@arnoldporter.com
zoe.staum@arnoldporter.com

Zee Scout
Lucas Cameron Vaughn
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF TENNESSEE
P.O. Box 120160
Nashville, TN 37212
(615) 320-7142
zscout@aclu-tn.org
lucas@aclu-tn.org

Kerry Knox
117 S. Academy Street
Murfreesboro, TN 37130
(615) 896-1000
kek@castelliknox.com

*Counsel for Plaintiffs*

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the foregoing was served upon the following this 18th day of February, 2026.

Rutherford County Board of Education
By and through its Director of Schools, James Sullivan
2240 Southpark Drive
Murfreesboro, TN 37218

James Sullivan
2240 Southpark Drive
Murfreesboro, TN 37218

Jason N. King
Attorney for Defendants
HUDSON, REED, CHRISTIANSEN, PLLC
16 Public Square North
P.O. Box 884
Murfreesboro, TN 37130

By:   */s/ Zoe Staum*
ARNOLD & PORTER KAYE SCHOLER LLP
250 West 55th Street
New York, NY 10019
(212) 836-7062
zoe.staum@arnoldporter.com

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE

RACHEL ROE, *a minor, by and through her parent and next friend*, ROBERT ROE; DAVID DOE, *a minor, by and through his parent and next friend*, DANA DOE; CLAIRE COE, *a minor, by and through her parent and next friend*, CHARLES COE; and PEN AMERICAN CENTER, INC.,

Plaintiffs,

v.

RUTHERFORD COUNTY BOARD OF EDUCATION; JAMES SULLIVAN, *in his official capacity as Director of Rutherford County Schools*,

Defendants.

Civil Action No. 3:25-cv-00429

Judge Eli Richardson
Magistrate Judge Luke A. Evans

**Plaintiffs' Notice of Deposition to Butch Vaughn**

PLEASE TAKE NOTICE that Plaintiffs, by and through their attorneys, pursuant to Rule 26 and 30(b) of the Federal Rules of Civil Procedure, shall take the deposition on oral examination of Butch Vaughn, member of the Rutherford County Board of Education. The deposition will commence at 9:30 A.M. Eastern Time on March 4, 2026 at the Nashville office of Bradley Arant Boult Cummings LLP, ONE 22 ONE, 1221 Broadway, Nashville, TN 37203 or at a location and time to be agreed upon by the parties. The deposition will be taken before a court reporter, notary public or other person authorized by law to administer oaths and take depositions, and may also be recorded by stenographic/audio means and videotaped.

February 18, 2026

Respectfully submitted,

By: */s/ Zoe Staum*
ARNOLD & PORTER KAYE SCHOLER LLP

Anand Agneshwar
Dori Ann Hanswirth
Theresa House
Leah Novak
Zoe Staum
ARNOLD & PORTER KAYE SCHOLER LLP
250 West 55th Street
New York, NY 10019
(212) 836-7062
anand.agneshwar@arnoldporter.com
dori.hanswirth@arnoldporter.com
theresa.house@arnoldporter.com
leah.novak@arnoldporter.com
zoe.staum@arnoldporter.com

Zee Scout
Lucas Cameron Vaughn
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF TENNESSEE
P.O. Box 120160
Nashville, TN 37212
(615) 320-7142
zscout@aclu-tn.org
lucas@aclu-tn.org

Kerry Knox
117 S. Academy Street
Murfreesboro, TN 37130
(615) 896-1000
kek@castelliknox.com

*Counsel for Plaintiffs*

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the foregoing was served upon the following this 18th day of February, 2026.

Rutherford County Board of Education
By and through its Director of Schools, James Sullivan
2240 Southpark Drive
Murfreesboro, TN 37218

James Sullivan
2240 Southpark Drive
Murfreesboro, TN 37218

Jason N. King
Attorney for Defendants
HUDSON, REED, CHRISTIANSEN, PLLC
16 Public Square North
P.O. Box 884
Murfreesboro, TN 37130

By:     */s/ Zoe Staum*
ARNOLD & PORTER KAYE SCHOLER LLP
250 West 55th Street
New York, NY 10019
(212) 836-7062
zoe.staum@arnoldporter.com

| | |
|---|---|
| RACHEL ROE, *a minor, by and through her parent and next friend*, ROBERT ROE; DAVID DOE, *a minor, by and through his parent and next friend*, DANA DOE; CLAIRE COE, *a minor, by and through her parent and next friend*, CHARLES COE; and PEN AMERICAN CENTER, INC., <br><br> Plaintiffs, <br><br> v. <br><br> RUTHERFORD COUNTY BOARD OF EDUCATION; JAMES SULLIVAN, *in his official capacity as Director of Rutherford County Schools*, <br><br> Defendants. | Civil Action No. 3:25-cv-00429 <br><br> Judge Eli Richardson <br> Magistrate Judge Luke A. Evans <br><br><br> **Plaintiffs' Notice of Deposition to Frances Rosales** |

