# IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE
## AT NASHVILLE

| | |
|---|---|
| RACHEL ROE, et al., | |
| Plaintiffs, | Case No. 3:25-cv-00429 |
| v. | Judge Eli Richardson |
| | Magistrate Judge Luke A. Evans |
| RUTHERFORD COUNTY BOARD OF EDUCATION; JAMES SULLIVAN, | |
| Defendants. | |

## OBJECTION TO DEFENDANTS' EMERGENCY MOTION
## FOR PROTECTIVE ORDER

Plaintiffs, by and through counsel, respectfully object to the filing of Defendants' Emergency Motion (ECF No. 64) (the "Expedited Motion") and Defendants' Supporting Memorandum of Law (ECF No. 65). The Expedited Motion is premature and procedurally improper because Defendants failed to comply with Local Rule 37.01. The Expedited Motion also raises arguments that are duplicative of the issues to be briefed in Plaintiffs' expected Motion to Compel as requested in ECF No. 61.

Local Rule 37.01 requires parties to meet and confer prior to alerting the Court of a discovery dispute or a request for a protective order. Defendants did not notify Plaintiffs nor attempt to meet and confer before filing the Expedited Motion. The parties are accordingly not at an impasse. To the contrary, Plaintiffs believe following proper procedure will lead to resolution without Court intervention. Each of the Notices of Deposition state they may be rescheduled at a "time to be agreed upon by the parties." Plaintiffs are confident that the parties can accommodate Defendants' reasonable scheduling preferences and that they can also propose for the Court's

1

consideration and approval any necessary amendments to the Case Management Order (ECF No. 53).

Local Rule 37.01 also requires that both parties submit a Joint Statement of Discovery Dispute requesting a discovery conference – as Plaintiffs did last week (ECF No. 61) – before submitting the related briefing.  We respectfully request that the Court reject the Expedited Motion without prejudice until the parties are given an opportunity to articulate their respective positions to each other in a Joint Statement and, if necessary, jointly to the Court in advance of a discovery conference.

Finally, the previously submitted Joint Statement requesting a discovery conference (ECF No. 61 at 1), which the Court granted (ECF No. 63), already addresses the legislative privilege issues that Defendants duplicate in their Memorandum of Law (ECF No. 65) ("This dispute involves Defendants' assertion of the legislative privilege to withhold the production of documents and expected deposition testimony[.]").  A separate motion is not required to resolve this discovery dispute.  To the contrary, such duplication is a waste of judicial and litigation resources.

Plaintiffs respectfully request that the Court deny Defendants' Expedited Motion and afford the parties an opportunity to follow proper procedure and attempt resolution.

Dated: February 19, 2026

<div style="margin-left:40%">

Respectfully submitted,

By:   */s/ Theresa House*
ARNOLD & PORTER KAYE SCHOLER LLP

Anand Agneshwar
Dori Ann Hanswirth
Theresa House
Leah Novak
Zoe Staum

</div>

ARNOLD & PORTER KAYE SCHOLER LLP
250 West 55th Street
New York, NY 10019
(212) 836-7062
anand.agneshwar@arnoldporter.com
dori.hanswirth@arnoldporter.com
theresa.house@arnoldporter.com
leah.novak@arnoldporter.com
zoe.staum@arnoldporter.com

Zee Scout
Lucas Cameron Vaughn
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF TENNESSEE
P.O. Box 120160
Nashville, TN 37212
(615) 320-7142
zscout@aclu-tn.org
lucas@aclu-tn.org

Kerry Knox
117 S. Academy Street
Murfreesboro, TN 37130
(615) 896-1000
kek@castelliknox.com

*Counsel for Plaintiffs*

3

## CERTIFICATE OF SERVICE

I certify that I will filed this document via the Court's electronic filing system which serves the filing on all counsel of record this 19th day of February, 2026.

*/s/ Theresa House*

4