IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| RACHEL ROE, et al., | |
| Plaintiffs, | Case No. 3:25-cv-00429 |
| v. | Judge Eli Richardson |
| RUTHERFORD COUNTY BOARD OF EDUCATION, et al., | Magistrate Judge Luke A. Evans |
| Defendants. | |

## ORDER

For the reasons stated during the discovery dispute conference, Defendants' Emergency Motion for Protective Order is DENIED WITHOUT PREJUDICE. The parties have agreed to work together to reschedule all currently noticed depositions. After meeting and conferring in person, the parties shall file a joint motion to amend the case management order. The parties should be mindful that the deadline for dispositive motions will not be moved. The discovery dispute revolves around the Defendants' assertion of legislative privilege in response to Plaintiffs requests for written discovery and depositions. The parties have reached an impasse on the issue; therefore, Plaintiffs shall promptly file a motion to compel for the Court's consideration. The Defendants **shall** file their response no later than fourteen (14) days after service of the motion. Plaintiffs **may** file a reply within seven (7) days after service of the response.

Lead Counsel for each of the parties shall meet and confer in person prior to bringing any future discovery dispute before the Court.

It is so ORDERED.

_____
LUKE A. EVANS
United States Magistrate Judge