ORDER:
The motion is GRANTED.

Luke A. Evans
U.S. Magistrate Judge

**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**AT NASHVILLE**

| | |
|---|---|
| RACHEL ROE, et al., | |
| Plaintiffs, | Case No. 3:25-cv-00429 |
| v. | Judge Eli Richardson |
| | Magistrate Judge Luke A. Evans |
| RUTHERFORD COUNTY BOARD OF EDUCATION; JAMES SULLIVAN, | |
| Defendants. | JURY DEMAND |

## JOINT MOTION FOR ENTRY OF AGREED PROTECTIVE ORDER

In accordance with Federal Rule of Civil Procedure 26(c), the parties hereby jointly move this Court for the entry of an Agreed Protective Order for the production of Defendants' confidential documents.

The parties' Agreed Protective Order is attached to this Joint Motion and contemporaneously filed with the Court. Based on the foregoing, the parties respectfully request that this Court approve and enter the indicated Agreed Protective Order in this matter.

Respectfully submitted this 24th day of February, 2026.

/s/ Theresa House
Theresa House, New York No. 4595989*
Anand Agneshwar, New York No. 2591030*
Dori Ann Hanswirth, New York No. 2137347*
Leah Novak, New York No. 5653381*
Zoe Staum, New York No. 5694252*
Arnold & Porter Kaye Scholer LLP
250 West 55th Street
New York, NY 10019
(212) 836-8094
Theresa.House@arnoldporter.com
Anand.Agneshwar@arnoldporter.com
Dori.Hanswirth@arnoldporter.com
Leah.Novak@arnoldporter.com

/s/ Jason N. King
Nick Christiansen
Jason King
Jeff Reed
Hudson, Reed & Christiansen, PLLC
16 Public Square North
P.O. Box 884
Murfreesboro, TN 37133
(615) 893-5522
nchristiansen@mborolaw.com
jking@mborolaw.com
jreed@mborolaw.com

*Attorneys for Defendants*

Zoe.Staum@arnoldporter.com

*Admitted Pro Hac Vice

Zee Scout, BPR # 042637
Lucas Cameron Vaughn, BPR # 036284
American Civil Liberties Union
Foundation of Tennessee
P.O. Box 120160
Nashville, TN 37212
(615) 320-7142
zscout@aclu-tn.org
lucas@aclu-tn.org

Kerry Knox, BPR # 23302
117 South Academy Street
Murfreesboro, TN 37130
(615) 896-1000
(615) 896-1027 (facsimile)
kek@castelliknox.com

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I certify that on February 24, 2026, a true and correct copy of the foregoing Joint Motion for Entry of Protective Order was served on all parties via the Court's ECF/CM system.

<u>/s/ Theresa House</u>
Arnold & Porter Kaye Scholer LLP
250 West 55th Street
New York, NY 10019
(212) 836-8094
Theresa.House@arnoldporter.com