# EXHIBIT C

| Entry No. | Bates No. | Date | Author / Sender | Recipient(s) | Description | Privilege Asserted |
|---|---|---|---|---|---|---|
| 1 | not produced | various | see description | see description | correspondence and communications between officers, employees, and members of Defendant Board of Education and Defendant's attorneys about the claims and defenses asserted in this litigation | Attorney-Client privilege; Work Product; FRCP 26(b)(3) |
| 2 | not produced | various | see description | see description | correspondence and communications between officers, employees, and members of Defendant Board of Education and Defendant's attorneys regarding the meaning, interpretation, application, and implementation of state law, including but not limited to, the Age Approproiate Materials Act. | Attorney-Client privilege; Work Product; FRCP 26(b)(3) |
| 3 | not produced | various | see description | see description | documents and communications disclosing the intentions, motiviations, and reasons for legislative action taken by members of the defendant Board of Education with respect to a decision concerning any book or other school library media, the enactment of any policy of the Board of Education, and any other matter or act occurring in the course of the legislative process | legislative privilege |
| 4 | not produced | various | see description | see description | "reviews" reviewed by Board of Education member Stan Vaught. | legislative privilege |
| 4 | not produced | various | see description | see description | records and information reviewed, and communications engaged in, by Board of Education member Fran Rosales, along with her motivations and reasons, for how she determined to request the removal of 150 books | legislative privilege |