March 17, 2026

<u>**VIA ECF**</u>

The Honorable Eli J. Richardson
United States District Judge
United States District Court
Middle District of Tennessee at Nashville
719 Church Street
Nashville, TN 37203

> **Re:** ***Rachel Roe, et al. v. Rutherford County Board of Education, et al.*, Case No. 3:25-cv-00429 (M.D. Tenn.)**

Dear Judge Richardson:

The parties jointly submit this letter to request a modification of the deadlines set forth in the Court's Case Management Order, ECF No. 27, as subsequently modified by the Court's order, ECF No. 53. The parties agree that an extension of the current discovery deadlines is necessary in light of ongoing discovery disputes, including a dispute concerning Defendants' assertions of legislative privilege, which was the subject of a discovery conference before Judge Evans on February 20, 2026. *See* ECF No. 63.

The legislative privilege dispute concerns Plaintiffs' requests for discovery regarding Defendants' motives and decision making concerning the book removals at issue in this litigation. Defendants have objected that such discovery, including document requests, interrogatories, and deposition testimony, is precluded by the legislative privilege. Pursuant to the Court's direction, *see* ECF No. 67, the parties are proceeding with briefing on a motion to compel, which will address Defendants' assertion of the legislative privilege and should be fully submitted by March 27, 2026 (the "Motion to Compel"). The resolution of the Motion to Compel will have significant consequences for the scope of party discovery in this matter. Defendants have, to date, produced a total of 38 unique documents in response to Plaintiffs' document requests, withholding the rest principally on the grounds of legislative privilege (and some attorney-client/work product withholdings). Additionally, Defendants have objected to scheduling depositions of the individual Board of Education members and School Superintendent until the legislative privilege matter is adjudicated, in order to avoid causing those witnesses to appear more than once to be deposed. Further, Defendants have objected to many of Plaintiffs' interrogatories on the same grounds.

Because resolution of the Motion to Compel will materially affect the scope and completion of remaining discovery, the parties agree that an extension of the discovery schedule is warranted and have conferred regarding an appropriate modification to the current deadlines. The current deadlines and the parties' agreed proposed schedule are set forth below:

| Event | Current Deadline | Parties' Proposal |
|---|---|---|
| Serve additional discovery | February 26, 2026 | September 23, 2026 |
| Complete fact discovery | March 31, 2026 | October 23, 2026 |
| Joint status report | April 7, 2026 | October 30, 2026 |
| Fact discovery motions | April 10, 2026 | November 4, 2026 |
| Plaintiffs' expert disclosure & reports due | April 3, 2026 | October 28, 2026 |
| Defendants' expert disclosure & reports due | May 15, 2026 | December 9, 2026 |
| Deadline to complete expert depositions | June 15, 2026 | January 21, 2027 |
| Dispositive motions | July 8, 2026 | February 19, 2027 |
| Trial | November 17, 2026 | June 29, 2027 |

The parties' proposed schedule reflects an approximately 180-day extension measured from March 27, 2026—the date the parties expect the Motion to Compel to be fully briefed—with subsequent deadlines adjusted to generally maintain the existing intervals in the schedule.

The parties respectfully request that the Court modify the Case Management Order consistent with the proposed schedule set forth above, or as the Court otherwise deems appropriate. The parties previously filed a joint motion to extend the case management deadlines. ECF No. 47. The motion was denied without prejudice because no trial date had been scheduled. ECF No. 48. After the District Court set a trial date and the motion was refiled in compliance with Local Rule 16.01(h), Magistrate Judge Newbern granted the request in part, extending the discovery, expert, and dispositive-motion deadlines, while leaving the trial date unchanged. ECF No. 53. During this period, Magistrate Judge Newbern was preparing to retire from the bench and subsequently did so, after which the case was reassigned to Magistrate Judge Evans. The parties understood that a future request to amend the trial date would be permitted by the District Court.

In the discovery conference held on February 20, 2026, the parties raised with Magistrate Judge Evans their expectation that they would need to seek leave from the District Court to amend the scheduling order, including the trial date, to allow the Motion to Compel to be decided, following any appeals, before the close of discovery, and the parties' understanding was that such a request would be entertained by the District Court in view of its treatment of the previous request. In a subsequent order denying Defendants'

motion for protective order without prejudice, Judge Evans noted that "the deadline for dispositive motions will not be moved." ECF No. 67. Consistent with the discussion during the discovery conference, and in light of the current discovery posture and the schedule proposed above, the parties respectfully request the Court's consideration of this joint proposal to amend all deadlines, including the dispositive motions date and the trial date, or, in the alternative, to amend the deadlines as the Court otherwise considers appropriate.

The parties appreciate the Court's consideration of this request and are available at the Court's convenience should further discussion be helpful.

Sincerely,

/s/ Theresa M. House
ARNOLD & PORTER KAYE SCHOLER LLP

Theresa House (admitted *pro hac vice*)
Dori Ann Hanswirth (admitted *pro hac vice*)
Anand Agneshwar (admitted *pro hac vice*)
Leah Novak (admitted *pro hac vice)*
Zoe Staum (admitted *pro hac vice*)
ARNOLD & PORTER KAYE SCHOLER LLP
250 West 55th Street
New York, NY 10019
(212) 836-7062
theresa.house@arnoldporter.com
anand.agneshwar@arnoldporter.com
dori.hanswirth@arnoldporter.com
leah.novak@arnoldporter.com
zoe.staum@arnoldporter.com

Zee Scout, BPR # 042637
Lucas Cameron Vaughn, BPR # 036284
American Civil Liberties Union Foundation
of Tennessee
P.O. Box 120160
(615) 320-7142
zscout@aclu-tn.org
lucas@aclu-tn.org

Kerry Knox, BPR # 23302
117 S. Academy Street
Murfreesboro, TN 37130
(615) 896-1000
kek@castelliknox.com

*Counsel for Plaintiffs*

**HUDSON, REED & CHRISTIANSEN, PLLC**
**By: /s/ Jason N. King**
      **JEFF REED, #15000**
      **NICK C. CHRISTIANSEN #30103**
      **JASON N. KING, #027749**
      16 Public Square North
      P.O. Box 884
      Murfreesboro, TN  37133
      (615) 893-5522
      jreed@mborolaw.com
      nchristiansen@mborolaw.com
      jking@mborolaw.com

*Attorneys for Defendants*

cc:     All Counsel of Record via ECF