**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**AT NASHVILLE**

| | | |
|---|---|---|
| **RACHEL ROE, et al.,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | **Case No. 3:25-cv-00429** |
| **v.** | ) | **JUDGE RICHARDSON** |
| | ) | **MAGISTRATE JUDGE EVANS** |
| **RUTHERFORD COUNTY BOARD OF** | ) | |
| **EDUCATION and JAMES SULLIVAN,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**JOINT MOTION FOR ENLARGEMENT OF TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFFS' MOTION TO COMPEL (ECF 71) AND FOR PLAINTIFFS TO FILE A REPLY**

COME NOW the parties, by and through counsel, and pursuant to Rule 6(b) of the Federal Rules of Civil Procedure move this Honorable Court to allow Defendants an enlargement of time to file a Response to Plaintiffs' Motion to Compel (DE 71) and, accordingly, an enlargement of time for Plaintiffs to file a Reply thereto. In support of this Joint Motion, the parties would state and show unto the Court respectfully as follows:

1.     Plaintiffs' Motion to Compel (ECF 71) was filed on March 6, 2026.  Currently, Defendants' deadline to file a Response is March 20, 2026.

2.     On March 17, Defendants requested additional time to prepare an appropriate Response in Opposition. Plaintiffs consent to this request.

3.     Accordingly, Plaintiffs request a proportional enlargement of time to file a Reply. Currently, Plaintiffs' deadline to file a Reply is March 27. Defendants consent to this request.

1

4.      Due to other professional and personal commitments of the undersigned, including travel, additional time is necessary for the parties to complete their briefing on Plaintiffs' Motion to Compel (ECF 71).

5.      This Motion is not to unnecessarily delay the litigation, and Plaintiff will not be prejudiced if this Motion is granted.

6.      Accordingly, the parties jointly request that Defendants be granted an extension of time through **March 27, 2026**, to file their Response to Plaintiffs' Motion to Compel (ECF 71), and that Plaintiffs be granted an extension of time through **April 10, 2026**, to file any Reply in support of the Motion.

**WHEREFORE, PREMISES CONSIDERED**, the parties respectfully request that the Court enter an Order granting the requested extensions of time.

**Respectfully submitted,**

**HUDSON, REED & CHRISTIANSEN, PLLC**

**By: /s/ Nick C. Christiansen**
   **NICK C. CHRISTIANSEN, #30103**
   16 Public Square North
   P.O. Box 884
   Murfreesboro, TN  37133
   (615) 893-5522
   nchristiansen@mborolaw.com

   *Attorney for Defendants*

**By: */s/ Theresa House***
   Arnold & Porter Kaye Scholer LLP
   Theresa House (admitted *pro hac vice*)
   Dori Ann Hanswirth (admitted *pro hac vice*)
   Anand Agneshwar (admitted *pro hac vice*)
   Leah Novak (admitted *pro hac vice)*
   Zoe Staum (admitted *pro hac vice*)
   Arnold & Porter Kaye Scholer LLP
   250 West 55th Street

2

New York, NY 10019
(212) 836-7062
theresa.house@arnoldporter.com
anand.agneshwar@arnoldporter.com
dori.hanswirth@arnoldporter.com
leah.novak@arnoldporter.com
zoe.staum@arnoldporter.com

Zee Scout, BPR # 42637
Lucas Cameron Vaughn, BPR # 36284
American Civil Liberties Union Foundation
of Tennessee
P.O. Box 120160
(615) 320-7142
zscout@aclu-tn.org
lucas@aclu-tn.org

Kerry Knox, BPR #23302
117 S. Academy Street
Murfreesboro, TN 37130
(615) 896-1000
kek@castelliknox.com

*Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing document was sent to the following **via the District Court's electronic filing system and/or U.S. Mail, postage prepaid**, to:

Theresa House
Anand Agneshwar
Dori Ann Hanswirth
Leah Novak
Zoe Staum
250 West 55th Street
New York, NY 10019

Zee Scout
Lucas Cameron Vaughn
P.O. Box 120160
Nashville, TN 37212

Kerry Knox
117 S. Academy Street
Murfreesboro, TN 37130

this 18th day of March, 2026.

**/s/ Nick C. Christiansen**
**NICK C. CHRISTIANSEN**
