**ORDER**
The Court refers the requests in this letter (DE 72) to the Magistrate Judge for consideration. Once the Magistrate Judge has made any modifications to the Case Management Order, the Court will consider any requests for a new trial date. The current trial date, pretrial conference and related deadlines are canceled.

*Eli Richardson*

March 17, 2026

**VIA ECF**

The Honorable Eli J. Richardson
United States District Judge
United States District Court
Middle District of Tennessee at Nashville
719 Church Street
Nashville, TN 37203

> **Re:** ***Rachel Roe, et al. v. Rutherford County Board of Education, et al.*, Case No. 3:25-cv-00429 (M.D. Tenn.)**

Dear Judge Richardson:

The parties jointly submit this letter to request a modification of the deadlines set forth in the Court's Case Management Order, ECF No. 27, as subsequently modified by the Court's order, ECF No. 53. The parties agree that an extension of the current discovery deadlines is necessary in light of ongoing discovery disputes, including a dispute concerning Defendants' assertions of legislative privilege, which was the subject of a discovery conference before Judge Evans on February 20, 2026. *See* ECF No. 63.

The legislative privilege dispute concerns Plaintiffs' requests for discovery regarding Defendants' motives and decision making concerning the book removals at issue in this litigation. Defendants have objected that such discovery, including document requests, interrogatories, and deposition testimony, is precluded by the legislative privilege. Pursuant to the Court's direction, *see* ECF No. 67, the parties are proceeding with briefing on a motion to compel, which will address Defendants' assertion of the legislative privilege and should be fully submitted by March 27, 2026 (the "Motion to Compel"). The resolution of the Motion to Compel will have significant consequences for the scope of party discovery in this matter. Defendants have, to date, produced a total of 38 unique documents in response to Plaintiffs' document requests, withholding the rest principally on the grounds of legislative privilege (and some attorney-client/work product withholdings). Additionally, Defendants have objected to scheduling depositions of the individual Board of Education members and School Superintendent until the legislative privilege matter is adjudicated, in order to avoid causing those witnesses to appear more than once to be deposed. Further, Defendants have objected to many of Plaintiffs' interrogatories on the same grounds.

Because resolution of the Motion to Compel will materially affect the scope and completion of remaining discovery, the parties agree that an extension of the discovery schedule is warranted and have conferred regarding an appropriate modification to the current deadlines. The current deadlines and the parties' agreed proposed schedule are set forth below: