# Arnold & Porter

**Theresa M. House**
+1 212.836.8094 Direct
Theresa.House@arnoldporter.com

March 24, 2026

**VIA ECF**

The Honorable Eli J. Richardson
United States District Court for the Middle District of Tennessee
719 Church Street
Nashville, TN 37203

> **Re:** *Rachel Roe, et al. v. Rutherford County Board of Education, et al.*,
> **Case No. 3:25-cv-00429 (M.D. Tenn.)**

Dear Judge Richardson:

We represent Plaintiffs in the above-captioned matter. We write to respectfully inform the Court that Plaintiffs intend to respond to Defendants' Motion for Leave to File Supplemental Authority and/or Supplemental Briefing in Support of Defendants' Motion for Judgment on the Pleadings and Memorandum of Law (the "Motion"). *See* ECF No. 74.

We understand that Plaintiffs' deadline to respond to the Motion is April 6, 2026, pursuant to Local Rule 12.01(c)(2). We plan to file by that deadline, unless the Court would prefer that Plaintiffs respond to the Motion by a different deadline.

Respectfully submitted,

/s/ Theresa M. House

Theresa House (admitted *pro hac vice*)
ARNOLD & PORTER KAYE
  SCHOLER LLP
250 West 55th Street
New York, NY 10019
(212) 836-7062
theresa.house@arnoldporter.com

cc: All Counsel of Record via ECF