UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| RACHEL ROE, et al., | |
| Plaintiffs, | Case No. 3:25-cv-0429 |
| v. | Judge Eli J. Richardson<br>Magistrate Judge Luke A. Evans |
| RUTHERFORD COUNTY BOARD OF EDUCATION, et al., | |
| Defendants. | |

## <u>ORDER</u>

This matter is set for a case management conference on April 3, 2026 at 9:30 a.m. Counsel for each party shall call (855) 244-8681 and enter access code 2317 604 8628# to participate.

By no later than March 31, 2026, the parties shall file a joint proposed amended case management order. The parties shall also email a Word version of the joint proposed case management order to TNMDEvansChambers@tnmd.uscourts.gov.

It is so ORDERED.

_____
LUKE A. EVANS
United States Magistrate Judge