**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**AT NASHVILLE**

| | | |
|---|---|---|
| **RACHEL ROE, et al.** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **v.** | ) | No.  3:25-cv-00429 |
| | ) | |
| **RUTHERFORD COUNTY BOARD OF** | ) | **JUDGE RICHARDSON** |
| **EDUCATION, et al.** | ) | |
| | ) | |
| **Defendants.** | ) | |

**NOTICE OF FILING**
**RUTHERFORD COUNTY BOARD OF EDUCATION MEETING MINUTES**

Please take notice that Defendants, by and through undersigned counsel, are filing the following Rutherford County Board of Education meeting minutes as exhibits in support of Defendants' Response in Opposition to Plaintiffs' Motion to Compel (DE 80).

Exhibit 1 Rutherford County Board of Education Minutes of November 14, 2024

Exhibit 2 Rutherford County Board of Education Minutes of January 9, 2025.

Exhibit 3 Rutherford County Board of Education Minutes of January 23, 2025

Exhibit 4 Rutherford County Board of Education Minutes of February 6, 2025

Exhibit 5 Rutherford County Board of Education Minutes of March 6, 2025

Exhibit 6 Rutherford County Board of Education Minutes of April 9, 2025

Respectfully submitted,

HUDSON, REED & CHRISTIANSEN, PLLC

By: /s/ Nick C. Christiansen
      **JEFF REED, #15000**
      **NICK C. CHRISTIANSEN, #30103**
      **JASON N. KING, #027749**
      16 Public Square North
      P.O. Box 884
      Murfreesboro, TN  37133
      (615) 893-5522
      jreed@mborolaw.com
      nchristiansen@mborolaw.com
      jking@mborolaw.com

      *Attorneys for Defendants*

2

<strong><u>CERTIFICATE OF SERVICE</u></strong>

I certify that on <strong><u>March 27, 2026</u></strong> a true and correct copy of the foregoing document was served on all parties via the District Court's electronic filing system.

| | |
|---|---|
| **Anand Agneshwar**<br>Arnold & Porter Kaye Scholer LLP<br>250 West 55th Street<br>New York, NY 10019<br>Amand.Agneshwar@arnoldporter.com | **Lucas Cameron – Vaughn**<br>ACLU<br>PO Box 120160<br>Nashville, TN 37212<br>lucas@aclu-tn.org |
| **Dori Ann Hanswirth**<br>Arnold & Porter Kaye Scholer LLP<br>250 West 55th Street<br>New York, NY 10019<br>Dori.Hanswirth@arnoldporter.com | **Theresa House**<br>Arnold & Porter Kaye Scholer LLP<br>250 West 55th Street<br>New York, NY 10019<br>Theresa.House@arnoldporter.com |
| **Kerry E. Knox**<br>Castelli & Knox, LLP<br>117 S Academy Street<br>Murfreesboro, TN 37130<br>kek@castelliknox.com | **Zee Scout**<br>ACLU of Tennessee<br>P.O. Box 120160<br>Nashville, TN 37212<br>zscout@aclu-tn.org |
| **Leah Novak**<br>Arnold & Porter Kaye Scholer LLP<br>250 West 55th Street<br>New York, NY 10019<br>Leah.Novak@arnoldporter.com | **Zoe Rachael Staum**<br>Arnold & Porter Kaye Scholer LLP<br>250 West 55th Street<br>New York, NY 10019<br>Zoe.Staum@arnoldporter.com |

<strong><u>/s/Nick C. Christiansen</u></strong><br><strong>Nick C. Christiansen</strong>