**RUTHERFORD COUNTY SCHOOL SYSTEM**
**2240 Southpark Drive**
**Murfreesboro, TN  37128**

**MINUTES OF JANUARY 9, 2025**

<u>**Board Members Present**</u>
Claire Maxwell, Board Chair
Frances Rosales, Vice-Chair
Caleb Tidwell
Katie Darby
Tammy Sharp
Butch Vaughn
Stan Vaught
Dr. James Sullivan, Director of Schools

## 1. CALL TO ORDER

The Board Chair Claire Maxwell called the meeting to order at 5:30 P.M.

## 2. PLEDGE OF ALLEGIANCE

Work Session:  Pledge of Allegiance was led by Frances Rosales

Board Meeting:  Frances Rosales introduced Blackman Middle School's Principal Dr. Jessica Jackson and Student Council/Beta Club students Ella Agyemang, Zoe Diaz, Carley Scott, Michael Harden, Claudia Press, and Ryan Mau to lead the Pledge of Allegiance.

## 3. MOMENT OF SILENCE

A Moment of Silence was observed for Mr. Keith Reed, one of Central Magnet's Custodian, who recently passed unexpectedly.  Please keep his family in your thoughts.

## 4. APPROVAL OF AGENDA

**Motion made by Caleb Tidwell and seconded by Katie Darby, to approve the agenda as presented.**

**Vote: All yes**
**Motion passes.**

## 5. APPROVAL OF CONSENT AGENDA (TAB 1)

   A.  **Minutes:**  Board Meeting Minutes, December 5, 2024

Case 3:25-cv-00429   Document 80-2   Filed 03/27/26   Page 1 of 23 PageID #: 966

**Minutes:** Special Called Meeting Minutes, December 17, 2024

**B. Bids:**
Bid #3784 - Kitchen Equipment,
Bid #3785 - Septic Tank Pumping,
RFP #24-04 - CTE Mobile Learning Labs
Request for Purchase of a Golf Cart for Siegel High

**C. Nepotism**
Katie Armstrong – SPED EA – Brown's Chapel Elementary School

**D. Use of Facilities:**

## FACILITIES USE
1/9/2025

### <u>Fees</u>

| | |
|---|---|
| Barfield Elementary | RockOnMusic dba FineArtsMatter, music classes, classrooms, 2/3/25 – 5/1/25, $15 per day per room |
| Barfield Elementary | Savannah Ridge Homeowners Association, meeting, gym, 1/27/25, $18 per hour |
| Kittrell Elementary | Jack City Softball, practice, sports field, 1/5/25 – 2/9/25, $18 per hour, *retro review |
| LaVergne Middle | Crossland Church, Sunday service, cafeteria, 1/5/25 – 12/28/25, $18 per hour, *retro review |
| Oakland Middle | Dance Classics, recital, band & chorus rooms & auditorium, 5/29/25 – 5/31/25, $945 |
| Plainview Elementary | Top Notch Basketball, practice, gym, 1/12/25 – 5/28/25, $18 per hour |
| Rockvale Elementary | TN Ignite Basketball Club, practice, gym, 1/15/25 – 7/31/25, $18 per hour |
| Siegel High | APEX Dance Center, practice, gym, 1/3/25 – 1/4/25, $290 per day, *retro review |
| Wilson Elementary | RockonMusic dba FineArtsMatter, music classes, classrooms, 2/5/25 – 5/2/25, $15 per day per room |

### <u>No Fees</u>

Case 3:25-cv-00429    Document 80-2    Filed 03/27/26    Page 2 of 23 PageID #: 967

| Barfield Elementary | Girl Scout Troop #1588, meetings, classroom, library & cafeteria, 1/8/25 – 5/31/25, no fees |
| --- | --- |
| LaVergne Middle | City of LaVergne, MLK ceremony, auditorium, 1/20/25, no fees |

Note: Facility use prior to 1/9/25 has been granted pending Board action. A certificate of insurance with $2,000,000.00 limits ($1,000,000.00 if approved) is required by each user. Each group must forward any renewals of insurance to the Board on time; otherwise, approval is terminated at the end of the policy period. **All approvals are for no more than a 1-year period.**

