**RUTHERFORD COUNTY SCHOOL SYSTEM**
**2240 Southpark Drive**
**Murfreesboro, TN 37128**

**MINUTES OF JANUARY 23, 2025**

### Board Members Present
Claire Maxwell, Board Chair
Frances Rosales, Vice-Chair
Caleb Tidwell
Katie Darby
Tammy Sharp
Butch Vaughn
Dr. James Sullivan, Director of Schools

### Board Members - Not Present
Stan Vaught

### 1. CALL TO ORDER

The Board Chair Claire Maxwell called the meeting to order at 5:30 P.M.

### 2. PLEDGE OF ALLEGIANCE

Work Session:  Pledge of Allegiance was led by Katie Darby.

Board Meeting:  Katie Darby introduced Rocky Fork Middle School's Band Director Reggie Coleman and the All Mid-State and All County Band students Danica Arita, Baylee Elzey, Brandon Gabriel Garcia, Sebastian Neace-Vasquez, Mason Williams, Riley Johnson, and Cohen Mann to lead the Pledge of Allegiance.

### 3. MOMENT OF SILENCE

A Moment of Silence was observed for the families, students and administration of Antioch High School and the Metro Nashville school district.

### 4. APPROVAL OF AGENDA

Dr. Sullivan recommended agenda item # 7. Public Comment, swap with agenda item # 8. Rutherford Proud.  He also recommended agenda item # 12. Security Software, renumber and move to agenda item # 20.

**Motion made by Caleb Tidwell and seconded by Butch Vaughn, to approve the changes requested by Dr. Sullivan.**

Case 3:25-cv-00429   Document 80-3   Filed 03/27/26   Page 1 of 26 PageID #: 989

**Vote: All yes.**
**Motion passes.**

**Motion made by Frances Rosales and seconded by Tammy Sharp, to approve the agenda as presented.**

**Vote: All yes**
**Motion passes.**

## 5. APPROVAL OF CONSENT AGENDA (TAB 1)

A. **Minutes:** Board Meeting Minutes, January 9, 2025

B. **Nepotism:** Hannah Derbabian – Custodian – Stewarts Creek High School

   **Board Meeting: Dr. Sullivan added the following newly received nepotism requests**

   **Nicholas Smith – Custodian – Riverdale High School**
   **Katie Armstrong – SPED EA – Brown's Chapel Elementary School**

C. **Use of Facilities:**

### FACILITIES USE

1/23/2025

#### Fees

| | |
|---|---|
| Central Magnet | Midsouth Homeschool Athletic Conference, basketball championship games, gym, 2/15/25, $290 |
| Oakland High | Chris Sailer Kicking, training, stadium, 2/9/25 – 12/21/25, $115 per hour |
| Oakland High | OnTopAthletics, football camp, stadium, 5/10/25, $345 |
| Rock Springs Elementary | Royal Lao Classical Dancers of TN, dance lessons, gym & cafeteria, 1/26/25 – 5/18/25, $36 per hour |
| Siegel Middle | Smyrna Magic Baseball, practice, sports field, 1/27/25 – 3/31/25, $18 per hour |

#### No Fees

Case 3:25-cv-00429    Document 80-3    Filed 03/27/26    Page 2 of 26 PageID #: 990

| | |
|---|---|
| Eagleville | Eagleville Youth Baseball & Softball, skills day, gym, 2/8/25, no fees |
| Stewartsboro Elementary | Tennessee Hustle Basketball, practice, gym, 3/17/25 – 5/30/25, no fees *In-Kind Agreement |
| Stewarts Creek High | Stewarts Creek Youth Football and Cheerleading Association. stadium/track, 1/24/25 – 11/30/25, no fees, *In-Kind Agreement |

Note: Facility use prior to 1/23/25 has been granted pending Board action. A certificate of insurance with $2,000,000.00 limits ($1,000,000.00 if approved) is required by each user. Each group must forward any renewals of insurance to the Board on time; otherwise, approval is terminated at the end of the policy period. **All approvals are for no more than a 1-year period.**

**D. Non-Faculty Volunteer Coaches:**

**According to the Tennessee Secondary School Athletic Association (TSSAA) guidelines, Board of Education approval is required to allow non-faculty volunteer coaches to participate in the school athletic programs.**

**The following non-faculty volunteer coaches are for the 2024-2025 school year:**

| NAME | SCHOOL | SPORT |
|---|---|---|
| Judy, Alice | Stewarts Creek Middle | Band |
| Mabry, Tanner | Eagleville School | Baseball |
| Whitt, Brandon | Eagleville School | Softball |
| Bain, Tommy | Eagleville School | Softball |
| Housley, Shanya | Oakland High | Track |
| Sharif, Haneef | Rockvale High | Track |
| Ott, Brooklyn | Rockvale High | Softball |
| Mitchell, Charles | Stewarts Creek High | Baseball |
| Davis, Andrea | Stewarts Creek Middle | Track |
| Brown, Tra'Shaunda | Stewarts Creek Middle | Dance |

Case 3:25-cv-00429    Document 80-3    Filed 03/27/26    Page 3 of 26 PageID #: 991

