RUTHERFORD COUNTY SCHOOL SYSTEM
2240 Southpark Drive
Murfreesboro, TN  37128

MINUTES OF FEBRUARY 6, 2025

**Board Members Present**
Claire Maxwell, Board Chair
Frances Rosales, Vice-Chair
Caleb Tidwell
Katie Darby
Tammy Sharp
Butch Vaughn
Stan Vaught
Dr. James Sullivan, Director of Schools

## 1. CALL TO ORDER

The Board Chair Claire Maxwell called the meeting to order at 5:30 P.M.

## 2. PLEDGE OF ALLEGIANCE

Work Session:  Butch Vaughn invited Sherriff Deputy Derek Oeser and School Resource Officer Shane Vaughn to lead the Pledge of Allegiance.

Board Meeting:  Butch Vaughn invited Barton Henley, Communications Specialist, to lead the Pledge of Allegiance.

## 3. MOMENT OF SILENCE

A Moment of Silence was observed.

## 4. APPROVAL OF AGENDA

**Motion made by Stan Vaught and seconded by Tammy Sharp, to approve the agenda as presented.**

**Vote: All yes**
**Motion passes.**

## 5. APPROVAL OF CONSENT AGENDA (TAB 1)

    **A. Minutes:** Policy Meeting Minutes, January 15, 2025
                  Board Meeting Minutes, January 23, 2025

Case 3:25-cv-00429    Document 80-4    Filed 03/27/26    Page 1 of 17 PageID #: 1015

## B. Use of Facilities:

### FACILITIES USE
2/6/2025

### <u>Fees</u>

| | |
|---|---|
| Christiana Middle | Spotlike Dance Studio, practice, classroom & auditorium, 2/22/2025, $315 |
| Eagleville School | Murfreesboro Obedience Training Club, dog trial, cafeteria, classroom & campus, 5/31/25 – 6/1/25, $1918 |
| Kittrell Elementary | Bshifty Hoops, basketball camp, gym, 3/1/25, $290 |
| Kittrell Elementary | The Movement Basketball Club, practice, gym, 2/8/25 – 7/23/25, $18 per hour |
| LaVergne Middle | The Movement Basketball Club, practice, gym, 2/8/25 – 7/23/25, $18 per hour |
| Oakland High | Crossfire Travel Softball, practice, sports field, 2/7/25 – 6/30/25, $18 per hour |
| Riverdale High | United States Eastern Wado-Ryu Federation, martial arts tournament, gym, 3/22/2025, $290 |
| Siegel High | Sabrina Cunningham, basketball, gym, 2/9/25, $290 |
| Smyrna High | Dawgs Wrestling, practice & conditioning, gym, 2/7/2025 – 3/15/2025, $18 per hour |

### <u>No Fees</u>

| | |
|---|---|
| John Coleman Elementary | Smyrna Junior Basketball, practice, gym, 2/24/25 – 2/26/25, no fees |
| Oakland Middle | Inner Light Family Theatre, camp, auditorium, 6/16/25 – 6/28/25, no fees, *In-Kind Agreement |

Case 3:25-cv-00429    Document 80-4    Filed 03/27/26    Page 2 of 17 PageID #: 1016

| | |
|---|---|
| Siegel High | Competitive Youth Archery Assoc. tournament, cafeteria, gym, 2/14/25 – 2/16/25, no fees, *In-Kind Agreement |
| Siegel High | Murfreesboro Little League KPMariners & Boro Rippers, practice, sports field, 2/7/2025 – 7/6/2025, no fees, *In-Kind Agreement |
| Stewartsboro Elementary | BSA Cub Scouts Pack 0482, meetings, cafeteria, 2/4/25 – 5/10/25, no fees |

Note: Facility use prior to 2/6/25 has been granted pending Board action. A certificate of insurance with $2,000,000.00 limits ($1,000,000.00 if approved) is required by each user. Each group must forward any renewals of insurance to the Board on time; otherwise, approval is terminated at the end of the policy period. **All approvals are for no more than a 1-year period.**

**C. Nepotism:** Brittany Randolf – PT Custodian – Christiana Elementary

**D. Non-Faculty Volunteer Coaches:**

**According to the Tennessee Secondary School Athletic Association (TSSAA) guidelines, Board of Education approval is required to allow non-faculty volunteer coaches to participate in the school athletic programs.**

