**RUTHERFORD COUNTY SCHOOL SYSTEM**
**2240 Southpark Drive**
**Murfreesboro, TN 37128**

**MINUTES OF MARCH 6, 2025**

<u>**Board Members Present**</u>
Claire Maxwell, Board Chair
Frances Rosales, Vice-Chair
Caleb Tidwell
Katie Darby
Tammy Sharp
Butch Vaughn
Stan Vaught
Dr. James Sullivan, Director of Schools

## 1. CALL TO ORDER

The Board Chair Claire Maxwell called the meeting to order at 5:30 P.M.

## 2. PLEDGE OF ALLEGIANCE

Pledge of Allegiance was led by Tammy Sharp.

## 3. MOMENT OF SILENCE

A Moment of Silence was observed.

## 4. APPROVAL OF AGENDA

**Motion made by Caleb Tidwell and seconded by Butch Vaughn, to approve the agenda as presented.**

**Vote: All yes**
**Motion passes.**

## 5. APPROVAL OF CONSENT AGENDA (TAB 1)

A. **Minutes:** Board Meeting Minutes, February 24, 2025

B. **Bids:**
Bid#3788 - New York City Field Trip (Stewarts Creek High)
Bid#3789 - Classroom Furniture
Bid#3790 - Kitchen Equipment (Walk-in freezer)

Board Meeting Minutes, March 6, 2025                                                                 1

Case 3:25-cv-00429    Document 80-5    Filed 03/27/26    Page 1 of 13 PageID #: 1032

Request to Purchase: Rutherford County Board of Education requests to purchase a new sound system for the board room. The total purchase amount is $82,428.00 through Howard Technologies utilizing the Omnia Partners Cooperative Contract #01-145.

**C. Nepotism**: Sadie Wade -Teacher – Stewartsboro Elementary

**D. Use of Facilities:**

## FACILITIES USE
3/6/2025

### Fees

| | |
|---|---|
| Barfield Elementary | Team Swish AAU, basketball practice, gym, 3/11/25 – 6/26/25, $18 per hour |
| Eagleville School | Brigade Basketball Club, practice, gym, 3/11/25 – 7/24/25, $18 per hour |
| Oakland High | Tennessee Asian Soccer, practice, stadium, 3/9/25 – 10/30/25, $115 per hour |
| Siegel High | Middle TN Basketball Showcase, tournaments, gym, 3/24/25 – 8/11/25, $18 per hour |
| Smyrna High | Prep Network LLC, tournament, practice field, 3/15/25 – 3/16/25, $580 |
| Smyrna High | Southeastern AAU/Achieving Success Martial Arts, tournament, gym, aux gym, cafeteria, 3/14/25 – 3/15/25, $652 |

### No Fees

| | |
|---|---|
| Blackman High | Girl Scout Troop #1592, meetings, classroom, 3/19/25 – 5/21/25, no fees |
| Plainview Elementary | Believers Faith Fellowship, mentoring & basketball, gym, 3/9/25 – 5/25/25, no fees, *In-Kind Agreement |
| Riverdale High | Murfreesboro Water Polo Club, practice, swimming pool, 3/7/25 – 10/27/25, no fees, *In-Kind Agreement |

Case 3:25-cv-00429    Document 80-5    Filed 03/27/26    Page 2 of 13 PageID #: 1033

| | |
|---|---|
| Rockvale High | Rutherford County Goons, flag football practice & games, stadium, 3/7/25 – 7/1/25, no fees, *In-Kind Agreement |
| Stewarts Creek High | Murfreesboro Tarheels Minor League Football Org., games, sports field, 3/29/25 – 5/31/25, no fees, *In-Kind Agreement |

Note: Facility use prior to 3/6/2025 has been granted pending Board action. A certificate of insurance with $2,000,000.00 limits ($1,000,000.00 if approved) is required by each user. Each group must forward any renewals of insurance to the Board on time; otherwise, approval is terminated at the end of the policy period. **All approvals are for no more than a 1-year period.**

