# RUTHERFORD COUNTY SCHOOL SYSTEM
## 2240 Southpark Drive
## Murfreesboro, TN 37128

## MINUTES OF APRIL 9, 2025

### Board Members Present
Claire Maxwell, Board Chair
Frances Rosales, Vice-Chair
Caleb Tidwell
Katie Darby
Tammy Sharp
Butch Vaughn
Stan Vaught
Dr. James Sullivan, Director of Schools

## 1. CALL TO ORDER

The Board Chair Claire Maxwell called the meeting to order at 5:30 P.M.

## 2. PLEDGE OF ALLEGIANCE & MOMENT OF SILENCE/PRAYER
*Opened the meeting with a brief moment of silence or prayer and the pledge of allegiance to the United States flag. No one was required to participate or be present for any of these and being in this portion of the meeting was completely voluntary.*

Work Session and Board Meeting - Led by Board Member Tammy Sharp

## 3. APPROVAL OF AGENDA

**Motion made by Caleb Tidwell and seconded by Frances Rosales, to approve the agenda as presented.**

**Vote: All yes**
**Motion passes.**

## 4. APPROVAL OF CONSENT AGENDA (TAB 1)
  I.  **Minutes:** Board Meeting Minutes, March 20, 2025

  II.  **Bids:**  Bid #3803 - Floor Care Products,
                Bid #3799 - Tree Trimming,
                Bid #3801 - LED Signs (Poplar Hill Elem. and Wilson Elem.),
                Bid #3804 - Cabinets and Countertops,
                Bid #3802 - Stem Lab Renovation (Thurman Francis),
                Bid #3791 - Photography,

Case 3:25-cv-00429   Document 80-6   Filed 03/27/26   Page 1 of 23 PageID #: 1045

and an extension request for SPED homebound.
Request for purchase: summer camp supplies

**III.**  **Nepotism:**  Kennesha Nichols – SPED Teacher – Smyrna High School

**IV.**  **Use of Facilities:**

## FACILITIES USE
4/9/2025

### Fees

| | |
|---|---|
| Blackman High | Endure Athletics and The 4EO Community Center, softball tournament fundraiser, sports field, 5/31/25, $290 |
| Blackman High | James Wilhoit Kicking, football training, sports field, 4/26/25, $18 per hour |
| Roy Waldron Elementary | Kappa Tau Sigma Chapter of Sigma Gamma Rho Sorority, meetings, cafeteria, 4/12/25 – 4/11/26, $18 per hour |
| Siegel High | Kings Hammer, soccer tournament, stadium, 4/12/25 – 8/1/25, $150 per game |
| Siegel High | Tennessee Soccer Club, games, stadium, 4/11/25 – 8/1/25, $150 per game |
| Siegel High | TN Tempo FC, games, stadium, 4/11/25 – 2/1/26, $150 per game |
| Smyrna High | Tennessee Enforcers Women's Football, game, football field & pressbox, 5/3/2025, $600 |

### No Fees

| | |
|---|---|
| Barfield Elementary | The Center for Martial Arts Excellence, character education through martial arts, music room, 4/28/25 – 4/30/25, no fees, *In-Kind Agreement |
| Eagleville School | Eagleville/Rockvale Ministerial Assoc., sunrise worship & breakfast, auditorium, 4/20/25, no fees |

Case 3:25-cv-00429    Document 80-6    Filed 03/27/26    Page 2 of 23 PageID #: 1046

| | |
|---|---|
| Stewarts Creek Middle | Stewarts Creek Youth Football & Cheerleading Assoc., practice & mentoring, campus, 5/17/25 – 4/10/26, no fees, *In-Kind Agreement |

Note: Facility use prior to 4/9/25 has been granted pending Board action. A certificate of insurance with $2,000,000.00 limits ($1,000,000.00 if approved) is required by each user. Each group must forward any renewals of insurance to the Board on time; otherwise, approval is terminated at the end of the policy period. **All approvals are for no more than a 1-year period.**

**V.    Non-Faculty Volunteer Coaches:**

**According to the Tennessee Secondary School Athletic Association (TSSAA) guidelines, Board of Education approval is required to allow non-faculty volunteer coaches to participate in the school athletic programs.**

**The following non-faculty volunteer coaches are for the 2024-2025 school year:**

| NAME | SCHOOL | SPORT |
|---|---|---|
| Kirkindall, Thomas Holt | Central Magnet | Theatre |
| Ryan, Alexander | Riverdale High | Band |
| Torres, Daniel | Riverdale High | Band |
| Wrather, Anna | Oakland Middle | Dance |
| Wetzel, Lauryn | Siegel High | Cheer |
| Davenport, Gus | Blackman High | Boys Basketball |

**VI.    Salary Supplements and Contract Payments:**

| Name-Certified | NTE Amt. | School | Funded By | Description |
|---|---|---|---|---|
| Kevin Meadows | $1,750.00 | Blackman High School | Football | Asst. Coach/Field Maintenance |
| Paige Suttles | $1,200.00 | Blackman High School | Basketball Cheer | Coach |
| Kristi Covington | $1,200.00 | Blackman High School | Basketball Cheer | Coach |
| Andrew Brewer | $2,000.00 | Oakland High School | School Funds - Swimming | Swim Coach - Lessons |
| Andrew Brewer | $1,500.00 | Oakland Middle | School Funds - Swimming | Spring & Summer Training |
| Joshua Gumina | $115.56 | Oakland Middle School | School Funds - Band | Solo & Ensemble Judging |

