# IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE
### AT NASHVILLE

| | | |
|---|---|---|
| **RACHEL ROE, et al.** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **v.** | ) | **No. 3:25-cv-00429** |
| | ) | |
| **RUTHERFORD COUNTY BOARD OF EDUCATION, et al.** | ) | **JUDGE RICHARDSON** |
| | ) | |
| **Defendants.** | ) | |

## NOTICE OF FILING DECLARATIONS

Please take notice that Defendants, by and through undersigned counsel, are filing the following declarations of all members of the Rutherford County Board of Education and Dr. James Sullivan, the Director of Schools, in support of Defendants' Response in Opposition to Plaintiffs' Motion to Compel (DE 80).

Exhibit 1 – Declaration of Tammy Sharp

Exhibit 2 – Declaration of Stan Vaught

Exhibit 3 – Declaration of Caleb Tidwell

Exhibit 4 – Declaration of Katie Darby

Exhibit 5 – Declaration of Claire Maxwell

Exhibit 6 – Declaration of Butch Vaughn

Exhibit 7 – Declaration of Frances Rosales

Exhibit 8 – Declaration of Dr. James Sullivan

Respectfully submitted,

HUDSON, REED & CHRISTIANSEN, PLLC

By: **/s/ Nick C. Christiansen**
**JEFF REED, #15000**
**NICK C. CHRISTIANSEN, #30103**
**JASON N. KING, #027749**
16 Public Square North
P.O. Box 884
Murfreesboro, TN  37133
(615) 893-5522
jreed@mborolaw.com
nchristiansen@mborolaw.com
jking@mborolaw.com

*Attorneys for Defendants*

<u>**CERTIFICATE OF SERVICE**</u>

I certify that on **<u>March 27, 2026</u>** a true and correct copy of the foregoing document was served on all parties via the District Court's electronic filing system.

| | |
|---|---|
| **Anand Agneshwar**<br>Arnold & Porter Kaye Scholer LLP<br>250 West 55th Street<br>New York, NY 10019<br>Amand.Agneshwar@arnoldporter.com | **Lucas Cameron – Vaughn**<br>ACLU<br>PO Box 120160<br>Nashville, TN 37212<br>lucas@aclu-tn.org |
| **Dori Ann Hanswirth**<br>Arnold & Porter Kaye Scholer LLP<br>250 West 55th Street<br>New York, NY 10019<br>Dori.Hanswirth@arnoldporter.com | **Theresa House**<br>Arnold & Porter Kaye Scholer LLP<br>250 West 55th Street<br>New York, NY 10019<br>Theresa.House@arnoldporter.com |
| **Kerry E. Knox**<br>Castelli & Knox, LLP<br>117 S Academy Street<br>Murfreesboro, TN 37130<br>kek@castelliknox.com | **Zee Scout**<br>ACLU of Tennessee<br>P.O. Box 120160<br>Nashville, TN 37212<br>zscout@aclu-tn.org |
| **Leah Novak**<br>Arnold & Porter Kaye Scholer LLP<br>250 West 55th Street<br>New York, NY 10019<br>Leah.Novak@arnoldporter.com | **Zoe Rachael Staum**<br>Arnold & Porter Kaye Scholer LLP<br>250 West 55th Street<br>New York, NY 10019<br>Zoe.Staum@arnoldporter.com |

<u>**/s/Nick C. Christiansen**</u>
**Nick C. Christiansen**