# IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE
### AT NASHVILLE

| | | |
|---|---|---|
| RACHEL ROE, a minor, by and through her parent and next friend, ROBERT ROE; DAVID DOE, a minor, by and through his parent and next friend, DANA DOE; CLAIRE COE, a minor, by and through her parent and next friend, CHARLES COE; and PEN AMERICAN CENTER, INC., | ) ) ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | Case No. 3:25-CV-00429 |
| RUTHERFORD COUNTY BOARD OF EDUCATION; JAMES SULLIVAN, in his Official capacity as Director of Rutherford County Schools, | ) ) ) ) ) | JUDGE RICHARDSON MAGISTRATE EVANS |
| Defendants. | ) | |

## DECLARATION OF CALEB TIDWELL

I, Caleb Tidwell, pursuant to 28 U.S.C. § 1746, declare under penalty of perjury that the statements made below are true and correct.

1. I am over the age of 18 and I am competent to testify as to the facts stated in this declaration. I have personal knowledge of the matters set forth herein.

2. I am currently serving as a member of the Board of Education for Rutherford County, Tennessee, ("the Board of Education") an elected position.

3. I understand that a "Motion to Compel Documents, Interrogatory Responses and

Deposition Testimony"[1] has been filed by the Plaintiffs' ("the Motion") in the matter of *Rachel Roe, et al. v. Rutherford County Board of Education, et al.,* Case No. 3:25-CV-00429, United States District Court for the Middle District of Tennessee.

4. I am aware that the Plaintiffs in the above-referenced matter would like to take my deposition and to obtain documents and information from me.

5. It is my understanding that the Board of Education, acting by and through counsel, seeks to invoke the legislative privilege on my behalf in order to prevent or quash any such efforts to depose me, or to require me to turn over certain documents and information, in the above-referenced matter.

6. Therefore, I hereby assert the legislative privilege. Further, I confirm my intent to assert the legislative privilege wherever applicable.

7. In asserting the legislative privilege, I rely on and authorize counsel for the Board of Education to do so on my behalf specifically, to the full extent of its applicability, in all contexts, and at all times, where it may apply, as allowed by law.

[execution page follows]

---

[1] Doc 71

Case 3:25-cv-00429    Document 81-3    Filed 03/27/26    Page 2 of 3 PageID #: 1078

I have read the foregoing statements and declare under penalty of perjury that they are true and correct.

Executed this the 24th day of March , 2026.

_____
**CALEB TIDEWELL**

C.T.

Case 3:25-cv-00429   Document 81-3   Filed 03/27/26   Page 3 of 3 PageID #: 1079