# IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE
### AT NASHVILLE

| | |
|---|---|
| RACHEL ROE, et al.,<br><br>        Plaintiffs,<br><br>v.<br><br>RUTHERFORD COUNTY BOARD OF EDUCATION; JAMES SULLIVAN,<br><br>        Defendants. | Case No. 3:25-cv-00429<br>Judge Eli Richardson<br>Magistrate Judge Luke A. Evans<br><br><br><br><br>JURY DEMAND |

## JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING DATES IN THE CASE MANAGEMENT PLAN AND SCHEDULING ORDER

**WHEREAS**, on June 4, 2025, the Court entered a Case Management Plan and Scheduling Order (the "CMO") (ECF No. 27), subsequently modified by the Court's order (ECF No. 53) that, among other things, set forth deadlines for the parties to complete fact and expert discovery;

**WHEREAS**, at a hearing before the Court on February 20, 2026, the parties raised the possibility of extending the dates in the CMO, and the Court indicated it would be amenable to extend the deadlines in the CMO;

**WHEREAS**, on March 17, 2026, the parties submitted a joint letter to the Court requesting a modification of the deadlines set in the CMO in light of ongoing discovery disputes (ECF No. 72);

**WHEREAS**, on March 24, 2026, Judge Richardson cancelled the current trial date, pretrial conference and related deadlines, referred the request to Magistrate Judge Evans for consideration, and indicated that the Court will consider a new trial date once Magistrate Judge Evans has made any modifications to the Case Management Order (ECF No. 76);

WHEREAS, on March 25, 2026, the Court set a case management conference on April 3, 2026, and set forth that the parties shall file a joint proposed amended case management order by no later than March 31, 2026 (ECF no. 78);

WHEREAS, the parties jointly seek an extension of dates in the CMO;

ACCORDINGLY, IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, and subject to the approval of the Court, that the following deadlines in the CMO (ECF Nos. 27, 53), are further modified as follows:

1.    The deadline to serve additional discovery is extended to September 23, 2026;

2.    The deadline to complete all fact discovery is extended to October 23, 2026;

3.    The deadline for Plaintiffs to serve expert disclosures and reports is extended to October 28, 2026;

4.    The deadline for the parties to file a joint status report is extended to October 30, 2026;

5.    The deadline for the parties to file any fact discovery motions is extended to November 8, 2026;

6.    The deadline for Defendants to serve expert disclosures and reports is extended to December 9, 2026;

7.    The deadline to complete expert depositions is extended to January 21, 2027;

8.    The deadline to file dispositive motions is extended to February 19, 2027;

9.    The remaining deadlines, guidance, and obligations in the CMO remain unchanged.

Stipulated and agreed as of March 31, 2026.

HUDSON, REED & CHRISTIANSEN, PLLC

/s/ Jason King
JASON N. KING, #027749

/s/ Zoe Staum
ARNOLD & PORTER KAYE SCHOLER LLP

Zoe Staum (admitted *pro hac vice*)

JEFF REED, #15000
NICK C. CHRISTIANSEN #30103
16 Public Square North
P.O. Box 884
Murfreesboro, TN  37133
(615) 893-5522
jking@mborolaw.com
jreed@mborolaw.com
nchristiansen@mborolaw.com

*Attorneys for Defendants*

Theresa House (admitted *pro hac vice*)
Anand Agneshwar (admitted *pro hac vice*)
Dori Ann Hanswirth (admitted *pro hac vice*)
Leah Novak (admitted *pro hac vice)*
ARNOLD & PORTER KAYE SCHOLER LLP
250 West 55th Street
New York, NY 10019
(212) 836-7062
zoe.staum@arnoldporter.com
theresa.house@arnoldporter.com
anand.agneshwar@arnoldporter.com
dori.hanswirth@arnoldporter.com
leah.novak@arnoldporter.com

Zee Scout, BPR # 042637
Lucas Cameron Vaughn, BPR # 036284
American Civil Liberties Union Foundation of
Tennessee
P.O. Box 120160
(615) 320-7142
zscout@aclu-tn.org
lucas@aclu-tn.org

Kerry Knox, BPR # 23302
117 S. Academy Street
Murfreesboro, TN 37130
(615) 896-1000
kek@castelliknox.com

*Counsel for Plaintiffs*


**So Ordered.**


_____

LUKE A. EVANS

United States Magistrate Judge

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document was sent to all counsel of record via the District Court's electronic filing system on March 31, 2026.

*/s/* Zoe Staum