# IN THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# AT NASHVILLE

| | |
|---|---|
| RACHEL ROE, et al., | |
| Plaintiffs, | Case No. 3:25-cv-00429 |
| | Judge Eli Richardson |
| v. | Magistrate Judge Luke A. Evans |
| RUTHERFORD COUNTY BOARD OF EDUCATION; JAMES SULLIVAN, | |
| Defendants. | JURY DEMAND |

## ORDER EXTENDING DATES IN THE CASE MANAGEMENT PLAN AND SCHEDULING ORDER

**WHEREAS**, on June 4, 2025, the Court entered a Case Management Plan and Scheduling Order (the "CMO") (ECF No. 27), subsequently modified by the Court's order (ECF No. 53) that, among other things, set forth deadlines for the parties to complete fact and expert discovery;

**WHEREAS**, at a hearing before the Court on February 20, 2026, the parties raised the possibility of extending the dates in the CMO, and the Court indicated it would be amenable to extend the deadlines in the CMO;

**WHEREAS**, on March 17, 2026, the parties submitted a joint letter to the Court requesting a modification of the deadlines set in the CMO in light of ongoing discovery disputes (ECF No. 72);

**WHEREAS**, on March 24, 2026, Judge Richardson cancelled the current trial date, pretrial conference and related deadlines, referred the request to Magistrate Judge Evans for consideration, and indicated that the Court will consider a new trial date once Magistrate Judge Evans has made any modifications to the Case Management Order (ECF No. 76);

**WHEREAS**, on March 25, 2026, the Court set a case management conference on April 3, 2026, and set forth that the parties shall file a joint proposed amended case management order by no later than March 31, 2026 (ECF no. 78);

**WHEREAS**, the parties jointly seek an extension of dates in the CMO;

**ACCORDINGLY, IT IS HEREBY STIPULATED AND AGREED,** by and between the parties hereto, and subject to the approval of the Court, that the following deadlines in the CMO (ECF Nos. 27, 53), are further modified as follows:

1. The deadline to serve additional discovery is extended to September 23, 2026;

2. The deadline to complete all fact discovery is extended to October 23, 2026;

3. The deadline for Plaintiffs to serve expert disclosures and reports is extended to October 28, 2026;

4. The deadline for the parties to file a joint status report is extended to October 30, 2026;

5. The deadline for the parties to file any fact discovery motions is extended to November 9, 2026;

6. The deadline for Defendants to serve expert disclosures and reports is extended to December 9, 2026;

7. The deadline to complete expert depositions is extended to January 21, 2027;

8. The deadline to file dispositive motions is extended to February 19, 2027;

9. The amend target trial date is July 13, 2027

10.     The remaining deadlines, guidance, and obligations in the CMO remain unchanged.

**So Ordered.**

LUKE A. EVANS

United States Magistrate Judge