# EXHIBIT B

### RUTHERFORD COUNTY SCHOOL SYSTEM
### 2240 Southpark Drive
### Murfreesboro, TN  37128

### MINUTES OF NOVEMBER 14, 2024

### Board Members Present
Claire Maxwell, Board Chair
Frances Rosales, Vice-Chair
Caleb Tidwell
Katie Darby
Tammy Sharp
Butch Vaughn
Stan Vaught
Dr. James Sullivan, Director of Schools

## 1. CALL TO ORDER

The Board Chair Claire Maxwell called the meeting to order at 5:30 P.M.

## 2. PLEDGE OF ALLEGIANCE

Work Session:  Katie Darby introduced the Brown's Chapel Elementary Boy Scouts Pack 320 to lead the Pledge of Allegiance.

Board Meeting:  Katie Darby introduced the Thurman Francis Arts Academy 8th grade students Alex Comfort and Claire Morgan to lead the Pledge of Allegiance.

## 3. MOMENT OF SILENCE

A Moment of Silence was observed.

## 4. APPROVAL OF AGENDA

Dr. Sullivan requested *Policy 6.313 - Spectators* (listed under section 10. Legal, III. Policy Adoption - First Reading of Two Readings) return to the Policy Committee for further review as requested by middle school principals.

**Motion made by Butch Vaughn and seconded by Caleb Tidwell, to approve the agenda as presented.**

**Vote: All yes**
**Motion passes.**

Case 3:25-cv-00429     Document 85-2     Filed 04/10/26     Page 2 of 19 PageID #: 1130

## 5. APPROVAL OF CONSENT AGENDA (TAB 1)

A. Minutes:  Oct. 15, 2024, Policy Committee Meeting Minutes
   Oct. 24, 2024, Board Meeting Minutes

B. Bids:
   Bid #3778 – Cabling for Poplar Hill and Cabling per Drop
   Bid #3780 – Tech. Parts and Multimedia Equipment
   Bid #3781 – Culinary Smallwares and Equipment (OHS and RHS)
   Bid #3782 – Laser Cutter and Engraver (OHS)
   Bid #3783 – Band Instruments

C. Nepotism:
   Ivye Chambliss – ESL Teacher – Oakland Middle School
   Adrian Riego – Cafeteria – Blackman High School
   Tana Jenkins – Sped EA – Walter Hill Elementary

D. Community Use of Facilities:

### FACILITIES USE
### 11/14/2024

Fees

| | |
|---|---|
| Blackman Middle | Let's Work Athletic Training, training, gym, 11/20/24 – 10/7/25, $18 per hour |
| Christiana Middle | Blackman Youth Football & Cheer, banquet, cafeteria, 12/7/24, $130 |
| Christiana Middle | Shree Swaminarayan Siddhant Temple, parking for ceremony, parking lot, 7/1/25 – 7/5/25, $100 per hour |
| Oakland High | Prep Network LLC, football tournament, turf field & practice field, 3/15/25 – 3/16/25, $4510 |
| Oakland High | Super F League, indoor soccer, stadium, 12/13/24 – 2/15/25, $115 per hour |
| Rock Springs Elementary | Stewarts Creek Youth Football & Cheer, practice, cafeteria, 11/14/24 – 12/12/24, $18 per hour |

Case 3:25-cv-00429    Document 85-2    Filed 04/10/26    Page 3 of 19 PageID #: 1131

| Siegel High | Spotlite Dance Studio, rehearsal/recital, classrooms & auditorium, 6/8/25 & 6/14/25, $630 |
|---|---|
| Siegel High | Spotlite Dance Studio, rehearsal, auditorium, 11/20/24 – 1/29/25, $285 per day |
| Siegel High | Stars Wrestling Club, practice & tournaments, gym, 10/14/24 – 6/30/25, $1160 per tournament |
| Siegel Middle | Smyrna Magic Baseball, practice, sports field, 10/18/24 – 10/25/24, $18 per hour |
| Smyrna High | Prep Network LLC, football tournament, stadium/track, 3/15/25 – 3/16/25, $100 per hour |
| Smyrna High | SoZo Dance Academy, performance, classrooms & auditorium, 12/13/24 – 12/15/24, $945 |

### No Fees

| LaVergne High | Grace Church, prayer meeting, campus, 11/17/24 – 11/17/25, no fees |
|---|---|
| Oakland Middle | Tennessee Hustle Basketball, practice, gym, 11/9/24 – 2/23/25, no fees, **In-Kind Agreement |

Note: Facility use prior to 11/14/24 has been granted pending Board action. A certificate of insurance with $2,000,000.00 limits ($1,000,000.00 if approved) is required by each user. Each group must forward any renewals of insurance to the Board on time; otherwise, approval is terminated at the end of the policy period. All approvals are for no more than a 1-year period.

