# EXHIBIT C

Academics » Removed Library Materials (as per Policy 4.403)

# Removed Library Materials (as per Policy 4.403)

## Reconsideration of Instructional & Library Materials

The Rutherford County Board of Education supports principles of intellectual freedom inherent in the First Amendment of the United States. In accordance with Board Policy 4.403, the Assistant Superintendent for Curriculum and Instruction or his/her designee shall be responsible for library collection development. Library materials shall be reviewed to ensure the content aligns with state law and the materials have not been removed previously. Below are the formal reviews that have taken place for the 2023-2024 school year.

| Material | Decision | Date |
| --- | --- | --- |
| *The Mighty Heart of Sunny St. James* by Ashley Herring Blake | Retained at the middle school level | February 8th, 2024 |
| *Pumpkin by Julie Murphy* | Retained at the high school level only | February 26th, 2024 |
| *The Selection by Kiera Cass* | Retained | May 6th, 2024 |
| *Melissa* by Alex Gino | High School Only | August 18th, 2024 |

As defined in TCA §39-17-901, any book, pamphlet, magazine, printed matter, however reproduced, or sound recording, which, in whole or in part, contains nudity, sexual excitement, sexual conduct, excess violence, or sado-masochistic abuse, is patently offensive, or appeals to the prurient interest, or which contains explicit and detailed verbal descriptions or narrative accounts of

Welcome to Curriculum & Instruction

2026 RCS Summer Summit

Elementary School Info

Middle School Info

High School Info

Adult Education

District Textbooks

RCS Teacher Resources

Library Services

Removed Library Materials (as per Policy 4.403)

Career & Technical Education

RTI2 - Response to Instruction and Intervention

Schools    Parents Portal    Board    Calendar

sexual excitement, sexual conduct, excess violence, or sado-masochistic abuse, is patently offensive, or appeals to the prurient interest, shall be immediately removed from all libraries within the school district and then reviewed for final decision by the Board. The materials listed below have been removed under this provision, listed in Policy 4.403, page one, lines 24-30.

Special Education

ESL

Title I

RTI2-B Behavior Supports

Professional Development Center

Research Request Procedure

Staff

Online Textbooks

Core School Supply Lists

| Material | Decision | Date |
| --- | --- | --- |
| *Flamer* by Mike Curato | Removed due to Murfreesboro City Ordinance | August 29th, 2023 |
| *A Court of Frost and Starlight* by Sarah J. Maas | Removed per Board Policy | February 21st, 2024 |
| *A Court of Mist and Fury* by Sarah J. Maas | Removed per Board Policy | February 21st, 2024 |
| *A Court of Silver Flames* by Sarah J. Maas | Removed per Board Policy | February 21st, 2024 |
| *A Court of Thorns and Roses* by Sarah J. Maas | Removed per Board Policy | February 21st, 2024 |
| *A Court of Wings and Ruin* by Sarah J. Maas | Removed per Board Policy | February 21st, 2024 |
| *Traffick* by Ellen Hopkins | Removed per Board Policy | February 21st, 2024 |
| *Impulse* by Ellen Hopkins | Removed per Board Policy | February 21st, 2024 |

| | | |
|---|---|---|
| *Tilt* by Ellen Hopkins | Removed per Board Policy | February 21st, 2024 |
| *One Last Stop* by Casey McQuiston | Removed per Board Policy | February 21st, 2024 |
| *Red, White, and Royal Blue* by Casey McQuiston | Removed per Board Policy | February 21st, 2024 |
| *We Are the Ants* by Shaun Hutchinson | Removed per Board Policy | March 1st, 2024 |
| *Kingdom of Ash* by Sarah J. Maas | Removed per Board Policy | March 1st, 2024 |
| *People Kill People* by Ellen Hopkins | Removed per Board Policy | March 1st, 2024 |
| *Fallout* by Ellen Hopkins | Removed per Board Policy | March 1st, 2024 |
| *Identical* by Ellen Hopkins | Removed per Board Policy | March 1st, 2024 |
| *Crank* by Ellen Hopkins | Removed per Board Policy | March 1st, 2024 |

