| | | |
|---|---|---|
| RACHEL ROE, et al. | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 3:25-cv-00429 |
| | ) | |
| RUTHERFORD COUNTY BOARD OF | ) | JUDGE RICHARDSON |
| EDUCATION, et al. | ) | MAGISTRATE JUDGE EVANS |
| | ) | |
| Defendants. | ) | |

**MOTION FOR LEAVE TO FILE REPLY TO PLAINTIFFS' RESPONSE
IN OPPOSITION TO DEFENDANTS' MOTION FOR REVIEW
OF NONDISPOSITIVE ORDER OF MAGISTRATE JUDGE
IN EXCESS OF FIVE (5) PAGES**

COME NOW Defendants Rutherford County Board of Education and James Sullivan, in his official capacity as Director of Rutherford County Schools (collectively, "Defendants"), by and through counsel, pursuant to Local Rule 7.01(a)(2), and move this Honorable Court for leave to file a Reply to Plaintiffs' Response in Opposition to Defendants' Motion for Review of Nondispositive Order of Magistrate Judge in excess of five (5) pages. As grounds, Defendants would state as follows:

1. Defendants filed a Rule 72(a) Motion for Review of Nondispositive Order of Magistrate Judge (DE 87) and supporting Memorandum of Law (DE 88), seeking review of the Magistrate Judge's Order (DE 86) granting in part Plaintiffs' Motion to Compel.

2. Plaintiffs filed a Response in Opposition (DE 89). In that response, Plaintiffs rely heavily on the proposition that discovery rulings by a magistrate judge are reviewed under a highly deferential abuse of discretion standard, an issue not briefed in Defendants Rule 72(a) Motion for Review of Nondispositive Order of Magistrate Judge (DE 87).

1

3.      Although Plaintiffs characterize the Magistrate Judge's Order (DE 86) in their Response (DE 89) as an ordinary discovery ruling subject to broad discretion, Defendants' position is that the Order turned on the legal determination of whether the Board's challenged conduct was legislative or administrative for purposes of legislative privilege. Because that determination is a question of law challenged under Rule 72(a)'s "contrary to law" standard, Defendants respectfully submit that it is subject to *de novo* review rather than ordinary deference to discovery decisions. Defendants therefore need limited additional space to address why the abuse of discretion standard cited by Plaintiffs is not the proper standard of review of the legal issue presented.

4.      Defendants seek leave to file a Reply not exceeding six (6) pages in length, which would require only one (1) additional page beyond the ordinary five-page limit.

5.      Defendants respectfully submit that the additional one (1) page is necessary to respond meaningfully to Plaintiffs' arguments, particularly Plaintiffs' reliance on a deferential abuse of discretion standard for discovery rulings. This modest enlargement will allow Defendants to address the standard of review issue in addition to Plaintiffs' substantive arguments in a concise and organized manner.

6.      The undersigned has conferred with counsel for Plaintiffs, and counsel for Plaintiffs oppose this request.

**WHEREFORE PREMISES CONSIDERED**, Defendants respectfully request that the Court enter an Order granting them leave to file a Reply to Plaintiffs' Response in Opposition to Defendants' Motion for Review of Nondispositive Order of Magistrate Judge (DE 86) not exceeding **<u>six (6) pages</u>**.

2

Respectfully submitted,

HUDSON, REED & CHRISTIANSEN, PLLC

By: **/s/ Nick C. Christiansen**
     **JEFF REED, #15000**
     **NICK C. CHRISTIANSEN, #30103**
     **JASON N. KING, #027749**
     16 Public Square North
     P.O. Box 884
     Murfreesboro, TN  37133
     (615) 893-5522
     jreed@mborolaw.com
     nchristiansen@mborolaw.com
     jking@mborolaw.com

     *Attorneys for Defendants*

3

<u>**CERTIFICATE OF SERVICE**</u>

I certify that on <u>**May 29, 2026**</u> a true and correct copy of the foregoing document was served on all parties via the District Court's electronic filing system.

| | |
|---|---|
| **Anand Agneshwar**<br>Arnold & Porter Kaye Scholer LLP<br>250 West 55th Street<br>New York, NY 10019<br>Amand.Agneshwar@arnoldporter.com | **Lucas Cameron – Vaughn**<br>ACLU<br>PO Box 120160<br>Nashville, TN 37212<br>lucas@aclu-tn.org |
| **Dori Ann Hanswirth**<br>Arnold & Porter Kaye Scholer LLP<br>250 West 55th Street<br>New York, NY 10019<br>Dori.Hanswirth@arnoldporter.com | **Theresa House**<br>Arnold & Porter Kaye Scholer LLP<br>250 West 55th Street<br>New York, NY 10019<br>Theresa.House@arnoldporter.com |
| **Kerry E. Knox**<br>Castelli & Knox, LLP<br>117 S Academy Street<br>Murfreesboro, TN 37130<br>kek@castelliknox.com | **Zee Scout**<br>ACLU of Tennessee<br>P.O. Box 120160<br>Nashville, TN 37212<br>zscout@aclu-tn.org |
| **Leah Novak**<br>Arnold & Porter Kaye Scholer LLP<br>250 West 55th Street<br>New York, NY 10019<br>Leah.Novak@arnoldporter.com | **Zoe Rachael Staum**<br>Arnold & Porter Kaye Scholer LLP<br>250 West 55th Street<br>New York, NY 10019<br>Zoe.Staum@arnoldporter.com |

<u>**/s/Nick C. Christiansen**</u>
**Nick C. Christiansen**