**ORDER**

Though opposed, the Motion (Doc. No. 90) is GRANTED because the relief it requests (a one-page extension of a page limit) is very modest and not unreasonable under the circumstances.

*Eli Richardson*

**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**AT NASHVILLE**

| | | |
|---|---|---|
| **RACHEL ROE, et al.** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **v.** | ) | No. 3:25-cv-00429 |
| | ) | |
| **RUTHERFORD COUNTY BOARD OF** | ) | **JUDGE RICHARDSON** |
| **EDUCATION, et al.** | ) | **MAGISTRATE JUDGE EVANS** |
| | ) | |
| **Defendants.** | ) | |

**MOTION FOR LEAVE TO FILE REPLY TO PLAINTIFFS' RESPONSE
IN OPPOSITION TO DEFENDANTS' MOTION FOR REVIEW
OF NONDISPOSITIVE ORDER OF MAGISTRATE JUDGE
IN EXCESS OF FIVE (5) PAGES**

COME NOW Defendants Rutherford County Board of Education and James Sullivan, in his official capacity as Director of Rutherford County Schools (collectively, "Defendants"), by and through counsel, pursuant to Local Rule 7.01(a)(2), and move this Honorable Court for leave to file a Reply to Plaintiffs' Response in Opposition to Defendants' Motion for Review of Nondispositive Order of Magistrate Judge in excess of five (5) pages. As grounds, Defendants would state as follows:

1.      Defendants filed a Rule 72(a) Motion for Review of Nondispositive Order of Magistrate Judge (DE 87) and supporting Memorandum of Law (DE 88), seeking review of the Magistrate Judge's Order (DE 86) granting in part Plaintiffs' Motion to Compel.

2.      Plaintiffs filed a Response in Opposition (DE 89). In that response, Plaintiffs rely heavily on the proposition that discovery rulings by a magistrate judge are reviewed under a highly deferential abuse of discretion standard, an issue not briefed in Defendants Rule 72(a) Motion for Review of Nondispositive Order of Magistrate Judge (DE 87).