# EXHIBIT A

| From: | Staum, Zoe |
|---|---|
| To: | Jason King; Nicholas Christiansen; House, Theresa M.; ZScout@aclu-tn.org |
| Cc: | Jeffrey Reed; Jordan McPherson; Shelby Keller; kek@castelliknox.com |
| Subject: | RE: Roe Case |
| Date: | Friday, June 5, 2026 11:49:34 AM |
| Attachments: | image002.png |
| | image003.png |

Hi Jason,

Thank you for your proposal regarding your requested stay of discovery. As the Court's Order made clear, legislative privilege does not prevent disclosure of the information and documents Plaintiffs seek. Your proposal fails to explain how a stay allows "substantial discovery to proceed." Your proposal outlines more of what you assert we cannot request and does not identify with specificity what you are willing to disclose. It does not appear to offer any avenue for discovery to meaningfully continue.

Moreover, Plaintiffs served discovery requests over nine months ago and progress has already been delayed due to motion practice on this issue. To that end, we cannot agree to stay discovery while your Objections to the Order are pending.

Best,
Zoe

_____

**Zoe Staum**
Senior Associate | Bio

## Arnold & Porter

250 West 55th Street
New York, NY 10019-9710
T: +1 212.836.7062
Zoe.Staum@arnoldporter.com
www.arnoldporter.com | LinkedIn

---

**From:** Staum, Zoe
**Sent:** Thursday, May 28, 2026 11:22 AM
**To:** 'Jason King' <jking@mborolaw.com>; Nicholas Christiansen <nchristiansen@mborolaw.com>; House, Theresa M. <Theresa.House@arnoldporter.com>; zzz.External.ZScout@aclu-tn.org <ZScout@aclu-tn.org>
**Cc:** Jeffrey Reed <jreed@mborolaw.com>; Jordan McPherson <jdenninger@mborolaw.com>; Shelby Keller <skeller@mborolaw.com>; zzz.External.kek@castelliknox.com <kek@castelliknox.com>
**Subject:** RE: Roe Case

Hi Jason,

Confirming receipt of your proposal. We will review.

Thanks,
Zoe

Zoe Staum
Senior Associate | Bio

**Arnold&Porter**
250 West 55th Street
New York, NY 10019-9710
T: +1 212.836.7062
Zoe.Staum@arnoldporter.com
www.arnoldporter.com | LinkedIn

**From:** Jason King <jking@mborolaw.com>
**Sent:** Wednesday, May 27, 2026 7:07 PM
**To:** Staum, Zoe <Zoe.Staum@arnoldporter.com>; Nicholas Christiansen <nchristiansen@mborolaw.com>; House, Theresa M. <Theresa.House@arnoldporter.com>; zzz.External.ZScout@aclu-tn.org <ZScout@aclu-tn.org>
**Cc:** Jeffrey Reed <jreed@mborolaw.com>; Jordan McPherson <jdenninger@mborolaw.com>; Shelby Keller <skeller@mborolaw.com>; zzz.External.kek@castelliknox.com <kek@castelliknox.com>
**Subject:** RE: Roe Case

External E-mail

Zoe,

As discussed during the parties' May 18, 2026 meet-and-confer regarding Defendants' anticipated motion for a limited stay pending resolution of the Rule 72(a) objections, Defendants have identified categories of discovery that may continue during the pendency of the objections while preserving Defendants' legislative privilege assertions.

As discussed, Defendants' proposed stay would be limited to the written discovery compelled by the Magistrate Judge's Order (DE 86) as well as any other discovery seeking legislative deliberations, motivations, and information relied on in connection with the School Board's decisions on book removals. However, we believe substantial discovery can nevertheless proceed during the pendency of the objections. The following proposal is made pursuant to Fed. R. Civ. P. 26(c)(1) and Local Rule 37.01(b) as part of Defendants' good-faith effort to resolve this dispute without court intervention.

Defendants would not object to discovery concerning the removal/restriction of books prior to the Board's involvement in curation decisions voted upon in September 2024 (see the September 19, 2024 meeting), nor would Defendants object to questioning fact witnesses (other than Board members and Dr. Sullivan) regarding their own actions, observations, procedures, professional backgrounds, library practices, or other facts, so long as the questioning does not intrude into privileged legislative matters regardless of timeframe. For purposes of the proposed agreed partial stay, such matters include investigation and deliberations by Board Members, as well as their motivations, intent, and mental impressions.

