| | | |
|---|---|---|
| RACHEL ROE, et al. | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| v. | ) | No. 3:25-cv-00429 |
| | ) | |
| RUTHERFORD COUNTY BOARD OF | ) | JUDGE RICHARDSON |
| EDUCATION, et al. | ) | MAGISTRATE EVANS |
| | ) | |
| **Defendants.** | ) | |

## UNOPPOSED MOTION FOR LEAVE TO FILE REPLY TO PLAINTIFFS' RESPONSE IN OPPOSITION TO DEFENDANTS' MOTION FOR LIMITED STAY OF DISCOVERY PENDING RESOLUTION OF RULE 72(a) OBJECTIONS

COME NOW Defendants Rutherford County Board of Education and James Sullivan, in his official capacity as Director of Rutherford County Schools (collectively, "Defendants"), by and through counsel, pursuant to Local Rule 7.01(a)(2), and move this Honorable Court for leave to file a Reply to Plaintiffs' Response in Opposition to Defendants' Motion for Limited Stay of Discovery Pending Resolution of Rule 72(a) Objections. As grounds, Defendants would state as follows:

1.     Local Rule 7.01(a)(4) limits reply memoranda to five (5) pages absent leave of Court. Good cause exists for a modest enlargement of that limit here. Plaintiffs' Response raises several distinct issues concerning the standard applicable to a request to stay a magistrate judge's nondispositive discovery order, Defendants' likelihood of success on their Rule 72(a) objections, irreparable harm arising from disclosure of allegedly privileged material, the permissible scope of ongoing discovery, the operative case-management schedule, and the public interest.

2.     The additional pages are also necessary to address recent developments bearing directly on the immediacy of the requested relief. After Defendants moved for a limited stay,

Plaintiffs issued subpoenas requiring five individual Board members to appear for depositions and produce documents, including materials directly implicated by Defendants' pending legislative-privilege objections. Defendants' proposed Reply therefore addresses both the legal issues raised in Plaintiffs' Response and the concrete disclosure risk presented by the newly issued subpoenas.

3. Defendants have endeavored to present these issues as concisely as practicable. The requested enlargement is limited to five additional pages, will not delay resolution of the pending motion, and will assist the Court by permitting Defendants to respond fully to the matters raised by Plaintiffs.

4. The undersigned has conferred with counsel for Plaintiffs, and counsel for Plaintiffs have indicated that they do not oppose this request.

**WHEREFORE PREMISES CONSIDERED**, Defendants respectfully request that the Court enter an Order granting them leave to file a Reply to Plaintiffs' Response in Opposition to Defendants' Motion for Limited Stay of Discovery Pending Resolution of Rule 72(a) Objections totaling a maximum of **ten (10) pages**.

**Respectfully submitted,**

**HUDSON, REED & CHRISTIANSEN, PLLC**

**By: /s/ Nick C. Christiansen**
        **JEFF REED, #15000**
        **NICK C. CHRISTIANSEN, #30103**
        **JASON N. KING, #027749**
        16 Public Square North
        P.O. Box 884
        Murfreesboro, TN 37133
        (615) 893-5522
        jreed@mborolaw.com
        nchristiansen@mborolaw.com
        jking@mborolaw.com

        *Attorneys for Defendants*

2

# CERTIFICATE OF SERVICE

I certify that on **July 23, 2026** a true and correct copy of the foregoing document was served on all parties via the District Court's electronic filing system.

| | |
|---|---|
| **Anand Agneshwar**<br>Arnold & Porter Kaye Scholer LLP<br>250 West 55th Street<br>New York, NY 10019<br>Amand.Agneshwar@arnoldporter.com | **Lucas Cameron – Vaughn**<br>ACLU<br>PO Box 120160<br>Nashville, TN 37212<br>lucas@aclu-tn.org |
| **Dori Ann Hanswirth**<br>Arnold & Porter Kaye Scholer LLP<br>250 West 55th Street<br>New York, NY 10019<br>Dori.Hanswirth@arnoldporter.com | **Theresa House**<br>Arnold & Porter Kaye Scholer LLP<br>250 West 55th Street<br>New York, NY 10019<br>Theresa.House@arnoldporter.com |
| **Kerry E. Knox**<br>Castelli & Knox, LLP<br>117 S Academy Street<br>Murfreesboro, TN 37130<br>kek@castelliknox.com | **Zee Scout**<br>ACLU of Tennessee<br>P.O. Box 120160<br>Nashville, TN 37212<br>zscout@aclu-tn.org |
| **Leah Novak**<br>Arnold & Porter Kaye Scholer LLP<br>250 West 55th Street<br>New York, NY 10019<br>Leah.Novak@arnoldporter.com | **Zoe Rachael Staum**<br>Arnold & Porter Kaye Scholer LLP<br>250 West 55th Street<br>New York, NY 10019<br>Zoe.Staum@arnoldporter.com |

/s/Nick Christiansen
**Nick Christiansen**