UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| RACHEL ROE,<br><br>　　　　Plaintiff,<br><br>v.<br><br>RUTHERFORD COUNTY BOARD OF EDUCTAION, et al.,<br><br>　　　　Defendants. | Case No. 3:25-cv-00429<br><br>Judge Eli J. Richardson<br>Magistrate Judge Luke A. Evans |

## <u>ORDER</u>

On July 2, 2026, Defendants Rutherford County Board of Education and James Sullivan filed a motion for limited stay of discovery pending resolution of Defendants motion for review of nondispositive order of Magistrate Judge (Doc. No. 93.) The Defendants disagreement with the Magistrate Judge's order (Doc. No. 87) is not a sufficient basis to warrant a stay in discovery. The motion (Doc. No. 93) is therefore DENIED.

The case management order (Doc. Nos. 27, 83) remains in effect.

It is so ORDERED.

_____
LUKE A. EVANS
United States Magistrate Judge