PLEASE TAKE NOTICE that Plaintiffs, by and through their attorneys, pursuant to Rule 26 and 30(b) of the Federal Rules of Civil Procedure, shall take the deposition on oral examination of Frances Rosales, Vice Chairman of the Rutherford County Board of Education. The deposition will commence at 9:30 A.M. Eastern Time on March 11, 2026 at the Nashville office of Bradley Arant Boult Cummings LLP, ONE 22 ONE, 1221 Broadway, Nashville, TN 37203 or at a location and time to be agreed upon by the parties. The deposition will be taken before a court reporter, notary public or other person authorized by law to administer oaths and take depositions, and may also be recorded by stenographic/audio means and videotaped.

February 18, 2026

Respectfully submitted,

By: */s/ Zoe Staum*
ARNOLD & PORTER KAYE SCHOLER LLP

Anand Agneshwar
Dori Ann Hanswirth
Theresa House
Leah Novak
Zoe Staum
ARNOLD & PORTER KAYE SCHOLER LLP
250 West 55th Street
New York, NY 10019
(212) 836-7062
anand.agneshwar@arnoldporter.com
dori.hanswirth@arnoldporter.com
theresa.house@arnoldporter.com
leah.novak@arnoldporter.com
zoe.staum@arnoldporter.com

Zee Scout
Lucas Cameron Vaughn
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF TENNESSEE
P.O. Box 120160
Nashville, TN 37212
(615) 320-7142
zscout@aclu-tn.org
lucas@aclu-tn.org

Kerry Knox
117 S. Academy Street
Murfreesboro, TN 37130
(615) 896-1000
kek@castelliknox.com

*Counsel for Plaintiffs*

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the foregoing was served upon the following this 18th day of February, 2026.

Rutherford County Board of Education
By and through its Director of Schools, James Sullivan
2240 Southpark Drive
Murfreesboro, TN 37218

James Sullivan
2240 Southpark Drive
Murfreesboro, TN 37218

Jason N. King
Attorney for Defendants
HUDSON, REED, CHRISTIANSEN, PLLC
16 Public Square North
P.O. Box 884
Murfreesboro, TN 37130

By:     */s/ Zoe Staum*
ARNOLD & PORTER KAYE SCHOLER LLP
250 West 55th Street
New York, NY 10019
(212) 836-7062
zoe.staum@arnoldporter.com

| | |
|---|---|
| RACHEL ROE, *a minor, by and through her parent and next friend*, ROBERT ROE; DAVID DOE, *a minor, by and through his parent and next friend*, DANA DOE; CLAIRE COE, *a minor, by and through her parent and next friend*, CHARLES COE; and PEN AMERICAN CENTER, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>RUTHERFORD COUNTY BOARD OF EDUCATION; JAMES SULLIVAN, *in his official capacity as Director of Rutherford County Schools*,<br><br>Defendants. | Civil Action No.  3:25-cv-00429<br><br>Judge Eli Richardson<br>Magistrate Judge Luke A. Evans<br><br>**Plaintiffs' Notice of Deposition to Claire Maxwell** |

PLEASE TAKE NOTICE that Plaintiffs, by and through their attorneys, pursuant to Rule 26 and 30(b) of the Federal Rules of Civil Procedure, shall take the deposition on oral examination of Claire Maxwell, Chairman of the Rutherford County Board of Education. The deposition will commence at 9:30 A.M. Eastern Time on March 12, 2026 at the Nashville office of Bradley Arant Boult Cummings LLP, ONE 22 ONE, 1221 Broadway, Nashville, TN 37203 or at a location and time to be agreed upon by the parties. The deposition will be taken before a court reporter, notary public or other person authorized by law to administer oaths and take depositions, and may also be recorded by stenographic/audio means and videotaped.