### E. Salary Supplements and Contract Payments:

| Name-Certified | NTE Amt. | School | Funded By | Description |
| --- | --- | --- | --- | --- |
| Yolanda Flagg | $400.00 | Blackman High | School Funds - Heat Halftimers | Coach |
| Amber Myers | $1,500.00 | Blackman Middle | School Funds - Dance Team | Dance Team Coach |
| Kristen Poplar | $1,500.00 | Blackman Middle | School Funds - Dance Team | Dance Team Coach |
| Laurie Smithson | $2,000.00 | Central Magnet | School Funds - Security | HS Gym Supervision |
| Brayan Bunyi | $625.00 | LaVergne Middle | School Funds - Basketball | Scorekeeper |
| Cheryl Willis | $625.00 | LaVergne Middle | School Funds - Basketball | Bookkeeper |
| Dallas Erdman | $800.00 | Oakland High | School Funds - Football | Supervision at Ball Games |
| Carol Keener | $600.00 | Oakland High | School Funds - Football | Supervision at Ball Games |
| Jesse Messick | $900.00 | Oakland High | School Funds - Football | Supervision at Ball Games |
| Brandon Nolen | $800.00 | Oakland High | School Funds - Football | Supervision at Ball Games |
| Lisa Tate | $1,500.00 | Oakland High | School Funds - Football | Supervisor for Gate |
| Joe Potillor, Jr | $530.00 | Riverdale | School Funds - Football | Gate Worker |
| Brent Whitlock | $6,000.00 | Riverdale | School Funds - Baseball | Assistant Coach & Driving |
| Rachel Deml | $11,000.00 | Siegel High | Outside Group / Use of Facilities | Building Supervisor - Fellowship Bible church of Rutherford County |
| Benjamin Caudill | $10,000.00 | Stewarts Creek High | School Funds - Football | Head Coach |

Case 3:25-cv-00429     Document 80-2     Filed 03/27/26     Page 3 of 23 PageID #: 968

| Reggy Skelton | $750.00 | Whitworth Buchanan | School Funds - Boys & Girls Basketball | Announcer/Timekeeper |
|---|---|---|---|---|
| Tanya Webb | $2,500.00 | Whitworth Buchanan | School Funds - Boys & Girls Basketball & Tournaments | Basketball Bookkeeper |
| **Name-Non Faculty** | **NTE Amt.** | **School** | **Funded By** | **Description** |
| Anniston Bean | $800.00 | Blackman Middle | School Funds - Dance Team | Choreography for Competition Routine |
| Chasity Cook | $1,800.00 | Blackman Middle | School Funds - Girls Basketball | Assistant Coach |
| Elisa Peterkin | $1,500.00 | Blackman Middle | School Funds - Girls Basketball | Assistant Coach |
| Eric Smith | $25/lesson | Oakland Middle | School Funds - Band | Lessons |
| Noah Friedman | $500.00 | Riverdale | Band Boosters | Rehearsals, Marching Rehearsals, Performances |
| Rachel Friedman | $500.00 | Riverdale | Band Boosters | Rehearsals, Marching Rehearsals, Performances |
| Alexander Ryan | $25/lesson | Riverdale | School Funds - Band | Lessons & Sectionals |
| Muhammad Malik | $1,500.00 | Siegel High | School Funds - Tennis | Assistant Coach |
| **Name-Classified** | **NTE Amt.** | **School** | **Funded By** | **Description** |
| Jonathan Wynn | $1,000.00 | Blackman High | School Funds - Football | Assistant Coach |
| Lucinda Wine | Overtime Classified Rate | Christiana Middle | Outside Group / Use of Facilities | Custodial Work |
| Vonce Henderson | $2,000.00 | Oakland High | Oakland Endzone Club | Assistant Football Coach |
| LaShonda Gooch | Overtime Classified Rate | Stewarts Creek Middle | Boys & Girls Basketball & Tournaments | Custodial Work |

1. Approved previously for an amount $500 or greater
2. Overtime rate for special events
3. Anticipate amounts over $500 this school year
4. Amend prior approval
5. Less than $500 but part of event total
6. Must have the approval of the Transportation Department
7. Classified Employee (with approved agreement)
8. Regular Rate - Part time employee

Case 3:25-cv-00429     Document 80-2     Filed 03/27/26     Page 4 of 23 PageID #: 969

### F. Non-Faculty Volunteer Coaches:

According to the Tennessee Secondary School Athletic Association (TSSAA) guidelines, Board of Education approval is required to allow non-faculty volunteer coaches to participate in the school athletic programs.

The following non-faculty volunteer coaches are for the 2024-2025 school year:

| NAME | SCHOOL | SPORT |
|---|---|---|
| Marlow, Jacob | Stewarts Creek Middle School | Band |
| Isbell, Michael | Blackman High | Track |
| Watts, Joseph | Blackman High | Track |
| Wright, Jaclyn | Blackman High | Girls Track |
| Lannom, Joe | Blackman Middle | Bowling |
| Arnold, Andrew | Central Magnet | Baseball |
| Jones, Benjamin | Central Magnet | MS Boys Soccer |
| Huling, Dallas | Oakland High | Wrestling |
| Souvannaraj, Maddox | Oakland High | Boys Soccer |
| Conner, Hailey | Rock Springs Middle | Softball |
| Brown, Ariel | Stewarts Creek Middle | Softball |
| Davis, Andrea | Stewarts Creek Middle | Track |
| Hickman, Jonathan | Whitworth Buchanan | Baseball |

Motion made by Butch Vaughn and seconded by Frances Rosales, to approve the consent agenda as presented.