| Buxton, Morgan | Blackman Middle | Track |
|---|---|---|

### E. Salary Supplements and Contract Payments:

| Name-Certified | NTE Amt | School | Funded By | Description |
|---|---|---|---|---|
| Charles Barham | $33.29/hour | Central Magnet | Outside Group / Use of Facilities | Site Supervision |
| Albert Kennedy | $7,500.00 | Oakland High | School Funds - Other Expense | Student Supervision |
| Brad Deas | $1,500.00 | Riverdale | School Funds - Boys & Girls Basketball | Announcer/Scorebook |
| David Limbaugh | $1,500.00 | Riverdale | School Funds - Boys & Girls Basketball | Announcer/Scorebook |
| Barry Marton | $1,500.00 | Riverdale | School Funds - Boys & Girls Basketball | Scoreboard Operator |
| Ashley Randolph | $1,800.00 | Riverdale | School Funds - Softball Boosters | Assistant Coach |
| **Name-Non-Certified** | **NTE Amt.** | **School** | **Funded By** | **Description** |
| Alice Judy | $50/hour or $25/lesson | Stewarts Creek Middle | SCM Music Boosters | Private Lessons & Sectionals/Masterclass |
| **Name-Classified** | **NTE Amt.** | **School** | **Funded By** | **Description** |
| Tracy Harris | Classified Overtime Rate | Blackman Middle | School Funds - Boys & Girls Basketball | Bookkeeper |
| Tracy Fox | $1,000.00 | Stewarts Creek Middle | School Funds - Athletics | Dance Team Assistant Coach |
| Tra'Shaunda Brown | $1,000.00 | Stewarts Creek Middle | School Funds - Athletics | Dance Team Coach |
| Bobby Wright III | $1,500.00 | Stewarts Creek Middle | School Funds - Girls Basketball | Assistant Coach |
| Robert Sanderson | Classified Overtime Rate | Whitworth Buchanan | School Funds or Outside Groups / Use of Facilities | Additional custodial work for the 2024 / 2025 school year |

1    **Approved previously for an amount $500 or greater**

Case 3:25-cv-00429    Document 80-3    Filed 03/27/26    Page 4 of 26 PageID #: 992

Overtime rate for special events
Anticipate amounts over $500 this school year
Amend prior approval
Less than $500 but part of event total
Must have the approval of the Transportation Department
Classified Employee (with approved agreement)
Regular Rate - Part time employee

### F. BUSES

Lori Thomas, contractor of Bus #96 and #277 has requested to voluntarily transfer her contracts to husband, Dale Thomas.

Lori Thomas, contractor of Bus #32 requested to voluntarily terminate her contract with the Rutherford County Board of Education and waive the 60-day notice.

**Motion made by Katie Darby and seconded by Butch Vaughn, to approve the consent agenda as presented.**

**Vote: All yes**
**Motion passes.**

### 6. GUEST SPEAKER

Work Session: Jean Saunders of the American Heart Association presented to the Board the Youth Heart Ambassador.

Board Meeting: Shane Wickwire, Executive Director for Springs Empower Academy, presented an update for the Board and highlighted the year's growth and accomplishments. Two young students were also in attendance, that present the morning announcements at school and spoke to the Board about special events held at their school. Parents, the booster club president, Springs Empower Academy board member, and a teacher all came to the board meeting to share their positive experiences at Springs Empower.

### 7. RUTHERFORD PROUD

Work Session: James Evans, Chief Communications Officer, gave the Board a monthly communications report update.

Board Meeting:

1. Strong Outstanding Staff Awards

The RCS Communications Department recognized the winners of the Strong Outstanding Staff Awards for November and December of 2024. Representatives from Sonic drive-in were on hand to help recognize the award winners.

Case 3:25-cv-00429    Document 80-3    Filed 03/27/26    Page 5 of 26 PageID #: 993

James Evans announced the four (4) recipients of the Strong Outstanding Staff Award in the following categories:

*Transportation:* Mr. Gary Carter, Bus Contractor, David Youree Elementary School
*Administration:* Mr. Stephen Wayne, Principal at Rock Springs Middle School
*School Support Staff:* Mr. Jesse Geasley, Lead Custodian at Rockvale Elementary School
*Teacher:* Ms. Shannon Ingram, Sixth Grade Social Studies Teacher at Rockvale Middle School

James Evans thanked our community partners from Sonic, Mr. Chris Spraggon and Mr. Alan Scheuers, for their generous contribution and involvement in the staff recognition program.

2.  Recognition of State Championship Winners

The Rutherford County Athletics Department presented several athletic teams which won state championships during the fall seasons.

| Oakland High School 2024 Blue Cross Bowl State Champions - Head Coach Kevin Creasy | Central Magnet Boys HS State Championship Team - Head Coach Jay Windham | Central Magnet Boys MS State Championship Team - Head Coach Stuart Leach |
|---|---|---|

TMSAA held its first middle school wrestling state championships, and the first middle school girls' wrestling state championships in the Nation in Knoxville. The RCS students listed below made history by becoming the first state champions:

Blackman Middle School - Head Coach Dalton P. Cantrell

| | |
|---|---|
| 75 - Aria Thephavong (State Champion) | Marena Saleb |
| 84 - Ava Westenbarger (State Champion) | Maraki Teferi |
| Brooklyn Shacklett | 128 - McKenzie Grove (State Champion) |
| Evie Bryant | 155 - Skye Hancock (State Champion) |
| Juliette Flores Rubio | |

Stewarts Middle School – Head Coach Phillip Nau

| | |
|---|---|
| 145 - Alonna Hardwick (State Champion) | Addelynn Hardwick |

National FFA Award Winners

Tyra Pilgrim, CTE Director, and Emily Marshall, CTE Specialist, with the CTE Department recognized the following winners from the National FFA Convention. Ms. Marshall and Oakland High's Assistant Principal Shayne Martin spoke in detail about the remarkable conference, the competition process and the magnitude of the event.

Eagleville FFA
Garren Hamby - American Star in Agriscience

Case 3:25-cv-00429    Document 80-3    Filed 03/27/26    Page 6 of 26 PageID #: 994

Sarah Marshall - National FFA Delegate
Advisors - Bruce Haley and Katie Parks

Oakland FFA
Lily Amstutz - National Agriscience Fair Winner
Ezra Hall - National Agriscience Fair 7th
Abby Deberry - National Runner Up Agricultural Issues Team
Annabelle Alexis - National Runner Up Agricultural Issues Team
Emma Millican - National Runner Up Agricultural Issues Team
Julian Floyd - National Runner Up Agricultural Issues Team
Lily Amstutz - National Runner Up Agricultural Issues Team
Kyra Kleparek - National Runner Up Agricultural Issues Team
Anna Grace Wells - National Runner Up Agricultural Issues Team
Emma Goff - National FFA Delegate
Advisors - Gina Stewart, Bridget Vaughn, Caitlin Laliberte, James Scott, Blake Warmack

Riverdale FFA
Paige Jones - National FFA Creed Bronze
Advisors - Ashley Shaw, Chad Lewis, Logan Hickerson

Stewarts Creek FFA
Karlee Dunn - National Agriscience Research Proficiency Winner & National Runner Up Agriscience Fair
Harley Huber - National Agriscience Fair Runner-Up
Daniel Light - National Agriscience Fair 9th
Advisors - Mandy King, Lindsey Nicholas, Ethan Swiggert

## 8. PUBLIC COMMENT*

1) Hannah Stromgren – Wife, mother and current EMT, comes to the board in opposition of book banning. She feels books provide comfort and help for children when parents cannot help. She stated this is about children and asking to give kids a choice and not giving away what little choices they have.