**The following non-faculty volunteer coaches are for the 2024-2025 school year:**

| NAME | SCHOOL | SPORT |
|---|---|---|
| Van den Bogaerde, Nicholas | Rockvale Middle School | Band |
| Gregory, Philip | Siegel High School | Choir |
| Anchondo, Gabriela | Riverdale High | Girls Soccer |
| Lanning, Jeff | Riverdale High | Baseball |
| Lara, Gabriel | Siegel Middle | Boys Soccer |
| Morales, Leonel | Stewarts Creek High | Boys Soccer |
| Roberts, Cameron | Blackman High | Baseball |

**E. Salary Supplements and Contract Payments:**

| Name-Certified | NTE Amt. | School | Funded By | Description |
|---|---|---|---|---|
| William Cate | $1,500.00 | Siegel High | School Funds - Tennis | Coach |

Case 3:25-cv-00429    Document 80-4    Filed 03/27/26    Page 3 of 17 PageID #: 1017

| Name | NTE Amt. | School | Funded By | Description |
|---|---|---|---|---|
| Stephanie Thomas | $1,200.00 | Siegel High | School Funds - Football Cheer | Assistant Coach |
| Allison Glapa | $750.00 | Stewarts Creek Middle | Tournaments | MS Sectional Site Director/Key Holder |
| Brayden Jackson | $760.00 | Stewarts Creek Middle | Tournaments | Gate Worker for MS Sectional Basketball Tournament |
| Phillip Nau | $500.00 | Stewarts Creek Middle | Tournaments | Clock Worker for MS Sectional Basketball Tournament |
| Traverse Read | $500.00 | Stewarts Creek Middle | Tournaments | MS Sectional Basketball Tournament Bookkeeper |
| Sarah Schubert | $760.00 | Stewarts Creek Middle | Tournaments | Gate Worker for MS Sectional Basketball Tournament |
| Krista Steponovich | $500.00 | Stewarts Creek Middle | Tournaments | Gate Worker for MS Sectional Basketball Tournament |
| Bailey Terrell | $500.00 | Stewarts Creek Middle | Tournaments | Gate Worker for MS Sectional Basketball Tournament |
| **Name- Non-Faculty** | **NTE Amt.** | **School** | **Funded By** | **Description** |
| Tony Molina | $1,500.00 | Blackman High | School Funds - Football | Assistant Coach |
| Christa Lanier | $1,200.00 | Central Magnet | School Funds - Boys Basketball | Scorekeeper |
| Tanner Mabry | $1,200.00 | Eagleville | School Funds - High School Baseball | Assistant Coach |
| Wilson Sharpe | $25/lesson | Riverdale | School Funds - Band | Lessons |
| Andrew Brown | $1,000.00 | Rockvale High | School Funds - Swimming | Coaching & Lifeguarding |
| Brittni Young | $1,000.00 | Rockvale High | School Funds - Swimming | Coaching |
| Nicholas Van den Bogaerde | $30/lesson | Rockvale Middle | School Funds - Band | Private Lessons/Instrument Masterclasses |
| Philip Ray Gregory | $1,150.00 | Siegel High | School Funds - Chorus | DJ/Sound Technician Fall Variety Show & Spring Musical |
| Charles Mitchell | $500.00 | Stewarts Creek High | School Funds - Baseball | Pitching Coach |

Case 3:25-cv-00429    Document 80-4    Filed 03/27/26    Page 4 of 17 PageID #: 1018

| Jeffrey Shipley | $500.00 | Stewarts Creek Middle | Tournaments | Announcer for MS Sectional Basketball Tournament |
|---|---|---|---|---|
| Peyton Monty | $800.00 | Whitworth Buchanan | School Funds - Baseball | Assistant Coach |
| **Name-Classified** | **NTE Amt.** | **School** | **Funded By** | **Description** |
| Cedric Roberts | $717.18 | Christiana Middle | School Funds - Track | Assistant Coach |

1. Approved previously for an amount $500 or greater
2. Overtime rate for special events
3. Anticipate amounts over $500 this school year
4. Amend prior approval
5. Less than $500 but part of event total
6. Must have the approval of the Transportation Department
7. Classified Employee (with approved agreement)
8. Regular Rate - Part time employee

**Motion made by Tammy Sharp and seconded by Stan Vaught, to approve the consent agenda as presented.**

**Vote: All yes**
**Motion passes.**

## 6. SPEAKERS

**Board Meeting: Kelsey Perault, OH4M SRA Education Coordinator, provided an overview of Optimal Health for Me (OH4M) along with a video presentation and handouts for the Board.**

## 7. RUTHERFORD PROUD

Recognizing National School Counseling Week 2025.