**E. Non-Faculty Volunteer Coaches:**

**According to the Tennessee Secondary School Athletic Association (TSSAA) guidelines, Board of Education approval is required to allow non-faculty volunteer coaches to participate in the school athletic programs.**

**The following non-faculty volunteer coaches are for the 2024-2025 school year:**

| NAME | SCHOOL | SPORT |
|---|---|---|
| Mangrum, Kenneth | Blackman High | Track |
| Urdaneta, Juan | Rockvale High | Boys Soccer |
| Parker, Sarah | Riverdale High | Boys Soccer |
| Greene, Jason | Christiana Middle | Baseball |
| LaLance, Kirkland | Siegel High | Tennis |
| DeGuzman, Johanna-Grace | Smyrna High | Flag Football |
| Meglis, Joshua | Smyrna High | Football |
| Ousley, Crystal | Rocky Fork Middle | Track |
| Wilson, Kenneth | Smyrna Middle | Softball |
| Stultz, Christopher | Oakland Middle | Archery |
| Stultz, Shari | Oakland Middle | Archery |

Case 3:25-cv-00429    Document 80-5    Filed 03/27/26    Page 3 of 13 PageID #: 1034

## F. Salary Supplements and Contract Payments:

| Name-Certified | NTE Amt. | School | Funded By | Description |
|---|---|---|---|---|
| Hannah Swenson | $2,100.00 | Blackman Middle | School Funds - Track | Assistant Coach |
| Laurie Smithson | $33.29/hr. | Central Magnet | Outside Group / Use of Facilities | Site Supervision |
| Mitzi Wilson | $2,500.00 | Oakland High | Various Sports/Club School Accounts | Bus Driver |
| Trenton Carrier | $3,200.00 | Riverdale | Baseball Boosters | Assistant Coach & Camp 24-25 |
| Fulton Kendrick | $750.00 | Riverdale | Baseball Boosters | Camp 24-25 |
| James Kendrick | $3,200.00 | Riverdale | Baseball Boosters | Assistant Coach & Camp 24-25 |
| Phillip Morgan | $2,000.00 | Stewarts Creek High | Various Sports/Club School Accounts | Bus Driver |
| Jason Bratten*1 | $100.00 | Stewarts Creek Middle | School Funds - Tournaments | Announcing at Basketball Sectional Tournament |
| Charles Limbaugh*1 | $125.00 | Stewarts Creek Middle | School Funds - Tournaments | Announcing at Basketball Sectional Tournament |
| **Name-Non-Faculty** | **NTE Amt.** | **School** | **Funded By** | **Description** |
| Morgan Buxton | $1,000.00 | Blackman Middle | School Funds - Track | Assistant Coach |
| Kelsey Cooper | $450.00 | Blackman Middle | School Funds - Track | Line Assistant - Meet Helper |
| Jonathan Crouch | $2,000.00 | Blackman Middle | School Funds - Track | Assistant Coach |
| Cassandra Willis | $2,000.00 | Blackman Middle | School Funds - Track | Assistant Coach |
| Tommy Bogle | $1,800.00 | Rock Springs Middle | School Funds - Baseball | Assistant Coach |
| Brandon Lee | $700.00 | Rocky Fork Middle | School Funds - Baseball | Assistant Coach |
| Rebecca Lowry*1 | $100.00 | Smyrna Middle | School Funds - Band | Working on CPA Music with 7th & 8th grades |
| Julia Choi | $800.00 | Stewarts Creek High | School Funds - Chorus | Accompanist/Choral Clinician |