Case 3:25-cv-00429    Document 80-6    Filed 03/27/26    Page 3 of 23 PageID #: 1047

| Joe Potillor | $1,500.00 | Riverdale High Schools | School Funds - Track | Gate worker/Ticket Seller |
|---|---|---|---|---|
| Larry Smith | $700.00 | Rockvale High School | School Funds - Track and Field | Timing Track Meet |
| Joshua Carroll | $1,500.00 | Siegel High School | Various Clubs and Sports | Bus Driving |
| Shikera Johnson | $2,000.00 | Siegel High School | School Funds - Track | Assistant Coach |
| Cora Proctor | $2,000.00 | Siegel High School | School Funds - Track | Clerking Track Meets |
| Jennifer Kinard | $2,000.00 | Siegel High School | School Funds - Track | Assistant Coach |
| Ashley Wickenheiser | $2,000.00 | Siegel High School | School Funds - Track | Assistant Coach |
| Brittany Smith | $2,000.00 | Siegel High School | School Funds - Track | Announcer & Award Clerk |
| Joshua Carroll | $1,500.00 | Siegel High School | School Funds - Track | Assistant Coach |
| Shawn Middleton | $2000.00 | Siegel high School | Funds from Various Clubs | Bus Driver |
| Jeremy Stansbury | $500.00 | Siegel Middle School | School Funds - Choir | Bus Driver |
| Kristy Burns | $500.00 | Smyrna High | School Funds - Boys & Girls Basketball | Ticket Booth Worker |
| Chad Caldwell | $1,200.00 | Smyrna High | School Funds - Boys & Girls Basketball | Bookkeeper for Boys and Girls Basketball |
| Andrew Sowards | $250.00 | Stewards Creek High School | School Funds - Basketball | Run Time Clock |
| Brian Burnham | $500.00 | Stewarts Creek High | School Funds - Football | Field Maintenance |
| Brian Waite | $500.00 | Stewarts Creek High | School Funds - Football | Field Maintenance |
| Benjamin Bowers | $2,500.00 | Stewarts Creek High School | School Funds - Baseball | Assistant Coach |
| Christopher Slaughter | $2,500.00 | Stewarts Creek High School | School Funds - Baseball | Assistant Coach |
| Richard Beard | $1,000.00 | Stewarts Creek Middle | School Funds - Boys Soccer | Assistant Coach |
| David Bonilla | $550.00 | Whitworth Buchana Middle | Schools Funds - Track | Assistant Coach |

Case 3:25-cv-00429    Document 80-6    Filed 03/27/26    Page 4 of 23 PageID #: 1048

| Name | NTE Amt. | School | Funded By | Description |
|---|---|---|---|---|
| Kimberly Malcolm | $550.00 | Whitworth Buchana Middle | School Funds - Track | Assistant Coach |
| Mitzi Wilson | $3,000.00 | Oakland High School | Admin Other Expense | Supervision for various areas |
| **Name-Non-Faculty** | **NTE Amt.** | **School** | **Funded By** | **Description** |
| John Heathcott | $2,000.00 | Blackman High School | School Funds - Wrestling | Off Season travel, opening up school/practice 12 months/yr. |
| Lynn Cooper | $1,200.00 | Blackman Middle | School Funds - Track & Field | Timing |
| Thomas Kirkindoll | $1,950.00 | Central Magnet | School Funds - Drama | Finishing and Cleaning Anastasia Choreography |
| Erika Fox | $1,500.00 | Eagleville | School Funds - MS Cheer | MS Cheer Assistant Coach |
| William Marshall Latimer IV | $600.00 | LaVergne High School | General Athletics | Scoreboard Operator |
| JoJo Freeman | $200.00 | Oakland High Schools | School Funds - Basketball Boys & Girls | Bookkeeper-Additional amt. of $200 to the $800 approved 11/14/24 |
| Jennifer Strayer | $100.00 | Oakland Middle | School Funds - Band | Solo & Ensemble Judging |
| Erich Smith | $100.00 | Oakland Middle | School Funds - Band | Solo & Ensemble Judging |
| James Freytag, Jr. | $100.00 | Oakland Middle | School Funds - Band | Solo & Ensemble Judging |
| David Skinner | $100.00 | Oakland Middle | School Funds - Band | Solo & Ensemble Judging |
| Karl Wingruber | $100.00 | Oakland Middle | School Funds - Band | Solo & Ensemble Judging |
| Amy Cooper | $100.00 | Oakland Middle | School Funds - Band | Solo & Ensemble Judging |
| Sarah Potts | $100.00 | Oakland Middle | School Funds - Band | Solo & Ensemble Judging |
| James Freytag, Jr. | $300.00 | Oakland Middle | School Funds - Band | Guest Clinician |
| Tonya Lawson | $100.00 | Oakland Middle | School Funds - Band | Solo & Ensemble Judging |
| Kathryn Frazier | $100.00 | Oakland Middle | Schools Funds - Band | Solo & Ensemble Judging |
| Trina Martin | $1,500.00 | Riverdale | School Funds - Track | Various Work at Track Meets |