E. Salary Supplements and Contract Payments:

| Name-Certified | NTE Amt. | School | Funded By | Description |
|---|---|---|---|---|
| Craig Reavis | $1,500.00 | Central Magnet | School Funds - MS & HS Girls & Boys Basketball | Game Clock Operator |

Case 3:25-cv-00429    Document 85-2    Filed 04/10/26    Page 4 of 19 PageID #: 1132

| | | | | |
|---|---|---|---|---|
| Suzette Sissom | $350.00 | Central Magnet | School Funds - MS & HS Girls Basketball | Basketball Operations and Website Updates |
| Alan Pepper | $800.00 | Eagleville | School Funds - Boys & Girls Basketball | Referee JV Basketball |
| Darren Shanks | $800.00 | Eagleville | School Funds - Boys & Girls Basketball | Referee JV Basketball |
| Mary Howard | $800.00 | Oakland High | School Funds - Boys & Girls Basketball | Clock Keeper |
| Justin Stanford | $800.00 | Oakland High | School Funds - Boys & Girls Basketball | Stat Board |
| Travarus Holloway | $23.50/hr. | Oakland Middle | School Funds | Site Supervision |
| Travarus Holloway | $560.00 | Oakland Middle | School Funds - Boys & Girls Basketball | Game Clock/Bookkeeper |
| Johnathan Vest | $350.00 | RCS Fine Arts | RCBOE - Fine Arts | Choir Accompanist |
| Amanda Jones | $500.00 | Riverdale | Band Boosters | Adjudicate Marching Band Competition |
| Austin Sisco | $1,500.00 | Riverdale | School Funds - Football | Assistant Coach |
| Douglas Argo | $4,000.00 | Rockvale High | School Funds - Football | Mowing |
| Jacob Cook | $1,000.00 | Rockvale High | School Funds - Football | Equipment & Final Forms |
| Dakota Crane | $1,000.00 | Rockvale High | School Funds - Football | College Relations |
| Matthew Delk | $1,000.00 | Rockvale High | School Funds - Football | College Relations |
| Richard Eberlei, Jr | $1,000.00 | Rockvale High | School Funds - Football | Academic Advisor |
| Ryan Feris | $1,000.00 | Rockvale High | School Funds - Football | Bus Driver |
| Joshua Ingram | $1,000.00 | Rockvale High | School Funds - Football | JV Head Coach |
| Anthony Johnson | $1,000.00 | Rockvale High | School Funds - Football | Freshman Head Coach |
| James Nelson | $750.00 | Rockvale High | School Funds - Football | Bus Driver |
| Cody Patterson | $600.00 | Rockvale High | School Funds - Cross Country | Coach |

| Name | Amt | School | Funded By | Description |
|---|---|---|---|---|
| Samuel Turner | $1,000.00 | Rockvale High | School Funds - Football | Social media |
| Jacob Wulf | $3,000.00 | Rockvale High | Culinary Arts - Wulf | Catering |
| Nathan Bennett | $500.00 | Rockvale Middle | School Funds - Swim | Lifeguard/Assistant Coach |
| Carrie Jerkins | $600.00 | Rocky Fork Middle | School Funds - Boys & Girls Basketball | Scorebook Keeper |
| Doug Degeer | $1,500.00 | Smyrna High | School Funds - Football | Concession Stand Management |
| Chris Williams | $3,000.00 | Smyrna High | School Funds - Football | Football Coaching Assistant |
| Walter Williams | $1,500.00 | Smyrna High | School Funds - Football | Football Coaching Assistant |
| Justin Morton | $1,200.00 | Smyrna Middle | School Funds - Football | Summer Workouts, Equipment Inventory, & Supervision of After School Workouts |
| Kyle Stagner | $750.00 | Smyrna Middle | School Funds - Football | Summer Workouts, Equipment Inventory, & Supervision of After School Workouts |
| Heather Reedy | $750.00 | Thurman Francis | PTO - Event Payment Donation | DJ for School Dances |
| **Name- Non-Faculty** | **NTE Amt** | **School** | **Funded By** | **Description** |
| Macari Harrison | $1,100.00 | Central Magnet | School Funds - HS Girls Basketball | Scorebook, Stats for Girls Basketball |
| Bethany Jackson | $1,750.00 | Eagleville | School Funds - JR Pro Basketball | Officiating for Jr Pro Basketball at various County schools |
| Reese Martin | $1,750.00 | Eagleville | School Funds - JR Pro Basketball | Officiating for Jr Pro Basketball at various County schools |
| Julia Stuible | $1,750.00 | Eagleville | School Funds - JR Pro Basketball | Officiating for Jr Pro Basketball at various County schools |
| Tate Vinson | $1,750.00 | Eagleville | School Funds - JR Pro Basketball | Officiating for Jr Pro Basketball at various County schools |
| Jojo Freeman | $850.00 | Oakland High School | School Funds - Boys & Girls Basketball | Bookkeeper |