Schools          Parent Portal          Board          Calendar

| | | |
|---|---|---|
| *Like a Love Story* by Abdi Nazemian | Removed per Board Policy | March 1st, 2024 |
| *Life is Funny* by ER Frank | Removed per Board Policy | March 1st, 2024 |
| *Empire of Storms by Sarah J. Maas* | Removed per Board Policy | March 19th, 2024 |
| *House of Earth and Blood by Sarah J. Maas* | Removed per Board Policy | March 19th, 2024 |
| *Red Hood by Elana K. Arnold* | Removed per Board Policy | March 19th, 2024 |
| *What Girls Are Made Of by Elana K. Arnold* | Removed per Board Policy | March 19th, 2024 |
| *Beautiful by Amy Reed* | Removed per Board Policy | March 19th, 2024 |
| *You by Caroline Kepnes* | Removed per Board Policy | March 19th, 2024 |
| Infandous by Elana K. Arnold | Removed per Board Policy | April 15th, 2024 |
| *Breathless* by Jennifer Niven | Removed per Board Policy | April 24th, 2024 |

| | | |
|---|---|---|
| *The Haters* by Jesse Andrews | Removed per Board Policy | April 24th, 2024 |
| *The Nerdy and the Dirty* by BT Gottfred | Removed per Board Policy | April 24th, 2024 |
| *Damsel* by Elana K. Arnold | Removed per Board Policy | April 24th, 2024 |
| *Beloved* by Toni Morrison | Removed per Board Policy | September 19th, 2024 |
| *Queen of Shadows* by Sarah J. Maas | Removed per Board Policy | September 19th, 2024 |
| *Tower of Dawn* by Sarah J. Maas | Removed per Board Policy | September 19th, 2024 |
| *Homegoing* by Yaa Gyasi | Removed per Board Policy | September 19th, 2024 |
| *Wicked (The Life and Times of the Wicked Witch of the West)* by Gregory Macguire | Removed per Board Policy | September 19th, 2024 |
| *The Perks of Being a Wallflower by Stephen Chbosky* | Removed per Board Policy | September 19th, 2024 |

**In accordance with Board Policy and Tennessee State law (TCA 49-6-3803), the following books are being reviewed for content concerning potential violations related to sexually explicit materials in school libraries. These titles will appear before the board for final decision, as stated in Policy 4.403. This list**

**includes titles that had holdings in school library collections:**

| Title | Decision/Date |
|---|---|
| *A Clockwork Orange* by Anthony Burgess | **Removed** by school board (04/09/25) |
| *A Lesson in Vengeance* by Victoria Lee | **Removed** by school board (2/6/25) |
| *A Stolen Life* by Jaycee Lee Dugard | **Removed** by school board (2/6/25) |
| *Adjustment Day* by Chuck Palahniuk | **Removed** by school board (04/09/25) |
| *All Boys Aren't Blue* by George M. Johnson | **Removed** by school board (04/09/25) |
| *Almost Perfect* by Brian Katcher | **Removed** by school board (2/6/25) |
| *Aristotle and Dante Discover the Secrets of the Universe* by Benjamin Alire Saenz | **Removed** by school board (01/09/25) |
| *Assassination Classroom Volume 1* by Yusei Matsui | **Removed** by school board (03/07/25) |
| *Assassination Classroom Volume 11 by* Yusei Matsui | **Removed** by school board (03/07/25) |
| *Assassination Classroom Volume 2 by* Yusei Matsui | **Removed** by school board (03/07/25) |

| | |
|---|---|
| *Assassination Classroom Volume 3 by Yusei Matsui* | **Removed** by school board (03/07/25) |
| *Assassination Classroom Volume 4 by Yusei Matsui* | **Removed** by school board (03/07/25) |
| *Assassination Classroom Volume 5 by Yusei Matsui* | **Removed** by school board (03/07/25) |
| *Assassination Classroom Volume 6 by Yusei Matsui* | **Removed** by school board (03/07/25) |
| *Assassination Classroom Volume 7 by Yusei Matsui* | **Removed** by school board (03/07/25) |
| *Assassination Classroom Volume 8 by Yusei Matsui* | **Removed** by school board (03/07/25) |
| *Ask the Passengers by A.S. King* | **Removed** by school board (2/6/25) |
| *Beartown* by Fredrick Bachman | **Removed** by school board (2/6/25) |
| *Bumped* by Megan McCafferty | **Retained** with parental consent. |
| *Burned* by Ellen Hopkins | **Removed** by school board (2/6/25) |
| *Catch 22* Joseph Heller | **Removed** by school board (03/07/25) |
| *Chosen by P.C. Cast & Kristen Cast* | **Removed** by school board (2/6/25) |