The following individuals were identified in discovery as persons with potentially relevant knowledge and could proceed with deposition discovery subject to the limitations outlined below:

• Dr. Kelly Chastain – Chief Academic Officer for Rutherford County Schools

• Kaitlyn Benavides – School Library Information Specialist for Rutherford County Schools

• Monika Ridley – General Counsel for Rutherford County Schools

• The 22 Library Materials Review Committee Members identified on RCBOE 000011, which is designated as "confidential." pursuant to Protective Order (DE 70) dated February 27, 2026.

Defendants' position is that the following categories of questions would remain off-limits during the stay because they implicate legislative privilege:

1. Questions about what individual Board members thought, believed, intended, or motivated their votes.

Examples* include, but are not limited to:

• What did Board Member X believe about this book?
• What motives did Board members have for voting to remove the book?
• Did any Board members appear motivated by …?
• What was the real reason the Board voted this way?
• How did the Board determine age appropriateness?

• How did the Board decide what standards to apply?
• Why do you think the Board removed this book?
• What was the Board trying to accomplish?
• Why was this book selected for removal but not another?
• What criteria mattered most to Board members?

* Please note that we recognize many of these questions would independently call for speculation, lack foundation, or otherwise be objectionable regardless of legislative privilege. However, we have included these examples for illustrative purposes as lines of inquiry that, in Defendants' view, also implicate legislative privilege.

2. Questions about discussions among Board members or communications with Board members concerning legislative decision-making.

Examples include, but are not limited to:

• Did Board members discuss …?
• What recommendations did you make to Board members?
• What feedback did Board members give you?
• Did Board members ask you …?
• Did you advise Board members regarding …?
• What did you tell Board members about these books?
• What concerns did Board members raise to you?
• Did Board members direct you to …?

3. Questions about information reviewed, requested, or relied upon by Board members.

Examples include, but are not limited to:

• What materials did Board members review?
• What materials did you send to Board members?
• What information influenced their decision?
• What sources did Board members rely on?
• Did Board members review particular materials?
• What documents did Board members request?

Again, the above examples are provided for illustrative purposes only and,

although not comprehensive, we suggest that they help outline the contours of the categories Defendants believe are covered by the legislative privilege.

We believe these limitations appropriately preserve the legislative privilege issues currently before the Court while still allowing substantial discovery to proceed during the pendency of the Rule 72(a) review.

Please advise whether this discovery proposal is acceptable to you. If we are unable to reach an agreement as to the scope of discovery pending the Court's ruling on our Rule 72(a) objections, Defendants will proceed to file a motion to stay.

Please consider this proposal a good-faith effort to resolve this dispute prior to court intervention pursuant to Fed. R. Civ. P. 26(c)(1) and Local Rule 37.01(b). This proposal is not intended to waive any objections Defendants may have that do not relate to the privilege, including any objections to questioning at any depositions that take place.

We appreciate the opportunity to work toward a resolution of the matter of a partial discovery stay, pending final determination of the legislative privilege issues. We look forward to your response and hope to work cooperatively to move the case forward to conclusion.

Best,

Jason N. King, Attorney
Hudson, Reed, Christiansen, PLLC
16 Public Square North
P.O. Box 884
Murfreesboro, TN 37130
Tel: 615.893.5522
Fax: 615.849.2135
Email: jking@mborolaw.com
Website: www.mborolaw.com



NOTICE: This message is intended only for the addressee and may contain information that is privileged, confidential and/or attorney work product. If you are not the intended recipient, do not read, copy, retain or disseminate this message or attachment. If you have received this message in error, please call the sender

immediately at (615) 893-5522 and delete all copies of the message and any attachment. Neither the transmission of this message or any attachment, nor any error in transmission or misdelivery shall constitute waiver of any applicable legal privilege.

To ensure compliance with requirements by the IRS, we must inform you that, unless specifically indicated otherwise, this message including any attachment(s) was not intended or written to be used, and cannot be used, by the addressee or any other person for the purpose of (A) avoiding U.S. Tax related penalties or (B) promoting, marketing or recommending to another party any tax-related matter addressed herein.