February 18, 2026

Respectfully submitted,

By:   */s/ Zoe Staum*
ARNOLD & PORTER KAYE SCHOLER LLP

Anand Agneshwar
Dori Ann Hanswirth
Theresa House
Leah Novak
Zoe Staum
ARNOLD & PORTER KAYE SCHOLER LLP
250 West 55th Street
New York, NY 10019
(212) 836-7062
anand.agneshwar@arnoldporter.com
dori.hanswirth@arnoldporter.com
theresa.house@arnoldporter.com
leah.novak@arnoldporter.com
zoe.staum@arnoldporter.com

Zee Scout
Lucas Cameron Vaughn
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF TENNESSEE
P.O. Box 120160
Nashville, TN 37212
(615) 320-7142
zscout@aclu-tn.org
lucas@aclu-tn.org

Kerry Knox
117 S. Academy Street
Murfreesboro, TN 37130
(615) 896-1000
kek@castelliknox.com

*Counsel for Plaintiffs*

Case 3:25-cv-00429   Document 64-1   Filed 02/19/26   Page 15 of 19 PageID #: 727

-2-

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the foregoing was served upon the following this 18th day of February, 2026.

Rutherford County Board of Education
By and through its Director of Schools, James Sullivan
2240 Southpark Drive
Murfreesboro, TN 37218

James Sullivan
2240 Southpark Drive
Murfreesboro, TN 37218

Jason N. King
Attorney for Defendants
HUDSON, REED, CHRISTIANSEN, PLLC
16 Public Square North
P.O. Box 884
Murfreesboro, TN 37130

By:    */s/ Zoe Staum*
ARNOLD & PORTER KAYE SCHOLER LLP
250 West 55th Street
New York, NY 10019
(212) 836-7062
zoe.staum@arnoldporter.com

## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| RACHEL ROE, *a minor, by and through her parent and next friend*, ROBERT ROE; DAVID DOE, *a minor, by and through his parent and next friend*, DANA DOE; CLAIRE COE, *a minor, by and through her parent and next friend*, CHARLES COE; and PEN AMERICAN CENTER, INC., <br><br> Plaintiffs, <br><br> v. <br><br> RUTHERFORD COUNTY BOARD OF EDUCATION; JAMES SULLIVAN, *in his official capacity as Director of Rutherford County Schools*, <br><br> Defendants. | Civil Action No.  3:25-cv-00429 <br><br> Judge Eli Richardson <br> Magistrate Judge Luke A. Evans <br><br><br> **Plaintiffs' Notice of Deposition to Stan Vaught** |

PLEASE TAKE NOTICE that Plaintiffs, by and through their attorneys, pursuant to Rule 26 and 30(b) of the Federal Rules of Civil Procedure, shall take the deposition on oral examination of Stan Vaught, member of the Rutherford County Board of Education. The deposition will commence at 9:30 A.M. Eastern Time on March 13, 2026 at the Nashville office of Bradley Arant Boult Cummings LLP, ONE 22 ONE, 1221 Broadway, Nashville, TN 37203 or at a location and time to be agreed upon by the parties. The deposition will be taken before a court reporter, notary public or other person authorized by law to administer oaths and take depositions, and may also be recorded by stenographic/audio means and videotaped.

February 18, 2026

Respectfully submitted,

By:     */s/ Zoe Staum*
ARNOLD & PORTER KAYE SCHOLER LLP

Anand Agneshwar
Dori Ann Hanswirth
Theresa House
Leah Novak
Zoe Staum
ARNOLD & PORTER KAYE SCHOLER LLP
250 West 55th Street
New York, NY 10019
(212) 836-7062
anand.agneshwar@arnoldporter.com
dori.hanswirth@arnoldporter.com
theresa.house@arnoldporter.com
leah.novak@arnoldporter.com
zoe.staum@arnoldporter.com

Zee Scout
Lucas Cameron Vaughn
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF TENNESSEE
P.O. Box 120160
Nashville, TN 37212
(615) 320-7142
zscout@aclu-tn.org
lucas@aclu-tn.org

Kerry Knox
117 S. Academy Street
Murfreesboro, TN 37130
(615) 896-1000
kek@castelliknox.com

*Counsel for Plaintiffs*

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the foregoing was served upon the following this 18th day of February, 2026.

Rutherford County Board of Education
By and through its Director of Schools, James Sullivan
2240 Southpark Drive
Murfreesboro, TN 37218

James Sullivan
2240 Southpark Drive
Murfreesboro, TN 37218

Jason N. King
Attorney for Defendants
HUDSON, REED, CHRISTIANSEN, PLLC
16 Public Square North
P.O. Box 884
Murfreesboro, TN 37130

By:     */s/ Zoe Staum*
ARNOLD & PORTER KAYE SCHOLER LLP
250 West 55th Street
New York, NY 10019
(212) 836-7062
zoe.staum@arnoldporter.com

-3-