Vote: All yes
Motion passes.

### 6. GUEST SPEAKER

Work Session: Representative Mike Sparks presented his proposal for lowering the age requirement that a person can drive a school bus.

### 7. PUBLIC COMMENT*

1. Lindsay Schultz – Business owner and parent in Rutherford County. Continues to have concerns with the banning of books. She shared her bigger concern is with the heating and mold at one of our schools. She also mentioned her discontent with certain board members disinterest when public comments are made.

2. Daphne Gamble – Spoke about the history of the Miller's Test and encouraged the Board to follow the librarians' recommendations regarding retaining or removing books.

Case 3:25-cv-00429    Document 80-2    Filed 03/27/26    Page 5 of 23 PageID #: 970

3. Elizabeth Shepherd – Ms. Sheperd is a public-school librarian and parent. She thanked Dr. Chastain, Kaitlyn Benavides, staff and all the librarians for their phenomenal book review process and hard work. She hopes the board members stand by recommendations the librarians have given them.

4. Bryan Schuster – Mr. Schuster opened in prayer. He asked members of the audience to stand for their children's purity.

5. Heather Cook – Ms. Cook shared scripture and her thoughts regarding books children read.

*Public comment requests to address the Board must be provided in writing to the Director of Schools' office no later than noon (12:00 p.m.) on the day of the meeting by completing the Public Comment Form. Speakers will have three (3) minutes to speak.*

## 8. LEGAL (TAB 2)

Transfer Student Under Discipline (1)

The Board has been requested to admit a transfer student from another school system under discipline. The student was expelled for intentional/repeated harassment of school staff.

According to Policy 6.318, the Board may deny admissions of any student (except those in state custody) when a student transfers from another school system while under suspension or expulsion.

Director of Schools' Recommendation: Deny.

**Motion made by Butch Vaughn and seconded by Frances Rosales, to deny the admission of this Transfer Student Under Discipline as presented.**

**Vote: All yes**
**Motion passes.**

## 9. HUMAN RESOURCES

Request for one additional Nursing staff: due to increasing medical procedures at one of our larger high schools, the Health Services Department is requesting one new School Nurse position.

**Motion made by Caleb Tidwell and seconded by Butch Vaughn, to approve one additional School Nurse position to cover increasing medical needs.**

**Vote: All yes**
**Motion passes.**

## 10. ANNUAL AGENDA (TAB 3)

TSBA's Board of Distinction Program recognizes school boards for their work. School boards that seek this designation must meet specified requirements in four key areas: planning, policy, promotion, and board development. One of the requirements is an annual review and maintenance of the entire policy manual.

Case 3:25-cv-00429    Document 80-2    Filed 03/27/26    Page 6 of 23 PageID #: 971

## 11. CHARTER REVIEW COMMITTEE

| Dr. Jeff McCann | Coordinator of Choice and Charter Schools, Rutherford County Schools |
|---|---|
| Trey Lee | Chief Operations Officer, Rutherford County Schools |
| Dr. Mark Gullion | Federal Programs Coordinator, Rutherford County Schools |
| Dr. Annie Ralston | Special Education Coordinator, Rutherford County Schools |
| Shannon Caywood | Special Projects Accountant, Rutherford County Schools |
| Dr. Larissa Westerfield | Coordinator of Teaching and Learning, Rutherford County Schools |
| Dr. Season Epps | K-5 Mathematics Specialist, Rutherford County Schools |
| Lisa Kegler | K-5 ELA Specialist, Rutherford County Schools |
| Angela Barnes | Principal, Wilson Elementary School |
| Ynetia Campbell | Principal, Kittrell Elementary School |
| Julia McKenna | Parent Representative |
| Emily Madison | Parent Representative |
| Frances Rosales | Rutherford County School Board Member |

Work Session: New Charter School applications are due by February 3, 2025.

**Motion made by Frances Rosales and seconded by Tammy Sharp, to approve the 2025 Charter Review Committee as presented.**

**Vote: All yes**
**Motion passes.**

## 12. ENGINEERING AND CONSTRUCTION (TAB 4)

I.      Poplar Hill Elementary Grading Change Order #2: Engineering and Construction has agreed to the final Grading change request for Demo Plus Construction. Per our letter dated August 7, 2024, change order #2 is to be for $35,850.00. This will complete the grading package contract for Bid # 3711.