2) Daphne Gamble – Not present

3) Ellen Myrick – Spoke about author Laurie Halse Anderson, whose book *Speak* is to be discussed tonight. The author is a recipient of Astrid Lindgren Memorial Award. Ms. Myrick said *Speak* has saved thousands of young lives and book needs to be accessible. She is asking the board not to silence *Speak*.

4) Bryan Schuster – Read the TN state law as it pertains to "sexually explicit" material in books and asked the board to adhere accordingly. Mr. Schuster read excerpts from a book being discussed this evening and asked the audience to raise their hands once they heard sexually explicit language.

Board Meeting Minutes – January 23, 2025

7

Case 3:25-cv-00429    Document 80-3    Filed 03/27/26    Page 7 of 26 PageID #: 995

5) Matt Fee – Mr. Fee stated that when a law is unjust, civil disobedience is required. Rutherford County has zero respect for librarians. He stated there is zero consistency except one board member that wants all the books gone. He said we must be active in our community and speak out or things like this will continue to erode our civil liberties.

6) Gary Carter – Mr. Carter is a bus contractor and came to address the board about the 34.8% raise bus contractors are asking for. He provided examples of related cost to the board and explained why the bus contractors need an increase.

7) Elizabeth Shepherd – Ms. Shepherd is a Blackman HS parent and a school librarian. She quoted author Laurie Halse Anderson and shared how the author's book *Speak* held a special place in her heart and wished it was required reading for teenagers. Students are reading it, in high circulation and asks the board not to remove the book from libraries. Furthermore, she cannot support a resolution that basically says hurry up and close the borders to keep non-English speakers out.

8) Barbara Donnell – Ms. Donnell is a Trustee with the Rutherford County Bus Organization, a bus contractor. She said bus drivers cannot continue to operate buses without a raise. Ms. Donnell elaborated that it would be more economical to negotiate a contract with the bus contractors than to go out and purchase our own buses, provide new employees/benefits, parking and maintenance building.

9) Jeffrey Wiencek – In support of the removal of books not suitable for students in schools. He asked the board to listen to their constituents as their actions are not aligned with the citizens that elected them.

10) James Olexa – He stated that complaints or disagreements regarding a book should be made at the state level and commends the board for finding a middle ground by allowing parental consent on some books. His concern is with the board members that consistently vote to abstain or retain books. Board members are chosen to represent their constituents and by abstaining is disrespectful.

11) Heather Cook – Opened in prayer, said we are in a spiritual battle and stands for our children. She continues to be in support of removal of books that are deemed inappropriate for children.

*Public comment requests to address the Board must be provided in writing to the Director of Schools' office no later than noon (12:00 p.m.) on the day of the meeting by completing the Public Comment Form. Speakers will have three (3) minutes to speak.*

## 9. 2025-2029 RCS STRATEGIC PLAN

The Director of Schools will present the updated RCS Strategic Plan for 2025-2029

**Motion made by Butch Vaughn and seconded by Frances Rosales, to approve the RCS Strategic Plan for 2025-2029 as presented.**

Case 3:25-cv-00429　Document 80-3　Filed 03/27/26　Page 8 of 26 PageID #: 996

**Vote: All yes**
**Motion passes.**

## 10. HUMAN RESOURCES (TAB 2)

I.     New job descriptions for:  JROTC Senior Army Instructor (SAI) and Army Instructor (AI) Job Descriptions.

**Motion made by and Butch Vaughn and seconded by Caleb Tidwell, to approve the two new job descriptions for JROTC as presented.**

**Vote: All yes**
**Motion passes.**

II.    2024 - 2025 Tenure Recommendation

The following teacher(s) meet the criteria for tenure in accordance with the tenure law:

- Holds a valid Tennessee teaching license.
- Has served Rutherford County Schools for five years (45-months minimum) within a seven-year period, the last two in a regular (not interim) position.
- Has demonstrated an overall performance of "above expectations" or "significantly above expectations" on the TEAM evaluation during the last two consecutive years of the five-year period.
- **Or** if held tenure under the previous guidelines, and returned to Rutherford County Schools, meets the two-year probationary period and tenure is reactivated.

|   | Name | Position | School/Location |
|---|------|----------|-----------------|
| 1 | Tabitha Childs | ESL Teacher | Barfield Elementary |
| 2 | Jessica Schneider | 3rd Grade Teacher | Brown's Chapel Elementary |
| 3 | Jessica Worley | 2nd Grade Teacher | Brown's Chapel Elementary |
| 4 | Holly Craft | Kindergarten Teacher | Cedar Grove Elementary |
| 5 | Beth Onks | 2nd Grade Teacher | Cedar Grove Elementary |
| 6 | Aleck Pitner | 3rd Grade Teacher | Cedar Grove Elementary |
| 7 | Crystal Gay | 5th Grade Teacher | Kittrell Elementary |
| 8 | Trista McBee | 1st Grade Teacher | Kittrell Elementary |
| 9 | Brande Mitchell | Instructional Coach | LaVergne Lake Elementary |