Dr. Sullivan expressed his appreciation and support for all the school counselors and their supervisors, Amy Baltimore and Christine Bryan.

## 8. PUBLIC COMMENTS*

1) Heather Cook – Ms. Cook offered clarification on her previous comments during January Public Comment. Her intent is not to attack anyone but to stand for the children. She spoke about her religious beliefs and continues to state her opposition of current books in school libraries.

2) Judy Beasley Whitehall – Resident of Murfreesboro and praised the RCS Media Specialists and their profession. She asked the Board to demonstrate respect for librarians and for their book review recommendations. She stated that she did not

Case 3:25-cv-00429    Document 80-4    Filed 03/27/26    Page 5 of 17 PageID #: 1019

understand how a Board of Education could remove books that could potentially help children.

3)   Matt Fee – Read a statement from David Settles, local NAACP president, regarding the Diversity, Equity, and Inclusion resolution.  Mr. Fee shared his thoughts on board member politicizing and the resolutions on the agenda.

4)   Hanna Stromgren – Ms. Stromgren read excerpts from the Bible.  She summarized that the Bible is filled with valuable advice but also contains offensive and sexually explicit material.  She proposed the Bible be banned based on the same logic applied to the other books removed from school libraries.

5)   Bryan Schuster – He spoke to the public and asked viewers to follow (displayed) QR code to gain insight into the topics being discussed.  He said it is not his objective to remove books based on personal opinions, rather because it is the law they be removed. He shared his religious beliefs and asked for the community to come together and be willing to hear one another.

6)   Xan Lasko – Addressed and questioned the Board on RCS' mission statement out of concern for the recent proposed resolutions.  She asked for board members to stop proposing resolutions that work against our diverse students.  She asked that they stop focusing on politics.

7)   Lisa Thayne – Mother of two, RCS student and MTSU student.  She shared her opinions on the banning of books and called it censorship and quiet indoctrination.  She shared TN Dept of Health statistics on teen pregnancy, sexually transmitted diseases and sexual assault.  She said banning books erodes freedom.  It does not help students and by banning them, it only makes the students want to read them that much more.

8)   Chloe Donegan – RCS student in opposition of banning books and feels that librarians are being slandered and vilified for doing their job. She doesn't understand why the Board is allowing this to happen and why students are being bullied into submission.

9)   Lindsay Schultz – Ms. Shultz quoted verses from the Bible. She shared her opinions on the disrespect shown to the Media Specialists.  Her disappointment with the boards' decision to support lawmakers with the Diversity, Equality, and Inclusion resolution.

10)  Michella Sturtevant – Not present

11)  Valeria Diaz de Leon – Ms. Diaz De Leon addressed the board regarding the recently passed resolution on the closure of US boarders.  Although the resolution is on the agenda to be rescinded, she stated the "damage has already been done".  Feels disrespected by the ESL resolution, families are afraid of immigration officials visiting their students' schools and asked for apology from the Board be given to the community.

Case 3:25-cv-00429    Document 80-4    Filed 03/27/26    Page 6 of 17 PageID #: 1020

## 9.  HUMAN RESOURCES (TAB 2)

I.      2025-2026 Signing Bonus Incentive for Hard to Staff Subject Areas

**Motion made by Butch Vaughn and seconded by Tammy Sharp, to approve the signing bonus incentive for hard to staff subject areas as presented.**

**Vote: All yes**
**Motion passes.**

II.     Siegel High and Oakland High schools are seeking approval for a Co-op to be formed between them for Lacrosse.  Siegel High School students would join with the established Oakland High School lacrosse team for the 24-25 Spring season.

Dissolved earlier request for a Co-op between Rockvale High and Siegel High, due to lack of participation.

**Motion made by Butch Vaughn and seconded by Caleb Tidwell, to approve the Lacrosse Co-op between Siegel High and Oakland High Schools as presented.**

**Vote: All yes**
**Motion passes.**

## 10.  LEGAL (TAB 3)

I.      TSBA's Board of Distinction Program recognizes school boards for their work. School boards that seek this designation must meet specified requirements in four key areas: planning, policy, promotion, and board development.  One of the requirements is an annual review and maintenance of the entire policy manual.