Case 3:25-cv-00429    Document 80-5    Filed 03/27/26    Page 4 of 13 PageID #: 1035

| Name | NTE Amt. | School | Funded By | Description |
|---|---|---|---|---|
| Qiang Fu | $800.00 | Stewarts Creek High | School Funds - Chorus | Accompanist/Choral Clinician |
| Qiangion Fu | $800.00 | Stewarts Creek High | School Funds - Chorus | Accompanist/Choral Clinician |
| Xiachu Song | $800.00 | Stewarts Creek High | School Funds - Chorus | Accompanist/Choral Clinician |
| Benjamin Yoder | $800.00 | Stewarts Creek High | School Funds - Chorus | Accompanist/Choral Clinician |
| **Name-Classified** | **NTE Amt.** | **School** | **Funded By** | **Description** |
| Hannah Derbabian | Classified Overtime Rate | Stewarts Creek High | Various/Clubs School Accounts | Custodial Work |
| Jennifer Vinocur*1 | $750.00 | Stewarts Creek Middle | School Funds - Cheer | Assistant Coach |

1      Approved previously for an amount $500 or greater
2      Overtime rate for special events
3      Anticipate amounts over $500 this school year
4      Amend prior approval
5      Less than $500 but part of event total
6      Must have the approval of the Transportation Department
7      Classified Employee (with approved agreement)
8      Regular Rate - Part time employee

**Motion made by Tammy Sharp and seconded by Butch Vaughn, to approve the consent agenda as presented.**

**Vote: All yes**
**Motion passes.**

### 6. SPEAKERS

Work Session:  Opengate demonstration

Board Meeting: Steve Haley, TSBA Mid-Cumberland District Director of the Dickson County Board of Education presented the Board of Distinction Award.

Mr. Haley presented the Board of Distinction Award to the Board for meeting the extensive requirements in the following four key areas: planning, policy, promotion and board development.

### 7. RUTHERFORD PROUD

Stewarts Creek High School senior wrestler, Ashleigh Williams, recently won first place in the 235-pound division over Jehieli Velez-Almodovar, Sr. (West Creek) 34-10.  She is the first RCS girls' wrestling state champion.  The tournament took place at the Williamson County Ag Exposition Arena, February 21-22, 2025.

Board Meeting Minutes, March 6, 2025          5

*(A video was played showcasing Ashleigh and her journey into the sport of wrestling)* Coach Meckes and Coach Thomas praised Ashleigh on her amazing wrestling success and on her leadership abilities as a student athlete and her personal accomplishments.

## 8. PUBLIC COMMENTS*

1. Bill Levine – Mr. Levine shared that he has taught English Language and Literature at the college level for over forty (40) years. He came to the Board Meeting to express his concern over limited access given to many school library books. He suggested keeping books in the school libraries among professional staff to help navigate students dealing with sensitive topics.

2. Judy Whitehill – Ms. Whitehill came to ask the board members again, "through the art and power of repetition, to please accept the RCS' Media Specialist recommendations for the books you asked them to read." She understands that people need to hear a message at least seven (7) times before it becomes meaningful. Ms. Whitehill also provided visual aids in multiple colors and fonts that read, "Please accept the RCS Media Specialist recommendations for the books you asked them to read".

3. Joshua Walker – Mr. Walker shared a childhood memory of his family watching the 1977 miniseries "Roots" which taught him the horrors and evils of slavery but also taught him empathy and compassion. He said that our children are not stupid, and they have the right to learn about the experiences of others. He asked the Board not to deny our children stories about our past, even if it makes us uncomfortable.

4. Heather Cook – Ms. Cook thanked the Board for allowing her to come again and share what's on her heart. She wants our children to know God, to teach our children the truth and to study the word of God.

5. Elizabeth Shepherd – Ms. Shepherd is a Blackman High parent and a school librarian. She recalled while in elementary school her favorite place to be was her school library. She did not imagine that in her forties she would be speaking in front of school board members and traveling to Nashville to speak in front of senators and congressmen advocating for librarians, libraries and books. While at the capital, she learned of an unfortunate legislative update that was made and RCS' recent rescinded ESL Resolution was quoted twice during a presentation in favor of a bill passing to deny education to undocumented students which left her frustrated, angry and embarrassed.