Case 3:25-cv-00429   Document 80-6   Filed 03/27/26   Page 5 of 23 PageID #: 1049

| Goldy Wade | $1,500.00 | Riverdale High School | School Funds - Track | Various Work at Track Meets |
|---|---|---|---|---|
| Alexander Ryan | $25.00 per lesson | Riverdale High School | School Funds - Band | Lessons & Sectionals |
| Hailey Cooner | $200.00 | Rock Springs Middle | School Funds- Softball | Asst. Softball Coach |
| Daniel Torres | $50 per hour per service | Rockvale High School | Schools Funds - Band | Low Brass Lessons |
| Wilson Sharpe | $25.00 per lesson/per student | Smyrna Middle | School Funds- Band | Music Lessons/Bassoon |
| **Classified** | **NTE Amt.** | **School** | **Funded By** | **Description** |
| Kristofer Smith | $3,000.00 | Stewarts Creek High School | School Funds - Baseball | Head JV Baseball Coach |

1     Approved previously for an amount $500 or greater
2     Overtime rate for special events
3     Anticipate amounts over $500 this school year
4     Amend prior approval
5     Less than $500 but part of event total
6     Must have the approval of the Transportation Department
7     Classified Employee (with approved agreement)
8     Regular Rate - Part time employee

## VII.    Buses:

Voluntary termination of the Bus Contract #84 from Kimberly Jernigan, effective as soon as possible.

**Motion made by Katie Darby and seconded by Tammy Sharp, to approve the consent agenda as presented.**

**Vote: All yes**
**Motion passes.**

## 5. RUTHERFORD PROUD

Board Meeting: Math Specialists Dr. Kyle Prince and Melinda Fleischer from the RCS Instruction Department presented the winning entries and students from the annual Desmos Math Contest.

### *High School Math Competition Winners*

Algebra I
2nd place, Jayden Hwang- Central Magnet School

Case 3:25-cv-00429    Document 80-6    Filed 03/27/26    Page 6 of 23 PageID #: 1050

Geometry
3rd place, Saketh Ramala- Central Magnet School

Algebra 2
3rd place, Jason Lin- Central Magnet School

Precalculus
1st place, John Gamble, Central Magnet School
3rd place, Aiden Haynes, Blackman High School

Calculus
2nd place, Elijah Bauer, Central Magnet School

Statistics
1st place, Jacob Anderson, Central Magnet School
2nd place, Benjamin Xiao, Central Magnet School
3rd place, Lucas Belbin, Riverdale High School

***Desmos Art Competition Winners***

Teacher Category

2nd place, Samantha Garcia, Stewarts Creek High School
1st place, Johnathan Anderson, Stewarts Creek High School

Student Category

Honorable Mention, Madison Sample, Central Magnet School
6th place, Vicky Yang, Blackman High School
5th place, Heidi McDaniel, Central Magnet School
4th place, Xenadra Singzon, Blackman High School
3rd place, Collin Sutherland, Stewarts Creek High School
2nd place, Zoey Boston, Central Magnet School
1st place, Marshal Thompson, Riverdale High School *(and earned a $500 scholarship from MTSU)*

Ms. Fleischer stated the middle schools will hold its math competition tomorrow, April 10th at Middle Tennessee State University.

**Added Agenda Item-** James Evans, Chief Communications Officer, and Communications Specialists Barton Henley and Mealand Ragland presented the new promotional video for Rutherford County Schools that will be launched in a few days.

Case 3:25-cv-00429    Document 80-6    Filed 03/27/26    Page 7 of 23 PageID #: 1051

## 6. SPEAKERS

Work Session: Colonel Jeffrey L. Gaylord presented the 2025 JROTC Cadet Distinguished Leader Graduate (DLG) awards.

This year has been a banner school year with 18 cadets earning the highly prestigious DLG Award. The following cadets received a certificate, JROTC White Stole and a JROTC drape with white medallion. Congratulations to the 2025 RCS JROTC DLG Awardees!

Cadet Captain Jared C. Garner- Blackman High School
Cadet Lieutenant Colonel Eva R. Huntley- Oakland High School
Cadet Captain Christopher T. Gann- Oakland High School
Cadet Captain Aleigh A. Rodriguez- Oakland High School
Cadet Lieutenant Colonel Michael R. Campbell- Riverdale High School
Cadet Major Melanie A. Teyul-Yoe- Riverdale High School
Cadet Major Crystal Lopez Martinez- Riverdale High School
Cadet Captain Samuel A. Gravley- Riverdale High School
Cadet Command Sergeant Major Kyler Ramerez Harris- Riverdale High School
Cadet Lieutenant Colonel Samantha Olsen- Rockvale High School
Cadet Colonel Jackson Neal- Rockvale High School
Cadet Major Yug Patel- Rockvale High School
Cadet Command Sergeant Major Jonathon Harris- Rockvale High School
Cadet Lieutenant Colonel Lily G. Arkenberg- Siegel High School
Cadet Lieutenant Colonel Elsie H. Unverzagt- Stewarts Creek High School
Cadet Lieutenant Colonel Jimmy R. Prater- Stewarts Creek High School
Cadet Command Sergeant Major Ashleigh A. Williams- Stewarts Creek High School
Cadet Major James F. Holaday- Stewarts Creek High School
Cadet Captain David J. Clements- Stewarts Creek High School
Cadet Major Samaria L. Burns- Stewarts Creek High School