Case 3:25-cv-00429    Document 85-2    Filed 04/10/26    Page 6 of 19 PageID #: 1134

| | | | | |
|---|---|---|---|---|
| Alexa Ribar | $2,800.00 | Oakland High School | Oakland HS Swim Team Booster Club | Lifeguard during Swim Practice/Events |
| Skyler Cannon | $25/hour | Riverdale | School Funds - Band | Private Lessons |
| Alexander Ryan | $25/lesson | Riverdale | School Funds - Band | Private Lessons |
| William Holliday | $3,000.00 | Rockvale High | School Funds - Football | Assistant Coach |
| Lance Pawlowski | $2,000.00 | Rockvale High | School Funds - Football | Assistant Coach |
| Kevin Phillips | $1,000.00 | Rockvale High | School Funds - Football | Freshman Coach |
| Steve Turner | $1,500.00 | Rockvale High | School Funds - Football | Assistant Coach |
| Reuben Fletcher | $2,242.70 | Rockvale Middle | School Funds - Football | Assistant Coach |
| Derek King, Sr | $2,242.70 | Rockvale Middle | School Funds - Football | Assistant Coach |
| Kerry Gann | $500.00 | Rocky Fork Middle | School Funds - Girls Basketball | Scoreboard Keeper |
| Riley Trauscht | $25/30 min or $45/60 min | Siegel High School | Siegel High School Band Boosters | Lessons |
| Tevin Geter | $3,000.00 | Smyrna High School | School Funds - Football | Assistant Coach |
| Nicholas Jenkins | $1,500.00 | Smyrna High School | School Funds - Football | Football Coaching Assistant |
| Trace Petrilli | $1,000.00 | Smyrna High School | School Funds - Football | Football Coaching Assistant |
| DeShawn Smith | $2,000.00 | Smyrna High School | School Funds - Football | Assistant Coach |
| Nathan Smith | $1,000.00 | Smyrna High School | School Funds - Football | Football Coaching Assistant |
| David Albert | $5,000.00 | Stewarts Creek High | School Funds - Band Contest | Competition Adjudication |
| Brian Allen | $5,000.00 | Stewarts Creek High | School Funds - Band Contest | Competition Adjudication |
| Andrea Brown | $5,000.00 | Stewarts Creek High | School Funds - Band Contest | Competition Adjudication |
| Joe Beckman | $5,000.00 | Stewarts Creek High | School Funds - Band Contest | Competition Adjudication |
| James Butler | $5,000.00 | Stewarts Creek High | School Funds - Band Contest | Competition Adjudication |
| Jerald Gatch | $5,000.00 | Stewarts Creek High | School Funds - Band Contest | Competition Adjudication |

Case 3:25-cv-00429    Document 85-2    Filed 04/10/26    Page 7 of 19 PageID #: 1135