| | |
|---|---|
| *Clockwork Princess: The Infernal Devices 3* - Cassandra Claire | **Retained** for 11/12th grade with parental permission |
| *Concrete Rose* by Angie Thomas | **Removed** by school board (01/09/25) |
| *Daughters Unto Devils* by Amy Lukavics | **Retained** in high school with parental consent (04/09/25) |
| *Dumplin'* by Julie Murphy | **Retained** 11th/12th grade with parental consent. |
| *Eleanor & Park* by Rainbow Rowell | **Removed** by school board (01/09/25) |
| *Emergency Contact* by Mary H. K. Choi | **Retained** *with parental consent (04/09/25)* |
| *Fade* by Lisa McMann | **Removed** by school board *(04/09/25)* |
| *Fire Force 01* By Atsushi Ohkubo | **Removed** by school board *(04/09/25)* |
| *Fly on the Wall - How One Girl Saw by* Everything E. Lockhart | **Removed** by school board (2/6/25) |
| Forever... By Judy Blume | **Removed** by school board (01/23/25) |
| *Gabi a Girl in Pieces* by Isabel Quintero | **Removed** by school board (2/6/25) |

Schools          Parent Portal          Board          Calendar

| | |
|---|---|
| *Girl in Pieces* by Kathleen Glasgow | **Retained** for 11th/12th grade with parental consent. |
| *Girl in Translation* by Jean Kwok | **Retained** for 11th/12th grade with parental consent. |
| *Glass* by Ellen Hopkins | **Removed** by school board (01/23/25) |
| *Go Ask Alice* "Anonymous" | **Removed** by school board (2/6/25) |
| *Grown* by Tiffany D. Jackson | **Removed** by school board (01/23/25) |
| *Her Royal Highness* by Rachel Hawkins | **Retained** for 11th/12th grade with parental permission |
| *Heroine* by Mindy McGuinness | **Retained** in high schools with parent consent (01/09/25) |
| *Home Body - A Collection of Poems* by Rupi Kaur | **Removed** by school board (2/6/25) |
| *I Am Margaret Moore* by Hannah Capin | **Retained** for 11th/12th grade with parental consent. |
| *I Am Not Your Perfect Mexican Daughter* by Erika L. Sanchez | **Removed** by school board (01/09/25) |
| *Lady Midnight (1) (The Dark Artifices)* by Cassandra Clare | **Removed** by school board (04/09/25) |

Schools            Parent Portal            Board            Calendar

| | |
|---|---|
| *Last Night at the Telegraph Club* by Malinda Lo | **Removed** by school board (2/6/25) |
| *Lexicon* by Max Barry | **Removed** by school board *(04/09/25)* |
| *Living Dead Girl* by E. Scott | **Removed** by school board (2/6/25) |
| *Maybe Now* by Colleen Hoover | ***Removed*** *by school board (04/08/25)* |
| *Milk and Honey* by Rupi Kaur | **Removed** by school board (2/6/25) |
| *Monday's Not Coming* by Tiffany D. Jackson | **Retained** for 11th & 12th grade with parent consent. (01/09/25) |
| *Neanderthal Opens the Door to the Universe* by Preston Norton | **Removed** by school board (2/6/25) |
| *Nick and Charlie (A Heartstopper Novella)* by Alice Oseman | **Retained** for 11th & 12th grade with parental consent. (04/09/25) |
| *Nineteen Minutes* by Jodi Piccolt | **Removed** by school board (2/6/25) |
| *Out of Darkness* by Ashley Hope Perez | **Removed** by school board (2/6/25) |
| *Perfect* By Ellen Hopkins | **Removed** by school board (2/6/25) |
| *Perfect Chemistry* by By Simone Elkeles | **Removed** by school board (03/07/25) |

| | |
|---|---|
| *Plan A* By Deb Caletti | ***Removed*** *by school board (04/09/25)* |
| *Ready Player One* by Ernest Cline | **Removed** by school board (01/23/25) |
| *Real Live Boyfriends* by E. Lockhart | **Retained** for 11th/12th grade with parental consent (04/09/25) |
| *Red at the Bone* by Jacqueline Woodson | **Removed** by school board (2/6/25) |
| *Relish:* My Life in the Kitchen | **Removed** by school board (2/6/25) |
| *Rumble* by Ellen Hopkins | **Removed** by school board (2/6/25) |
| *Shine* By Lauren Myracle | **Removed** by school board (2/6/25) |
| *Shiver* By Maggie Stiefvater | **Retained** in high schools (01/09/25) |
| *Shout: A Memoir* by Laurie Halse Anderson | **Removed** by school board (2/6/25) |
| *Smoke* By Ellen Hopkins | **Retained** for 11th and 12th grades only with parental consent (01/23/25) |
| *Speak* by Laurie Halse Anderson | **Retained** for 11th and 12th grades only with parental consent (01/23/25) |