**From:** Staum, Zoe <Zoe.Staum@arnoldporter.com>
**Sent:** Monday, May 18, 2026 5:06 PM
**To:** Jason King <jking@mborolaw.com>; Nicholas Christiansen <nchristiansen@mborolaw.com>; House, Theresa M. <Theresa.House@arnoldporter.com>; ZScout@aclu-tn.org
**Cc:** Jeffrey Reed <jreed@mborolaw.com>; Jordan McPherson <jdenninger@mborolaw.com>; Shelby Keller <skeller@mborolaw.com>; kek@castelliknox.com
**Subject:** RE: Roe Case

Thanks, Jason. No issue with that timing.

Enjoy the holiday weekend!
Zoe

Zoe Staum
Senior Associate | Bio

**Arnold&Porter**
250 West 55th Street
New York, NY 10019-9710
T: +1 212.836.7062
Zoe.Staum@arnoldporter.com
www.arnoldporter.com | LinkedIn

**From:** Jason King <jking@mborolaw.com>
**Sent:** Monday, May 18, 2026 6:04 PM
**To:** Nicholas Christiansen <nchristiansen@mborolaw.com>; Staum, Zoe <Zoe.Staum@arnoldporter.com>; House, Theresa M. <Theresa.House@arnoldporter.com>; zzz.External.ZScout@aclu-tn.org <ZScout@aclu-tn.org>
**Cc:** Jeffrey Reed <jreed@mborolaw.com>; Jordan McPherson <jdenninger@mborolaw.com>; Shelby Keller <skeller@mborolaw.com>; zzz.External.kek@castelliknox.com <kek@castelliknox.com>

**Subject:** Re: Roe Case

External E-mail

Zoe-

Nice to speak with you, Zee, and Kerry this afternoon. We can send you a list of prospective deponents and stipulations by Wednesday of next week. If we are able to get it to you sooner than we will do so, but we do anticipate some on our side being out of pocket in connection with the holiday.

Best,
JNK

Get Outlook for iOS
_____
**From:** Nicholas Christiansen <nchristiansen@mborolaw.com>
**Sent:** Thursday, May 14, 2026 3:43:19 PM
**To:** Staum, Zoe <Zoe.Staum@arnoldporter.com>; House, Theresa M. <Theresa.House@arnoldporter.com>; ZScout@aclu-tn.org <ZScout@aclu-tn.org>
**Cc:** Jeffrey Reed <jreed@mborolaw.com>; Jason King <jking@mborolaw.com>; Jordan McPherson <jdenninger@mborolaw.com>; Shelby Keller <skeller@mborolaw.com>; kek@castelliknox.com <kek@castelliknox.com>
**Subject:** RE: Roe Case

It may, but I am IT incompetent.

Nick C. Christiansen
Hudson, Reed & Christiansen, PLLC
16 Public Square North
Murfreesboro, Tennessee 37130
Office: (615) 893-5522
Fax: (615) 849-2135
nchristiansen@mborolaw.com



NOTICE: This message is intended only for the addressee and may contain information that is privileged, confidential and/or attorney work product. If you are not the intended recipient, do not read, copy, retain or disseminate this message or

attachment. If you have received this message in error, please call the sender immediately at (615) 893-5522 and delete all copies of the message and any attachment. Neither the transmission of this message or any attachment, nor any error in transmission or misdelivery shall constitute waiver of any applicable legal privilege.

To ensure compliance with requirements by the IRS, we must inform you that, unless specifically indicated otherwise, this message including any attachment(s) was not intended or written to be used, and cannot be used, by the addressee or any other person for the purpose of (A) avoiding U.S. Tax related penalties or (B) promoting, marketing or recommending to another party any tax-related matter addressed herein.

**From:** Staum, Zoe <Zoe.Staum@arnoldporter.com>
**Sent:** Thursday, May 14, 2026 3:42 PM
**To:** Nicholas Christiansen <nchristiansen@mborolaw.com>; House, Theresa M. <Theresa.House@arnoldporter.com>; ZScout@aclu-tn.org
**Cc:** Jeffrey Reed <jreed@mborolaw.com>; Jason King <jking@mborolaw.com>; Jordan McPherson <jdenninger@mborolaw.com>; Shelby Keller <skeller@mborolaw.com>; kek@castelliknox.com
**Subject:** RE: Roe Case

No problem, I did not realize your version of Teams does not have an invite function. I can send it out.