**Motion made by Butch Vaughn and seconded by Caleb Tidwell, to approve the change order #2, for Demo Plus, as request and presented.**

**Vote: All yes**

Case 3:25-cv-00429     Document 80-2     Filed 03/27/26     Page 7 of 23 PageID #: 972

**Motion passes.**

II.    Eagleville Soccer Field Work Request: Principal Tim Pedigo is requesting to regrade the property adjacent to the school for a soccer field. The grading process equipment and labor is being donated and the school will be responsible for the cost of the fuel needed. Estimated cost is $2,000.00. As part of the project the school will begin to raise funds for an irrigation system and the cost for the appropriate 2" tap/Meter and the $30,000.00 estimated for the field system. This work will require to have TDEC approval. The request is at no cost to the Board. Engineering and Construction has reviewed this request and has no objection.

**Motion made by Stan Vaught and seconded by Katie Darby, to approve the Eagleville Soccer Field request as presented.**

**Vote: All yes**
**Motion passes.**

III.    LaVergne High School Nutrition Painting Project: The School Nutrition department has been reviewing options to upgrade the appearance of the cafeteria serving line areas for a couple years. Currently, they are requesting to begin a school serving line project with LHS as the first one. The cost for this project is $45,200.75 and will come from the fund balance and will not require additional funds. The Engineering and Construction department has reviewed the request and has no objection.

**Motion made by Stan Vaught and seconded by Tammy Sharp, to approve the School Nutrition request for LHS as presented.**

**Vote: All yes**
**Motion passes.**

IV.    Daniel-McKee Exterior and Interior Mural Paint Request: Principal Nicole Stirbens is requesting to allow the Experience Community Church to clean and paint the exterior of the building and paint the entry area murals in the interior. The total cost for the request is $19,300.00 and is being funded by the church at no cost to the Board. Engineering and Construction has reviewed the request and has no objection.

**Motion made by Stan Vaught and seconded by Butch Vaughn, to approve the Daniel-McKee paint request as presented.**

**Vote: All yes**
**Motion passes.**

**13. RESOLUTIONS (TAB 5)**

I.    Fast Growth Stipends

Case 3:25-cv-00429    Document 80-2    Filed 03/27/26    Page 8 of 23 PageID #: 973

**Motion made by Caleb Tidwell and seconded by Tammy Sharp, to approve the Resolution Fully Funding Fast Growth Stipends and Fast Growth Infrastructure in The Tennessee Investment in Student Achievement (TISA) Funding Formula.**

**Vote: All yes**
**Motion passes.**

II.   House Bill 22 Public Comment Amendment

**Motion made by Katie Darby and seconded by Caleb Tidwell, to approve the Resolution Supporting HB 0022 Regarding Mandatory Public Comment Periods at Meetings of Governing Bodies.**

**Vote: All yes**
**Motion passes.**

## 14. BUS CONTRACT

Work Session - Discussion held regarding:

> Expiration of the current bus contract of June 30, 2025
> New state law requires bus contractors to purchase their own liability insurance to insure themselves, school system and county
> Fuel index for diesel fuel, gasoline & possibly propane
> Implementation of an infraction system for reoccurring incidents
> State statute bus contract up to a maximum of 4 years
> Seat/mileage rate increase considerations

Board members agreed to "gavel back in" after adjournment to meet with the bus drivers in the audience.

Board Meeting - Caleb Tidwell requested the Board circle back and continue discussions in February.

## 15. LIBRARY BOOKS (TAB 6)

An overview of the review process, recommendations, and a list of books that were submitted but are not in our District libraries.

Internal reviews for the following titles have been completed.

*1. Aristotle and Dante Discover the Secrets of the Universe* by Saenz by Benjamin Alire

**Motion made by Stan Vaught and seconded by Claire Maxwell, to retain *Aristotle and Dante Discover the Secrets of the Universe* by Saenz by Benjamin Alire upon recommendation from media specialists for high school grades and up only, excluding 8th grade.**

Case 3:25-cv-00429    Document 80-2    Filed 03/27/26    Page 9 of 23 PageID #: 974

**Roll Call Vote:**

**Stan Vaught – Yes**
**Butch Vaughn – No**
**Katie Darby – No**
**Tammy Sharp – No**
**Caleb Tidwell – No**
**Frances Rosales – Yes**
**Claire Maxwell – Yes**

**Vote: Majority**
**Motion fails.**

2. *Heroine* by Mindy McGuinness

**Motion made by Stan Vaught seconded by Claire Maxwell, to retain *Heroine* by Mindy McGuinness upon recommendation from media specialists for high school grades only.**

**Amendment Motion made by Frances Rosales seconded by Claire Maxwell, to retain *Heroine* by Mindy McGuinness upon recommendation from media specialists for high school grades only, with parental consent but with opt in.**

**Roll Call Vote to Amend Motion:**

**Tammy Sharp – Yes**
**Stan Vaught – Pass**
**Frances Rosales – Yes**
**Butch Vaughn – No**
**Caleb Tidwell – Yes**
**Katie Darby – Yes**
**Claire Maxwell – Yes**