Case 3:25-cv-00429     Document 80-3     Filed 03/27/26     Page 9 of 26 PageID #: 997

| | | | |
|---|---|---|---|
| 10 | Erin Wells | Library Media Specialist | LaVergne Lake Elementary |
| 11 | Tara Wingler | ESL Teacher | LaVergne Lake Elementary |
| 12 | Amy Barrett | 2nd Grade Teacher | McFadden Elementary |
| 13 | Jessica Pritchett | SpED Structured Setting Teacher | Plainview Elementary |
| 14 | Anna Sturm | Principal | Plainview Elementary |
| 15 | Mary Tripp | 5th Grade Teacher | Rockvale Elementary |
| 16 | Alice Myers | 3rd Grade Teacher | Rocky Fork Elementary |
| 17 | Brittany Schwegler | 4th Grade Teacher | Rock Springs Elementary |
| 18 | Nicholas Mullins | Music Teacher | Stewarts Creek Elementary |
| 19 | Ebony Beech | School Counselor | Smyrna Elementary |
| 20 | Melinda Nichols Brown | 1st Grade Teacher | Smyrna Elementary |
| 21 | Audrey Marlow | 2nd Grade Teacher | Smyrna Elementary |
| 22 | Jessica Gleadall | Kindergarten Teacher | Walter Hill Elementary |
| 23 | Rachel Sanderson | ESL Teacher | Walter Hill / HP Campus |
| 24 | Lisa Tidwell | 4th Grade Teacher | Walter Hill Elementary |
| 25 | Wendy Louise Adkins | 8th Grade Mathematics Teacher | Blackman Middle |
| 26 | Louann Chapuis | 7th Grade ELA Teacher | Blackman Middle |
| 27 | Thomas Ray Chestnut | Band Director | Blackman Middle |
| 28 | Evelyn Ann Heckman | ESL Teacher | Blackman Middle |
| 29 | Quentin D Mastin | 7th Grade Social Studies Teacher | Blackman Middle |
| 30 | Harlee Elizabeth Morphis | ESL Teacher | Blackman Middle |
| 31 | Latasha Nicole Morrow | Behavior Interventionist | Blackman Middle |
| 32 | Julie Susanne Paul | 6th Grade Science Teacher | Blackman Middle |
| 33 | Jennifer Marie Polston | 6th Grade ELA Teacher | Blackman Middle |
| 34 | Breonica Antwanette Porter | Special Ed. Teacher | Blackman Middle |
| 35 | Sara Elizabeth Schwartzenberg | 6th Grade Social Studies Teacher | Blackman Middle |

Case 3:25-cv-00429    Document 80-3    Filed 03/27/26    Page 10 of 26 PageID #: 998

| | | | |
|---|---|---|---|
| 36 | Paul Tyrone Smith Jr. | Assistant Principal | Blackman Middle |
| 37 | Brianna Danielle Stewart | Physical Education Teacher | Blackman Middle |
| 38 | Misha C Sweet | 8th Grade Science Teacher | Blackman Middle |
| 39 | Alexandra Nicole Wilson | Special Ed. Teacher | Blackman Middle |
| 40 | Annie Hanh Reed | 7th Grade Mathematics Teacher | Christiana Middle |
| 41 | Jasmine H Bethea | ELA Teacher | Daniel McKee Alternative |
| 42 | Rae Anne Clark Boutte | ELA Teacher | Daniel McKee Alternative |
| 43 | Travis Daniel Diate | STEM Teacher | LaVergne Middle |
| 44 | Jahmon C Drake | 7th Grade Mathematics Teacher | LaVergne Middle |
| 45 | Brittany Graysen Grimes | 7th Grade Science Teacher | LaVergne Middle |
| 46 | Jenna Nicole Jann | Theater Teacher | LaVergne Middle |
| 47 | Jaynece Erin Mohammed | Interventionist | LaVergne Middle |
| 48 | Vannie Joe Williamson Jr | Music Teacher | LaVergne Middle |
| 49 | Heather Lynn Egan | 7th Grade Social Studies Teacher | Oakland Middle |
| 50 | Kayleigh Deanna Marie Lehr | 7th Grade ELA Teacher | Oakland Middle |
| 51 | Gloria Renee McCarty | 7th Grade Mathematics Teacher | Oakland Middle |
| 52 | Sasha Cummings Sloan | 7th Grade Science Teacher | Oakland Middle |
| 53 | Elizabeth Ashley Talbot | Special Ed. Teacher | Oakland Middle |
| 54 | Brianna Shade Harrell | Keyboarding Teacher | Rock Springs Middle |
| 55 | Crystal Nicole Hutchins* | 6th Grade Mathematics Teacher | Rock Springs Middle |
| 56 | Heatherly Boyd Benedict | 7th Grade ELA Teacher | Rock Springs Middle |
| 57 | Kelli Lee Chambers | 8th Grade Mathematics Teacher | Rock Springs Middle |
| 58 | Kelly Susan Johnson | Library/Media Specialist | Rock Springs Middle |
| 59 | Jacquelyn R Patterson | School Counselor | Rock Springs Middle |
| 60 | William Joshua Clifton | Special Ed. Teacher | Rocky Fork Middle School |
| 61 | Mary Elizabeth Eller | 6th Grade Mathematics Teacher | Rocky Fork Middle School |

Case 3:25-cv-00429     Document 80-3     Filed 03/27/26     Page 11 of 26 PageID #: 999