**Board Meeting:  Dr. Sullivan indicated one of requirements is an annual review of the entire policy which is currently ongoing**.

II.     Termination of Architect Services Agreement.

**Motion made by Katie Darby and seconded by Caleb Tidwell, to authorize the termination of the contract with Sherman Carter Architects for the Central Magnet School Stem Building renovation and 814 South Church Street.**

**Vote: All yes**
**Motion passes.**

Case 3:25-cv-00429    Document 80-4    Filed 03/27/26    Page 7 of 17 PageID #: 1021

III.    Transfer Student Under Discipline (1)

The Board has been requested to admit a transfer student from another school system under discipline. The student was remanded for possession of THC.

According to Policy 6.318, the Board may deny admissions of any student (except those in state custody) when a student transfers from another school system while under suspension or expulsion.

Director of Schools' Recommendation:  Deny.

**Motion made by Butch Vaughn and seconded by Tammy Sharp, to deny the admission of this Transfer Student Under Discipline as presented.**

**Vote: All yes**
**Motion passes.**

IV.    Policy Adoption - First Reading of Two Readings

The policies below are recommended on the first reading. These policies will be brought at the next scheduled board meeting for a second and final reading.

Policy Changes

a.    **Policy 2.808 – Purchase Orders and Contracts**
Adds language of exemptions from purchase order requirement.

b.    **Policy 4.603 – Promotion and Retention**
Adds language regarding requests for retention to be in writing pursuant to State Board of Education regulation.

c.    **Policy 5.118 – Background Investigations**
Adds language regarding background checks and FBI rap back program for employees and other individuals having proximity to students.

d.    **Policy 5.500 – Discrimination/Harassment of Employees**
Postponed from meeting on 10/15/2024.

e.    **Policy 6.204 – Attendance of Non-Resident Students**
Clarifies geographical boundary for non-resident students

**Motion made by Butch Vaughn and seconded by Frances Rosales, to adopt the above policies on the first of two readings as presented.**

**Vote: All yes**
**Motion passes.**

Case 3:25-cv-00429    Document 80-4    Filed 03/27/26    Page 8 of 17 PageID #: 1022

## 11. ENGINEERING AND CONTRUCTION (TAB 4)

I.  Thurman Francis Gym/Auditorium Sound System: Dr. Mark Gonyea is partnering with the Experience Church to replace the gym/auditorium sound system. The cost for this replacement is $20,619.70 and is being completely covered by the Experience Church. Engineering and Construction has reviewed the request and has no objections.

**Motion made by Katie Darby and seconded by Caleb Tidwell, to approve the Thurman Francis sound system request, as presented.**

**Vote: All yes**
**Motion passes.**

II. Roy Waldron School Nutrition Painting Project: The School Nutrition department has been reviewing options to upgrade the appearance of the cafeteria serving line areas for a couple years. Currently, they are requesting to begin a second school serving line project with Roy Waldron Elementary. The cost for this project is $60,716.55 and will come from the fund balance and will not require additional funds. The Engineering and Construction department has reviewed the request and has no objection.

**Motion made by Tammy Sharp and seconded by Katie Darby, to approve the School Nutrition request for Roy Waldron Elementary as presented.**

**Vote: All yes**
**Motion passes.**

III. Rocky Fork Middle Softball Request: Principal Jennifer Clark is requesting to install concrete around the girls' softball backstop to improve the fan sitting area. This project is being donated by GP Concrete and the estimated cost is $5,670.00 and at no cost to the Board. Engineering and Construction has reviewed the request and has no objection.

**Motion made by Butch Vaughn and seconded by Katie Darby, to approve the Rocky Fork Middle softball backstop request as presented.**

**Vote: All yes**
**Motion passes.**

IV. Whitworth Buchanan Baseball Field Request: Principal April Sneed is requesting to install artificial turf at home plate of the baseball field. The cost for the project is $4,000.00 and is being funded through the baseball account. The request is at no cost to the Board. Engineering and Construction has reviewed this request and has no objection.