*Public comment requests to address the Board must be provided in writing to the Director of Schools' office no later than noon (12:00 p.m.) on the day of the meeting by completing the Public Comment Form. Speakers will have three (3) minutes to speak.*

Case 3:25-cv-00429    Document 80-5    Filed 03/27/26    Page 6 of 13 PageID #: 1037

## 9. FINANCIAL MATTERS (TAB 2)

Fund 177 Fund Balance & Expenditure Approval

This amendment moves funds from account 34685-Committed for Capital Projects to account 91300-335-Maintenance & Repair Services-Buildings in the amount of $1,635,468. This movement of money from fund balance will go fund the additional increase of $84,442 to the high school LED lighting project and the additional increase of $1,551,026 to phase one of Smyrna Elementary HVAC project. This part of a two-year project for SES that began this summer and allows RCS to do additional work before the next school year.

**Motion made by Butch Vaughn and seconded by Frances Rosales, to amend the 2024/25 Capital Projects Budget, Fund 177, by reducing account 34685-Committed for Capital Projects and by increasing account 91300-335-Maintenance and Repair Services–Buildings in the amount of $1,635,468 as presented.**

**Vote: All yes**
**Motion passes.**

## 10. HUMAN RESOURCES (TAB 3)

I.    ADVANTAGE xPO Renewal Agreement

Rutherford County Schools currently contracts with Advantage xPO for substitute teacher services. Advantage xPO will maintain their current contract and the bill rate will increase by $.28 (28 Cents) per substitute daily obtained. This increase is due to an increase in the SmartFind Software profile rates.

**Motion made by Frances Rosales and seconded by Tammy Sharp to approve the renewal of the Advantage xPO contract for substitute teacher services for the 2025-26 school year as presented.**

**Vote: All yes**
**Motion passes.**

II.   Contract renewal with MTSU Athletic Training Education Program to place graduate students at Rutherford County Schools with Rutherford County Schools Athletic Trainers to gain clinical experience.

**Motion made by Butch Vaughn and seconded by Katie Darby, to approve the contract between Rutherford County Schools and Middle Tennessee State University Athletic Training Education Program as presented.**

**Vote: All yes**
**Motion passes.**

Case 3:25-cv-00429    Document 80-5    Filed 03/27/26    Page 7 of 13 PageID #: 1038

## 11. LEGAL (TAB 4)

Annual Policy Review

TSBA's Board of Distinction Program recognizes school boards for their work. School boards that seek this designation must meet specified requirements in four key areas: planning, policy, promotion, and board development. One of the requirements is an annual review and maintenance of the entire policy manual.

Dr. Sullivan stated we have an upcoming Policy Committee Meeting on April 29th. This is part of our annual Policy Review which completes section 2 of the Policy Review requirement.

## 12. ENGINEERING AND CONSTRUCTION (TAB 5)

I.  LaVergne High School CTE Barn Request. The CTE department is requesting to purchase and place a 10' x 16' portable barn building for use by the CTE programs. The cost for this structure will not exceed $10,000.00 and will be funded through the CTE department. Engineering and Construction has reviewed the request and has no objections.

**Motion made by Tammy Sharp and seconded by Katie Darby, to approve the LaVergne High School 10' x 16' barn request as presented.**

**Vote: All yes**
**Motion passes.**

II.  Painting Project: The School Nutrition department has been reviewing options to upgrade the appearance of the cafeteria serving line at Cedar Grove Elementary. The cost for this project is $44,729.25 and will come from the fund balance and will not require additional funds. The Engineering and Construction department has reviewed the request and has no objection.

**Motion made by Tammy Sharp and seconded by Butch Vaughn, to approve the Cedar Grove Elementary serving area upgrade as presented.**

**Vote: All yes**
**Motion passes.**

III.  Rockvale High Baseball/Softball Metal Building Request: Principal Steve Luker is requesting to allow the baseball/softball team to build a 30'x 70' metal building for use as a batting facility for baseball and softball. The cost of the structure is $18,759.00 and will be funded by the joint Booster Clubs. This request is at no cost to the Board. Engineering and Construction has reviewed the request and has no objection.