## 7. PUBLIC COMMENTS*

1. Allen Youngren – Mr. Youngren spoke about his son's out of state school transfer and expulsion. He requested the Board allow his son an opportunity to attend Rutherford County schools.
2. Lisa Eckman – Not present.
3. Hannah Faulkner – Ms. Faulkner addressed the Board about the recent passed motion regarding prayer and expressed her opinion on the separation of church and state. She spoke about the U.S. founding fathers, the constitution and its creation.
4. Heather Cook – Ms. Cook thanked the Board for opening the meetings with prayer and read several scriptures. She expressed her beliefs on the effects of prayer.
5. Barbara Dillman – Ms. Dillman expressed her gratefulness towards the recent decision of opening meetings with prayer.
6. Reverend Joy Warren – Spoke on behalf of the Local Chapter of Public School Strong and communicated her concerns on House Bill 793 and Senate Bill 836. She asked the Board to adopt a resolution like the one recently passed by Murfreesboro City Schools or proclaim RCS will not eject students or charge students' tuition if bills become law.

Case 3:25-cv-00429    Document 80-6    Filed 03/27/26    Page 8 of 23 PageID #: 1052

7. Lindsay Schultz – Ms. Schultz shared her continued opposition of banning library books. She read scriptures and stated that Jesus cares about everybody. She expressed her frustrations and concerns about limiting students to diverse cultures and societal differences.

8. Judy Whitehill – Ms. Whitehill asked the Board again to accept the recommendations of the media specialists. She spoke against HB 793 and SB 836 and asked the Board to reach out to state representatives to share RCS' mission of "Investing in Every Student, Every Day." She asked that the Board draft a resolution much like Murfreesboro City Schools did last night. She stated this is a time to demonstrate human qualities and to support and educate all children.

9. Angela Frederick – Ms. Frederick is a Smyrna resident and came before the board again to speak against removing books from school libraries. She stated in addition to violating first amendment rights, the board is in violation of Board Policy 1.2021.

10. Elizabeth Shepherd – Ms. Shepherd is a school librarian and Blackman High School parent. In addition to supporting the media specialists and opposing book banning, she came to present the data on the hours and taxpayer money spent on removing books from school libraries. She asked for the current board policy to be amended to prevent outrageous amounts of books from being challenged in the future.

*Public comment requests to address the Board must be provided in writing to the Director of Schools' office no later than noon (12:00 p.m.) on the day of the meeting by completing the Public Comment Form. Speakers will have three (3) minutes to speak.*

### 8. LEGAL (TAB 2)

I.      Transfer Student Under Discipline (1)

The Board has been requested to admit a transfer student from another school system under discipline. The student was expelled for making a mass threat. According to Policy 6.318, the Board may deny admissions of any student (except those in state custody) when a student transfers from another school system while under suspension or expulsion.

Director of Schools' Recommendation: Deny.

**Motion made by Butch Vaughn and seconded by Caleb Tidwell, to deny the admission of this Transfer Student Under Discipline as presented.**

**Vote: All yes**
**Motion passes.**

II.      Transfer Student Under Discipline (2)

The Board has been requested to admit a transfer student from another school system under discipline. The student was expelled for a Title IX finding. According to Policy 6.318, the Board may deny admissions of any student (except those in state custody) when a student transfers from another school system while under suspension or expulsion.

Director of Schools' Recommendation: Deny.

Board Meeting Minutes, April 9, 2025

9

Case 3:25-cv-00429    Document 80-6    Filed 03/27/26    Page 9 of 23 PageID #: 1053

**Motion made by Butch Vaughn and seconded by Stan Vaught, to deny the admission of this Transfer Student Under Discipline as presented.**
*Motion withdrawn*

**Amendment to the Motion made by Frances Rosales and seconded by Caleb Tidwell, to postpone decision until the following board meeting.**
*Amendment withdrawn*

*Jeff Reed clarified that all motions have been withdrawn.*

**New Motion made by Katie Darby and seconded by Frances Rosales, to postpone the decision until the next board meeting to gather more information on the new evidence.**

**Vote: All yes**
**Motion passes.**

III.     Transfer Student Under Discipline (3)

The Board has been requested to admit a transfer student from another school system under discipline. The student was expelled for causing an extreme disruption in the classroom.

According to Policy 6.318, the Board may deny admissions of any student (except those in state custody) when a student transfers from another school system while under suspension or expulsion.

Director of Schools' Recommendation: Deny.

**Motion made by Butch Vaughn and seconded by Frances Rosales, to deny the admission of this Transfer Student Under Discipline as presented.**

**Vote: All yes**
**Motion passes.**

IV.     Transfer Student Under Discipline (4)

The Board has been requested to admit a transfer student from another school system under discipline.  The student was expelled for possession of THC.  According to Policy 6.318, the Board may deny admissions of any student (except those in state custody) when a student transfers from another school system while under suspension or expulsion.