| Johnathan Jarrell | $5,000.00 | Stewarts Creek High | School Funds - Band Contest | Competition Adjudication |
|---|---|---|---|---|
| Aric Johnson | $1,350.00 | Stewarts Creek High | School Funds - Football | Coach |
| Namu Keys Jr | $1,750.00 | Stewarts Creek High | School Funds - Football | Coach |
| Bret Kuhn | $5,000.00 | Stewarts Creek High | School Funds - Band Contest | Competition Adjudication |
| Corey Smith | $5,000.00 | Stewarts Creek High | School Funds - Band Contest | Competition Adjudication |
| Timothy Zeiss | $5,000.00 | Stewarts Creek High | School Funds - Band Contest | Competition Adjudication |
| Anna Vogler | $25/25 min lesson | Stewarts Creek Middle | School Funds - Chorus Voice Lessons | Private Voice Lessons |
| **Name-Classified** | **NTE Amt** | **School** | **Funded By** | **Description** |
| Joyce Henderson*2 | Classified Overtime Rate | Christiana Middle | School Funds or Outside Groups / Use of Facilities | Additional custodial work for use of facilities |
| Andrea Jefferson*2 | Classified Overtime Rate | Christiana Middle | School Funds or Outside Groups / Use of Facilities | Use of Facilities - Building Supervisor |
| Shawn McNerney*2 | Classified Overtime Rate | Christiana Middle | School Funds or Outside Groups / Use of Facilities | Use of Facilities - Building Supervisor |
| Eli Mealer*2 | Classified Overtime Rate | Christiana Middle | School Funds or Outside Groups / Use of Facilities | Additional custodial work for use of facilities |
| Emily Sutherland*2 | Classified Overtime Rate | Christiana Middle | School Funds or Outside Groups / Use of Facilities | Use of Facilities - Building Supervisor |
| Tony Crutchfield*2 | Classified Overtime Rate | Lavergne High | School Funds - General Athletics | Announcer for Football and Basketball |
| Esteban Summers*2 | 200.00 | Rockvale Middle | School Funds - Swim | Assistant Coach |
| Amanda Richardson*2 | Classified Overtime Rate | Smyrna Elementary | Outside Groups / Use of Facilities | Additional custodial work for Smyrna Junior Pro Basketball |

1    Approved previously for an amount $500 or greater
2    Overtime rate for special events
3    Anticipate amounts over $500 this school year
4    Amend prior approval
5    Less than $500 but part of event total
6    Must have the approval of the Transportation Department
7    Classified Employee (with approved agreement)
8    Regular Rate - Part time employee

Case 3:25-cv-00429     Document 85-2     Filed 04/10/26     Page 8 of 19 PageID #: 1136

F.  Non-Faculty Volunteer Coaches:

According to the Tennessee Secondary School Athletic Association (TSSAA) guidelines, Board of Education approval is required to allow non-faculty volunteer coaches to participate in the school athletic programs.

The following non-faculty volunteer coaches are for the 2024-2025 school year:

| NAME | SCHOOL | SPORT |
|---|---|---|
| Doss, Cedric | Blackman High | Track |
| Carter, Reese | Blackman Middle School | Boys Basketball |
| Layhew, Brian | Buchanan Elementary | Archery |
| Blair, Patrick | Central Magnet | HS Boys Basketball |
| Denney, Tim | Central Magnet | MS Softball |
| Minatra, Katherine | Central Magnet | Swimming |
| Abeijon, Sergio | Central Magnet | HS Tennis |
| Cole, Tim | Eagleville School | Basketball |
| Townsend, Theodore | LaVergne High | Baseball |
| Flemming, Kenneth | Oakland High School | Band |
| Fiala, Stephen | Oakland Middle School | Cheer |
| Alexander, Ryan | Riverdale High School | Band |
| Cannon, Skyler | Riverdale High School | Band |
| Hall, Grace | Riverdale High School | Archery |
| Hudson, Brandt | Riverdale High School | Swimming |
| Pope, Kelly | Riverdale High School | Swimming |
| Wolff, Amos | Riverdale High School | Archery |
| Pennington, Megan | Rockvale Middle School | Theatre |
| Trauscht, Riley | Siegel High School | Band |
| Higgsaon, Paden | Siegel High School | Wrestling |
| Zack, Christopher | Siegel High School | Wrestling |

Case 3:25-cv-00429     Document 85-2     Filed 04/10/26     Page 9 of 19 PageID #: 1137

| | | |
|---|---|---|
| Quallo, Jovan | Stewarts Creek High School | Band |
| Vogler, Anna | Stewarts Creek Middle School | Band |
| Pflueger, Emily | Stewarts Creek Middle School | Asst. Basketball |
| Krepp, Phillip | Whitworth-Buchanan Middle | Archery |

G. Stipends:

I. The following teachers and educational assistants have been selected for an extended contract to conduct ESL Parent Classes.