Schools          Parent Portal          Board          Calendar

| | |
|---|---|
| *Speak: The Graphic Novel* by Laurie Halse Anderson | **Removed** by school board (2/6/25) |
| *Storm & Fury* by Jennifer Armentrout | **Removed** by school board (2/6/25) |
| The Best Laid Plans by Cameron Lund | **Removed** by school board (2/6/25) |
| *The Body: A Guide for Occupants* by Bill Bryson | **Retained** by school board (2/6/25) |
| *The Detour* by S.A. Bodeen | **Removed** by school board *(04/09/25)* |
| *The DUFF Designated Fat Friend* by Kody Keplinger | **Removed** by school board (2/6/25) |
| *The Female of the Species* by Mindy McGinnis | **Removed** by school board (01/23/25) |
| *The Invisible Life of Addie LaRue* by Victoria Schwab | **Retained** for 11th/12th grade with parental consent. |
| *The Testaments (Sequel to Handmaid's Tale) by Margaret Atwood* | ***Removed** by school board (04/09/25)* |
| *The Truth About Alice* by Jennifer Mathieu | **Removed** by school board (2/6/25) |
| *The Upside of Unrequited* by Becky Albertalli | **Removed** by school board (2/6/25) |

Schools                Parent Portal                Board                Calendar

| | |
|---|---|
| *Thirteen Reasons Why* by Jay Asher | **Removed** by school board (01/23/25) |
| *This One Summer* by Mariko Tamaki | **Removed** by school board (2/6/25) |
| *To All the Boys I've Loved Before* by Jenny Han | **Retained** at high schools with parent consent (01/09/25) |
| *Vampire Academy: Book 1* by Richelle Mead | **Removed** by Board (01/09/25) |
| *Water for Elephants* by Sara Gruen | **Removed** by school board (03/07/25) |
| *Wintergirls* by Laurie Halse Anderson | **Retained** for 11th/12th grade with parental permission. |
| *Without Merit* by Colleen Hoover | **Retained** for 11th & 12th grade with parental consent. |
| *Yolk* By Mary H.K. Choi | **Removed** by school board (03/07/25) |
| *You Know, Sex: Bodies, Gender, Puberty, and Other Things* | **Removed** by school board (04/09/25) |
| *You Too? 25 voices share their #MeToo stories* edited by Janet Gurtler. | **Removed** by school board (04/09/25) |
| *Juliet Takes a Breath by Gabby Rivera* | **Removed** by school board *(04/09/25)* |

| | |
|---|---|
| *Living Dead Girl by Elizabeth Scott* | **Removed** by school board (2/6/25) |
| *Looking for Alaska by John Green* | **Removed** by school board (01/09/25) |
| *Me and Early and the Dying Girl by Jesse Andrews* | **Removed** by school board *(04/09/25)* |
| *The Carnival at Bray by Jessie Ann Foley* | **Removed** by school board (2/6/25) |
| *The Kite Runner (Graphic Novel) by Khaled Hosseini* | **Removed** by school board (01/23/25) |
| *The Sun and her Flowers by Rupi Kaur* | **Removed** by school board (2/6/25) |
| *This is Kind of an Epic Love Story by Kacen Callender* | **Removed** by school board *(04/09/25)* |

<u>Request for Reconsideration of Library Materials</u>

Schools        Parent Portal        Board        Calendar



8  To what in the material do you object? (Please be speci

9  _____

10 _____

11 What do you feel might be the result of a student using

12 _____

13 _____

14 For what age group would you recommend this item?

15 Is there anything beneficial about this item? _____

16 Did you read or view the entire item?        • Yes

17 Are you aware of the judgment of this material by litera

18 What do you believe is the theme of this material?

Schools                Parent Portal                Board                Calendar

Case 3:25-cv-00429     Document 89-3     Filed 05/22/26     Page 16 of 16 PageID #: 1279