Best,
Zoe

_____
**Zoe Staum**
Senior Associate | Bio

## Arnold&Porter

250 West 55th Street
New York, NY 10019-9710
T: +1 212.836.7062
Zoe.Staum@arnoldporter.com
www.arnoldporter.com | LinkedIn

**From:** Nicholas Christiansen <nchristiansen@mborolaw.com>
**Sent:** Thursday, May 14, 2026 1:39 PM
**To:** Staum, Zoe <Zoe.Staum@arnoldporter.com>; House, Theresa M. <Theresa.House@arnoldporter.com>; zzz.External.ZScout@aclu-tn.org <ZScout@aclu-tn.org>
**Cc:** Jeffrey Reed <jreed@mborolaw.com>; Jason King <jking@mborolaw.com>; Jordan McPherson <jdenninger@mborolaw.com>; Shelby Keller <skeller@mborolaw.com>; zzz.External.kek@castelliknox.com <kek@castelliknox.com>

**Subject:** RE: Roe Case

External E-mail

Sorry, I was asking if you could send one out. I don't have that capability.

Nick C. Christiansen
Hudson, Reed & Christiansen, PLLC
16 Public Square North
Murfreesboro, Tennessee 37130
Office: (615) 893-5522
Fax: (615) 849-2135
nchristiansen@mborolaw.com



NOTICE: This message is intended only for the addressee and may contain information that is privileged, confidential and/or attorney work product. If you are not the intended recipient, do not read, copy, retain or disseminate this message or attachment. If you have received this message in error, please call the sender immediately at (615) 893-5522 and delete all copies of the message and any attachment. Neither the transmission of this message or any attachment, nor any error in transmission or misdelivery shall constitute waiver of any applicable legal privilege.

To ensure compliance with requirements by the IRS, we must inform you that, unless specifically indicated otherwise, this message including any attachment(s) was not intended or written to be used, and cannot be used, by the addressee or any other person for the purpose of (A) avoiding U.S. Tax related penalties or (B) promoting, marketing or recommending to another party any tax-related matter addressed herein.

**From:** Staum, Zoe <Zoe.Staum@arnoldporter.com>
**Sent:** Thursday, May 14, 2026 12:38 PM
**To:** Nicholas Christiansen <nchristiansen@mborolaw.com>; House, Theresa M. <Theresa.House@arnoldporter.com>; ZScout@aclu-tn.org
**Cc:** Jeffrey Reed <jreed@mborolaw.com>; Jason King <jking@mborolaw.com>; Jordan McPherson <jdenninger@mborolaw.com>; Shelby Keller <skeller@mborolaw.com>; kek@castelliknox.com
**Subject:** RE: Roe Case

Thanks, Nick. Not sure if that instruction was directed to me or a member of your team but you

can include Zee, Kerry and myself on the meeting invite.

Best,
Zoe

_____

**Zoe Staum**
Senior Associate | Bio

**Arnold&Porter**
250 West 55th Street
New York, NY 10019-9710
T: +1 212.836.7062
Zoe.Staum@arnoldporter.com
www.arnoldporter.com | LinkedIn

**From:** Nicholas Christiansen <nchristiansen@mborolaw.com>
**Sent:** Thursday, May 14, 2026 1:31 PM
**To:** Staum, Zoe <Zoe.Staum@arnoldporter.com>; House, Theresa M.
<Theresa.House@arnoldporter.com>; zzz.External.ZScout@aclu-tn.org <ZScout@aclu-tn.org>
**Cc:** Jeffrey Reed <jreed@mborolaw.com>; Jason King <jking@mborolaw.com>; Jordan McPherson
<jdenninger@mborolaw.com>; Shelby Keller <skeller@mborolaw.com>;
zzz.External.kek@castelliknox.com <kek@castelliknox.com>
**Subject:** RE: Roe Case

External E-mail

Sending again because I incorrectly input Kerry's address.

Nick C. Christiansen
Hudson, Reed & Christiansen, PLLC
16 Public Square North
Murfreesboro, Tennessee 37130
Office: (615) 893-5522
Fax: (615) 849-2135
nchristiansen@mborolaw.com



NOTICE:  This message is intended only for the addressee and may contain
information that is privileged, confidential and/or attorney work product. If you are
not the intended recipient, do not read, copy, retain or disseminate this message or
attachment.  If you have received this message in error, please call the sender

immediately at (615) 893-5522 and delete all copies of the message and any attachment. Neither the transmission of this message or any attachment, nor any error in transmission or misdelivery shall constitute waiver of any applicable legal privilege.