**Vote: Majority**
**Motion passes.**

**Motion made by Frances Rosales seconded by Claire Maxwell, to retain *Heroine* by Mindy McGuinness upon recommendation from media specialists for high school grades only, with parental consent and opt in.**

**Caleb Tidwell – Yes**
**Frances Rosales – Yes**
**Tammy Sharp – Yes**

Case 3:25-cv-00429     Document 80-2     Filed 03/27/26     Page 10 of 23 PageID #: 975

**Stan Vaught – Yes**
**Butch Vaughn – No**
**Katie Darby – Yes**
**Claire Maxwell – Yes**

**Vote: Majority**
**Motion passes.**

3. *I am Not Your Perfect Mexican Daughter* by Erika L. Sanchez

**Motion made by Stan Vaught and seconded by Claire Maxwell, to retain *I am Not Your Perfect Mexican Daughter* by Erika L. Sanchez upon recommendation from media specialists for high school grades only.**

**Roll Call Vote:**

**Katie Darby – No**
**Stan Vaught – Yes**
**Frances Rosales – Yes**
**Butch Vaughn – No**
**Caleb Tidwell – No**
**Tammy Sharp – No**
**Claire Maxwell –Yes**

**Vote: Majority**
**Motion fails.**

4. *Shiver* by Maggie Stiefvater

**Motion made by Caleb Tidwell and seconded by Claire Maxwell, to retain *Shiver* by Maggie Stiefvater upon recommendation from media specialists for high school grades, excluding 8th grade.**

**Roll Call Vote:**

**Frances Rosales – No**
**Butch Vaughn – No**
**Caleb Tidwell – Yes**
**Tammy Sharp – Yes**
**Stan Vaught – Yes**
**Katie Darby – Yes**
**Claire Maxwell – Yes**

**Vote: Majority**
**Motion passes.**

Case 3:25-cv-00429    Document 80-2    Filed 03/27/26    Page 11 of 23 PageID #: 976

5. *To All the Boys I've Loved Before* by Jenny Han

   **Motion made by Stan Vaught and seconded by Claire Maxwell, to retain *To All the Boys I've Loved Before* by Jenny Han upon recommendation from media specialists for high school grades, excluding middle school.**

   **Amendment Motion made by Frances Rosales and seconded by Caleb Tidwell, to retain *To All the Boys I've Loved Before* by Jenny Han upon recommendation from media specialists for high school grades with parental consent, excluding middle school.**

   **Roll Call Vote:**

   **Katie Darby – Yes**
   **Frances Rosales – Yes**
   **Stan Vaught – Pass**
   **Butch Vaughn – No**
   **Caleb Tidwell – Yes**
   **Tammy Sharp – Yes**
   **Claire Maxwell – Yes**

   **Vote: Majority**
   **Motion passes.**

   **Motion made by Frances Rosales and seconded by Caleb Tidwell, to retain *To All the Boys I've Loved Before* by Jenny Han upon recommendation from media specialists for high school grades with parental consent, excluding middle school.**

   **Tammy Sharp – Yes**
   **Stan Vaught – Yes**
   **Frances Rosales – Yes**
   **Butch Vaughn – No**
   **Caleb Tidwell – Yes**
   **Katie Darby – Yes**
   **Claire Maxwell –Yes**

   **Vote: Majority**
   **Motion passes.**

6. *Looking for Alaska* by John Green

   **Motion made by Caleb Tidwell and seconded by Frances Rosales, to remove *Looking for Alaska* by John Green.**

Case 3:25-cv-00429    Document 80-2    Filed 03/27/26    Page 12 of 23 PageID #: 977

**Roll Call Vote:**

**Katie Darby – Yes**
**Frances Rosales – Yes**
**Stan Vaught – No**
**Butch Vaughn – Yes**
**Caleb Tidwell – Yes**
**Tammy Sharp – Yes**
**Claire Maxwell – No**

**Vote: Majority**
**Motion passes.**

7. *Concrete Rose* by Angie Thomas

**Motion made by Butch Vaughn and seconded by Tammy Sharp, to remove *Concrete Rose* by Angie Thomas.**

**Roll Call Vote:**

**Stan Vaught – No**
**Butch Vaughn – Yes**
**Katie Darby – Yes**
**Tammy Sharp – Yes**
**Caleb Tidwell – Yes**
**Frances Rosales – Yes**
**Claire Maxwell – No**

**Vote: Majority**
**Motion passes.**

8. *Monday's Not Coming* by Tiffany D. Jackson

**Motion made to remove *Concrete Rose* by Tiffany D. Jackson by Butch Vaughn and seconded by Tammy Sharp to remove *Monday's Not Coming* by Tiffany D. Jackson.**

**Caleb Tidwell - No**
**Frances Rosales - No**
**Tammy Sharp - No**
**Stan Vaught - No**
**Butch Vaughn - Yes**
**Katie Darby - No**
**Claire Maxwell – No**

**Vote: Majority**
**Motion fails.**

Case 3:25-cv-00429    Document 80-2    Filed 03/27/26    Page 13 of 23 PageID #: 978

Amendment Motion made by Caleb Tidwell and seconded by Frances Rosales to retain *Monday's Not Coming* by Tiffany D. Jackson for 11th & 12th grades only, with parental opt in.