| # | Name | Position | School |
|---|------|----------|--------|
| 62 | Philip Kigaita | Band Director | Rocky Fork Middle School |
| 63 | Millie A Norwood | 7th Grade Mathematics Teacher | Rocky Fork Middle School |
| 64 | Robin Terese Bollman* | Mathematics Teacher | Rockvale Middle |
| 65 | Danielle Nicole Clark* | Special Ed. Teacher | Rockvale Middle |
| 66 | Margaret Ellen McKinzie | 8th Grade Mathematics Teacher | Siegel Middle |
| 67 | Alison Bowen Murphy | Instructional Coach | Siegel Middle |
| 68 | Jaron Pruitt | Special Education Teacher | Siegel Middle |
| 69 | Leah M Holloway | 6th Grade Social Studies Teacher | Smyrna Middle |
| 70 | Kati Dawn Ingram | Physical Ed. Teacher | Smyrna Middle |
| 71 | Sue Ellen Lee | 8th Grade ELA Teacher | Smyrna Middle |
| 72 | Tia Simone Morton | 8th Grade Science Teacher | Smyrna Middle |
| 73 | Michael J Sbarra | 8th Grade Social Studies Teacher | Smyrna Middle |
| 74 | Lakenya Diane Wade | Interventionist | Smyrna Middle |
| 75 | Lindsey Fly Strickland | Instructional Coach | Smyrna West Alternative |
| 76 | Sandra Anika Gardner | 8th Grade Mathematics Teacher | Stewarts Creek Middle |
| 77 | Taylor Austin Peck | 7th Grade Social Studies Teacher | Stewarts Creek Middle |
| 78 | Chaz Ryan Carothers | 6th Grade Social Studies Teacher | Thurman Francis |
| 79 | William K Ayres | Instructional Coach | Whitworth Buchanan |
| 80 | Marcus Edward Lyons | School Counselor | Whitworth Buchanan |
| 81 | Kamilla Aloyse Richards | 7th Grade Mathematics Teacher | Whitworth Buchanan |
| 82 | Kati Michelle Wright Davis | 7th Grade Mathematics Teacher | Whitworth Buchanan |
| 83 | Luisa Elena Buzard | Spanish Teacher | Blackman High School |
| 84 | Emily Sumners Cravey | Biology Teacher | Blackman High School |
| 85 | LeAnne Deats | Art Teacher | Blackman High School |
| 86 | Sandra Annette Morgan | Special Ed. Teacher | Blackman High School |
| 87 | Yessenia Danne Pena | Special Ed. Teacher | Blackman High School |

Case 3:25-cv-00429    Document 80-3    Filed 03/27/26    Page 12 of 26 PageID #: 1000

| 88 | Isaiah N. Phillips | Driver's Ed Teacher | Blackman High School |
|---|---|---|---|
| 89 | Cory Daniel Walker | Economics Teacher | Blackman High School |
| 90 | Dr. Anna Marie Ralston | Special Education Coordinator | CO - Special Ed. Dept. |
| 91 | Linda Clark Dohnal | School Psychologist | CO - Special Ed. Dept. |
| 92 | April J. Eubank | Spectrum Teacher | CO - Special Ed. Dept. |
| 93 | Sarah Lauren Goss | School Psychologist | CO - Special Ed. Dept. |
| 94 | Amanda Jo Guy | Speech-Language Pathologist | CO - Special Ed. Dept. |
| 95 | Holly Kaitlyn Hester | Social Worker | CO - Special Ed. Dept. |
| 96 | Janna L. Hood | Behavior Specialist | CO - Special Ed. Dept. |
| 97 | Claire Mason Locke | Speech-Language Pathologist | CO - Special Ed. Dept. |
| 98 | Karen L. Meador | Student Services | CO - Special Ed. Dept. |
| 99 | Kathryn Ann Buck Pursell | School Psychologist | CO - Special Ed. Dept. |
| 100 | Jennifer L. Stiriz | Speech-Language Pathologist | CO - Special Ed. Dept. |
| 101 | William Keith Sullivan | School Psychologist | CO - Special Ed. Dept. |
| 102 | Mackenzie Paige Tatum | Social Worker | CO - Special Ed. Dept. |
| 103 | Melissa Weiland Tucker | Behavior Specialist | CO - Special Ed. Dept. |
| 104 | Shelley Colette Bracy | CTE - Culinary Arts Teacher | Siegel High School |
| 105 | Micah Matthew Baldree | Mathematics Teacher | Eagleville School |
| 106 | Brandon Kyle Bassham | Physical Ed. Teacher | Eagleville School |
| 107 | Aubrey Michelle Cain | SPED CDC Teacher | Eagleville School |
| 108 | Isaac Houston Haley | Biology Teacher | Eagleville School |
| 109 | Jennifer Rae Johns | Art Teacher | Eagleville School |
| 110 | Caleb James Keller | Mathematics Teacher | Eagleville School |
| 111 | Leigh Ann Nichols | 6th Grade ELA Teacher | Eagleville School |
| 112 | Bridget Lynne Minor Cole | Biology Teacher | LaVergne High School |
| 113 | Elizabeth Joy Henkle | Environmental Science Teacher | LaVergne High School |

Case 3:25-cv-00429    Document 80-3    Filed 03/27/26    Page 13 of 26 PageID #: 1001

| | | | |
|---|---|---|---|
| 114 | Hannah Elizabeth Rodgers | Art Teacher | LaVergne High School |
| 115 | Justin Stanley Smith | Social Studies Teacher | LaVergne High School |
| 116 | Lucas A. Williams | Personal Finance Teacher | LaVergne High School |
| 117 | Adam Wortman | CTE - Criminal Justice Teacher | LaVergne High School |
| 118 | Andrew Nolan Chunn | Band Director | Oakland High School |
| 119 | James William Haynes | CTE - Construction Teacher | Oakland High School |
| 120 | Sharryl Leigh Norris | English Teacher | Oakland High School |
| 121 | Huijuk Choe | Mathematics Teacher | Riverdale High School |
| 122 | Allison Alanna Cole | Special Ed. Teacher | Riverdale High School |
| 123 | Bradford Jackson Deas | CTE - Business Teacher | Riverdale High School |
| 124 | Katherine Moseley Edwards | English Teacher | Riverdale High School |
| 125 | Ashley Elizabeth Fears | Special Ed. Teacher | Riverdale High School |
| 126 | Catherine I. Gospodarek | Mathematics Teacher | Riverdale High School |
| 127 | Crystal Lynn Hawkes | CTE - Health Science Teacher | Riverdale High School |
| 128 | Kenneth Frank Honeycutt | History Teacher | Riverdale High School |
| 129 | Ashley Taylor Randolph | Physical Ed. Teacher | Riverdale High School |
| 130 | Carolyn Alyssa Zsamboky | Special Ed. Teacher | Riverdale High School |
| 131 | Chase T. Cato | Assistant Principal | Rockvale High School |
| 132 | Christina Lynn Dawson | Spanish Teacher | Rockvale High School |
| 133 | Jonathan C. Dill | Mathematics Teacher | Rockvale High School |
| 134 | Joshua Caleb Ingram | Biology Teacher | Rockvale High School |
| 135 | Brett A. Jackson | CTE - IT Networking Teacher | Rockvale High School |
| 136 | Jason Kyle Knox | Chemistry Teacher | Rockvale High School |
| 137 | Cortnei Scott Lewis | English Teacher | Rockvale High School |
| 138 | Christopher Steven Marks | Choir/Music Teacher | Rockvale High School |
| 139 | Rachel Ray Nichols | CTE - Criminal Justice Teacher | Rockvale High School |