**Motion made by Butch Vaughn and seconded by Caleb Tidwell, to approve the baseball turf request for Whitworth Buchanan as presented.**

Case 3:25-cv-00429    Document 80-4    Filed 03/27/26    Page 9 of 17 PageID #: 1023

**Vote: All yes**
**Motion passes.**

V. Smyrna High School Adjacent Lot Development: Engineering and Construction has been approached by the City of Smyrna, GMC Design and Southeast Development concerning the plans for the adjacent lot. Engineering has had meetings to discuss the TDOT approvals and the effects on our campus. We will be discussing this with the Board and possibly requestion a motion on 35 acres of land that is mostly in a flood plain.

**Motion made by Butch Vaughn and seconded by Mr. Tidwell, to approve moving forward and exercise the option to purchase the 35 acres for $10 an acre.**

**Vote: All yes**
**Motion passes.**

**Motion made by Tammy Sharp and seconded by Stan Vaught, to inquire with the owner on the purchase of two (2) parcels on the west side of parking lot or modify the site plan.**

**Vote: All yes**
**Motion passes.**

## 12. RESOLUTION (TAB 5)

I. Request to rescind the Resolution to Expedite the Closure of the Borders and Increase Title III Funds for ESL Services that passed on January 23, 2025.

**Motion made by Butch Vaughn and seconded by Frances Rosales, to approve the rescinding of the Resolution to Expedite the Closure of the Borders and Increase Title III Funds for ESL Services.**

**Vote: All yes**
**Motion passes.**

II. Request by a board member to discuss a DEI Resolution

Jeff Reed made the Board aware of the two new bills introduced in state legislature, HB 0622 and SB 1083, on Wednesday February 5, 2025.

**Motion made by Caleb Tidwell and seconded by Tammy Sharp, to approve resolution with added supporting language of SB 1083 and HB 0622.**

**Amendment Motion made by Tammy Sharp and seconded by Caled Tidwell, to approve language further explaining that resolution only applies to RCS hiring practices.**

Case 3:25-cv-00429    Document 80-4    Filed 03/27/26    Page 10 of 17 PageID #: 1024

**Roll Call Vote to Amend Motion:**

**Frances Rosales - Yes**
**Butch Vaughn - No**
**Caleb Tidwell - Yes**
**Tammy Sharp - Yes**
**Stan Vaught - Pass**
**Katie Darby - Yes**
**Claire Maxwell - No**

**Vote: Majority**
**Motion passes.**

**Roll Call Vote for Original Motion which will include SB 1083 and HB 0622 bills and RCS hiring practices only:**

**Tammy Sharp - Yes**
**Stan Vaught - No**
**Frances Rosales - Yes**
**Butch Vaughn - No**
**Caleb Tidwell - Yes**
**Katie Darby – Yes**
**Claire Maxwell - No**

**Vote: Majority**
**Motion passes.**

*Claire Maxwell called a recess from 7:28 pm to 7:42 pm*

**Motion made by Frances Rosales and seconded by Stan Vaught, to reconsider resolution with amendments.**

**Roll Call Vote:**

**Katie Darby - No**
**Frances Rosales - Yes**
**Stan Vaught - Yes**
**Stan Vaughn - Yes**
**Caleb Tidwell - No**
**Tammy Sharp - No**
**Claire Maxwell - Yes**

**Vote: Majority**
**Motion passes.**

Case 3:25-cv-00429    Document 80-4    Filed 03/27/26    Page 11 of 17 PageID #: 1025

**Motion made by Caleb Tidwell and seconded by Katie Darby to vote on previous board action and approve resolution as amended.**

Jeff Read clarified that a "Yes" vote would be in favor of resolution and a "No" vote would be against approval of resolution.

**Roll Call Vote:**

**Frances Rosales – No**
**Butch Vaughn - No**
**Caleb Tidwell - Yes**
**Tammy Sharp - Yes**
**Stan Vaught - No**
**Katie Darby - Yes**
**Claire Maxwell - No**

**Vote: Majority**
**Motion fails.**

## 13. BOOK REVIEW (TAB 6)

Internal reviews for the following titles have been completed.