**Motion made by Katie Darby and seconded by Caleb Tidwell, to approve the Rockvale High School's metal building request as presented.**

Case 3:25-cv-00429    Document 80-5    Filed 03/27/26    Page 8 of 13 PageID #: 1039

**Vote: All yes**
**Motion passes.**

IV.    Siegel Middle Baseball Field name request: Principal Kim Stoecker is requesting to name the baseball field after former Coach Mike Tobitt. Coach Tobitt was the first baseball coach at Siegel Middle and spent countless hours starting the program and getting it to where it is today. Engineering and Construction has reviewed the request and has no objection.

**Motion made by Butch Vaughn and seconded by Stan Vaught, to name the Siegel Middle School baseball field as presented.**

**Vote: All yes**
**Motion passes.**

V.    Blackman Middle Fence Request: Principal, Dr. Jessica Jackson is requesting to replace the fence at a cost of $8,000.00. The cost for this replacement will be from the baseball, softball and football accounts as well as $1,000.00 from the school's general athletic fund. Engineering and Construction has reviewed the request and has no objection.

**Motion made by Frances Rosales and seconded by Butch Vaughn, to approve the Blackman Middle fence request as presented.**

**Vote: All yes**
**Motion passes.**

VI.    Brown's Chapel Elementary Eagle Scout Sunshade Project: Principal Christina Penny is requesting to partner with Eagle Scout, Skyler Grove on a project to install a sunshade on the walking track area of the school. The cost for this project will be donated by the Eagle Scout and at no cost to the Board. Currently the drawings and the structure connectors have not been provided to Engineering. Engineering has reviewed the project and has no objection to the location and intended use. However, due to potential wind loads, Engineering is requesting additional support documentation prior to final authorization. Engineering is supporting the request provided they receive additional information.

**Motion made by Stan Vaught and seconded by Frances Rosales, to approve the Brown's Chapel Eagle Scout sunshade project as presented.**

**Vote: All yes**
**Motion passes.**

VII.    Stewarts Creek High School Football Facility request: Principal Dr. Clark Harrell is requesting to begin the process of raising funds for building a football fieldhouse. The anticipated cost at this time is $2,500,000.00 and will be funded through donations and fundraising. This includes paying for architect design plans. This request is at no cost to the Board. Engineering and Construction has reviewed the location and there are utilities in the general location. Approval from the local authorities will need to be granted before

Case 3:25-cv-00429   Document 80-5   Filed 03/27/26   Page 9 of 13 PageID #: 1040

moving forward, Engineering and Construction can assist in this process. Pending utility approvals, Engineering has no objection to the request.

**Motion made by Katie Darby and seconded by Caleb Tidwell, to approve the Stewarts Creek High School Football facility as presented.**

**Vote: All yes**
**Motion passes.**

### 13. BOOK REVIEWS (TAB 6)

Internal reviews for the following titles have been completed:

**Motion made by Butch Vaughn and seconded by Caleb Tidwell, to remove all volumes of *Assassination Classroom (V1-V8 & V11)* by Yusei Masui.**

**All say aye.**

**Stan Vaught - No**
**Vote: Majority**
**Motion passes**

1. *Catch 22* by Joseph Heller

**Motion made by Frances Rosales and seconded by Claire Maxwell, based on the recommendation of media specialists to retain *Catch 22* by Joseph Heller in the 11th and 12th grade with parent opt-in.**

**Roll Call Vote:**

**Stan Vaught: Yes**
**Butch Vaughn: No**
**Katie Darby: No**
**Tammy Sharp: No**
**Caleb Tidwell: Present**
**Frances Rosales: Yes**
**Claire Maxwell: Yes**

**Vote: Majority**
**Motion failed.**

**For clarification purposes, *Catch 22* by Joseph Heller will be removed from library and/or classroom libraries; however, will still be available for use in AP (Dual Enrollment) classrooms.**

2. *Perfect Chemistry* by Simone Elkeles

Case 3:25-cv-00429   Document 80-5   Filed 03/27/26   Page 10 of 13 PageID #: 1041

Motion made by Claire Maxwell and seconded by Stan Vaught, to retain *Perfect Chemistry* by Simone Elkeles in high schools.