Director of Schools' Recommendation: Deny.

**Motion made by Butch Vaughn and seconded by Caleb Tidwell, to deny the admission of this Transfer Student Under Discipline as presented.**

**Vote: All yes**

Case 3:25-cv-00429     Document 80-6     Filed 03/27/26     Page 10 of 23 PageID #: 1054

**Motion passes.**

V.      Transfer Student Under Discipline (5)

The Board has been requested to admit a transfer student from another school system under discipline.  The student was expelled for making a threat.  According to Policy 6.318, the Board may deny admissions of any student (except those in state custody) when a student transfers from another school system while under suspension or expulsion.

Director of Schools' Recommendation: Deny.

**Motion made by Butch Vaughn and seconded by Tammy Sharp, to deny the admission of this Transfer Student Under Discipline as presented.**

**Vote: All yes**
**Motion passes.**

VI.      Disciplinary Hearing Appeal - #25-0301

The Board has been requested to review a decision of the Disciplinary Hearing Authority (DHA) to uphold the remandment of a student from Simon Springs Community School.  Based on a review of the DHA's record, the Board may:

A. Affirm the decision of the DHA;
B. Overturn the decision of the DHA; or
C. Grant a hearing before the Board.

**Motion made by Caleb Tidwell and seconded by Frances Rosales, to (A.) Affirm the decision of the DHA.**

**Vote: All yes**
**Motion passes.**

## 9. ENGINEERING AND CONSTRUCTION (TAB 3)

I.   Blackman High School video score board request.  Principal Justin Smith is requesting to install a video score board at the football stadium.  The cost of the project is $256,865.00 and will be funded with a loan to the Field Enhancement Organization from First American Bank.  The score board is like one already approved by the Board for Rockvale High.  Engineering and Construction has reviewed the request and has no objections.

**Motion not made.**

**All board members said "Aye"**
**Project request passes.**

Case 3:25-cv-00429    Document 80-6    Filed 03/27/26    Page 11 of 23 PageID #: 1055

II. Blackman High School softball outfield deck request: Principal Justin Smith is requesting to construct a 16 x 16 pressure treated deck area outside the right center field fence. The area will be utilized as a fan experience area. The materials and labor for the project are being donated and this project is at no cost to the Board. Engineering and Construction department has reviewed the request and has no objection.

**Motion made by Frances Rosales and seconded by Caleb Tidwell, to approve the Blackman High School softball deck project as presented.**

**Vote: All yes**
**Motion passes.**

III. Smyrna High School baseball stadium naming request: Principal Dr. Sherri Southerland is requesting to name the baseball stadium in honor of Sonny Gray. Sonny had a decorated career at Smyrna High and Vanderbilt University. He is currently pitching for the St. Louis Cardinals following an extensive career with MLB. Engineering and Construction has reviewed the request and has no objection.

**Motion made by Butch Vaughn and seconded by Tammy Sharp, to approve the Smyrna High School Baseball Stadium naming as presented.**

**Vote: All yes**
**Motion passes.**

IV. Poplar Hill Road & Sewer Easements. The new Poplar Hill school site requires some widening to Blackman Rd to safely access the schools. The Rutherford County Highway Department has kindly agreed to complete the portion of the road widening work beyond where the school contractor's responsibility stops and to also fund the cost of said construction. The school system needs to acquire the right of way easements along Blackman Road to enable the County Highway Department to begin. In addition, sewer easements are needed across some properties to tie into sewer to serve the school site.

**Motion made by Frances Rosales and seconded by Butch Vaughn, to authorize Board Attorney Jeff Reed to negotiate with the affected landowners and to obtain the right of way and sewer easements needed for Poplar Hill, including using eminent domain if necessary.**

**Vote: All yes**
**Motion passes.**

## 10. INSTRUCTION (TAB 4)

I.     Rutherford County Schools Academic Calendar 2025-2026

The calendar committee met and made revisions on March 21st. The newly requested changes are shown in red and purple.

Case 3:25-cv-00429    Document 80-6    Filed 03/27/26    Page 12 of 23 PageID #: 1056

Dr. Sullivan stated the reason for the revision was due to the primary election date that was made for May 5, 2026.

**Motion made by Butch Vaughn and seconded by Caleb Tidwell, to approve the 2025-2026 academic calendar as presented.**

**Vote: All yes**
**Motion passes.**

II. State moved from 6-year to 8-year textbook adoption process. To balance RCS run schools' budget in GP 141, RCS cut textbook line item and communicated intention to use fund balance for upcoming purchase of science textbooks.