This is funded by the Title III Immigrant Grant. The amount varies based on the dates and times the schools selected to hold the classes. Certified staff is paid $50 per hour, and classified staff is paid $25 per hour.

| | |
|---|---|
| Roy Waldron Elementary: | Cindy Armstrong ($2,300), Heidi Baker ($2,300) |
| Stewarts Creek Elementary: | Jill Hines ($2,500), Victoria Duff ($2,500) |
| Cedar Grove Elementary: | Lonette Sisler ($2,400), Rebecca Hayes ($2,400) |
| LaVergne Lake Elementary: | Tara Wingler ($2,300), Amee Mirskov ($2,300) |
| Whitworth Buchanan Middle: | Jennifer Jamiolkowski ($2,300), Nancy Flores ($1,150), Melody Stockton ($1,150) |
| Smyrna Primary: | Ashley Leonard ($2,300), Lidice Alvarez ($1,050), Melisa Hicks ($1,050) |
| Rock Springs Elementary: | Ashley Morgan ($1,800), Megan Dame ($1,800) |
| Rocky Fork Elementary: | Tina Yandell ($1,200), Tracy Porter ($1,200) |
| LaVergne High School: | Melissa Wilhoite ($2,300), Claudia Glover ($1,150) |
| LaVergne Middle: | Jennifer Johannesen ($2,600), Yvette Sweeney ($2,600) |

II. The ESL department is requesting approval to grant an extended contract to Robert Drake and Hunter Intorcia for teaching ESL Night School at Smyrna High School. It is 90 hours at $50 an hour paid by Title III funds for a total of $4,500 each.

**Motion made by Katie Darby and seconded by Butch Vaughn, to approve the consent agenda as presented.**

**Vote: All yes**
**Motion passes.**

## 6. SPECIAL GUEST

Work Session: Katie Darby introduced Rockvale High's Principal Steve Luker, JROTC First Seargent Chad Degnan, Cadet Samantha Olsen and Cadet Jackson Neal for a presentation to the Board.

Case 3:25-cv-00429    Document 85-2    Filed 04/10/26    Page 10 of 19 PageID #: 1138

Board Meeting: Katie Darby introduced Thurman Francis' Arts Academy Principal Dr. Mark Gonyea. He proudly presented TFAA's Chorus and Strings ensembles and their instructors Mr. Michael Thiemann and Mr. Eric Swaim. The Chorus ensemble performed "America the Beautiful" and the Strings ensemble performed "Mozart's Symphony No. 40".

## 7. PUBLIC COMMENT*

1)   Lindsay Schultz – Expressed her opposition to the ongoing removal of books from school libraries and book banning.

2)   Reverend Joy Warren – She shared her appreciation for the school board and RCS. Highlighting many of its programs, students, and employee achievements throughout the years. She is opposed to school vouchers and stands united with RCS to protect public school funding.

3)   Elizabeth Shepherd – Ms. Shepherd is a current librarian and a parent of a Blackman High student. She shared her concerns about the recent communication librarians received regarding the removal of books from middle and high school libraries. She is asking the Board to develop a clear policy to evaluate books.

4)   Amber Skye Mileusnich – Wife of public-school teacher and local author. She asked the Board to allow parents the choice to select what books their children can read.

5)   James Olexa – Mr. Olexa is in favor of removing sexually explicit materials from schools.

6)   Xan Lasko – Retired high school librarian and spoke on the recent removal of books without review.

7)   Robert Brooks – Mr. Brooks discussed and cited Board Policy 1.102 and shared his thoughts on current content in public school library books.

8)   Bryan Schuster – Concerned parent that asked for a clear explanation for the actions of the specific board members that have chosen to keep and/or remove books deemed sexually explicit.

9)   Daphne Gamble – Stated her opposition in the continued removal of books from school libraries without being reviewed.

10)   Austin Maxwell – Mr. Maxwell addressed the Board in support of Dr. Sullivan and provided praise and encouragement to the Board.

*Public comment requests to address the Board must be provided in writing to the Director of Schools' office no later than noon (12:00 p.m.) on the day of the meeting by completing the Public Comment Form. Speakers will have three (3) minutes to speak.

Case 3:25-cv-00429   Document 85-2   Filed 04/10/26   Page 11 of 19 PageID #: 1139

## 8. RUTHERFORD STRONG

Blackman Culinary Arts Teacher, Chef Frank Pinnix, was recently awarded Industry Educator of the Year by the Tennessee Hospitality & Tourism Association.

Tyra Pilgrim, CTE Coordinator, introduced Blackman High's Chef Pinnix, and proudly spoke about his successful culinary program, leadership to other high schools, commitment to all students and most recent award. Chef Pinnix invited BHS student Alyssa Glover to further elaborate on the program and shared the certifications she has earned while in his class.