To ensure compliance with requirements by the IRS, we must inform you that, unless specifically indicated otherwise, this message including any attachment(s) was not intended or written to be used, and cannot be used, by the addressee or any other person for the purpose of (A) avoiding U.S. Tax related penalties or (B) promoting, marketing or recommending to another party any tax-related matter addressed herein.

**From:** Nicholas Christiansen <nchristiansen@mborolaw.com>
**Sent:** Thursday, May 14, 2026 12:29 PM
**To:** 'Staum, Zoe' <Zoe.Staum@arnoldporter.com>; 'House, Theresa M.' <Theresa.House@arnoldporter.com>; 'ZScout@aclu-tn.org' <ZScout@aclu-tn.org>
**Cc:** Jeffrey Reed <jreed@mborolaw.com>; Jason King <jking@mborolaw.com>; Jordan McPherson <jdenninger@mborolaw.com>; Shelby Keller <skeller@mborolaw.com>; 'kek@castlelikknox.com' <kek@castlelikknox.com>
**Subject:** RE: Roe Case

Thanks. Can you send out a TEAMS invite?

Copying Kerry here so he is in the loop.

Nick C. Christiansen
Hudson, Reed & Christiansen, PLLC
16 Public Square North
Murfreesboro, Tennessee 37130
Office: (615) 893-5522
Fax: (615) 849-2135
nchristiansen@mborolaw.com



NOTICE: This message is intended only for the addressee and may contain information that is privileged, confidential and/or attorney work product. If you are not the intended recipient, do not read, copy, retain or disseminate this message or attachment. If you have received this message in error, please call the sender immediately at (615) 893-5522 and delete all copies of the message and any attachment. Neither the transmission of this message or any attachment, nor any error in transmission or misdelivery shall constitute waiver of any applicable legal

privilege.

To ensure compliance with requirements by the IRS, we must inform you that, unless specifically indicated otherwise, this message including any attachment(s) was not intended or written to be used, and cannot be used, by the addressee or any other person for the purpose of (A) avoiding U.S. Tax related penalties or (B) promoting, marketing or recommending to another party any tax-related matter addressed herein.

**From:** Staum, Zoe <Zoe.Staum@arnoldporter.com>
**Sent:** Thursday, May 14, 2026 12:21 PM
**To:** Nicholas Christiansen <nchristiansen@mborolaw.com>; House, Theresa M. <Theresa.House@arnoldporter.com>; ZScout@aclu-tn.org
**Cc:** Jeffrey Reed <jreed@mborolaw.com>; Jason King <jking@mborolaw.com>; Jordan McPherson <jdenninger@mborolaw.com>; Shelby Keller <skeller@mborolaw.com>
**Subject:** RE: Roe Case

Hi Nick,

We are available at 4pm CT on Monday. Zee and I will be joining virtually, Kerry Knox plans to come to your office to join in-person. Kerry's email in case you need it [kek@castelliknox.com].

Best,
Zoe

─────────────
**Zoe Staum**
Senior Associate | Bio

**Arnold&Porter**
250 West 55th Street
New York, NY 10019-9710
T: +1 212.836.7062
Zoe.Staum@arnoldporter.com
www.arnoldporter.com | LinkedIn

**From:** Nicholas Christiansen <nchristiansen@mborolaw.com>
**Sent:** Thursday, May 14, 2026 11:11 AM
**To:** Staum, Zoe <Zoe.Staum@arnoldporter.com>; House, Theresa M. <Theresa.House@arnoldporter.com>; zzz.External.ZScout@aclu-tn.org <ZScout@aclu-tn.org>
**Cc:** Jeffrey Reed <jreed@mborolaw.com>; Jason King <jking@mborolaw.com>; Jordan McPherson <jdenninger@mborolaw.com>; Shelby Keller <skeller@mborolaw.com>
**Subject:** RE: Roe Case

External E-mail

Zoe –

We are no longer available on Friday. We can meet and confer on Monday anytime in the afternoon after 1:30 CST. Please let us know your availability and if Kerry is going to participate by coming to our office.