**Stan Vaught - Pass**
**Butch Vaughn - Pass**
**Katie Darby - Yes**
**Tammy Sharp - Yes**
**Caleb Tidwell - Yes**
**Frances Rosales - Yes**
**Claire Maxwell - Yes**

**Vote: Majority**
**Motion passes.**

9.  *Vampire Academy* by Richelle Mead*

Motion made by Butch Vaughn to remove *Vampire Academy* by Richelle Mead.

Motion failed for lack of second.

Motion made by Stan Vaught and seconded by Claire Maxwell, to retain *Vampire Academy* by Richelle Mead upon recommendation from media specialists for high school grades only.

Amendment Motion made by Frances Rosales and seconded by Claire Maxwell, to retain *Vampire Academy* by Richelle Mead upon recommendation from media specialists for high school grades 9-12 only, with parental consent.

Amendment Motion Roll Call Vote:

**Caleb Tidwell – No**
**Frances Rosales – Yes**
**Tammy Sharp – No**
**Stan Vaught – Pass**
**Butch Vaughn – No**
**Katie Darby – No**
**Claire Maxwell – Yes**

**Vote: Majority**
**Motion fails.**

Return to original Motion made by Stan Vaught and seconded by Claire Maxwell, to retain *Vampire Academy* by Richelle Mead upon recommendation from media specialists for high school grades only.

Case 3:25-cv-00429     Document 80-2     Filed 03/27/26     Page 14 of 23 PageID #: 979

**Katie Darby** – Yes
**Stan Vaught** – Yes
**Frances Rosales** – Pass
**Butch Vaughn** – No
**Caleb Tidwell** – No
**Tammy Sharp** – No
**Claire Maxwell** – Yes

**Vote: 3 - Yes, 3 - No, 1 - Pass**
**Motion fails.**

10. *Eleanor and Park* **by Rainbow Rowell***

**Motion made by Butch Vaughn and seconded by Caleb Tidwell to remove *Eleanor and Park* by Rainbow Rowell.**

**Roll Call Vote:**

**Katie Darby** – Yes
**Stan Vaught** – No
**Frances Rosales** – No
**Butch Vaughn** – Yes
**Caleb Tidwell** – Yes
**Tammy Sharp** – Yes
**Claire Maxwell** – No

**Vote: Majority**
**Motion passes.**

*Claire Maxwell called a recess from 7:11pm to 7:17pm.*

*FYI - Reviews for these two titles were completed ahead of schedule and were not listed in the email to the board on the 20th.

The following titles were challenged but are <u>not </u>located in any district libraries:

- *101 Questions about Reproduction*
- *Acceptance: A Memoir*
- *Are You My Mother?* A Comic Drama
- *Blazed*
- *Deogratias: A Tale of Rwanda*
- *Forever for a Year*

- *High School* by Tegan and Sara
- *I Never* by Laura Hooper
- *Our Own Private Universe*
- *Push* by Sapphire
- *Strange Truth*
- *The Almost Moon*

Board Meeting Minutes – January 9, 2025

15

Case 3:25-cv-00429    Document 80-2    Filed 03/27/26    Page 15 of 23 PageID #: 980

- *The Handsome Girl and Her Beautiful Boy*
- *We are the Ants*
- *YOLO*
- *From Blood and Ash*

## 16. FINANCIAL REPORT

Work Session: Dr. Sullivan stated of our current balanced budget of $538-million-dollar budget, $4.8 million (74%) is salary & benefits (excluding health benefits), $50,079,000.00 (> 9%) is health insurance, and $27,169,404.00 (5%) is transportation/bus contractors. Note: TISA does not provide funding for transportation. Additionally, $20.5 million (3.8%) is utilities, a little over $3.5 million is trustee (<1/2%), $4.5 million (<1%) is instruction, $5.4 million is substitutes, $526,000 is workers compensation, under $1 million is legal, and additional costs for custodial supplies for and liability insurance. He points out that there aren't any additional items that can be cut in the budget. There are changes in FY 25/26 in the state's revenue that will impact us; (1) A positive impact - a 3% increase in TISA allocations, and (2) A change in coding for economically disadvantaged which means we are going to lose $3-$5 million of what we received this year. We need to meet the 2.5% raise ($50,000 Governor required threshold), open Poplar Hill School and transfer and replace positions which estimates $2 million dollars, our property and casualty went up $700,000 last fiscal year and it is expected to go up again this year. It is estimated to be to be $15-$20 million dollars in the hole moving into FY 25/26 without additional revenue.