Case 3:25-cv-00429     Document 80-3     Filed 03/27/26     Page 14 of 26 PageID #: 1002

| | | |
|---|---|---|
| 140 | Rebecca Michelle Phelps | Art Teacher | Rockvale High School |
| 141 | William Erol Triplett | Physics Teacher | Rockvale High School |
| 142 | Nicholas Eugene Wise | CTE - Business Teacher | Rockvale High School |
| 143 | Patricia G. Flowers | English Teacher | Siegel High School |
| 144 | Alexandra M. Hoover | Mathematics Teacher | Siegel High School |
| 145 | Lauren Elizabeth Moore | CTE - Business Teacher | Siegel High School |
| 146 | Sarah Connifey Bailey* | Physical Ed. Teacher | Smyrna High School |
| 147 | Kaitlyn Stephanie Bell | English Teacher | Smyrna High School |
| 148 | William David Ingram | CTE - Culinary Arts Teacher | Smyrna High School |
| 149 | Bryan Enrique Mendoza | ESL Teacher | Smyrna High School |
| 150 | Briana Alexis Mosley | CTE - Agriculture Teacher | Smyrna High School |
| 151 | Courtney Lynn Pruitt | CTE - Health Science Teacher | Smyrna High School |
| 152 | Corey Stephen Stockwell | CTE - Culinary Arts Teacher | Smyrna High School |
| 153 | Jonathan L. Anderson | Mathematics Teacher | Stewarts Creek High School |
| 154 | Kurt Wright Bissinger | Spanish Teacher | Stewarts Creek High School |
| 155 | Terra Hudson Carter | English Teacher | Stewarts Creek High School |
| 156 | Benjamin Paul Caudill | Mathematics Teacher | Stewarts Creek High School |
| 157 | Leslie T. Greer* | Economics Teacher | Stewarts Creek High School |
| 158 | Elizabeth Turpin Hamby | ESL Teacher | Stewarts Creek High School |
| 159 | Madison Nichole Kelley | Physical Science Teacher | Stewarts Creek High School |
| 160 | Mandy Chere King | CTE - Agriculture Teacher | Stewarts Creek High School |
| 161 | Fulgence Matakanyanga Letema | Biology Teacher | Stewarts Creek High School |
| 162 | Aaron Christopher Losee | Special Ed. Teacher | Stewarts Creek High School |
| 163 | Monica L. McKinny | History Teacher | Stewarts Creek High School |
| 164 | Stephanie L. Oakes | School Counselor | Stewarts Creek High School |
| 165 | Cynthia Michelle Smith | Instructional Coach | Stewarts Creek High School |

Case 3:25-cv-00429    Document 80-3    Filed 03/27/26    Page 15 of 26 PageID #: 1003

| 166 | Jon A. Wahl | Physics Teacher | Stewarts Creek High School |

*Reinstating tenure

**Motion made by Butch Vaughn and seconded by Frances Rosales, to approve the recommendation of the Director of Schools to award tenure to the teachers who meet the criteria for 2024-2025 as presented.**

**Vote: All yes**
**Motion passes.**

## 11. LEGAL (TAB 3)

### I.    Transfer Student Under Discipline (1)

The Board has been requested to admit a transfer student from another school system under discipline. The student was remanded for assault of another student.

According to Policy 6.318, the Board may deny admissions of any student (except those in state custody) when a student transfers from another school system while under suspension or expulsion.

Director of Schools' Recommendation: Deny.

**Motion made by Butch Vaughn and seconded by Tammy Sharp, to deny the admission of this Transfer Student Under Discipline as presented.**

**Vote: All yes**
**Motion passes.**

### II.    Transfer Student Under Discipline (2)

The Board has been requested to admit a transfer student from another school system under discipline. The student was expelled for reckless endangerment (bringing and using taser at school).

According to Policy 6.318, the Board may deny admissions of any student (except those in state custody) when a student transfers from another school system while under suspension or expulsion.

Director of Schools' Recommendation: Deny.

**Motion made by Butch Vaughn and seconded by Tammy Sharp, to deny the admission of this Transfer Student Under Discipline as presented.**

**Vote: All yes**

Case 3:25-cv-00429    Document 80-3    Filed 03/27/26    Page 16 of 26 PageID #: 1004

**Motion passes.**

## 12. FINANCIAL MATTERS (TAB 4)

I.    Fund 141 Fund Balance Amendment

This budget amendment cleans up expenditure line items at mid-year. On the revenue side, the budget is amended to reflect state grant allocations not included in original budget. On the expenditure side the larger items of this clean up amendment reflect the increase in cost of school maintenance supplies and parts, instructional/support supplies and materials, security, cybersecurity, maintenance contracted services/equipment, transportation equipment, and elementary school start-up funds. This amendment has a net increase of both current year revenue and expenditures of $1,370,000 with no use of fund balance.

**Motion made by Caleb Tidwell and seconded by Butch Vaughn, to amend Fund 141 to clean up expenditure line items for a net increase of $1,370,000 in both revenue and expenditure lines.**

**Vote: All yes**
**Motion passes.**

II.    Fund 177 Fund Balance & Expenditure Approval

This amendment moves funds from account 34685-Committed for Capital Projects to account 91300-335-Maintenance & Repair Services-Buildings in the amount of $200,000. The movement of this money from fund balance will go to replace Stewarts Creek High auxiliary gym floor which was damaged due to a break in a water main in an adjacent mechanical room. It was determined by the Engineering Dept. that the floor is not repairable and will need to be replaced.