| Book # | Title | Author |
|--------|-------|--------|
| 1 | Ask the Passengers | A.S. King |
| 2 | A Lesson in Vengeance | Victoria Lee |
| 3 | Almost Perfect | Brian Katcher |
| 4 | A Stolen Life | Jaycee Lee Dugard |
| 5 | Beartown | Frederick Bachman |
| 6 | Burned | Ellen Hopkins |
| 7 | Chosen | P.C. Cast & Kristen Cast |
| 8 | Clockwork Princess | Cassandra Clare |
| 9 | Dumplin' | Julie Murphy |
| 10 | Fly on the Wall: How One Girl Saw Everything | E. Lockhart |
| 11 | Girl in Translation | Jean Kwok |
| 12 | Gabi, Girl in Pieces | Isabel Quintero |
| 13 | Girl in Pieces | Kathleen Glasgow |
| 14 | Go Ask Alice | Anonymous |
| 15 | Her Royal Highness | Rachel Hawkins |
| 16 | Homebody | Rupi Kaur |
| 17 | I am Margaret Moore | Hannah Capin |
| 18 | Last Night at the Telegraph Club | Malinda Lo |

Case 3:25-cv-00429     Document 80-4     Filed 03/27/26     Page 12 of 17 PageID #: 1026

| 19 | Living Dead Girl | E. Scott |
|----|-----------------|----------|
| 20 | Milk and Honey | Rupi Kaur |
| 21 | Neanderthal Opens the Door to the Universe | Preston Norton |
| 22 | Nick and Charlie: A Heartstopper Novella | Alice Oseman |
| 23 | Nineteen Minutes | Jodi Picoult |
| 24 | Out of Darkness | Ashley Hope Perez |
| 25 | Perfect | Ellen Hopkins |
| 26 | Red at the Bone | Jacquline Woodson |
| 27 | Relish | Lucy Knisley |
| 28 | Rumble | Ellen Hopkins |
| 29 | Shine | Lauren Myracle |
| 30 | Shout | Laurie Halse Anderson |
| 31 | Speak: The Graphic Novel | Laurie Halse Anderson |
| 32 | Storm and Fury | Jennifer Armentrout |
| 33 | The Best Laid Plans | Cameron Lund |
| 34 | The Body: A Guide for Occupants | Bill Bryson |
| 35 | The Carnival at Bray | Jessie Ann Foley |
| 36 | The Duff | Kody Keplinger |
| 37 | The Invisible Life of Addie LaRue | V.E. Schwab |
| 38 | The Sun and her Flowers | Rupi Kaur |
| 39 | The Truth About Alice | Jennifer Mathieu |
| 40 | The Upside of Unrequited | Becky Albertalli |
| 41 | This One Summer | Mariko Tamaki |
| 42 | Wintergirls | Laurie Halse Anderson |
| 43 | Without Merit | Colleen Hoover |

**Motion made by Tammy Sharp and seconded by Frances Rosales to put no restrictions on book #34 and to remove book #s 31, 4, 10, 16, 19, 20, 21, 25, 32, 36, 38, 1, 6, 18, 23, 24, 26, 27, 30, 33, 35, 38, 39, 40, 41, 5, and 3.**

**Roll Call Vote:**

**Stan Vaught – No**
**Butch Vaughn - Yes**
**Katie Darby - Yes**
**Tammy Sharp - Yes**
**Caleb Tidwell – Yes**
**Frances Rosales – Yes**
**Claire Maxwell – No**

**Vote: Majority**
**Motion passes.**

Case 3:25-cv-00429    Document 80-4    Filed 03/27/26    Page 13 of 17 PageID #: 1027

**Motion made by Stan Vaught and seconded by Claire Maxwell, to follow the recommendations of Media Specialists for the remaining book #s 2, 7, 8, 9 11, 12, 13, 14, 15, 17, 22, 28, 29, 37, 42 and 43.**

**Roll Call Vote:**

**Caleb Tidwell - No**
**Frances Rosales - Yes**
**Tammy Sharp - No**
**Stan Vaught - Yes**
**Butch Vaughn - No**
**Katie Darby - No**
**Claire Maxwell - Yes**

**Vote: Majority**
**Motion fails.**

**Motion made by Frances Rosales and seconded by Stan Vaught, to retain remaining book #s 2, 7, 8, 9 11, 12, 13, 14, 15, 17, 22, 28, 29, 37, 42 and 43 in high schools only with parental consent.**

**Roll Call Vote:**

**Katie Darby - No**
**Stan Vaught - Yes**
**Frances Rosales - Yes**
**Butch Vaughn – No**
**Caleb Tidwell - No**
**Tammy Sharp – No**
**Claire Maxwell - Yes**