**Roll Call Vote:**

**Tammy Sharp: No**
**Stan Vaught: Yes**
**Frances Rosales: Yes**
**Butch Vaughn: No**
**Caleb Tidwell: No**
**Katie Darby: No**
**Claire Maxwell: Yes**

**Vote: Majority**
**Motion fails.**

3. *Water for Elephants* by Sarah Gruen

Motion made by Caleb Tidwell and seconded by Butch Vaughn, to remove *Water for Elephants* by Sarah Gruen.

**Roll Call Vote:**

**Katie Darby: Yes**
**Frances Rosales: Yes**
**Stan Vaught: Yes**
**Butch Vaughn: Yes**
**Caleb Tidwell: Yes**
**Tammy Sharp: Yes**
**Claire Maxwell: Yes**

**Vote: All yes**
**Motion passes.**

4. *Yolk* by Mary H. K. Choi

Motion made by Stan Vaught and seconded by Claire Maxwell to retain *Yolk* by Mary H. K. Choi in high schools.

**Roll Call Vote:**

**Stan Vaught: Yes**
**Butch Vaughn: No**
**Katie Darby: No**
**Tammy Sharp: No**
**Caleb Tidwell: No**

Case 3:25-cv-00429    Document 80-5    Filed 03/27/26    Page 11 of 13 PageID #: 1042

**Frances Rosales: Yes**
**Claire Maxwell: Yes**

**Vote: Majority**
**Motion fails.**

## 14. FINANCIAL REPORT

Work Session:  February financial report

Board Meeting: Next financial report will be presented at the end of March.

## 15. DIRECTOR'S UPDATE

Dr. Sullivan reported:

- Congratulations to James Evans, Chief Communications Officer, for being awarded Communicator of the Year at the Tennessee School Public Relations Association's' Annual Conference

- TISA funded us last year for 50,751 (K-12).  In October we were 50,890 and in February we were at 51, 586.

## 16. TENNESSEE LEGISLATIVE NETWORK (TLN) UPDATE

Nothing new to report.

## 17. FEDERAL RELATIONS NETWORK (FRN) UPDATE

Nothing new to report.

## 18. GENERAL DISCUSSION

Caleb Tidwell reminded everyone about the open invitation to Central Magnet's softball season opener tomorrow night.  He thanked Dr. Sullivan, County Parks and Recreation and the Board for all working together in getting the field ready.

Frances Rosales talked about the "Read Across America" event and the wonderful experience she had reading to students at a few schools within our district.  She said it's one of her favorite times of the year.

Claire Maxwell reminded everyone about the Board's Spring Retreat being held next week at Evins Mill on March 13th and March 14th.

Stan Vaught said tomorrow is Arbor Day and encouraged everyone to plant a tree.  He and Mr. Vaughn have been visiting all the schools, and he asks everyone watching to call your local

Case 3:25-cv-00429    Document 80-5    Filed 03/27/26    Page 12 of 13 PageID #: 1043

principal/staff and offer to volunteer your time, donate to them, etc...we have phenomenal staff and incredible schools.

19. ADJOURNMENT

**Motion made by Katie Darby to adjourn the meeting at 6:24 pm.**

*\* Executive Session following the Board Work Session, March 4, 2025.*

**Approval of Agenda Minutes**


**Claire Maxwell, RCS BOE Chairman**          3-20-25
                                              **Date**


**Dr. James Sullivan, RCS Director of Schools**          3-20-25
                                                         **Date**


*Rutherford County School Board Meetings and exact conversations are recorded and may be found at the following link: https://www.youtube.com/playlist?list=PL7CB325821E536E8D. Board Meeting minutes are provided as a supplement to the recording.*

Case 3:25-cv-00429    Document 80-5    Filed 03/27/26    Page 13 of 13 PageID #: 1044