**<u>Textbooks:</u>**
| | |
|---|---|
| Elementary | $3,181,095 |
| Middle | $748,555 |
| High | $2,724,764 |

**Motion made by Katie Darby and seconded by Butch Vaughn, to approve purchase of science textbooks in the amount of $6,654,414 utilizing fund balance.**

**Vote: All yes**
**Motion passes.**

**11. SAFETY**

**Motion made by Tammy Sharp and seconded by Frances Rosales, to approve the purchase of metal detectors from Communication Technologies for Rutherford County Schools 25-26 SY.**

**Vote: All yes**
**Motion passes.**

**12. FINANCIAL MATTERS (TAB 5)**

I. Fund 141 Fund Balance Amendment

This budget amendment is to reflect the receipt of additional state revenue not included in the original budget. It includes moving Innovative Schools Model grant funding around to appropriate accounts, add funding for weapon detection systems, funding an additional day added to the calendar year for 12 month classified hourly employees, and adding funds to maintenance contracted service accounts for multiple projects that have increased expenditures. This amendment has a net increase of both current year revenue and expenditures of $4,000,000 with no use of fund balance. There are not any reoccurring costs included in this amendment.

**Motion made by Butch Vaughn and seconded by Katie Darby, to amend Fund 141 for a net increase of $4,000,000 in both revenue and expenditure lines.**

Case 3:25-cv-00429    Document 80-6    Filed 03/27/26    Page 13 of 23 PageID #: 1057

**Vote: All yes**
**Motion passes.**

II.      Fund 141 Fund Balance Amendment

This budget amendment is to reflect the State of TN moving from a six to eight-year textbook adoption process.  To balance RCS Fund 141 GP budget, the textbook line item was cut in FY 24/25 and the intention to use Fund 141 Unassigned fund balance was communicated previously regarding the purchase of science textbooks.  This amendment will decrease Fund 141 Unassigned fund balance and increase expenditure account 71100-430-Bound Textbooks in the amount of $6,654,414.

**Motion made by Frances Rosales and seconded by Butch Vaughn, to approve the use of Fund 141 General Purpose Schools Unassigned Fund balance for the purchase of required science textbook adoption in the amount of $6,654,414.**

**Vote: All yes**
**Motion passes.**

## 13. BOOK REVIEW (TAB 6)

Dr. Chastain presented a visual overview of the book review process to provide what has been done thus far and moving forward.  This was also National Library Week and National Library Workers Day.  She recognized librarians and educational assistants for the phenomenal job they do.

Internal reviews for the following titles have been completed

1.  *A Clockwork Orange* by Anthony Burgess

**Motion made by Stan Vaught and seconded by Frances Rosales, to remove *A Clockwork Orange* by Anthony Burgess.**

**Vote: All yes.**
**Motion passes.**

2.  *A Love Story Starring my Dead Best Friend* by Emily Horner

**Motion made by Butch Vaughn, to remove *A Love Story Starring my Dead Best Friend* by Emily Horner.**

**Motion failed for lack of second.**

**Motion made by Stan Vaught and seconded by Claire Maxwell, to retain *A Love Story Starring my Dead Best Friend* by Emily Horner upon the recommendation from media specialist for high school grades only.**

Case 3:25-cv-00429     Document 80-6     Filed 03/27/26     Page 14 of 23 PageID #: 1058

**Roll Call Vote:**

**Caleb Tidwell - Yes**
**Frances Rosales – Yes**
**Tammy Sharp – Yes**
**Stan Vaught - Yes**
**Butch Vaughn - No**
**Katie Darby - Yes**
**Claire Maxwell – Yes**

**Vote: Majority**
**Motion passes.**

3. *Adjustment Day* by Chuck Palahniuk

**Motion made by Stan Vaught and seconded by Frances Rosales, to remove *Adjustment Day* by Chuck Palahniuk.**

**Vote: All yes.**
**Motion passes.**

4. *All Boys Aren't Blue by* George M. Johnson

**Motion made by Tammy Sharp and seconded by Katie Darby, to remove *All Boys Aren't Blue by* George M. Johnson.**

**Vote: All yes.**
**Motion passes.**

5. *Bumped* by Megan McCafferty

**Motion made by Stan Vaught and seconded by Claire Maxwell, to retain *Bumped* by Megan McCafferty upon recommendation from media specialist for high school grades with parental consent.**

**Roll Call Vote:**

**Tammy Sharp – Yes**
**Stan Vaught - Yes**
**Frances Rosales - Yes**
**Butch Vaughn - No**
**Caleb Tidwell – Yes**
**Katie Darby - Yes**
**Claire Maxwell – Yes**

**Vote: Majority**

Case 3:25-cv-00429    Document 80-6    Filed 03/27/26    Page 15 of 23 PageID #: 1059

**Motion passes.**

    6. *Daughters Unto Devils* by Amy Lukavics

**Motion made by Stan Vaught and seconded by Frances Rosales, to retain *Daughters Unto Devils* by Amy Lukavics upon recommendation from media specialist for 11th and 12th high school grades only with parental consent.**

**Roll Call Vote:**

**Katie Darby - Yes**
**Frances Rosales - Yes**
**Stan Vaught - Yes**
**Butch Vaughn - No**
**Caleb Tidwell - Yes**
**Tammy Sharp - Yes**
**Claire Maxwell – Yes**

**Vote: Majority**
**Motion passes.**

    7. *Emergency Contact* by Mary H. K. Choi

**Motion made by Stan Vaught and seconded by Claire Maxwell, to retain *Emergency Contact* by Mary H. K. Choi upon recommendation from media specialist for 11th and 12th high school grades only with parental consent.**