James Evans, Chief Communications Officer, announced the four (4) recipients of the Strong Outstanding Staff Awards for the month of October in the following categories:

Work Session - *School Support Staff:* Santana Mayhew, Attendance Secretary at Rockvale High

Board Meeting - *Administration:* Judy Goodwin, Principal of Barfield Elementary
    *Teacher:* Dr. Mike Novak, Art Teacher at Kittrell Elementary
    *Transportation:* Toshua Brooks, SPED Bus Driver 114

Chris Spraggins and Alan Scheuers, partners of Sonic Drive-ins, sponsored the gift cards given to the award recipients.

## 9. GUEST SPEAKER (TAB 2)

I.      Work Session: Chief Communications Officer James Evans provided the October communications report.

II.     Board Meeting: Colonel Jeffrey Gaylord presented the "About RCS JROTC SY24-25" brochure that was developed to give an overview of Rutherford County Schools JROTC programs and the positive impact JROTC has had on our eight (8) Rutherford County Schools and the community. It included data points on open enrollment for the district and by school, 2024 graduate statistics, community service, and character & quality indicators.

## 10. LEGAL (TAB 3)

I.      Transfer Student Under Discipline (1)

The Board has been requested to admit a transfer student from another school system under discipline. The student was remanded for possession of a THC product.

According to Policy 6.318, the Board may deny admissions of any student (except those in state custody) when a student transfers from another school system while under suspension or expulsion.

Director of Schools' Recommendation: Admit and place into alternative school.

**Motion made by Frances Rosales and seconded by Butch Vaughn, to admit the admission of this Transfer Student Under Discipline as presented.**

Case 3:25-cv-00429     Document 85-2     Filed 04/10/26     Page 12 of 19 PageID #: 1140

**Vote: All yes**
**Motion passes.**

II.      Transfer Student Under Discipline (2)

The Board has been requested to admit a transfer student from another school system under discipline. The student was expelled for possession of a THC product.

According to Policy 6.318, the Board may deny admissions of any student (except those in state custody) when a student transfers from another school system while under suspension or expulsion.

Director of Schools' Recommendation: Deny admission.

**Motion made by Butch Vaughn and seconded by Frances Rosales, to deny the admission of this Transfer Student Under Discipline as presented.**

**Vote: All yes**
**Motion passes.**

III.     Policy Adoption - First Reading of Two Readings

The policies below are recommended on the first reading. These policies will be brought at the next scheduled board meeting for a second and final reading.

Policy Changes

      a.      Policy 1.802 – Section 504 and ADA Grievance Procedures
         Streamlines language in policy to differentiate the grievance process under
         Section 504 and ADA.

         **Motion made by Katie Darby and seconded by Tammy Sharp, to approve the first reading of Policy 1.802 – Section 504 and ADA Grievance Procedures.**

         **Vote: All yes**
         **Motion passes.**

      b.      Policy 5.302 – Sick Leave
         Adds language to comply with agreement (MOU) with REA.

         **Motion made by Butch Vaughn and seconded by Frances Rosales, to approve the first reading of Policy 5.302 – Sick Leave.**

         **Vote: Majority**
         **Opposed: Caleb Tidwell, Tammy Sharp**
         **Motion passes.**

Case 3:25-cv-00429     Document 85-2     Filed 04/10/26     Page 13 of 19 PageID #: 1141

c. Policy 5.308 – Sabbatical Leave
Adds language to comply with agreement (MOU) with REA.

**Motion made by Frances Rosales and seconded by Stan Vaught, to approve the first reading of Policy 5.308 – Sabbatical Leave.**

**Vote: All yes**
**Motion passes.**

d. ~~Policy 6.313 – Spectators~~ *Returned to Policy Committee for further review*
~~Adds language for adult supervision at middle school games.~~

e. Policy 6.308 – Bus Safety and Conduct
Extends time for recordings to five days and adds language for reporting and tracking of discipline on buses.

**Motion made by Caleb Tidwell and seconded by Katie Darby, to approve the first reading of Policy 6.308 – Bus Safety and Conduct.**

**Vote: All yes**
**Motion passes.**

IV. Annual Policy Review

TSBA's Board of Distinction Program recognizes school boards for their work. School boards that seek this designation must meet specified requirements in four key areas: planning, policy, promotion, and board development. One of the requirements is an annual review and maintenance of the entire policy manual.