Thanks.

Nick C. Christiansen
Hudson, Reed & Christiansen, PLLC
16 Public Square North
Murfreesboro, Tennessee 37130
Office: (615) 893-5522
Fax: (615) 849-2135
nchristiansen@mborolaw.com



NOTICE: This message is intended only for the addressee and may contain information that is privileged, confidential and/or attorney work product. If you are not the intended recipient, do not read, copy, retain or disseminate this message or attachment. If you have received this message in error, please call the sender immediately at (615) 893-5522 and delete all copies of the message and any attachment. Neither the transmission of this message or any attachment, nor any error in transmission or misdelivery shall constitute waiver of any applicable legal privilege.

To ensure compliance with requirements by the IRS, we must inform you that, unless specifically indicated otherwise, this message including any attachment(s) was not intended or written to be used, and cannot be used, by the addressee or any other person for the purpose of (A) avoiding U.S. Tax related penalties or (B) promoting, marketing or recommending to another party any tax-related matter addressed herein.

**From:** Staum, Zoe <Zoe.Staum@arnoldporter.com>
**Sent:** Thursday, May 14, 2026 9:58 AM
**To:** Nicholas Christiansen <nchristiansen@mborolaw.com>; House, Theresa M. <Theresa.House@arnoldporter.com>; ZScout@aclu-tn.org
**Cc:** Jeffrey Reed <jreed@mborolaw.com>; Jason King <jking@mborolaw.com>; Jordan McPherson <jdenninger@mborolaw.com>; Shelby Keller <skeller@mborolaw.com>

**Subject:** RE: Roe Case

Hi Nick,

We are available to meet and confer on Friday, any windows of time work for your team?

Best,
Zoe

---

Zoe Staum
Senior Associate | Bio

## Arnold & Porter

250 West 55th Street
New York, NY 10019-9710
T: +1 212.836.7062
Zoe.Staum@arnoldporter.com
www.arnoldporter.com | LinkedIn

**From:** Nicholas Christiansen <nchristiansen@mborolaw.com>
**Sent:** Wednesday, May 13, 2026 12:37 PM
**To:** Staum, Zoe <Zoe.Staum@arnoldporter.com>; House, Theresa M.
<Theresa.House@arnoldporter.com>; zzz.External.ZScout@aclu-tn.org <ZScout@aclu-tn.org>
**Cc:** Jeffrey Reed <jreed@mborolaw.com>; Jason King <jking@mborolaw.com>; Jordan McPherson
<jdenninger@mborolaw.com>; Shelby Keller <skeller@mborolaw.com>
**Subject:** RE: Roe Case

External E-mail

Zoe –

Any update on this?

Nick C. Christiansen
Hudson, Reed & Christiansen, PLLC
16 Public Square North
Murfreesboro, Tennessee 37130
Office: (615) 893-5522
Fax: (615) 849-2135
nchristiansen@mborolaw.com



NOTICE: This message is intended only for the addressee and may contain information that is privileged, confidential and/or attorney work product. If you are not the intended recipient, do not read, copy, retain or disseminate this message or attachment. If you have received this message in error, please call the sender immediately at (615) 893-5522 and delete all copies of the message and any attachment. Neither the transmission of this message or any attachment, nor any error in transmission or misdelivery shall constitute waiver of any applicable legal privilege.

To ensure compliance with requirements by the IRS, we must inform you that, unless specifically indicated otherwise, this message including any attachment(s) was not intended or written to be used, and cannot be used, by the addressee or any other person for the purpose of (A) avoiding U.S. Tax related penalties or (B) promoting, marketing or recommending to another party any tax-related matter addressed herein.

**From:** Nicholas Christiansen <nchristiansen@mborolaw.com>
**Sent:** Monday, May 11, 2026 4:25 PM
**To:** 'Staum, Zoe' <Zoe.Staum@arnoldporter.com>; 'House, Theresa M.' <Theresa.House@arnoldporter.com>; 'ZScout@aclu-tn.org' <ZScout@aclu-tn.org>
**Cc:** Jeffrey Reed <jreed@mborolaw.com>; Jason King <jking@mborolaw.com>; Jordan McPherson <jdenninger@mborolaw.com>; Shelby Keller <skeller@mborolaw.com>
**Subject:** RE: Roe Case

Ok well we are happy to reserve a conference room in our office at an agreed-upon date and time so that Kerry can appear in person.