Board Meeting- Provided a 24/25 Overall Budget handout to Board members to further illustrate what was discussed at Tuesday's Board work session.

## 17. DIRECTOR'S UPDATE

Dr. Sullivan:

Announced all schools and Central Office will be closed tomorrow, and no extracurricular activities will be held. More information will follow regarding weekend events and Monday's school attendance as weather permits.

Thanked Commissioner Harris and the Budget Committee for allocating $7,500.00 for the Stewarts Creek High School Band towards their fundraising efforts in performing at the inauguration of the new president. Additionally, Dr. Sullivan thanked Dr. Martin and Mr. Runion for attending tonight's Budget, Finance & Investment Meeting to accept the grant on behalf of SCH band.

**Motion made by Tammy Sharp and seconded by Katie Darby, to fund the remaining balance for Stewarts Creek Hight to attend the inauguration.**

**Vote: All yes**
**Motion passes.**

Case 3:25-cv-00429   Document 80-2   Filed 03/27/26   Page 16 of 23 PageID #: 981

He also spoke about the amazing partnership RCS has with Motlow State Community College. A handout was given to the Board highlighting Rutherford County Schools Dual Enrollment program.

## 18. GENERAL DISCUSSION

Frances Rosales thanked all the governing bodies that have donated towards the fundraising efforts of Stewarts Creek High School, so they are able to attend the inauguration of the in-coming President.

Tammy Sharp asked about exploring the space where Dillard's is located as a potential place for RCS/Motlow? Dr. Sullivan said that space has been looked at in the past and at this time, it is not financially possible. Ms. Sharp also thanked Smyrna Ready Mix for their generous donation of $10,000.00 to SCH band.

Butch Vaughn asked that students consider enrolling in their school's band program to experience all the wonderful opportunities band has to offer.

Caleb Tidwell also shared his appreciation with the partnership RCS has formed with Motlow.

Stan proposed to add "Public Comments" as a topic of discussion at next month's agenda and proposed to hear Public Comments at the board work sessions at a specific time (i.e. 6:30 pm) to allow parents, teachers, etc.…enough time to get to Central Office. Dr. Sullivan said since there will soon be a change in state law, he asked it also to be discussed at the upcoming Policy Committee Meeting.

## 19. ADJOURNMENT

**Motion made by Katie Darby and seconded by Clarie Maxwell, to adjourn the meeting at 7:37 pm.**

**Approval of Agenda Minutes**

_____
**Claire Maxwell, RCS BOE Chairman**

1/23/2025
**Date**

_____
**Dr. James Sullivan, RCS Director of Schools**

1-23-25
**Date**

**Rutherford County School Board Meetings and exact conversations are recorded and may be found at the following link: https://www.youtube.com/playlist?list=PL7CB325821E536E8D. Board Meeting minutes are provided as a supplement to the recording.**

Case 3:25-cv-00429    Document 80-2    Filed 03/27/26    Page 17 of 23 PageID #: 982

## FULLY FUNDING FAST GROWTH STIPENDS AND FAST GROWTH INFRASTRUCTURE IN THE TENNESSEE INVESTMENT IN STUDENT ACHIEVEMENT (TISA) FUNDING FORMULA

**WHEREAS**, the Rutherford County Schools Board of Education is the local governmental body responsible for providing a public education to the students and families of Rutherford County; and

**WHEREAS**, according to the Rutherford County Chamber of Commerce, Rutherford County has averaged an annual population growth rate of nearly 3.4% over the past ten (10) years; and

**WHEREAS**, Rutherford County Schools has seen an average increase of nearly 2.3% in average daily membership (ADM) from the 2018-19 to 2022-23 school year; and

**WHEREAS**, TISA includes provisions for additional funding for rapidly growing school districts such as Rutherford County Schools; and

**WHEREAS**, one such provision is the fast-growth stipend; and

**WHEREAS**, the fast-growth stipend is intended to provide additional funding to districts whose TISA allocations increase by more than 1.25% compared to the previous year; and

**WHEREAS,** while the fast-growth stipend formula calculates the amount of additional funding a qualifying district should receive, the total funding available for these stipends is limited by the fixed amount appropriated by the State of Tennessee each year; and

**WHEREAS**, Rutherford County School is one of the fastest growing school systems in Tennessee and would have received $7,557,111 from the fast-growth stipend for the 2023/2024 fiscal year under the initial TISA guidelines, yet only received $6,864,089 in 2024 due to the large number of school systems qualifying for said fast-growth stipend under the 1.25% growth threshold for said funds; and

**WHEREAS,** fast growing districts in Tennessee qualified for approximately $38.5M in fast-growth funds in Tennessee in 2023/24, but there was only $35M funded for fast growth funds in 2023/24; and

**WHEREAS,** the fast growth funds in 2023/24 were planned to also include $10M in funding for fast-growth infrastructure, but given that said $10M was included within the $35M overall fast-growth funds, none of the fast-growth infrastructure could be funded in 2023/24; and

**WHEREAS,** the state's current appropriation for fast-growth stipends is insufficient to fully fund the calculated amounts for all eligible districts, resulting in prorated distributions that fall short of meeting the needs of rapidly growing districts such as Rutherford County Schools; and

**WHEREAS,** this shortfall in funding disproportionately impacts districts with sustained rapid growth, leaving them unable to adequately address the increased demands for additional classrooms, teachers, and resources to support their growing student populations.