**Motion made by Butch Vaughn and seconded by Katie Darby, to amend the 2024/25 Capital Projects Budget, Fund 177, by reducing account 34685-Committed for Capital Projects and by increasing account 91300-335-Maintenance and Repair Services–Buildings in the amount of $200,000 as presented.**

**Vote: All yes**
**Motion passes.**

## 13. ENGINEERING AND CONSTRUCTION (TAB 5)

I.    Stewarts Creek High Auxiliary Gym Floor Replacement: On October 19, 2024, A 6" main in the mechanical room of SCHS failed. The water made its way to the Auxiliary Gym. Since that time Engineering and Maintenance has been working to dry out the area to determine if the floor can be saved. At this time, it has been determined the floor cannot

Case 3:25-cv-00429    Document 80-3    Filed 03/27/26    Page 17 of 26 PageID #: 1005

be saved. Engineering and Construction is requesting to utilize $200,000.00 from fund 177 fund balance to replace the floor.

**Motion made by Katie Darby and seconded by Butch Vaughn, to approve using $200,000.00 from fund 177 fund balance to replace the SCHS Auxiliary Gym floor, as presented.**

**Vote: All yes**
**Motion passes.**

II.     Whitworth Buchanan Basketball Locker Request: Principal April Sneed is requesting to replace the existing basketball lockers.  The cost for the project is $2,800.00 for materials only with the labor being donated.  The request is at no cost to the Board. Engineering and Construction has reviewed this request and has no objection.

**Motion made by Frances Rosales and seconded by Tammy Sharp, to approve the locker replacement request as presented.**

**Vote: All yes**
**Motion passes.**

III.    Rock Springs Elementary and Waldron Road Alignment Project

Work Session: Update for the Board

## 14.  RESOLUTION (TAB 6) – *RESCINDED ON FEBRUARY 6, 2025, BOARD MEETING*

Resolution to Expedite Closing Border and For Additional Title III Funding

**Motion made by Frances Rosales and seconded by Butch Vaughn, to approve this resolution as presented.**

**Vote: Majority**
**Opposed: Tammy Sharp**

**Roll Call:**

**Katie Darby - Yes**
**Stan Vaught – Absent**
**Frances Rosales - Yes**
**Butch Vaughn - Yes**
**Caleb Tidwell – Yes**
**Tammy Sharp – No**
**Claire Maxwell - Yes**

**Vote: Majority**
**Motion passes.**

Board Meeting Minutes – January 23, 2025                                                      18

Case 3:25-cv-00429     Document 80-3     Filed 03/27/26     Page 18 of 26 PageID #: 1006

## 15. BOOK REVIEW (TAB 7)

**Motion made by Caleb Tidwell and seconded by Katie Darby, if a book is set to be opt-in with parental permission, it will no longer sit on the shelve and can only be found in the catalog.**

**Caleb Tidwell - Yes**
**Frances Rosales – Yes**
**Tammy Sharp – Yes**
**Stan Vaught – Absent**
**Butch Vaughn – Yes**
**Katie Darby – Yes**
**Claire Maxwell – Yes**

**Vote: Majority**
**Motion passes.**

Internal reviews for the following titles have been completed:

1. *Forever* by Judy Blume

   **Motion made by Frances Rosales and seconded by Butch Vaughn, to remove *Forever* by Judy Blume.**

   **Roll Call Vote:**

   **Stan Vaught – Absent**
   **Butch Vaughn – Yes**
   **Katie Darby – Yes**
   **Tammy Sharp – Yes**
   **Caleb Tidwell – Yes**
   **Frances Rosales – Yes**
   **Claire Maxwell – Yes**

   **Vote: Majority**
   **Motion passes.**

2. *Glass* by Ellen Hopkins

   **Motion made by Butch Vaughn and seconded by Tammy Sharp, to remove *Glass* by Ellen Hopkins.**

   **Caleb Tidwell – Yes**
   **Frances Rosales – Yes**

Case 3:25-cv-00429    Document 80-3    Filed 03/27/26    Page 19 of 26 PageID #: 1007

Tammy Sharp – Yes
Stan Vaught – Absent
Butch Vaughn – Yes
Katie Darby – Yes
Claire Maxwell – No

**Vote: Majority**
**Motion passes.**

3. *Grown* by Tiffany Jackson

**Motion made by Butch Vaughn and seconded by Tammy Sharp, to remove *Grown* by Tiffany Jackson.**

Katie Darby – Yes
Stan Vaught – Absent
Frances Rosales – Yes
Butch Vaughn – Yes
Caleb Tidwell – Yes
Tammy Sharp –Yes
Claire Maxwell – No

**Vote: Majority**
**Motion passes.**

4. *Ready Player One* by Ernest Cline

**Motion made by Butch Vaughn and seconded by Tammy Sharp, to remove *Ready Player One* by Ernest Cline.**

Frances Rosales – Yes
Butch Vaughn – Yes
Caleb Tidwell – Yes
Tammy Sharp – Yes
Stan Vaught – Absent
Katie Darby – Yes
Claire Maxwell – No

**Vote: Majority**
**Motion passes.**

5. *Smoke* by Ellen Hopkins

Case 3:25-cv-00429    Document 80-3    Filed 03/27/26    Page 20 of 26 PageID #: 1008

Motion made by Caleb Tidwell and seconded by Claire Maxwell, to retain *Smoke* by Ellen Hopkins for high school 11th and 12th grades only, with opt in and parental consent.

Tammy Sharp – Yes
Stan Vaught – Absent
Frances Rosales – Yes
Butch Vaughn – No
Caleb Tidwell – Yes
Katie Darby – No
Claire Maxwell – Yes

Vote: Majority
Motion passes.

6. *Speak* by Laurie Halse Anderson

Motion made by Frances Rosales and seconded by Butch Vaughn, to retain *Speak* by Laurie Halse Anderson for high schools with parental consent.

Katie Darby – No
Frances Rosales – Yes
Stan Vaught – Absent
Butch Vaughn – Yes
Caleb Tidwell – No
Tammy Sharp – No
Claire Maxwell – Yes

Vote: Tie
Motion fails.

Amended Motion made by Caleb Tidwell and seconded by Claire Maxwell, to retain *Speak* by Laurie Halse Anderson for high school 11th and 12th grades only, with opt in and parental consent.