**Vote: Majority**
**Motion fails.**

**Motion made by Caleb Tidwell and seconded by Tammy Sharp, to retain book #s 43, 42, 37, 22, 17, 13, 11, 9, and 8 in high school 11th and 12th grades only, with parental consent.**

**Roll Call Vote:**

**Frances Rosales - Yes**
**Butch Vaughn - No**
**Caleb Tidwell - Yes**
**Tammy Sharp - Yes**
**Stan Vaught - Yes**
**Katie Darby - Yes**

Case 3:25-cv-00429     Document 80-4     Filed 03/27/26     Page 14 of 17 PageID #: 1028

**Claire Maxwell - Yes**

**Vote: Majority**
**Motion passes.**

**Motion made by Caleb Tidwell and seconded by Butch Vaughn, to remove book #s 2, 7, 12, 14, 28, and 29.**

**Roll Call Vote:**

**Tammy Sharp - Yes**
**Stan Vaught - No**
**Frances Rosales - No**
**Butch Vaughn - Yes**
**Caleb Tidwell - Yes**
**Katie Darby - Yes**
**Claire Maxwell - No**

**Vote: Majority**
**Motion passes.**

**Motion made by Butch Vaughn and seconded by Tammy Sharp, to remove book # 15.**

**Roll Call Vote:**

**Katie Darby - Abstain**
**Frances Rosales - No**
**Stan Vaught - No**
**Butch Vaughn - Yes**
**Caleb Tidwell - No**
**Tammy Sharp - Yes**
**Claire Maxwell – No**

**Vote: Majority**
**Motion fails.**

**Motion made by Caleb Tidwell and Tammy Sharp, to retain book # 15 in high school 11th and 12th grades only, with parental consent and opt in.**

**Roll Call Vote:**

**Stan Vaught - Yes**
**Butch Vaughn - No**
**Katie Darby - Abstain**
**Tammy Sharp - Yes**
**Frances Rosales - Yes**

Case 3:25-cv-00429    Document 80-4    Filed 03/27/26    Page 15 of 17 PageID #: 1029

**Claire Maxwell - Yes**

**Vote: Majority**
**Motion passes.**

### 14. FINANCIAL MATTERS (TAB 7)

Bids:

I.       Bid #3786 Rotary Screw Chiller at Wilson Elementary

**Motion by Stan Vaught and seconded by Caleb Tidwell, to approve Bid #3786 Rotary Screw Chiller at Wilson Elementary.**

**Vote: All yes**
**Motion passes.**

II.      #24-05 RFP:  Student Transportation Services

**Motion made by Katie Darby and Tammy Sharp, to accept and hold on to bids with no further action.**

*(No additional votes made)*

### 15. DIRECTOR'S UPDATE

Dr. Sullivan provided a TISA update.

### 16. TENNESSEE LEGISLATIVE NETWORK (TLN) UPDATE

Nothing new to report.

### 17. FEDERAL RELATIONS NETWORK (FRN) UPDATE

Nothing new to report

### 18. GENERAL DISCUSSION

**Tammy Sharp asked the topic of Charter Schools using the same operating systems as RCS get added to the next Policy Committee agenda for discussion.  Ms. Sharp also requested the Communications Department to create an infomercial for out-of-state, California teachers to help with recruitment.**

**Frances Rosales apologized to Dr. Sulivan, shared her thoughts on a partisan board and stated all board members should volunteer in classrooms.**

Case 3:25-cv-00429    Document 80-4    Filed 03/27/26    Page 16 of 17 PageID #: 1030

**Butch Vaughn spoke highly about the progress of the upcoming Poplar Hill Elementary school.**

**19. ADJOURNMENT**

**Motion made by Katie Darby and seconded by Tammy Sharp, to adjourn the meeting at 8:58 pm.**

*Executive Session following the Work Session, February 4, 2025*

**Approval of Agenda Minutes**

Claire D. Maxwell                                   2/24/2025
**Claire Maxwell, RCS BOE Chairman**                Date

                                                    7-24-25
**Dr. James Sullivan, RCS Director of Schools**     Date

*Rutherford County School Board Meetings and exact conversations are recorded and may be found at the following link: https://www.youtube.com/playlist?list=PL-CB325821E536E8D. Board Meeting minutes are provided as a supplement to the recording.*

Case 3:25-cv-00429    Document 80-4    Filed 03/27/26    Page 17 of 17 PageID #: 1031