**Roll Call Vote:**

**Stan Vaught - Yes**
**Butch Vaughn - No**
**Katie Darby - Yes**
**Tammy Sharp - Yes**
**Caleb Tidwell - Yes**
**Frances Rosales - Yes**
**Claire Maxwell – Yes**

**Vote: Majority**
**Motion passes.**

    8. *Fade* by Lisa McMann

**Motion made by Stan Vaught and seconded by Claire Maxwell, to retain *Fade* by Lisa McMann upon recommendation from media specialist for high school grades only.**

Case 3:25-cv-00429    Document 80-6    Filed 03/27/26    Page 16 of 23 PageID #: 1060

**Roll Call Vote:**

**Caleb Tidwell - No**
**Frances Rosales - No**
**Tammy Sharp - No**
**Stan Vaught - Yes**
**Butch Vaughn - No**
**Katie Darby - No**
**Claire Maxwell – Yes**

**Vote: Majority.**
**Motion fails.**

**Motion made by Caleb Tidwell and seconded by Katie Darby, to remove** *Fade* **by Lisa McMann.**

**Roll Call Vote:**

**Caleb Tidwell – Yes**
**Frances Rosales – Yes**
**Tammy Sharp - Yes**
**Stan Vaught - No**
**Butch Vaughn - Yes**
**Katie Darby - Yes**
**Claire Maxwell – No**

**Vote: Majority.**
**Motion passes.**

9. *Fire Force, Book 1* by Atsushi Ohkubo

**Motion made by Caleb Tidwell and seconded by Katie Darby, to remove** *Fire Force, Book 1* **by Atsushi Ohkubo.**

**Roll Call Vote:**

**Katie Darby - Yes**
**Stan Vaught - No**
**Frances Rosales - Yes**
**Butch Vaughn - Yes**
**Caleb Tidwell - Yes**
**Tammy Sharp - Yes**
**Claire Maxwell – No**

**Vote: Majority.**
**Motion passes.**

Case 3:25-cv-00429    Document 80-6    Filed 03/27/26    Page 17 of 23 PageID #: 1061

10. *Guyaholic* by Carolyn Mackler

**Motion made by Stan Vaught and seconded by Frances Rosales, to retain *Guyaholic* by Carolyn Mackler upon recommendation from media specialist.**

**Roll Call Vote:**

**Frances Rosales - Yes**
**Stan Vaught - Yes**
**Caleb Tidwell – Yes**
**Tammy Sharp - Yes**
**Butch Vaughn - No**
**Katie Darby - No**
**Claire Maxwell – Yes**

**Vote: Majority.**
**Motion passes.**

11. *Juliet Takes a Breath* by Gabby Rivera

**Motion made by Stan Vaught and seconded by Frances Rosales, to remove *Juliet Takes a Breath* by Gabby Rivera.**

**Vote: All yes.**
**Motion passes.**

12. *Lady Midnight (1) (The Dark Artifices)* by Cassandra Clare

**Motion made by Stan Vaught and seconded by Claire Maxwell, to retain *Lady Midnight (1) (The Dark Artifices)* by Cassandra Clare upon recommendation from media specialist for high school grades only.**

**Roll Call Vote:**

**Katie Darby - No**
**Frances Rosales - Yes**
**Stan Vaught - Yes**
**Butch Vaughn - No**
**Caleb Tidwell - No**
**Tammy Sharp - No**
**Claire Maxwell – Yes**

**Vote: Majority**
**Motion fails.**

Case 3:25-cv-00429    Document 80-6    Filed 03/27/26    Page 18 of 23 PageID #: 1062

13. *Lexicon* by Max Barry

**Motion made by Katie Darby and seconded by Caleb Tidwell, to remove *Lexicon* by Max Barry.**

**Vote: All yes.**
**Motion passes.**

14. *Maybe Now* by Colleen Hoover

**Motion made by Butch Vaughn and seconded by Frances Rosales, to remove *Maybe Now* by Colleen Hoover.**

**Vote: All yes.**
**Motion passes.**

15. *Me, Earl, and the Dying Girl* by Jesse Andrews

**Motion made by Caleb Tidwell and seconded by Katie Darby, to remove *Me, Earl, and the Dying Girl* by Jesse Andrews.**

**Roll Call Vote:**

**Katie Darby - Yes**
**Stan Vaught - No**
**Frances Rosales - Yes**
**Butch Vaughn - Yes**
**Caleb Tidwell - Yes**
**Tammy Sharp - Yes**
**Claire Maxwell – No**

**Vote: Majority.**
**Motion passes.**

16. *Plan A* By Deb Caletti

**Motion made by Butch Vaughn and seconded by Katie Darby, to remove *Plan A* By Deb Caletti.**

**Roll Call Vote:**

**Frances Rosales - Yes**
**Butch Vaughn - Yes**
**Caleb Tidwell - Yes**
**Tammy Sharp - Yes**

Case 3:25-cv-00429    Document 80-6    Filed 03/27/26    Page 19 of 23 PageID #: 1063

Stan Vaught - No
Katie Darby - Yes
Claire Maxwell – No

**Vote: Majority**
**Motion passes.**

17. *Real Live Boyfriends* by E. Lockhart

**Motion made by Stan Vaught and seconded by Claire Maxwell, to retain *Real Live Boyfriends* by E. Lockhart for 11th and 12th grades only with parental consent.**