## 11. ENGINEERING AND CONSTRUCTION (TAB 4)

I. Smyrna Middle School Sports request:

Principal Dr. Takisha Ferguson is requesting to renovate the outdoor concession restroom, build softball dugouts, seal the stadium, replace the softball scoreboard and add soccer score boards. All work will be performed and funded by Dow Smith at no cost to the Board. Engineering and Construction has reviewed this request and has no objection.

**Motion made by Butch Vaughn and seconded by Tammy Sharp, to approve the Smyrna Middle request as presented.**

**Vote: All yes**
**Motion passes.**

II. Smyrna Middle Field House Naming request:

Case 3:25-cv-00429    Document 85-2    Filed 04/10/26    Page 14 of 19 PageID #: 1142

Dr. Takisha Ferguson is requesting to name the current football field house the Allen Field house. Mike and Rhonda Allen are lifelong residents of Rutherford County and attended Smyrna Middle and Smyrna High. Their sons attended the schools as well. The Allen family have contributed endless amounts of time, money and resources to Rutherford County and especially Smyrna Middle and the Junior Pro football league. Mike coached in the league for 25 years and has held multiple board positions. Rhonda has held several positions in public service and has been a vital part of the education process in our county. Mike's father "RED "Allen was one of the original Football Club parents on the design and construction of the Smyrna Middle Field house. Through Mike and Rhonda's Business, Allens Air Care, they generously donated thousands of dollars to the upkeep and improvement of the Field house. Mike is currently a volunteer coach for the Smyrna Middle football team.

**Motion made by Tammy Sharp and seconded by Butch Vaughn, to approve the SMS Field house naming request as presented.**

**Vote: All yes**
**Motion passes.**

III.     McFadden School Hammock Reading Garden Request:

Principal Clark Blair is requesting to install a Hammock reading garden in the outdoor recreation area. The estimated cost for this project is not to exceed $800.00 and to be funded by the PTO. Engineering and Construction has reviewed this request and has not objection.

**Motion made by Stan Vaught and seconded by Butch Vaughn, to approve the McFadden Hammock Garden as presented.**

**Vote: All yes**
**Motion passes.**

IV.     CTE Multi School Health Science request:

The CTE department is proposing the renovation of Kitchenette spaces for Blackman Middle School with a cost of $20,000.00, Eagleville School with a cost of $45,000.00, Rocky fork Middle with a cost of $50,000.00, Smyrna Middle with a cost of $47,000.00, Siegel Middle with a cost of $20,500.00, Lavergne Middle with a cost of $72,000.00. The RCS CTE department will be paying for construction and installation cost of the kitchenette renovations using the funds made available through the Tennessee Innovative School Models grant. These renovations will eliminate a barrier in adequately preparing students with basic life skills that are expected of all independent individuals who go into society. Engineering and Construction has reviewed the request and has no objections.

**Motion made by Butch Vaughn and seconded by Caleb Tidwell, to approve the CTE kitchenette renovations request as presented.**

**Vote: All yes**

Case 3:25-cv-00429     Document 85-2     Filed 04/10/26     Page 15 of 19 PageID #: 1143

**Motion passes.**

## 12. MISSION STATEMENT

A new mission statement was discussed at the Fall Board Retreat, October 18, 2024. The proposed mission statement is "Investing in every student, every day".

**Motion made by Butch Vaughn and seconded by Frances Rosales, to approve the mission statement as presented.**

**Vote: All yes**
**Motion passes.**

## 13. ANNUAL AGENDA (TAB 5)

**Dr. Sullivan noted that one of the portions that is part of the Director of Schools evaluation is in Section 5.1 of the Annual Agenda.**

**Motion made by Caleb Tidwell and seconded by Butch Vaughn, to approve the annual agenda as presented.**

**Vote: All yes**
**Motion passes.**

## 14. CO POTENTIAL CLOSING

Wednesday, November 27, 2024

**Motion made by Butch Vaughn and seconded by Tammy Sharp, to approve the closing of Central Office on Wednesday, November 27, 2024.**

**Vote: All yes**
**Motion passes.**

## 15. MEETING STRUCTURE DISCUSSION

Work Session: A Board member requested to discuss board meeting structure.

## 16. FINANCIAL REPORT

Work Session: Dr. Sullivan provided a financial update.

## 17. DIRECTOR'S UPDATE

Dr. Sullivan reported:

Case 3:25-cv-00429    Document 85-2    Filed 04/10/26    Page 16 of 19 PageID #: 1144

County Commission voted to fund the LaVergne High School addition. Approximately over the last 27 months, the County Commission has funded $259 million dollars without a tax increase caused by RCS for new buildings and additions ($36 million dollars of that amount came out of RCS fund balance).