Nick C. Christiansen
Hudson, Reed & Christiansen, PLLC
16 Public Square North
Murfreesboro, Tennessee 37130
Office: (615) 893-5522
Fax: (615) 849-2135
nchristiansen@mborolaw.com



NOTICE: This message is intended only for the addressee and may contain information that is privileged, confidential and/or attorney work product. If you are not the intended recipient, do not read, copy, retain or disseminate this message or attachment. If you have received this message in error, please call the sender

immediately at (615) 893-5522 and delete all copies of the message and any attachment.  Neither the transmission of this message or any attachment, nor any error in transmission or misdelivery shall constitute waiver of any applicable legal privilege.

To ensure compliance with requirements by the IRS, we must inform you that, unless specifically indicated otherwise, this message including any attachment(s) was not intended or written to be used, and cannot be used, by the addressee or any other person for the purpose of (A) avoiding U.S. Tax related penalties or (B) promoting, marketing or recommending to another party any tax-related matter addressed herein.

**From:** Staum, Zoe <Zoe.Staum@arnoldporter.com>
**Sent:** Monday, May 11, 2026 4:23 PM
**To:** Nicholas Christiansen <nchristiansen@mborolaw.com>; House, Theresa M. <Theresa.House@arnoldporter.com>; ZScout@aclu-tn.org
**Cc:** Jeffrey Reed <jreed@mborolaw.com>; Jason King <jking@mborolaw.com>; Jordan McPherson <jdenninger@mborolaw.com>; Shelby Keller <skeller@mborolaw.com>
**Subject:** RE: Roe Case

Hi Nick,

Judge Evans said that we needed to have at least one hybrid meet and confer (out-of-town lawyers may appear virtually while at least one representative from each side appeared in-person) prior to bringing any discovery related motions to the Court.  While we may confer on Teams/Zoom generally, I do not believe solely meeting on Teams/Zoom satisfies this requirement.

I will get back to you as soon as possible on the time.

Best,
Zoe

_____
Zoe Staum
Senior Associate | Bio

**Arnold&Porter**
250 West 55th Street
New York, NY 10019-9710
T: +1 212.836.7062
Zoe.Staum@arnoldporter.com
www.arnoldporter.com | LinkedIn

**From:** Nicholas Christiansen <nchristiansen@mborolaw.com>
**Sent:** Monday, May 11, 2026 5:13 PM
**To:** Staum, Zoe <Zoe.Staum@arnoldporter.com>; House, Theresa M.
<Theresa.House@arnoldporter.com>; zzz.External.ZScout@aclu-tn.org <ZScout@aclu-tn.org>
**Cc:** Jeffrey Reed <jreed@mborolaw.com>; Jason King <jking@mborolaw.com>; Jordan McPherson
<jdenninger@mborolaw.com>; Shelby Keller <skeller@mborolaw.com>
**Subject:** RE: Roe Case

External E-mail

Hi Zoe –

We would propose Thursday at 10:30 a.m. CST.  If that works, can you send a TEAMS /
Zoom invite?

From the Order (DE 67) it says "Lead Counsel for each of the parties shall meet and confer
in person prior to bringing any future discovery dispute before the Court."  I can't recall
from our telephone conference with Judge Evans whether he said TEAMS / Zoom satisfied
this criterion.  I know Kerry said he could be physically present to meet if needed, but I
seem to recall (but could be wrong) that Mag. Evans said TEAMS / Zoom was ok.  Do you
remember?

Hudson, Reed & Christiansen, PLLC
16 Public Square North
Murfreesboro, Tennessee 37130
Office: (615) 893-5522
Fax: (615) 849-2135
nchristiansen@mborolaw.com



NOTICE:  This message is intended only for the addressee and may contain
information that is privileged, confidential and/or attorney work product. If you are
not the intended recipient, do not read, copy, retain or disseminate this message or
attachment.  If you have received this message in error, please call the sender
immediately at (615) 893-5522 and delete all copies of the message and any
attachment.  Neither the transmission of this message or any attachment, nor any
error in transmission or misdelivery shall constitute waiver of any applicable legal
privilege.