**WHEREAS,** in the 2023/2024 fiscal year, approximately $48.5M would have been needed to fully fund the fast-growth stipends and fast-growth infrastructure; and

**WHEREAS,** given the rapid growth many portions of the State continue to experience, it can be expected that $50M would be necessary to fully fund the fast-growth stipends and fast-growth infrastructure components of TISA for the 2025/2026 fiscal year;

**NOW, THEREFORE, BE IT RESOLVED,** that the Rutherford County Board of Education respectfully requests the Tennessee General Assembly consider fully funding the fast-growth stipend and fast-growth infrastructure components of the TISA formula by appropriating the amount of $50M for the 2025/2026 fiscal year to ensure that all eligible school districts receive the full value of their calculated stipends and for their percentage for fast-growth infrastructure.

**RUTHERFORD COUNTY BOARD OF EDUCATION**

Claire Maxwell, Chairman

Frances Rosales, Vice-Chairman

Katie Darby, Member

Tammy Sharp, Member

Caleb Tidwell, Member

Butch Vaughn, Member

Stan Vaught, Member

**ATTESTED TO:**

Dawn Williams, Secretary

Case 3:25-cv-00429    Document 80-2    Filed 03/27/26    Page 19 of 23 PageID #: 984

## RESOLUTION SUPPORTING HB 0022 REGARDING MANDATORY PUBLIC COMMENT PERIODS AT MEETINGS OF GOVERNING BODIES

**WHEREAS**, local school boards are charged with making decisions that impact students, families, educators, and communities; and

**WHEREAS**, the opportunity for members of the public to address school boards on matters of concern is a fundamental component of open and participatory government; and

**WHEREAS**, the ability of members of the public to voice their concerns, offer insights, and share diverse perspectives with school boards is essential to ensuring decisions are informed, transparent, and reflective of community needs; and

**WHEREAS**, the General Assembly is considering House Bill 0022 (HB0022), which seeks to enhance public engagement by requiring governing bodies to provide opportunities for public comment at their meetings; and

**WHEREAS**, this legislation underscores the importance of ensuring that citizens have a platform to share their thoughts with their local school board.

**NOW, THEREFORE, BE IT RESOLVED**, that the Rutherford County Schools Board of Education hereby expresses its support for the principles and intent of HB0022, which aim to promote greater public participation and uphold the values of transparency and accountability in governance.

**RUTHERFORD COUNTY BOARD OF EDUCATION**

Claire Maxwell, Chairman

Frances Rosales, Vice-Chairman

Katie Darby, Member

Tammy Sharp, Member

Caleb Tidwell, Member

Butch Vaughn, Member

Stan Vaught, Member

**ATTESTED TO:**

_Dawn Williams_

Dawn Williams, Secretary



# Rutherford County Schools

# 2024-2025 OVERALL BUDGET <sub>MINUS CHARTER SCHOOLS</sub>

## Overall budget: $538,434,770

- Salary/Benefits - 74.5% ($400,842,652)
- Health Insurance - 9.3% ($49,940,490)
- Contracts w/ Vehicle Owners - 5% ($27,269,404)
- Utilities - 3.1% ($16,430,393)
- Maintenance/Custodial Supplies - 0.7% ($3,580,0...
- Substitutes - 0.7% ($4,000,000)
- Trustee's Commission - 0.7% ($3,561,202)
- Liability Insurance - 0.7% ($3,550,000)
- Instruction - 1.7% ($8,991,000)
- Other - 3.8% ($20,269,629)



# 2025-2026 New Expenses

### Reoccurring
2.5% Raise ~$7,500,000

Poplar Hill ~$2,500,000

Utilities ~$1,000,000

Transportation ~$3-10,000,000

### One Time (from fund balance)
Science textbooks - $8,000,000

High school computers - $5,000,000

### Debt
Middle school - $80,000,000

High school - $150-200,000,000

# New Revenue

Projected 3% TISA base increase: $8,000,000

Minus $3,000,000 for coding change Econ disadvantaged

= $5,000,000

New students from 24-25: 500 = $4,000,000

Minus potential upfront charter costs

= ?

Shortfall of $15-20,000,000