Tammy Sharp - Yes
Stan Vaught - Absent
Frances Rosales - Yes
Butch Vaughn - Yes
Caleb Tidwell – Yes
Katie Darby – Yes
Claire Maxwell – Yes

Vote: Majority

Case 3:25-cv-00429    Document 80-3    Filed 03/27/26    Page 21 of 26 PageID #: 1009

**Motion passes.**

7. *The Female of the Species* by Mindy McGinnis

   **Motion made by Butch Vaughn and seconded by Caleb Tidwell, to remove *The Female of the Species* by Mindy McGinnis.**

   **Stan Vaught – Absent**
   **Butch Vaughn – Yes**
   **Katie Darby – Yes**
   **Tammy Sharp – Yes**
   **Caleb Tidwell – Yes**
   **Frances Rosales – Yes**
   **Claire Maxwell – No**

   **Vote: Majority**
   **Motion passes.**

8. *The Kite Runner (Graphic Novel)* by Khaled Hosseini

   **Motion made by Butch Vaughn and seconded by Caleb Tidwell, to remove *The Kite Runner (Graphic Novel)* by Khaled Hosseini.**

   **Caleb Tidwell – Yes**
   **Frances Rosales – Yes**
   **Tammy Sharp – Yes**
   **Stan Vaught – Absent**
   **Butch Vaughn – Yes**
   **Katie Darby – Yes**
   **Claire Maxwell – Yes**

   **Vote: Majority**
   **Motion passes.**

9. *Thirteen Reasons Why* by Jay Asher

   **Motion made by Butch Vaughn and seconded by Tammy Sharp, to remove *Thirteen Reasons Why* by Jay Asher.**

   **Katie Darby – Yes**
   **Stan Vaught – Absent**
   **Frances Rosales – Yes**
   **Butch Vaughn – Yes**
   **Caleb Tidwell – Yes**
   **Tammy Sharp – Yes**
   **Claire Maxwell – No**

Case 3:25-cv-00429　Document 80-3　Filed 03/27/26　Page 22 of 26 PageID #: 1010

**Vote: Majority**
**Motion passes.**

### 16. FINANCIAL REPORT

Dr. Sullivan gave an overview on the Fund 141 expenditures for the school year thus far.

### 17. DIRECTOR'S UPDATE

A message went out today to parents regarding school safety.

### 18. TENNESSEE LEGISLATIVE NETWORK (TLN) UPDATE

Nothing new to report.

### 19. FEDERAL RELATIONS NETWORK (FRN) UPDATE

Nothing new to report.

### 20. GENERAL DISCUSSION

Mrs. Darby thanked our schools for all the amazing gifts received for Board Appreciation week and feels very humbled.

Mrs. Rosales asked that we have discussions at the next Policy Committee Meeting regarding books and parental consent with the "opt in" option. Dr. Chastain stated that for now she will have any book that requires parental consent placed behind a librarian's desk and require opt-in digitally or via phone call. Mrs. Rosales asked there be a policy recommendation for the next Policy Committee Meeting ready to review.

*Chairman Claire Maxwell called recess for an Executive Session from 8:10 p.m. to 8:38 p.m.*

### 21. SECURITY SOFTWARE

**Motion made by Butch Vaughn and seconded by Caleb Tidwell, to approve the bid for security software as presented.**

**Vote: All yes**
**Motion passes.**

### 22. ADJOURNMENT

Motion made by Katie Darby to adjourn the meeting at 8:39 p.m.

Case 3:25-cv-00429    Document 80-3    Filed 03/27/26    Page 23 of 26 PageID #: 1011

Approval of Agenda Minutes

Claire Maxwell, RCS BOE Chairman

2/6/2025
Date

Dr. James Sullivan, RCS Director of Schools

2-6-25
Date

Rutherford County School Board Meetings and exact conversations are recorded and may be found at the following link: https://www.youtube.com/playlist?list=PL7CB325821E536E8D. Board Meeting minutes are provided as a supplement to the recording.

Case 3:25-cv-00429    Document 80-3    Filed 03/27/26    Page 24 of 26 PageID #: 1012

# RESOLUTION TO EXPEDITE THE CLOSURE OF THE BORDERS AND TO INCREASE TITLE III FUNDS FOR ESL SERVICES

**WHEREAS**, multiple counties in Tennessee are experiencing a substantial influx of students for whom English is not their native language; and

**WHEREAS**, many of these students are not fluent in reading or speaking the English language; and

**WHEREAS**, federal law mandates that we educate all children; and

**WHEREAS**, for example, Rutherford County has experienced a significant surge in its English Learner (EL) population, with an increase of over 140% in the past decade; and

**WHEREAS**, in May 2023, Rutherford County Schools had 6,214 ESL students which has grown to 8,373 ESL students in the current school year; and

**WHEREAS**, this growth necessitated an additional 25 positions at the start of the school year for the English as a Second Language (ESL) program; and

**WHEREAS**, as demand continued to rise, Rutherford County Schools added 19 more growth positions for ESL, primarily funded through local and state revenue due to Title III funds only consisting of approximately $1.3 Million Dollars

**WHEREAS**, the need for more positions has placed a considerable financial strain on our local revenue, primarily derived from our taxpayers; and

**WHEREAS**, the pressure of increasing numbers of ESL students is creating exceptional financial pressures on school systems to provide the services which school systems are legally required to provide; and

**WHEREAS**, additional Title III funds are needed to meet the legal requirements imposed on school systems so that the costs of the same is not overwhelmingly borne by local property taxes, local funded taxes, and state funds;

**WHEREAS**, the increase in funding needed to adequately serve ESL students is $3,500 more per ESL student;

NOW, THEREFORE, BE IT RESOLVED BY THE RUTHERFORD COUNTY BOARD OF EDUCATION THIS THE _____ DAY OF JANUARY, 2025, AS FOLLOWS:

The Board of Education urges our State Legislators and Governor to advocate for the current administration to expedite the closure of our nation's borders and for the federal government to provide additional funding for the Title III program to fund the services the federal government requires school systems to provide to ESL students.

**RUTHERFORD COUNTY BOARD OF EDUCATION**

By:  Claire Maxwell, Chairman

**ATTESTED TO:**

Dawn Williams, Secretary