**Roll Call Vote:**

**Tammy Sharp - Yes**
**Stan Vaught - Yes**
**Frances Rosales - Yes**
**Butch Vaughn - No**
**Caleb Tidwell - Yes**
**Katie Darby - Yes**
**Claire Maxwell – Yes**

**Vote: Majority.**
**Motion passes.**

18. *The Detour* by S.A. Bodeen

**Motion made by Stan Vaught and seconded by Claire Maxwell, to retain *The Detour* by S.A. Bodeen upon recommendation from media specialist for high school grades only.**

**Roll Call Vote:**

**Katie Darby - Present**
**Frances Rosales - Yes**
**Stan Vaught - Yes**
**Butch Vaughn - No**
**Caleb Tidwell - No**
**Tammy Sharp - No**
**Claire Maxwell – Yes**

**Vote: 3- Yes, 3- No, 1- Present**
**Motion fails.**

19. *The Testaments* by Margaret Atwood

Case 3:25-cv-00429   Document 80-6   Filed 03/27/26   Page 20 of 23 PageID #: 1064

**Motion made by Tammy Sharp and seconded by Katie Darby, to remove *The Testaments* by Margaret Atwood.**

**Roll Call Vote:**

**Stan Vaught - No**
**Butch Vaughn - Yes**
**Katie Darby - Yes**
**Tammy Sharp - Yes**
**Caleb Tidwell - Yes**
**Frances Rosales - Yes**
**Claire Maxwell – No**

**Vote: Majority**
**Motion passes.**

20. *This is Kind of an Epic Love Story* by Kacen Callender

**Motion made by Katie Darby and seconded by Caleb Tidwell, to remove *This is Kind of an Epic Love Story* by Kacen Callender.**

**Roll Call Vote:**

**Caleb Tidwell - Yes**
**Frances Rosales - Yes**
**Tammy Sharp - Yes**
**Stan Vaught - No**
**Butch Vaughn - Yes**
**Katie Darby - Yes**
**Claire Maxwell – No**

**Vote: Majority**
**Motion passes.**

21. *You Know, Sex:  Bodies, Gender, Puberty, and Other Things* by Cory Silverberg

**Motion made by Butch Vaughn and seconded by Tammy Sharp, to remove *You Know, Sex: Bodies, Gender, Puberty, and Other Things* by Cory Silverberg.**

**Roll Call Vote:**

**Katie Darby - Yes**
**Stan Vaught - Pass**
**Frances Rosales - Yes**
**Butch Vaughn - Yes**
**Caleb Tidwell - Yes**

Case 3:25-cv-00429    Document 80-6    Filed 03/27/26    Page 21 of 23 PageID #: 1065

**Tammy Sharp - Yes**
**Claire Maxwell – Pass**

**Vote: Majority.**
**Motion passes.**

22. "*You Too? 25 voices share their #MeToo stories*" edited by Janet Gurtler.

**Motion made by Stan Vaught and seconded by Claire Maxwell, to retain "*You Too? 25 voices share their #MeToo stories*" edited by Janet Gurtler for 11th and 12th grades only.**

**Roll Call Vote:**

**Frances Rosales - Yes**
**Butch Vaughn - No**
**Caleb Tidwell - No**
**Tammy Sharp - No**
**Stan Vaught - Yes**
**Katie Darby - No**
**Claire Maxwell – Yes**

**Vote: Majority.**
**Motion fails.**

## 14. FINANCIAL REPORT

- Fund 143 budget discussion – Dr. Sullivan provided a budget overview (and handouts) to the Board which included TISA estimates, charter school enrollment dollar figures, the opening costs of Poplar Hill, scheduled salary staff increases, high school computers, operation costs and transportation.

- Fund 177 budget discussion - Dr. Sullivan will report at a later date.

## 15. DIRECTOR'S UPDATE

Nothing new to report.

## 16. TENNESSEE LEGISLATIVE NETWORK (TLN) UPDATE

Nothing new to report.

## 17. FEDERAL RELATIONS NETWORK (FRN) UPDATE

Nothing new to report.

Case 3:25-cv-00429     Document 80-6     Filed 03/27/26     Page 22 of 23 PageID #: 1066

## 18. GENERAL DISCUSSION

Stan Vaught stated he has met with bus contractors at three separate meetings for four hours each to attempt to come to an agreement. He plans on presenting options to vote on at the next board meeting.

## 19. ADJOURNMENT

**Motion made by Katie Darby to adjourn the meeting at 7:50 pm.**

*Executive Session followed the Board Work Session, April 8, 2025*

**Approval of Agenda Minutes**

**Claire Maxwell, RCS BOE Chairman**          4-24-25
                                              **Date**

**Dr. James Sullivan, RCS Director of Schools**    4-24-25
                                                   **Date**

*Rutherford County School Board Meetings and exact conversations are recorded and may be found at the following link: https://www.youtube.com/playlist?list=PL7CB325821E536E8D. Board Meeting minutes are provided as a supplement to the recording.*

Case 3:25-cv-00429    Document 80-6    Filed 03/27/26    Page 23 of 23 PageID #: 1067