Charter Schools are funded on projections and American Classical Academy Rutherford and Springs Empower Academy are not at their enrollment projections and that will be reflected in their November 2024 payments.

Rezoning needs to be solidified for SY 25-26 at the December 10th (Rezoning) Board Meeting. Open seats must be published two weeks prior to lottery on January 1, 2025.

Central Magnet has been named #1 school in TN and #19 in country
McFadden Elementary has been named #1 school in TN and #4 in the country
Thurman Francis Academy has been named #4 school in TN

Shanna Groom, Health Services Coordinator, recipient of the TN School Nurse Admin of the Year award
Tim Pedigo, Principal of Eagleville School, recipient of the TSAA Principal of the Year award

District graduation rate is 97.2%
District performance is at a Level 5 (highest a district can be) with all subjects combined

## 18. GENERAL DISCUSSION

Frances Rosales provided clarification regarding book publishing and a Librarian's book selection process, in addition to other tasks they are required to perform.

**Motion made by Frances Rosales and seconded by Butch Vaughn, to give our librarians until the end of this academic year to review the challenged books — 10 from an earlier challenge list and 150 from a second challenge list – and report to the Board their conclusions as to which of the challenged books should be removed or retained from school libraries under the standards established in TCA 49-6-3803, and that each librarian receive additional compensation of $1,000 for the work on this project. The Board will then make a determination after receiving this report as to what books shall be removed or retained. Books that do not meet the standards established in TCA 49-6-3803 can be brought to the Board to vote to put back once removed throughout the academic year.**

Caleb Tidwell asked for clarification regarding the 150 books currently being challenged explicit"? Dr. Sullivan stated (the request) was worded as "sexually explicit". Board members held discussion regarding the library book review process and the time allowed to review books that have been challenged.

**Motion made by Katie Darby and seconded by Tammy Sharp, to Call to Question Frances Rosales' motion and end discussion.**

Case 3:25-cv-00429    Document 85-2    Filed 04/10/26    Page 17 of 19 PageID #: 1145

**Roll Call Vote:**

**Stan Vaught - No**
**Butch Vaughn - No**
**Katie Darby - Yes**
**Tammy Sharp - Yes**
**Caleb Tidwell - No**
**Frances Rosales - No**
**Claire Maxwell – No**

**Vote: Majority**
**Motion fails.**

Butch Vaught asked Jeff Reed to provide clarification on current policy, state statute, and time limits regarding book review. Board members continued the discussion.

Dr. Chastain asked that in order for books to be reviewed effectively, specifically the obscenity law and the age appropriate law, she asked for clarity on "sexually explicit" as it is not defined. Board discussions continued.

(Frances Rosales repeated motion)

**Motion made by Frances Rosales and seconded by Butch Vaughn, to give our librarians until the end of this academic year to review the challenged books — 10 from an earlier challenge list and 150 from a second challenge list – and report to the Board their conclusions as to which of the challenged books should be removed or retained from school libraries under the standards established in TCA 49-6-3803, and that each librarian receive additional compensation of $1,000 for the work on this project. The Board will then make a determination after receiving this report as to what books shall be removed or retained. Books that do not meet the standards established in TCA 49-6-3803 can be brought to the Board to vote to put back once removed throughout the academic year.**

**Roll Call Vote:**

**Caleb Tidwell - Yes**
**Frances Rosales - Yes**
**Tammy Sharp - Yes**
**Stan Vaught - Yes**
**Butch Vaughn - Yes**
**Katie Darby - No**
**Claire Maxwell - Yes**

**Vote: Majority**
**Motion passes.**

**19. ADJOURNMENT**

Case 3:25-cv-00429    Document 85-2    Filed 04/10/26    Page 18 of 19 PageID #: 1146

**Motion made by Katie Darby and seconded by Stan Vaught, to adjourn the meeting at 7:51 P.M.**

*Executive Session immediately following Board Meeting.*

Approval of Agenda Minutes

Claire Maxwell, RCS BOE Chairman
Date 12/5/2024

Dr. James Sullivan, RCS Director of Schools
Date 12-5-24

Rutherford County School Board Meetings and exact conversations are recorded and may be found at the following link: https://www.youtube.com/playlist?list=PL7CB325821E536E8D. Board Meeting minutes are provided as a supplement to the recording.

Case 3:25-cv-00429   Document 85-2   Filed 04/10/26   Page 19 of 19 PageID #: 1147