To ensure compliance with requirements by the IRS, we must inform you that, unless

specifically indicated otherwise, this message including any attachment(s) was not intended or written to be used, and cannot be used, by the addressee or any other person for the purpose of (A) avoiding U.S. Tax related penalties or (B) promoting, marketing or recommending to another party any tax-related matter addressed herein.

**From:** Staum, Zoe <Zoe.Staum@arnoldporter.com>
**Sent:** Friday, May 8, 2026 3:43 PM
**To:** Nicholas Christiansen <nchristiansen@mborolaw.com>; House, Theresa M. <Theresa.House@arnoldporter.com>; ZScout@aclu-tn.org
**Cc:** Jeffrey Reed <jreed@mborolaw.com>; Jason King <jking@mborolaw.com>; Jordan McPherson <jdenninger@mborolaw.com>; skeller@mborolaw.com
**Subject:** RE: Roe Case

Hi Nick,

Under the case management order and Judge Evan's instructions, we are required to have an in-person meet and confer before such filings. We are available next week Wednesday-Friday for a meeting. Please let us know what windows of time you're available.

Best,
Zoe

---

**Zoe Staum**
Senior Associate | Bio

**Arnold&Porter**
250 West 55th Street
New York, NY 10019-9710
T: +1 212.836.7062
Zoe.Staum@arnoldporter.com
www.arnoldporter.com | LinkedIn

**From:** Nicholas Christiansen <nchristiansen@mborolaw.com>
**Sent:** Thursday, May 7, 2026 5:34 PM
**To:** House, Theresa M. <Theresa.House@arnoldporter.com>; zzz.External.ZScout@aclu-tn.org <ZScout@aclu-tn.org>; Staum, Zoe <Zoe.Staum@arnoldporter.com>
**Cc:** Jeffrey Reed <jreed@mborolaw.com>; Jason King <jking@mborolaw.com>; Jordan McPherson <jdenninger@mborolaw.com>; skeller@mborolaw.com
**Subject:** Roe Case

External E-mail

Plaintiffs' Counsel –

I hope you each have had a nice week.

We intend to file Objections to the Magistrates Order (DE 86) that compels responses to discovery that Defendants contend implicates legislative privilege. In addition, we plan to file a Motion to Stay Discovery pending resolution of our Objections. The requested stay is narrowly tailored—it would apply only to: (1) the discovery compelled by the Order (DE 86) that Defendants contend is protected by legislative privilege; (2) depositions of the School Board members and Dr. Sullivan; and any other written discovery or deposition questions that implicate the assertion of legislative privilege. It would not seek to stay all discovery in the case.

Pursuant to the FRCP and the Local Rules, I am writing to confer in good faith regarding Defendants' forthcoming Motion to Stay Discovery. We believe a limited stay pending resolution of the Rule 72(a) objections is appropriate and would not materially prejudice Plaintiffs, particularly given the narrow scope of the requested relief. Please let me know whether Plaintiffs will consent to this stay. If not, we will proceed with filing and note that the parties were unable to reach agreement despite good-faith efforts to confer.

Thanks.


Nick C. Christiansen
Hudson, Reed & Christiansen, PLLC
16 Public Square North
Murfreesboro, Tennessee 37130
Office: (615) 893-5522
Fax: (615) 849-2135
nchristiansen@mborolaw.com



NOTICE: This message is intended only for the addressee and may contain information that is privileged, confidential and/or attorney work product. If you are not the intended recipient, do not read, copy, retain or disseminate this message or attachment. If you have received this message in error, please call the sender immediately at (615) 893-5522 and delete all copies of the message and any attachment. Neither the transmission of this message or any attachment, nor any error in transmission or misdelivery shall constitute waiver of any applicable legal privilege.

To ensure compliance with requirements by the IRS, we must inform you that, unless specifically indicated otherwise, this message including any attachment(s) was not

intended or written to be used, and cannot be used, by the addressee or any other person for the purpose of (A) avoiding U.S. Tax related penalties or (B) promoting, marketing or recommending to another party any tax-related matter addressed herein.

This communication may contain information that is legally privileged, confidential or exempt from disclosure. If you are not the intended recipient, please note that any dissemination, distribution, or copying of this communication is strictly prohibited. Anyone who receives this message in error should notify the sender immediately by telephone or by return e-mail and delete it from his or her computer.

For more information about Arnold & Porter, click here:
http://www.arnoldporter.com